UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Case No. _____ 06-319

CHRISTOPHER LANGDON,
    Plaintiff,

versus

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC., YAHOO!,INC., TIME WARNER, INC., AND MICROSOFT CORPORATION,
    Defendants.

### PLAINTIFF'S APPENDIX I

Langdon v. Google Inc. et al     Doc. 1 Att. 2

**Google AdWords**

qiology@aol.com | Help | Contact us | Sign Out
Customer ID: 985-729-1894

| Campaign Management | Reports | Analytics | My Account | Advanced Search |

Campaign Summary | Tools | Conversion Tracking                      Search

Tools > **Disapproved Ads**

## Disapproved Ads

Review the table below to learn when and why your ad was disapproved. [?] Modify your disapproval email notification settings.

| Ignore | Show only active campaigns ▼ | | | | 1 - 1 of 1 Disapproved Ads. | |
|---|---|---|---|---|---|---|
| ☐ | **Ad** | **Campaign** | **Ad Group** | **Disapproval Reason** | **Date Disapproved** | **View/Edit** |
| ☐ | Roy Cooper's Fraud<br>Cooper's fraud on the Supreme Court<br>Corruption within the N.C.D.O.J.<br>www.ncjusticefraud.com | Campaign #1<br>Active | Ad Group #1<br>Active | **Unspecified Disapproval Reason**<br>▶ Details | Mar 3, 2006 | Edit Ad |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

| | |
|---|---|
| Subj: | **Re: [#48812586] Can't see my ad** |
| Date: | 3/3/2006 3:10:05 P.M. Eastern Standard Time |
| From: | adwords-support@google.com |
| To: | qiology@aol.com |

Hello Chris,

Thank you for your email. I understand that you are having difficulty viewing your ads. I have reviewed your account and found that your ads weren't showing for a short period of time because they were in review. Some ads require review before they can run.

However, while reviewing your campaign I found that one of your ads currently doesn't comply with our guidelines. It's now marked 'disapproved' and therefore isn't running. AdWords Specialists review ads in the Google AdWords program and temporarily disable those that don't meet our standards.

Your ad in Campaign #1 was just disapproved for the following issues:
Unacceptable Content

POLICY DEFINITIONS:
Unacceptable Content: At this time, Google policy does not permit ad text that advocates against an individual, group, or organization. In addition, this policy does not permit the advertisement of websites that advocate against a group protected by law. As noted in our advertising terms and conditions, we reserve the right to exercise editorial discretion when it comes to the advertising we accept on our site. Please note that both your ad and keywords have been suspended at this time.

You can review our guidelines at:
http://adwords.google.com/select/guidelines.html. After making the necessary changes, save your ad. This automatically resubmits your ad back to us for review. We appreciate your effort in editing your ad.

Tip: Use the Disapproved Ads tool to check the status of your disapproved ads and find out why they were disapproved. To learn more, visit https://adwords.google.com/support/bin/answer.py?answer=14737&hl=en.

If you have additional questions, please visit our Help Center at https://adwords.google.com/support to find answers to many frequently asked questions. Or, try our Learning Center at http://www.google.com/adwords/learningcenter/ for self-paced lessons that cover the scope of AdWords.

We look forward to providing you with the most effective advertising available.

Sincerely,

Janelle
The Google AdWords Team

----------------
Want more info on AdWords? Check out the official AdWords Blog, "Inside AdWords," at http://adwords.blogspot.com to get the latest news, information and tips.

Original Message Follows:

Friday, March 03, 2006 America Online: Qiology



qiology@aol.com | Help | Contact us | Sign Out
Customer ID: 985-729-1894

| Campaign Management | Reports | Analytics | My Account | Advanced Search |
| Campaign Summary | Tools | Conversion Tracking | | Search |

Tools > **Disapproved Ads**

## Disapproved Ads

Review the table below to learn when and why your ad was disapproved. [?] Modify your disapproval email notification settings.

| Ignore | Show only active campaigns ▼ | | | | 1 - 2 of 2 Disapproved Ads. | |
|---|---|---|---|---|---|---|
| ☐ | **Ad** | **Campaign** | **Ad Group** | **Disapproval Reason** | **Date Disapproved** ▲ | **View/Edit** |
| ☐ | Roy Cooper<br>The truth about Roy Cooper<br>the North Carolina Attorney General<br>www.ncjusticefraud.com | Campaign #2<br>Active | Roy Cooper<br>Active | **Unacceptable Content**<br>▼ Details<br>At this time, Google policy does not permit ad text that advocates against an individual, group, or organization. In addition, this policy does not permit the advertisement of websites that advocate against a group protected by law. As noted in our advertising terms and conditions, we reserve the right to exercise editorial discretion when it comes to the advertising we accept on our site. Please note that both your ad and keywords have been suspended at this time. | Mar 6, 2006 | Edit Ad |
| ☐ | Roy Cooper's Fraud<br>Cooper's fraud on the Supreme Court<br>Corruption within the N.C.D.O.J.<br>www.ncjusticefraud.com | Campaign #1<br>Active | Ad Group #1<br>Active | **Unspecified Disapproval Reason**<br>▶ Details | Mar 3, 2006 | Edit Ad |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

Subj: **Re: [#49142027]**
Date: 3/6/2006 9:22:56 P.M. Eastern Standard Time
From: adwords-support@google.com
To: qiology@aol.com

Hello Chris,

Thank you for your email. Allow me to explain why you may not be able to see your ads.

When I checked your campaign, I found that both of your ads are currently marked 'disapproved' and therefore are not running. AdWords Specialists review ads in the Google AdWords program to ensure they comply with our advertising guidelines. When ads don't meet our standards, we temporarily disable them.

Your ads were disapproved for the following issue: Policy - Unacceptable Hate/Anti Content. At this time, Google policy does not permit ad text that advocates against an individual, group, or organization. In addition, this policy does not permit the advertisement of websites that advocate against a group protected by law. As noted in our advertising terms and conditions, we reserve the right to exercise editorial discretion when it comes to the advertising we accept on our site. Please note that both your ad and keywords have been suspended at this time.

You can review our guidelines at
https://adwords.google.com/select/guidelines.html. To edit and resubmit your ad, please follow these steps:
https://adwords.google.com/support/bin/answer.py?answer=6273&hl=en. This automatically resubmits your ad back to us for review. We appreciate your effort in editing your ad.

Tip: Use the Disapproved Ads tool to check the status of your disapproved ads and find out why they were disapproved. To learn more, visit
https://adwords.google.com/support/bin/answer.py?answer=14737&hl=en.

If you have additional questions, please visit our Help Center at
https://adwords.google.com/support to find answers to many frequently asked questions. Or, try our Learning Center at
http://www.google.com/adwords/learningcenter/ for self-paced lessons that cover the scope of AdWords.

We look forward to providing you with the most effective advertising available.

Sincerely,

Stephanie H.
The Google AdWords Team

===Today's AdWords Tip===
Adding synonyms and related phrases to your keyword list can improve your advertising reach. Get ideas for new keywords by accessing our keyword tool at http://www.google.com/adwords/keyword.

Original Message Follows:
------------------------
From: qiology@aol.com
Subject:
Date: Mon, 06 Mar 2006 14:42:58 -0000



It's All About Results™                                    Contact Us - Help

AdWords Home

**Content Policy**

AdWords Support

**Overview**
AdWords Advantages
Program Comparison
Success Stories
News and Updates
Demos and Guides
For Your Industry
Inside AdWords Blog

**Getting Started**
Editorial Guidelines
Step-by-Step
Optimization Tips
Account Navigation
Keyword Tools

Google is committed to providing an advertising service with fair and consistent policies that benefit our users, advertisers, partners, and Google. To achieve this goal, we maintain high standards for ads accepted into the AdWords program. The policies listed below complement our Terms and Conditions and describe Google's advertising policies with regards to products and services.

In addition, you may wish to review our Editorial Guidelines. To run your ads on Google and our growing ad network of sites, products, and services, you must adhere to both our content and editorial policies. Application of our policies will always involve an element of discretion and we reserve the right to reject or approve any ads.

Please note that the decisions we make concerning advertising in no way affect the search results we deliver.

| | |
|---|---|
| **Aids to Pass Drug Tests** | Advertising is not permitted for the promotion of products such as drug cleansing shakes and urine test additives. |
| **Alcohol** | Advertising is not permitted for the promotion of beer or hard alcohol. |
| **Anti and Violence** | Advertisements and associated websites may not promote violence or advocate against a protected group. A protected group is distinguished by their: <ul><li>Race or ethnic origin</li><li>Color</li><li>National origin</li><li>Religion</li><li>Disability</li><li>Sex</li><li>Age</li><li>Veteran status</li><li>Sexual orientation/Gender identity</li></ul> Ad text advocating against any organization or person (public, private, or protected) is not permitted. Stating disagreement with or campaigning against a candidate for public office, a political party or public administration is generally permissible. <br><br> This standard applies to everyone who wants to advertise on Google, whether we agree with their viewpoint or not. |
| **Bulk Marketing** | Advertising of bulk marketing products is not permitted if the stated or implied use of the following products is unsolicited spam: <ul><li>Email lists that are not opt-in</li><li>Bulk email software</li><li>Bulk messaging</li></ul> |
| **Cable Descramblers and Black Boxes** | Advertising is not permitted for products that descramble cable and satellite signals in order to get free cable |

| | |
|---|---|
| | services. |
| **Counterfeit Designer Goods** | Advertising is not permitted for products that are replicas, or imitations, of designer goods. |
| **Dialers** | We do not permit advertising that is associated with dialers in any way. |
| **Drugs and Drug Paraphernalia** | Advertising is not permitted for the promotion of drugs and drug paraphernalia. This includes drug accessories, illegal drugs, and herbal drugs such as salvia and magic mushrooms. |
| **Fake Documents** | Advertising is not permitted for the promotion of fake IDs, passports, diplomas, and noble titles. |
| **Fireworks/Pyrotechnic Devices** | Advertising is not permitted for the promotion of fireworks and pyrotechnic devices. |
| **Gambling** | Advertising is not permitted for online casinos, sports books, bingo, and affiliates with the primary purpose of driving traffic to online gambling sites. |
| **Hacking and Cracking Sites** | Advertising is not permitted for the promotion of hacking or cracking. For example, sites must not provide instructions or equipment to illegally access or tamper with software, servers, or websites. Advertising is not permitted for the promotion of sites or products that enable illegal access of or tampering with software, servers, websites, cell phones or other communications or content delivery systems or devices. |
| **Miracle Cures** | Advertising is not permitted for the promotion of miracle cures, such as 'Cure cancer overnight!' |
| **Mod Chips** | Advertising is not permitted for the promotion of mod chips, such as devices that unlock copyright protection. |
| **Prescription Drugs and Related Content** | Websites advertising prescription drugs or using prescription drug keywords may only target the U.S. or Canada, and must be SquareTrade certified. Ads will not run until a valid SquareTrade identification number is provided. The SquareTrade program is only open to pharmacies based in the U.S. or Canada. Please review our FAQ for further details, or review Google's Online Pharmacy Qualification Program. |
| **Prostitution** | Advertising is not permitted for the promotion of prostitution. |
| **Sexual Content (Adult)** | Advertising is not permitted for the promotion of child pornography or other non-consensual material. |
| **Solicitation of Funds** | Only government-registered charities may solicit funds. Political fundraising is generally permitted. |
| **Tobacco and Cigarettes** | Advertising is not permitted for the promotion of tobacco or tobacco-related products. |

| | |
|---|---|
| **Traffic Devices** | Advertising is not permitted for the promotion of radar jammers, license plate covers, traffic signal changers, and related products. |
| **Weapons** | Advertising is not permitted for the promotion of certain weapons, such as firearms, ammunition, balisongs, butterfly knives, and brass knuckles. |

©2005 Google - AdWords Home - Terms and Conditions - Privacy Policy