UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Case No._____
- 0 6 - 3 1 9 -

CHRISTOPHER LANGDON,
    Plaintiff,

    versus

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC., YAHOO!,INC.,
TIME WARNER, INC., AND MICROSOFT CORPORATION,
    Defendants.

## PLAINTIFF'S APPENDIX II

cafepress.

Cart & Checkout | Help | Order Status | Shop Home

# Anti-Bush Shirts, Stickers, and Buttons

☎ Order 87

Home of **"51% is NOT a mandate"**, hailed in the press as **"the best neo-anti-Bush line"**!   **BeatBush**

★ Browse Products ★

select one ▼



★ Browse Designs ★

Select a Design ▼



Ads by Goooooogle

**Google Toolbar - Free**
Add a Google searchbox to your browser - Blocks popups & more.
toolbar.google.com

**George Bush**
Should He Be Forced To Step Down? Vote Now To See Survey Results!
www.popularq.com

**$1200/Hr Jobs?**
Apply Now And Make Up To $300 In the Next 15 Minutes!
MaximumPayJobs.com

**Free Ringtones**
Get All Your Favorite Songs For your Cell Phone Today
www.blinko.com

**A New Political Leader**
Fight Illegal Immigration Police Sergeant-Lawyer-CJ Professor
www.michaelwilliamson.net

Advertise on this site

Anti-Bush T-Shirts, Anti-Bush Bumper Stickers, etc : **SEARCH GOOGLE TO BEAT BUSH**

Search Google from here to beat Bush's agenda. We donate 50% of Google's fees to groups fighting the GOP.

**So start your Google searches here to help beat Bush!**

> Or see hottest anti-Bush designs. all on many products *(homepage)*
> Or see political t-shirts, political bumper stickers, or political buttons

Something for Eve
•Political T-Shirts
•Political Stickers
•Political Buttons
•Political Magnets

## Start searching and donating to progressive causes:

Google [                    ] Search

⦿ Web ⦾ BeatBushGear

Whenever you search Google by starting your Google search from this page and click on or "Ads by Google" in the results, BeatBushGear gets paid a fee. Since we donate 50% of our progressive causes, doing your searches from here is an easy way to donate and make a d

Please don't abuse this by clicking on the ads multiple times. But if you're going to be searc web anyway (as most of us do every day!), why not start your searches here to help the figh

**Be sure to bookmark this pageso you can always start donations-earning search her** It's a free and easy way to beat Bush's agenda! You can also Shop Amazon to beat Bush.

## Shortcuts to popular designs:

Political T-Shirts / Political Bumper Stickers / Political Buttons
Refrigerator Magnets / Coffee Mugs / Thongs
Funny T-Shirts, Funny Bumper Stickers, etc.
Custom T-Shirts, Custom Stickers, etc.

"No W" / "Asses of Evil" / "He's Still Not My President" /
"Better Dead Than Red" / "Jesus is a Liberal" / "Buck Fush"
Other hot Anti-Bush designs (homepage)

"Hillary Clinton 2008" / "Al Gore 2008"

Animal T-Shirts / Animal Pictures & Posters / Animal Lover Gifts

Shopping at Amazon to Beat Bush / Search Google to Beat Bush

Open Your Own Shop! / Online Affiliate Program

**cafepress**
.com

Your Account | Sign In | Cart: **0 items**

| All Products ▼ | hillary |

Home > Marketplace > hillary > Life's a bitch Anti-Hillary Sticker (Bumper)                    More t

Life's a bitch Anti-Hillary Sticker (Bumper)

**$3.99**

Visit this member's Shop: Hillary Clinton Scares Me Shirt & Sticker Shop



Life's a bitch... so Don't vote for One! Anti-Hillary Shirts Buttons and Stickers for a can't Stand Hillary Clinton.

Product Details

Tell the world how you feel! Our bumper stickers are perfect for expressing yourse
while cruising down the highway or just for posting on the wall. Made of durable vi
and measuring a generous 10" x 3" these stickers are made for adding style to an
surface.

 o Printed on 4mil vinyl using water and UV resistant inks - means no fading in
   sun or bleeding in the rain.

View Larger

Qty:
1

AVAILABILITY: In Stock, will ship in 2 business days

Product Number: 23495587

**Shop other categories:**
Animals | Baby Gifts | Bumper Stickers | Comics | Dog Gifts | Fantasy Art | Gifts | Humor | Games | Geek | Insects
Military Gifts | Music | Peace | Pet Lover Gifts | Politics | Religious Gifts | Sci-Fi | Sports | T-Shirts | Unique Gifts | Urban Chic
Affiliate Programs

About Us | Jobs | Affiliate Program | Community | Help | Contact Us                Sign up for specials: Email Address

**TRUST**
site privacy statement

All Content Copyright © 1999-2006 CafePress.com. All rights
reserved. Use of this web site constitutes acceptance of the Terms
of Service. Privacy Policy | Intellectual Property Policy



**cafepress**
.com

Your Account | Sign In | Cart: **0 items**

[Search]

All Products  ▼    Hillary Sucks

Home > Marketplace > Hillary Sucks > Anti Hillary Bumpersticker    More L

Anti Hillary Bumpersticker

**$3.89**
Visit this member's Shop: yourbumpers.com

Clintons, corruption, president, 2008, elections, Condi Rice, Whitewater, republican
democrats, liberalts, conservatives, left-wing, right-wing, Hillary, no Hillary, anti H



**Product Details**

Tell the world how you feel! Our bumper stickers are perfect for expressing yourse
while cruising down the highway or just for posting on the wall. Made of durable vi
and measuring a generous 10" x 3" these stickers are made for adding style to an
surface.

- Printed on 4mil vinyl using water and UV resistant inks - means no fading ir
  sun or bleeding in the rain.

View Larger

Qty:
1    [Add to Cart]

AVAILABILITY: In Stock, will ship in 2 business days

Product Number: 48220796

**Shop other categories:**
Animals | Baby Gifts | Bumper Stickers | Comics | Dog Gifts | Fantasy Art | Gifts | Humor | Games | Geek | Insects
Military Gifts | Music | Peace | Pet Lover Gifts | Politics | Religious Gifts | Sci-Fi | Sports | T-Shirts | Unique Gifts | Urban Chic
Affiliate Programs

About Us | Jobs | Affiliate Program | Community | Help | Contact Us

Sign up for specials: Email Address


TRUST**e**
site privacy statement

All Content Copyright © 1999-2006 CafePress.com. All rights
reserved. Use of this web site constitutes acceptance of the Terms
of Service. Privacy Policy | Intellectual Property Policy






All Products ▼   Hillary Sucks

Home > Marketplace > Hillary Sucks > **Hillary "Piss on Everyone" Ringer T**                    More t



Hillary "Piss on Everyone" Ringer T

**$20.99**

Visit this member's Shop: Her Heinous, Hillary

This may be THE most blatantly accurate anti-Hillary gear! Her Heinous wants to, a
you know she -could- do just as this design depicts, both figuratively and literally!

**Product Details**

The Ringer T has made a fashion comeback, and ours is a popular favorite. This cl
style is sure to impress even the most discerning t-shirt connoisseur with an eye fo
retro-coolness. Great for relaxing in comfort year-round.

- 5.5 oz 100% preshrunk cotton
- Double-needle hemmed trim
- Contrast ringer neck and sleeves



Thin                    **Thick**
T-Shirt Fabric Thickness

click to view
front / back:

 

**View Larger**

Blue/White  Black/White



Qty:     Size:
1        Large          ▼   Size Chart
Color:
Black/White ▼

Available Printing Method(s):

Direct Printing [What is this?]

AVAILABILITY: In Stock, will ship in 2 business days

Product Number: 27623148



**Shop other categories:**

Animals | Baby Gifts | Bumper Stickers | Comics | Dog Gifts | Fantasy Art | Gifts | Humor | Games | Geek | Insects
Military Gifts | Music | Peace | Pet Lover Gifts | Politics | Religious Gifts | Sci-Fi | Sports | T-Shirts | Unique Gifts | Urban Chic

Sign in



**Web** Images Groups News Froogle Local **more »**

| George Bush | Search | Advanced Search |
| | | Preferences |

## Web

Results **11 - 20** of about **285,000,000** for **George Bush**. **(0.05** seconds)

Welcome to the White House - WWW.WHITEHOUSE.ORG
Whitehouse.org is the officious web site for the White House and President
**George** W. **Bush**, the 43rd President of the United States of America.
www.whitehouse.org/ - 41k - Cached - Similar pages

George W Bush is the AntiChrist
Using Biblical and historical references, argues that President **Bush** is really the
anti-Christ.
www.bushisantichrist.com/ - 167k - Cached - Similar pages

The Lies of George W. Bush: Mastering the Politics of Deception
Reviews of the book, excerpts, top ten lies, author profile and forum.
www.davidcorn.com/ - 43k - Cached - Similar pages

The Truth About George W. Bush
Presents information about how the **Bush** administration's actions affect US
citizens's rights. Contains information on domestic policy, women's rights and **...**
www.thetruthaboutgeorge.com/ - 10k - Cached - Similar pages

George Bush Intercontinental Latest News LET'S GO, BUENOS AIRES: A ...
PROPOSED PLANS FOR **GEORGE BUSH** INTERCONTINENTAL AIRPORT'S FUTURE
GROWTH UNVEILED TO THE PUBLIC · More news... Future Plans **...**
iah.houstonairportsystem.org/ - 5k - Cached - Similar pages

George HW Bush - Wikipedia, the free encyclopedia
**Bush** is the father of the 43rd and current president, **George** Walker **Bush**. **... George**
**Bush** began his formal education at the Greenwich Country Day School in **...**
en.wikipedia.org/wiki/George_H._W._Bush - 149k - Cached - Similar pages

George W. Bush on the Issues
Tired of media reports of fundraising and poll results instead of policy issues? At
Issues2000.org, you can see the view of every candidates on every issue.
www.ontheissues.org/George_W__Bush.htm - 165k - Cached - Similar pages

GW Bush Went AWOL
Chasing **George Bush** and the F-102 - An illustrated History of GW **Bush's** Flying
Career **...** Documented Service Records of John Kerry and **George Bush ...**
www.awolbush.com/ - 127k - Cached - Similar pages

Vote To Impeach Bush
Advocates impeachment of the President, solicits donations to finance ads in major
newspapers, and features views of former US Attorney General Ramsey Clark **...**
www.votetoimpeach.org/ - 22k - Cached - Similar pages

The George W. Bush Online Store
Campaign-sanctioned website for all **Bush**-Cheney and **George** W. **Bush** for President
campaign materials, gift items and wearables.
www.georgewbushstore.com/ - 11k - Cached - Similar pages

Sponsored Links

.

**George Bush**
Do You Value Your Life or Families?
Nokr Dont Leave Home Without it!
www.nokr.org

**Bush George**
Whatever you're looking for
you can get it on eBay.
www.eBay.com

Should **Bush** Be Impeached?
Iraq, NSA, $3 Gas, FEMA, Ports
Urge Congress To Take Action!
impeachPAC.org
.



because they lied

## ImpeachPAC
*Electing a Congress to Impeach Bush and Cheney*

Home | Contribute | Candidates | Resolutions | Library | Forums | Store

**Get Involved!**

Get E-mail Alerts
Join the discussion
Contact us
Link to us
Take Action!



**This book will change America!**

ARTICLES OF IMPEACHMENT AGAINST GEORGE W. BUSH

CENTER FOR CONSTITUTIONAL RIGHTS

This urgent book by the Center for Constitutional Rights presents four Articles of Impeachment: warrantless surveillance, lying to Congress about Iraq, torturing prisoners, and subverting the Separation of Powers. Buy a copy and send one to your Representative - $9.95 can change America!

More ads here...

Home

## Help Us Impeach George Bush Now!

Submitted by bob fertik on Wed, 2006-01-25 20:46.    About ImpeachPAC

### Welcome to ImpeachPAC!

ImpeachPAC is a non-profit, nation-wide political action committee that is working tirelessly to impeach George Bush and Dick Cheney **immediately**.

And we're making a difference! When we launched in November 2005, no one in Washington would say "impeachment" out loud. Now everyone is talking about impeachment - and ImpeachPAC is leading the way!

In fact, our widely-publicized polls show:

- 52% of Americans think Bush should be impeached for wiretapping Americans without a judge's approval
- 53% of Americans think Bush should be impeached for lying about Iraq

Here is our **strategy for impeachment**:

1. **Send 1 million email petitions to our Senators and Representatives in Congress** urging them to impeach George Bush and Dick Cheney **now**.

   *PLEASE CLICK HERE TO EMAIL YOUR REPRESENTATIVES!*

2. Raise $100,000 for passionately patriotic candidates who will impeach Bush and Cheney - like Tony Trupiano in Michigan

Support ImpeachPAC







My contribution:
$|          Contribute
              with ActBlue

### Subscribe

Click here to subscribe to the ImpeachPAC newsletter!

### Impeachment Blogging

**Learning From Latino Unity**

This weekend in Los Angeles California an estimated 500,000 people peacefully demonstrated in what the LA Times called "possibly the largest gat

**2 Additional Rep's Cosponsor Impeachment Resolution HR 635 Today**

Great news today! Two additional Representatives, Rep David Wu [OR-1] and Rep Betty McCollum [MN-4] have added their support by

**BeatBushGear**
is proud to be part of the
Webby winning
**Cafepress Experience**



Anti-Bush Gear
in another style
A Rose is a Rose





**Lekker Politics**





Urban Chic
In the News
Vegetarian
Gay & Lesbian
Unique Gifts
Hobbies
Fantasy Art
Geeks
Retro Humor
Photographic Art
Religious Gifts
Sports
Wildlife

★ **Like Minds** ★

Link to Us!
Daily Kos
Democracy for America
MoveOn.org
Talking Points Memo
The Blue Lemur
Earthrenewal.org
True Blue Liberal
All That's Left
BandTogether
A Rose is a Rose
Partisan T Party
SmartAssProducts.com



"Asses of Evil"
Another great design of anti-
Bush shirts, anti-Bush stickers,
buttons, et al.





"Bring Home Our Troops"



"Bush Lied Soldiers Died"

Jesus is
a Liberal



"A Village is Missing its Idiot"

Support
our Troops

**Impeach Bush**

"Support Our Troops -
Impeach Bush"



"Four Moron Years"

GOD is not
spelled G.O.P.



"Impeach Bus



"I Have a Drea

I think, therefore
DEMO(

"I Think"



   

cafépress.

Cart & Checkout | Help | Order Status | Shop Home

Apparel and gifts for the Activists in your life.

VIRTUAL TRAVELER          MUSIC BOX          VIRTUAL CLASSROOM          NEWS & OPINION

» "W" Behind Bars
» T-Shirts
» Bush the Woodman!
» Sweatshirts
» For the Ladies
» Bumper Stickers
» Mugs
» John Kerry Under Fire

**This store is brought to you by Mike Cuenca, producer of this commercial, which was one of the MoveOn.org Bush in 30 Seconds finalists.**



"W" Behind Bars
Tired of seeing those annoying "W"
stickers? Talk back with this "W"
behind bars!



T-Shirts
Let's Bump Bush, Impeac
Now, Dissent IS Patriotic, a




Sweatshirts
Crew neck and hooded sweatshirts
with all of our most popular logos.



**Don't miss our other great, patriotic products!**

**Outspoken logos on t-shirts, sweatshirts, hats, mugs, and more!**

For the Ladies
Shirts, camisoles, and th



universal shopping cart 🛒   egifts   your account   wish list   help



| HOME | DEPARTMENTS | STORES | GIFTS | SERVICES | ON SALE |

D E P A R T M E N T S   **SEARCH FOR** Impeach george Bush **IN** All Products ▼  


Get FREE SHIPPING or Flat Rate Shipping from over 200 Stores

### Sponsored Links
Try these resources for additional options

**Impeach Bush Gear**  CafePress.com
Over 5,300 **Impeach Bush** Designs! T-Shirts, Stickers, Buttons & More

**Political Bumper Stickers**  www.bushbumperstickers.com
**Bush** - War - Impeachment - Peace anti-**Bush** pro-Democracy Stickers

**Vote Democrat 06**  dontblamemeivoted4kerry.com
end the culture of corruption bumper stickers shirts mugs

**George W. Bush**  bush.peel.com
Are You Happy **Bush** Won? Vote & Win a Free Razr Phone

**Impeach Bush Decals**  www.pressforprogress.com
Support presidential accountability with these car decals and magnets.

**Humorous Anti-Bush Stuff**  www.BeatBushGear.com
Send a message and have a laugh. T-shirts, stickers, buttons, etc.

**Speak Thru Your Rear End**  SlogaNation.com
Buy Bumper Stickers. $0.49 - $2.99 Custom, Humor, Politics, **Bush** Wacky

**Dick Cheney**  www.popular-survey.com
Should Dick Cheney be prosecuted? Vote now to see results

FEATURED ITEM

## Articles of Impeachment Against George W. Bush (1st Ed.) Paperback

Was $9.95
Now: $7.42

available from
**BestPrices.com**



Articles of Impeachment Against George W. Bush
Price: $6.40

Warrior-King : The Case for Impeaching George W. Bush
$7.05 - $10.95

### You may see more results if you search for...

- george Bush
- Impeach Bush
- Impeach george

### Choose from a wide variety of Departments!

| | | | | | |
|---|---|---|---|---|---|
| Auto | Cameras & Optics | Food & Drink | Home Furnishings | Remodeling & Building | Toys & Games |
| Baby | Clothing & Accessories | Garden & Outdoors | Housewares | Shoes | Travel |
| Beauty | Collectibles | Gifts & Occasions | Jewelry & Watches | Software | Video Games |
| Books & Magazines | Computers | Health & Wellness | Music | Sports & Fitness | Videos & DVDs |
| Business | Electronics | Hobbies & Crafts | Pet Supplies | Tools & Workshop | Services |

It's Time to Celebrate Spring

**Web**   Images   Groups   News   Froogle   Local   **more »**

Go gle

|Impeach george Bush                          Search    Advanced Search
                                                        Preferences

**Web**                                   Results **1 - 10** of about **5,690,000** for **Impeach george Bush**. (0.13 seconds)

Sponsored Link                               Sponsored Links

### Impeach Bush Gear
CafePress.com    Dress for Political Activism. Buy T-shirts, stickers, pins &
more

Tip: Save time by hitting the return key instead of clicking on "search"

### Product search results for **Impeach george Bush**
Who would Jesus wiretap Jr. Baby Doll T-Shirt - $17.99 -
TeeStyle's House of Tee
Fitted **Bush** Happens Tshirt Made in USA - $17.99 -
TeeStyle's House of Tee
**Impeach Bush** Now Jr. Baby Doll T-Shirt - $19.99 -
impeachdubyadotcom

### Vote To **Impeach Bush**
Advocates **impeachment** of the President, solicits donations to finance ads in
major newspapers, and features views of former US Attorney General Ramsey
Clark **...**
www.votetoimpeach.org/ - 22k - Cached - Similar pages

### Impeach Bush Coalition
A United Coalition of Blogs For the **Impeachment** of **George W. Bush. ...** We
aren't trying to bring upon **impeachment** merely because **George W. Bush** is
a dirty **...**
impeachbushcoalition.blogspot.com/ - 127k - Cached - Similar pages

### Impeach Bush
Dedicated to the **Impeachment** of **George Bush. ...** 3/12/06 - Senator
Feingold calls for Censure of **George Bush** over wiretapping. Please contact
your Senators **...**
www.impeachbush.tv/ - 13k - Cached - Similar pages

### IMPEACH-BUSH-NOW.ORG
**Impeach Bush** With Humor. Send a message and have a laugh. **...** George
W. **Bush.** Are You Happy **Bush** Won? Vote & Win a Free Razr Phone.
bush.peel.com **...**
www.impeach-bush-now.org/ - 43k - Cached - Similar pages

### Impeachment Resolution
**Impeachment** Resolution Against President **George W. Bush ... Impeaching**
**George** Walker **Bush**, President of the United States, of high crimes and
misdemeanors. **...**
www.rise4news.net/Impeachment_Resolution.html - 33k -
Cached - Similar pages

### Petition to **Impeach George W. Bush**
A petition for the **impeachment** of **George W. Bush** to the Congress of the United States.
www.petitiontoimpeach.com/ - 2k - Cached - Similar pages

**Impeach Bush** Decals
Support presidential accountability
with these car decals and magnets.
www.pressforprogress.com

**Impeach Bush** Stickers
Bumper stickers only $3.99. Plus
t-shirts, hats and much more
shop.seekpeace.com

Anti-**Bush** Shirts and Gear
Don't Blame Me, I Voted For Kerry
And other messages you have to buy!
www.BeatBushGear.com

**Impeach george bush**
Should **Bush** Be Replaced? Respond
And You Can Get A Free Computer!
www.willkerrywin.com

Speak Thru Your Rear End
Buy Bumper Stickers. $0.49 - $2.99
Custom, Humor, Politics, **Bush** Wacky
SlogaNation.com

**George W. Bush**
Are You Happy **Bush** Won?
Vote & Win a Free Razr Phone
**bush**.peel.com

Dick Cheney
Should Dick Cheney be prosecuted?
Vote now to see results
www.popular-survey.com

First Son
W. **Bush** and the **Bush** Family Dynasty
5 CDs, Abridged
SHOP.COM

More Sponsored Links »



PROFIT OVER PEOPLE
$1.99



BRINGING ON THE END-
$1.99



DUMB AND DUMBER
$2.99



BUSH/CHENEY IN ASSOCIAT
$2.49





MEN OF MURDER
$2.49



CHICKEN HAWKS
$1.99



THE BIBLE AND THE BOMB
$2.99



WOLFMAN OF WA
$2.99



WEREWOLF OF WASHINGTOM
$2.99



GEORGE LOVES ABDU
$2.99





# GEORGE WALKER BUSH DRUNK ON POWER !

GWB DRUNK ON POWER
$1.99



I LOVE BUSH, DICK, & !
$1.99

# GEORGE... JUST GO AWAY !

GEORGE JUST GO AWAY
$1.99



TURN YOUR BACK ON
$2.49



BUSH IS A MAN O WAR
$2.99



MEN OF MENDACIT
$2.99



BUSH BENDS THE CROSS FOR SATAN
$2.99



SONS OF SATAN
$2.99

ENRICHING THE RICH
$1.99



TRICKLE DOWN ECON(
$1.99

**NATIONAL CELIBACY DAY**
**NOVEMBER 2, 2004**
**NO BUSH!  NO DICK!**

NATIONAL CELIBACY DAY
$1.99



NEO-CON MEN
$1.99



SEND THE CRETIN BACK TO
TEXAS
$1.99



WE WILL EXPORT DEATH AN
$1.99

**" I AM NOT PART OF THE PROBLEM !**
**I AM A REPUBLICAN ! "**
GWB

I AM NOT PART OF THE
PROBLEM, I AM A REPUBLICAN
$1.99



LIAR, LIAR, PANTS ON
$2.99

**CROWN OUR KING**
**GWB₂₀₀₅**

CROWN OUR KING GWB
$1.99



FRIST PRESUDUNT WITH
DISABILITY
$1.99

**GEORGE** $\begin{smallmatrix}A\\W\\O\\L\end{smallmatrix}$ **BUSH**

George AWOL Bush
$0.99

T E X A
I S
T O X I

TEXAS IS TOXIC
$0.99



I LOVE BUSH AND DICK
$1.99



IMPEACH THE LEE(
$0.99



MEN OF STEAL
$1.99



IMPEACH THE LEECH P!
$2.99

 

BUSH + BIN LADIN
$1.49



CORONATION NOT INAUG
$1.99



ZERO/HERO
$1.99



WE WANT YOU TO PAY MO
$1.99



A NEW KIND OF DICTATORSHIP
$1.99



TAKING JOBS AWAY AS FAST
$1.99



**BUSH VOTERS HAVE BLOOD ON THEIR HANDS TOO**

BUSH VOTERS HAVE BLOOD ON THEIR HANDS TOO
$1.99



Impeac BUSH

IMPEACH BUSH
$1.99



*Guantanamo Gonzalez justice by torture*

GUANTANAMO GONZALEZ
$1.99

I WREC IRA

I WRECKED IRAG
$2.49

**"OILY GEORGIE" GIVES GREASE A BAD NAME**

"Oily Georgie" Gives Grease a Bad Name
$1.99

*Seedy Gonzalc*

*Speedy Gonzalez*

SPEEDY AND SEEI
$1.99





SUBVERTING DEMOCRACY ONE ELECTION AT A TIME
$1.99

**DICK AND BU SMELL LII TUSHI**

DICK AND BUSH SMELL LI
$1.99

Eh...Eh...Eh.. WAR!

"Eh...Eh...Eh...WAR?"
$1.99



OILY GEORGIE SAYS,

FOOLED YOU ONC
$1.99



CONdoleeza, HER NAME SPELLS
IT OUT
$2.99



BUSH FINALLY GETS A MA
$2.99



STEALING ELECTIONS SINCE
2000
$1.99



CRUSADER RABI
$1.99



OMISSIONS ACCOMPLISHED
$1.99



PINK SLIP THE PRESI
$1.99



Got War?
$1.99

Bush is a Tush
$0.99



1ST FAMILY VALUES PRESCOTT
$2.99

Exorcism Not Election
$0.99



GOD HELPS THOSE WHO...
$1.99



BUSH GIVES PLANTS A B...
$1.99

## BUSH URGES HASTE SO HE CAN WASTE SOCIAL SECURITY

BUSH URGES HASTE TO WASTE
SOCIAL SECURITY
$1.49



IS OUR CHILDREN LEA...
$2.49



AMBUSH
$1.99



WHO'S YOUR BOGEY...
$2.99



BUSH PUSHES ALAN
GREEDSPAN
$2.99



DRILLING AND KILL...
$1.99



FEAR FACTORY
$1.99

## WHITE MAN SPEAK WITH FORKED TONGUE

WHITE MAN SPEAK WITH FOR...
$2.99



GAS TOO HIGH?
$2.99



FAITH NOT FACTS
$2.99



BUSH FALLS DOWN
$2.99



GHOST COAST
$2.99



COWBOY OF CARNAGE
$2.99



BUSH IS BAD
$2.49



BUSH OUR GREATEST MIS -
LEADER
$2.99



WORTHLESS
$2.99





PRINCE OF PAIN
$2.99



KING OF KILL
$2.99





BUSH WACKIES



BUSH ON BLOW?
$2.49



WEAPONS OF MIDDLECLASS [
$2.99



KING CON
$2.99



DICK AND DANGERR
$2.99



WELCOME TO TERROR - FIRMA
$2.99



GEORGE AND ABDULLAH STI
MOOLAH
$2.99











DICK AND DANGERMAN

bw142  $2.99    Order









SIGN OF SATAN

bw125  $2.99   Order









BUTCHERS OF BAGDAD

bw73  $2.99    Order

Home
Bush Watches
Corporate
Humor
Political Left
Political Right
Religious
War
Custom
Just For Men
Women Only
Environmental
Politically Incorrect
Anonymous Sources
American Voices

Shop Order
Privacy Policy
Info
Search
SHOPPING



# BUSH IS TURNING OUR SOLDIERS INTO STORM TROOPERS



BUSH IS TURNING OUR SOLDIERS INTO STORM TROOPERS

bw85  $2.99    Order









SECRETARY OF HATE

bw92 $2.99   Order







CONDOLEEZZA REICH

bw86  $2.99   Order







# BUSH **VOTERS**
# HAVE BLOOD
# ON THEIR HANDS TOO

BUSH VOTERS HAVE BLOOD ON THEIR HANDS TOO

bw42   $1.99   Order









HISTORY ALWAYS REPEATS ITSELF

bw26  $2.99   Order









ILLUMINAZIS

bw38  $1.99   Order









BUSH BENDS THE CROSS FOR SATAN

bw72  $2.99   Order









STEALING ELECTIONS SINCE 2000

bw7  **$1.99**   Order





Giving a voice to the people

800·864·0381



Show Order
Privacy Policy
Info
Search
V/SHOPPING



IMPEACH BUSH

bw62  **$1.99**   Order









MEN OF MENDACITY

bw94  $2.99  Order



## Press for Progress
Have a Voice.

**A better line of bumper stickers and car magnets liberal, progressive, and the rest of thinking Ame**

**order online or by phone** 888-891-5262



- HOME

- PRODUCTS
- - Anti Bush
- - Civil Rights
- - Education
- - Environment
- - Gay Rights
- - National Debt / Deficit
- - Science and Religion
- - Stem Cell Research
- - Supreme Court
- - War and Terrorism
- - Miscellaneous

VIEW CART

product prices

shipping info

WHAT'S NEW
March 14

Join the Mailing List
once per month showcasing
latest products
email address:

Join

### A quick note...

The health of a democracy depends upon its citizens' willingness to voice opposition and dissent. In the absence of active dissent lies complacency –a force that crumbles the very foundation that a democracy, a government for and by the people, is built upon.

In the presence of complacency accountability is lost, corruption prevails, and history's most successful system of government will ultimately falter.

Press for Progress encourages you to have a voice of dissent, the highest form of patriotism.

Today's Picks:

**IMPEACH**
It's time for accountability.

**Fund Education, Not War.**



All products available both **bumper sticke** and **car magnets**

March 16, 200

**OVERSTOCK DISCOUN**

THE MORON

WRON

THE WORST

THE PRO