UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Case No._____

CHRISTOPHER LANGDON,
    Plaintiff,

versus

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC., YAHOO!,INC.,
TIME WARNER, INC., AND MICROSOFT CORPORATION,
    Defendants.

### PLAINTIFF'S APPENDIX IV

Langdon v. Google Inc. et al     Doc. 1 Att. 5

March 14th, 2006
1835 Edwin Blvd.
Winter Park, Fl. 32789
407-647-7539
Qiology@aol.com

President
Yahoo!Inc.
701 First Ave.
Sunnyvale, Cal. 94089

Dear Sir,

I wanted to place a click ad on Yahoo!, which I am not allowed to do, for suspect reasons. I was told that if Yahoo! wasn't hosting my website, I couldn't advertise my non-profit website on Yahoo!, according to someone named Terrence (reference # 3262486). Is this true?

I must say that your website is very confusing and offers little help to someone in my position. I rummaged through your website, to no avail, and made numerous telephone calls before I was told I couldn't place an ad.

Sincerely,

Christopher Langdon

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>President<br>Yahoo, Inc<br>701 First Ave.<br>Sunnyvale, Cal.<br>94089 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7005 1160 0003 3233 2222 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

Subj: **Sign up for the MSN adCenter U.S. Pilot**
Date: 4/4/2006 2:08:38 P.M. Eastern Standard Time
From: msnactea@email.microsoft.com
To: qiology@aol.com

 adCenter

Dear Christopher,

We're excited to let you know that you have been chosen to participate in the U.S. pilot of MSN® adCenter. Getting started early on MSN adCenter will provide you with many opportunities. You'll learn how to use audience intelligence to connect with search users through advanced targeting options that will help increase your ROI.

You are also invited to join a complimentary initial campaign set-up service called MSN adCenter QuickLaunch.* With this service, a Media Specialist will help you migrate and optimize your current P4P campaign, get you set up in the tool, and educate you on how to best manage your campaign performance in adCenter.

We encourage you to take advantage of this offering by signing up here.

If you prefer to start your campaign immediately, go to:
**https://adcenter.msn.com/AuthorizeUser.aspx**.

You will need to use qiology@aol.com to sign up.

As this is a pilot program we need and want your input so that we can make adCenter even better. Please feel free to provide feedback and suggestions to our adCenter Support Team through the link below.

We look forward to working with you.

Sincerely,

The MSN adCenter Team

To learn more about QuickLaunch, go to the QuickLaunch program page.

Share the benefits of adCenter - refer your friends and colleagues to the pilot today.

Please contact the adCenter Support Team if you encounter any trouble signing up, or would like to provide feedback.

*For a limited time, this service is offered free of charge.

This invitation is nontransferable and there is only one sign-up per invitation. In addition, there will be a 5¢ minimum CPC on keywords and a one-time $5 administrative sign up fee. During the U.S. pilot, MSN adCenter will be delivering text-based advertisements on up to 25 percent of MSN Search traffic.

View the system requirements for adCenter.

© 2006 Microsoft Corporation. All rights reserved. Microsoft and MSN are registered trademarks of Microsoft Corporation in the United States and/or other countries.

## Pilot Signup

### Thanks for your interest in the US Pilot of MSN adCenter!

Please complete the form below to apply to participate or if you would like to stay informed about the program. We are collecting the information to help us with the selection process. You will be invited via email if you are selected to participate.

Find out more about the US adCenter pilot

### adCenter Pilot Signup Form
* = Required

**System Information**

**Which Web browser do you use? ***
[Microsoft Internet Explorer ▼]

**Contact Information**

**First Name ***
Chris

**Last Name ***
Langdon

**Your Job Title ***
[Small Business Owner ▼]

**Phone ***
407-647-7539

**E-mail ***
qiology@aol.com

**Company Name ***
Self-employed

**Street Address**
1835 Edwin Blvd.

**City**
Winter Park

**State**
Florida

**Postal Code**
32789

**Country ***
[United States ▼]

**Company Information**

**URL ***
www.chinaisevil.com

**Company Type ***
[Advertiser ▼]

**Which category best describes the Web content you want your keywords to drive to? ***
[News ▼]

**What other countries/regions would you be interested in targeting with paid search advertising? ***

| | | | |
|---|---|---|---|
| ☐ Australia | ☐ France | ☐ Latin America | ☐ South Africa |
| ☐ Austria | ☐ Germany | ☐ Malaysia | ☐ Spain |
| ☐ Belgium | ☐ Hong Kong SAR | ☐ Mexico | ☐ Sweden |
| ☐ Brazil | ☐ India | ☐ Netherlands | ☐ Switzerland |
| ☑ Canada | ☐ Indonesia | ☐ New Zealand | ☐ Taiwan |
| ☐ China | ☐ Ireland | ☐ Norway | ☐ Thailand |

| | | | |
|---|---|---|---|
| ☐ Denmark | ☐ Italy | ☐ Phillippines | ☐ Turkey |
| ☐ Finland | ☐ Japan | ☐ Singapore | ☐ United Kingdom |

**Is your target audience limited to a specific region within your country?**
[No]

**How much is your total search budget per month (USD)?**
[$0 - $499 ▼]

**How many years of P4P advertising experience do you have?** *
[Less than one year ▼]

**How many keywords do you currently manage?** *
[0 - 99 ▼]

**Where are you currently buying search advertising?**
☐ Google
☐ Overture (Yahoo)
☐ FindWhat
☐ Kanoodle
☐ Other
☑ I am not currently buying search advertising.

**Are you currently buying search advertising on a local commerce site (Yellow Book, Citysearch.com, local newspaper)? If so, please specify**
[ ]

### Additional Information

**How did you hear about MSN adCenter?**
[MSN Advertising Web site ▼]

**Are you interested in applying to participate in the U.S. Pilot of MSN adCenter?**
[Yes ▼]

**If a source code was included on the communication you saw, please input it here**
[msnactea@email.micrisoft.com]

**Comments**
[ ]

☐ I would like to receive updates on MSN adCenter information

[Submit]