OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.# __06-319__

CASE CAPTION: __Langdon__ v. __Google, et al__

### ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received __May 22nd, 2006__ Signed: _____
by Plaintiff:                                                     Pro Se Plaintiff

Date Received __May 30, 2006__   Signed: __Beth Dunan__
by Clerk's office:                                              Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

__5-17-06__
Date mailed

__Beth Dunan__
By Deputy Clerk

cc: Docketing Clerk

FILED
MAY 30 2006
U.S. DIST. COURT
DISTRICT OF DELAWARE

wp\forms\rule4receipt 2-04

so scanned

1835 Elwin Blvd.
Winter Park, Fl. 32789

ORLANDO FL 328
24 MAY 2006 PM 1 L

Clerk
U.S. District Court
844 N. King St.
Lockbox 18
Wilmington, Delaware 19801

U.S.M.S
X-RAY