June 2nd, 2006
1835 Edwin Blvd
Winter Park, Fl.
32789

I have enclosed herein the waivers of service of process for Langdon v. Google et alia, case 06-319, civil. I received them today.

Sincerely,
[signature]



BD scanned