IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-319 (JJF) |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., TIME-WARNER COMPANIES, INC., and MICRO-SOFT CORPORATION, | : |
| Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE

TO:  Mr. Christopher Langdon
     1835 Edwin Boulevard
     Winter Park, FL 32789

PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance on behalf of Defendant Google Inc.

PROCTOR HEYMAN LLP

*/s/ Kurt M. Heyman/*

Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
Email: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Google Inc.

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI PC
David H. Kramer
Colleen Bal
Bart E. Volkmer
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Tonia Ouellette Klausner
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800


DATED:        July 24, 2005

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on July 24, 2006, copies of the foregoing Notice of Entry of Appearance were served as follows:

### VIA FEDERAL EXPRESS

Mr. Christopher Langdon
1835 Edwin Boulevard
Winter Park, FL 32789

_____
Kurt M. Heyman (# 3054)