IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-319 (JJF) |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., TIME-WARNER COMPANIES, INC., and MICRO-SOFT CORPORATION, | : | |
| Defendants. | : | |

### DEFENDANT GOOGLE INC.'S MOTION TO DISMISS

Defendant Google Inc. hereby moves, pursuant to FED. R. CIV. P. 12(b)(6), for an Order in the form attached hereto, dismissing the Complaint for failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth more fully in the accompanying opening brief.

PROCTOR HEYMAN LLP

*/s/ Kurt M. Heyman*

Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
Email: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Google Inc.

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI PC
David H. Kramer
Colleen Bal
Bart E. Volkmer
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Tonia Ouellette Klausner
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800

Dated: July 24, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-319 (JJF) |
| | : | |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, | : | |
| INC., YAHOO! INC., TIME-WARNER | : | |
| COMPANIES, INC., and MICRO-SOFT | : | |
| CORPORATION, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court, having considered Defendant Google Inc.'s Motion to Dismiss, and having found good cause therefor,

IT IS HEREBY ORDERED this _____ day of _____, 2006, that the Motion is GRANTED, and that the Complaint is DISMISSED WITH PREJUDICE.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on July 24, 2006, copies of the foregoing Defendant Google Inc.'s Motion to Dismiss were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

*/s/ Kurt M. Heyman*
Kurt M. Heyman (# 3054)