IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-319 (JJF) |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., TIME-WARNER COMPANIES, INC., and MICRO-SOFT CORPORATION, | : | |
| Defendants. | : | |

## ORDER

The Court, having considered Defendant Google Inc.'s Motion to Dismiss, and having found good cause therefor,

IT IS HEREBY ORDERED this _____ day of _____, 2006, that the Motion is GRANTED, and that the Complaint is DISMISSED WITH PREJUDICE.

_____
United States District Court Judge