## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on July 24, 2006, copies of the foregoing Defendant Google Inc.'s Motion to Dismiss were served as follows:

## VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

_____
Kurt M. Heyman (# 3054)