## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on July 24, 2006, copies of the foregoing Declaration of David DiNucci in Support of Google's Motion to Dismiss were served as follows:

### VIA FEDERAL EXPRESS

Mr. Christopher Langdon
1835 Edwin Boulevard
Winter Park, FL 32789

_/s/ Kurt M. Heyman_
Kurt M. Heyman (# 3054)