IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-319 (JJF) |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., TIME-WARNER COMPANIES, INC., and MICRO-SOFT CORPORATION, | : | |
| Defendants. | : | |

### DEFENDANT GOOGLE INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1(a), Defendant Google Inc. hereby states that, as of July 24, 2006, it is a publicly held corporation listed on the Nasdaq Stock Market under the symbol "GOOG." It does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

PROCTOR HEYMAN LLP

Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
Email: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Google Inc.

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI PC
David H. Kramer
Colleen Bal
Bart E. Volkmer
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

Tonia Ouellette Klausner
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800


Dated: July 24, 2006

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on July 24, 2006, copies of the foregoing

Defendant Google Inc.'s Rule 7.1 Disclosure Statement were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

_____
Kurt M. Heyman (# 3054)