IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-319 (JJF) |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., TIME-WARNER COMPANIES, INC., and MICRO-SOFT CORPORATION, | : | |
| Defendants. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, the undersigned counsel hereby moves the admission *pro hac vice* of Bart E. Volkmer, Esquire to represent defendant Google Inc. in this matter.

PROCTOR HEYMAN LLP

/s/ Kurt M. Heyman
Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorney for Defendant Google Inc.

Dated: July 24, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Date:_____          _____
                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: 7-20-2006         SIGNED: _____
                                 Bart E. Volkmer
                                 Wilson Sonsini Goodrich & Rosati PC
                                 650 Page Mill Road
                                 Palo Alto, CA 94304
                                 (650) 493-9300

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on July 24, 2006, copies of the foregoing Motion for Admission *Pro Hac Vice* were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

*/s/ Kurt M. Heyman*
Kurt M. Heyman (# 3054)