IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-319 (JJF) |
| | : | |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, | : | |
| INC., YAHOO! INC., TIME-WARNER | : | |
| COMPANIES, INC., and MICRO-SOFT | : | |
| CORPORATION, | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, the undersigned counsel hereby moves the admission *pro hac vice* of Tonia Ouellette Klausner, Esquire to represent defendant Google Inc. in this matter.

PROCTOR HEYMAN LLP

/s/ Kurt M. Heyman
Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorney for Defendant Google Inc.

Dated: July 24, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Date:_____       _____
                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: 7/21/06

SIGNED: _____
Tonia Ouellette Klausner
Wilson Sonsini Goodrich & Rosati PC
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on July 24, 2006, copies of the foregoing Motion for Admission *Pro Hac Vice* were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

_____
Kurt M. Heyman (# 3054)