## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) | |
| GOOGLE INC., YAHOO! INC., AOL | ) | |
| LLC, and MICROSOFT CORP., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT YAHOO! INC.'S MOTION TO DISMISS
### FOR FAILURE TO STATE A CLAIM

Defendant Yahoo! Inc., by and through its undersigned counsel, hereby submits its Motion to Dismiss for Failure to State a Claim. The grounds for Yahoo! Inc.'s Motion to Dismiss are set forth fully in its Opening Brief in support of the Motion.

**DUANE MORRIS LLP**

/s/ Daniel V. Folt
Daniel V. Folt (Del. Bar No. 3143)
Matt Neiderman (Del. Bar No. 4018)
1100 North Market Street
Suite 1200
Wilmington, DE 19801
302.657.4927

Dated: July 24, 2006    Attorneys for Defendant Yahoo! Inc.

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Daniel V. Folt, do hereby certify that on July 24, 2006, copies of "Defendant Yahoo! Inc.'s Motion to Dismiss for Failure to State a Claim" were served on the following parties via e-filing and United States Mail:

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789


<u>/s/ Daniel V. Folt (Del. Bar No. 3143)</u>

DM1\670617.1