**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) |
| GOOGLE INC., YAHOO! INC., AOL | ) |
| LLC, and MICROSOFT CORP., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS AOL AND MICROSOFT'S MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)**

Defendants, AOL LLC ("AOL") and Microsoft Corp. ("Microsoft"), by and through their undersigned counsel, hereby move to dismiss plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted on the grounds that: (i) plaintiff failed to allege he was directly injured by either AOL or Microsoft; (ii) as private, for-profit Internet service providers, AOL and Microsoft are not responsible under the U.S. or Delaware Constitutions for protecting the plaintiff's right to speak freely and their alleged business decisions do not implicate the Commerce Clause; (iii) these defendants are not "common carriers" under the Federal Communications Act and thus are not governed by the nondiscrimination provisions of this Act; and (iv) plaintiff's conclusory federal antitrust allegations are entirely lacking in supporting factual allegations and there is no private right of action under Delaware's antitrust law.  The grounds in support of this Motion are set forth more fully in Defendants AOL's and Microsoft's Opening Brief in Support of Their Motion to Dismiss the Complaint, filed contemporaneously herewith.

| | |
|---|---|
| Dated: July 24, 2006 | **DUANE MORRIS LLP** |
| | |
| | /s/ Daniel V. Folt |
| | Daniel V. Folt (Del. No. 3143) |
| | Matt Neiderman (Del. Bar No. 4018) |
| | 1100 North Market Street |
| | Suite 1200 |
| | Wilmington, DE 19801-1246 |
| | (302) 657-4927 |
| | |
| | Attorneys for Defendant AOL and Microsoft |

Of Counsel:

**PROSKAUER ROSE LLP**
Christopher Wolf, Esq.
Stephen D. Solomon, Esq.
Rachel Faith Glickman, Esq.
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
(202) 416-6800

## **CERTIFICATE OF SERVICE**

I, Daniel V. Folt, do hereby certify that on July 24, 2006, copies of the foregoing "Defendants AOL And Microsoft's Motion To Dismiss For Failure To State A Claim Under Rule 12(b)(6)" were served on the following parties via e-filing and United States Mail:

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300

/s/ Daniel V. Folt (Del. Bar No. 3143)

DM1\670605.1