## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) |
| GOOGLE INC., YAHOO! INC., AOL | ) |
| LLC, and MICROSOFT CORP., | ) |
| | ) |
| Defendants. | ) |

### FRCP 7.1 STATEMENT OF AOL LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant AOL LLC ("AOL"), certifies as follows:

AOL LLC, a Delaware limited liability company, is a wholly-owned subsidiary of AOL Holdings LLC, a Delaware limited liability company. AOL Holdings LLC is in turn owned by Time Warner Inc. (2.5%), Google Inc. (5%) and TW AOL Holdings Inc. (92.5%). TW AOL Holdings Inc., a Virginia corporation, is wholly-owned by Time Warner Inc.

Dated: July 24, 2006                    **DUANE MORRIS LLP**

/s/ Daniel V. Folt
Daniel V. Folt (Del. No. 3143)
Matt Neiderman (Del. Bar No. 4018)
1100 North Market Street
Suite 1200
Wilmington, DE 19801
(302) 657-4927

Attorneys for Defendant AOL LLC

Of Counsel:

**PROSKAUER ROSE LLP**
Christopher Wolf, Esq.
Stephen D. Solomon, Esq.
Rachel Faith Glickman, Esq.
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C.  20004-2533
(202) 416-6800

## **CERTIFICATE OF SERVICE**

I, Daniel V. Folt, do hereby certify that on July 24, 2006, copies of the foregoing "FRCP 7.1 Statement of AOL LLC" were served on the following parties via e-filing and United States Mail:

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300

<u>/s/ Daniel V. Folt (Del. Bar No. 3143)</u>

DM1\670645.1