## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) |
| GOOGLE INC., YAHOO! INC., AOL | ) |
| LLC, and MICROSOFT CORP., | ) |
| | ) |
|     Defendants. | ) |

### FRCP 7.1 STATEMENT OF MICROSOFT CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Microsoft Corp. ("Microsoft"), certifies that to the best of our knowledge and belief, there are no parent companies, subsidiaries or affiliates of Microsoft, which have any outstanding securities in the hands of the public.

Dated: July 24, 2006

**DUANE MORRIS LLP**

/s/ Daniel V. Folt
Daniel V. Folt (Del. Bar No. 3143)
Matt Neiderman (Del. Bar No. 4018)
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel.: (302) 657-4900
Fax: (302) 657-4901

Attorneys for Defendant Microsoft Corporation

Of Counsel:

**PROSKAUER ROSE LLP**
Christopher Wolf, Esq.
Stephen D. Solomon, Esq.
Rachel Faith Glickman, Esq.
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
(202) 416-6800

## **CERTIFICATE OF SERVICE**

I, Daniel V. Folt, do hereby certify that on July 24, 2006, copies of the foregoing "FRCP 7.1 Statement of Microsoft Corporation" were served on the following parties via e-filing and United States Mail:

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300

/s/ Daniel V. Folt (Del. Bar No. 3143)

DM1\670640.1