UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
   Plaintiff,

v.                                Case no. 06-cv-319-JJF

GOOGLE, INC. d/b/a DELAWARE GOOGLE,
INC. YAHOO!, INC. TIME WARNER COMPANIES,
INC., and MICROSOFT CORPORATION,
   Defendants



FILED
AUG – 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR AN EXTENSION OF TIME

I hereby seek leave for an extension of time to file a response to Defendant Google's Motion to Dismiss. It is my contention that Google's motion does not comply with the Federal Rules of Civil Procedure. I require more time to adequately respond. Additionally, I am also seeking an extension of time to file an amended Complaint.

Leave to amend shall be freely given, particularly when one is proceeding *pro se,* as I am in this civil rights' action.

" Federal Rule of Civil Procedure declaring that leave to amend shall be freely given when justice so requires is mandate to be heeded."
*Foman v. Davis,* 371 U.S. 178, 83 S.Ct. 227, 228 [5] (1962).

*See also: Salahuddin v. Cuomo,* 861 F. 2d 40 (2nd Cir. 1988); *Gordon v. Leeke,* 574 F. 2d 1147, 1148 [5] (4th Cir. 1978); *Grayson v. Mayview State Hospital,* 293 F. 2d 103 at 103 [5], 110-111 (3rd Cir. 2002); *Chute v. Walker,* 281 F. 3d 314 at 314 [2] (1st Cir. 2002).

Actually, leave of the court is not necessary at this time to seek leave

to amend because none of the Defendants has filed a responsive pleading or answer, although Google has filed a Motion to Dismiss.

"Motion to dismiss is not responsive pleading which precludes party from amending pleading without leave of court." <u>Domino Sugar Corp. V. Sugar Workers</u>, 10 F. 3d 1064 at 1064 [6] (4th Cir. 1993).

My original Complaint was composed during a difficult time. My younger brother, who is partially paralyzed, and suffers brain damage, was in the hospital. He was on a ventilator and had two tracheotomies. Also, my mother, who is eighty-five years old, suffers from emphysema, and requires my assistance.

I have withdrawn my original settlement offer in my original Complaint. However, at this time I am negotiating a possible settlement with one of the Defendants. Removing them from this action, *via* an *Amended Complaint* will simplify these proceedings.

The Defendants' conduct includes fraud, which must be pled with particularity, therefore, I wish to plead those matters, and others, with more particularity. Therefore, for good cause shown, I respectfully request that I be allowed until September 5th, 2006, to file a response to Defendant Google's *Motion to Dismiss,* and any other timely, appropriate pleadings that might be filed, and to file an Amended Complaint. Nothing contained herein is a waiver of my request for a default entry against

Defendants Time Warner Companies, Inc. and Yahoo!, Inc.

Respectfully submitted, this the 31st day of July, 2006.

_____
Christopher Langdon, Plaintiff, *pro se*
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539   qiology@aol.com

### CERTIFICATE OF ATTEMPT TO CONFER

I did confer with M. Greg Mc Curdy, and Chris Wolf, counsel for Microsoft, concerning my filing an amended Complaint, and they haven't expressed any opposition to my getting more time to do so. Tonia Klausner, counsel for Google, is opposed to an extension of time. I attempted to contact Eulonda Skyles, counsel for Yahoo! who signed the waiver of service of process. All I got was a recording stating that she wouldn't be back until August 2nd a nd then I was disconnected. I tried several times to reach James D. Villa, counsel for Time Warner-AOL who signed the waiver for service of process, however, I was unable to get through to him.  This the 31st day of July, 2006.

_____
Christopher Langdon, Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                           Case no. 06-cv-319-JJF

GOOGLE, INC., d/b/a DELAWARE GOOGLE, INC.,
YAHOO!, INC., TIME-WARNER COMPANIES, and MICROSOFT
CORPORATION,
    Defendants

FILED
AUG - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby solemnly affirm, under oath and under penalty of perjury, that I have mailed a copy of my Motion for an extension of Time and, my Motion for Default Entry to: Kurt Heyman, 1116 W. Street, Wilmington, Del., 19801, counsel for Google; Gregory Mc Curdy, counsel for Microsoft, 1 Microsoft Way, Redmond, Wa. 98052-6399; Christopher Wolf, counsel for Microsoft, c/o Proskauer & Rose, 1001 Pennsylvania Ave. N.W., Suite 400 South, Wash., D.C. 20004-25333; Eulonda Skyles, counsel for Yahoo!, Inc., 701 1st Ave., Sunnyvale Cal., 94089; James D. Villa, counsel for Time Warner-AOL,

This the 31st day of July, 2006, via U.S. mail.

_____
Christopher Langdon, Plaintiff, pro se, 1835 Edwin Blvd.,
Winter Park, Fl. 32789-407-647-7539-qiology@aol.com