UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

    v.                Case no. 06-cv-319-JJF

GOOGLE, INC., d/b/a DELAWARE GOOGLE, INC.,
YAHOO!, INC., TIME-WARNER COMPANIES, and MICROSOFT
CORPORATION,
    Defendants

FILED

AUG - 1 2006

U.S. DISTRICT CO
DISTRICT OF DELA

Scanned

CERTIFICATE OF SERVICE

I hereby solemnly affirm, under oath and under penalty of per-

jury, that I have mailed a copy of my Motion for an extension of Time

and, my Motion for Default Entry to: Kurt Heyman, 1116 W. Street, Wil-

mington, Del., 19801, counsel for Google; Gregory Mc Curdy, counsel for

Microsoft, 1 Microsoft Way, Redmond, Wa. 98052-6399; Christopher

Wolf, counsel for Microsoft, c/o Proskauer & Rose, 1001 Pennsylvania

Ave. N.W., Suite 400 South, Wash., D.C. 20004-25333; Eulonda Skyles,

counsel for Yahoo!, Inc., 701 1st Ave., Sunnyvale Cal., 94089; James D.

Villa, counsel for Time Warner-AOL,

    This the 31st day of July, 2006, via U.S. mail.

    Christopher Langdon, Plaintiff, pro se, 1835 Edwin Blvd.,
Winter Park, Fl. 32789-407-647-7539-qiology@aol.com