UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                         Case no. 06-cv-319-JJF

GOOGLE, INC, d/b/a DELAWARE GOOGLE, INC.,
YAHOO!, INC., TIME-WARNER COS., INC, and
MICROSOFT CORPORATION,
    Defendants



MOTION FOR DEFAULT ENTRY AND DEFAULT JUDGMENT

Defendants Time Warner, Inc., parent corporation of AOL, and Yahoo!, Inc, have not pled or otherwise defended by July 31st, 2006, as required, therefore, they are in default and default entry is mandatory (Rule 55, Fed. R. Civ. Procedure). Also, the Plaintiff seeks a Default Judgment in the full amount requested in his original Complaint, which is incorporated herein by reference, from Yahoo! and Time-Warner.

"The defendants are in a position of having failed to plead or otherwise defend..They are, therefore, in default. There has been no entry of default..but that entry is purely a formal matter." *Orange Theater Corp. v. Rayhertz Amusement Corp.*, 130 F. 2d 185, 187 [2] (3rd Cir. 1942).

"..the entry of default by the clerk is purely a formal matter and the default should be entered by him as of course.." 35 C.J.S., Federal Civil Procedure, Section 1123, p. 510.

"A party's default is not excused simply because it is not recorded in the docket." *Moore's Federal Practice*, 3d Ed. Section 55.11[5] (2000).

Whether, or not, the Defendants' default has been entered, or not,

does not change the fact that they are in default.

Respectfully submitted, this the 31st day of July, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539-----qiology@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                      Case no. 06-cv-319-JJF

GOOGLE, INC., d/b/a DELAWARE GOOGLE, INC.,
YAHOO!, INC., TIME-WARNER COMPANIES, and MICROSOFT
CORPORATION,
    Defendants

## CERTIFICATE OF SERVICE

I hereby solemnly affirm, under oath and under penalty of perjury, that I have mailed a copy of my Motion for an extension of Time and, my Motion for Default Entry to: Kurt Heyman, 1116 W. Street, Wilmington, Del., 19801, counsel for Google; Gregory Mc Curdy, counsel for Microsoft, 1 Microsoft Way, Redmond, Wa. 98052-6399; Christopher Wolf, counsel for Microsoft, c/o Proskauer & Rose, 1001 Pennsylvania Ave. N.W., Suite 400 South, Wash., D.C. 20004-25333; Eulonda Skyles, counsel for Yahoo!, Inc., 701 1st Ave., Sunnyvale Cal., 94089; James D. Villa, counsel for Time Warner-AOL,

This the 31st day of July, 2006, via U.S. mail.

_____
Christopher Langdon, Plaintiff, pro se, 1835 Edwin Blvd.,
Winter Park, Fl. 32789-407-647-7539-qiology@aol.com