UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                       Case no. 06-cv-319-JJF

GOOGLE, INC., d/b/a DELAWARE GOOGLE, INC.,
YAHOO!, INC., TIME-WARNER COMPANIES, and MICROSOFT
CORPORATION,
    Defendants

FILED
AUG - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby solemnly affirm, under oath and under penalty of perjury, that I have mailed a copy of my Motion for an extension of Time and, my Motion for Default Entry to: Kurt Heyman, 1116 W. Street, Wilmington, Del., 19801, counsel for Google; Gregory Mc Curdy, counsel for Microsoft, 1 Microsoft Way, Redmond, Wa. 98052-6399; Christopher Wolf, counsel for Microsoft, c/o Proskauer & Rose, 1001 Pennsylvania Ave. N.W., Suite 400 South, Wash., D.C. 20004-25333; Eulonda Skyles, counsel for Yahoo!, Inc., 701 1st Ave., Sunnyvale Cal., 94089; James D. Villa, counsel for Time Warner-AOL,

This the 31st day of July, 2006, via U.S. mail.

_____
Christopher Langdon, Plaintiff, pro se, 1835 Edwin Blvd.,
Winter Park, Fl. 32789-407-647-7539-qiology@aol.com