UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

    v.                    case no. 1:06-cv-00319-JJF

GOOGLE, INC., d/b/a/ DELAWARE GOOGLE, INC.,
YAHOO!, INC. TIME WARNER COS., and
MICROSOFT CORPORATION,
    Defendants

### SECOND CERTIFICATE OF ATTEMPT TO CONFER ON PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

    I did confer with the local counsel for Google, regarding my motion for an extension of time. He stated he would have to confer with lead counsel in New York. Google's lead counsel in New York, Tonia Klausner did call me and followed up with a letter dated August 1st, 2006. Therein, she stated that she has no objections to an extension of time, until September 5th, 2006, for me to respond to Googles' motion to dismiss. However, she does object to an extension of time for me to file an amended Complaint.

    Originally, I did not mail a copy of my motion for an extension of time to Daniel Folt, counsel for Microsoft, AOL, and Yahoo! I have never received his purported mailing of July 24th, 2006, which included motions to dismiss on behalf Microsoft, Yahoo! and AOL. I had no idea whatsoever that he existed, or, that he represented any of the parties. Furthermore, Greg McCurdy, counsel for Microsoft, and Chris Wolf, counsel for Microsoft and AOL, concealed from me the fact that Folt had

been hired by Microsoft and AOL. I only learned of this on August 3rd, 2006, when I received his motions to dismiss that were mailed on August 2nd, 2006 (see: Plaintiff's *Affidavit*). Folt's letter of August 2nd indicated that AOL and Yahoo! are not opposed to my motion for an extension of time. However, his letter does not mention Microsoft's position. Folt never responded to my voice mail and e-mails on the issue. Therefore, I contacted Wolf, who confirmed, via e-mail, my understanding that Microsoft does not object to my request for an extension of time.

The failure to confer and to serve Folt with my motion for an extension of time is all Folt's fault, not mine.

Respectfully submitted, this the 5th day of August, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539----qiology@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.   Case no. 1:06-cv-319-JJF

GOOGLE, INC., d/b/a DELAWARE GOOGLE, INC.,
YAHOO!,INC., TIME WARNER COMPANIES, INC.,
and MICROSOFT CORPORATION,
    Defendants

### CERTIFICATE OF SERVICE

I have mailed, this the 5th day of August, 2006, my: *Motion for Default Entry and Default Judgment Against Microsoft*; *Motion to Strike Defendant Microsoft's Motion to Dismiss*; *Motion to Strike Defendant AOL's Motion to Dismiss*; *Motion to Strike Defendant Yahoo's Motion to Dismiss*; *Affidavit in Support of Plaintiff's Motions*; and *Second Certificate of Attempt to Confer,* to:

Tonia Klausner
counsel for Google
c/o Wilson, Sonsini, Goodrich & Rosati
12 East 49th St.,
30th Floor
New York, N.Y.10017-8203

Christopher Wolf
counsel for Microsoft & AOL
c/o Prauskauer & Rose
1001 Pennsylvania Ave.
Suite 400 South
Washington, D.C. 20004-2533

Daniel Folt
counsel for AOL, Microsoft & Yahoo!
c/o Duane Morris
1100 N. Market St.
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
Counsel for Google
1116 W. Street
Wilmington, Del. 19801

In addition, a copy of my: motion for default entry and judgment against defendants Time Warner Companies (AOL) and Yahoo!; and my motion for an

extension of time, to D. Folt. I alos mailed a copy of my *Affidavit* to Greg McCurdy, 1 Microsoft Way, Redmond, Washington 98052-6399.

This the 5th day of August, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539—qiology@aol.com