UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

        v.                Case no. 1:06-cv-00319

GOOGLE, INC., d/b/a DELAWARE GOOGLE, INC.,
YAHOO!, INC., TIME WARNER COMPANIES, INC.,
and MICROSOFT CORPORATION,
    Defendants

### MOTION FOR DEFAULT ENTRY AND DEFAULT JUDGMENT AGAINST DEFENDANT MICROSOFT

Attorney D. Folt, counsel for Defendant Microsoft, has fraudulently asserted that a copy of Microsoft's motion to dismiss was mailed to me on July 24th, 2006. I never received the purported mailing. The first time I received Microsoft's motion to dismiss was on August 3rd, 2006 in a package that was Fed-Exed on August 2nd, 2006, not July 24th, as alleged. The motion was mailed two days after time had expired to file an answer, or other responsive pleading, as required by the Federal Rules of Civil Procedure. Therefore, a default entry "shall" be entered by the court and a default judgment, for the full amount requested in my Complaint, should be entered against Defendant Microsoft.

Furthermore, Greg McCurdy and C. Wolf, counsel for Microsoft, were well aware that I had not received any responsive pleading from Microsoft, but did nothing to correct it. Instead, they mis-led me to believe that Microsoft was going to ask for an extension of time to respond, which I was amenable to. If I

had known the truth, I would have filed this motion sooner.  *See: Affidavit.*

Respectfully submitted, this the 5th day of August, 2006

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539—qiology@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.   Case no. 1:06-cv-319-JJF

GOOGLE, INC., d/b/a DELAWARE GOOGLE, INC.,
YAHOO!,INC., TIME WARNER COMPANIES, INC.,
and MICROSOFT CORPORATION,
    Defendants

CERTIFICATE OF SERVICE

I have mailed, this the 5th day of August, 2006, my: *Motion for Default Entry and Default Judgment Against Microsoft*; *Motion to Strike Defendant Microsoft's Motion to Dismiss*; *Motion to Strike Defendant AOL's Motion to Dismiss*; *Motion to Strike Defendant Yahoo's Motion to Dismiss*; *Affidavit in Support of Plaintiff's Motions*; and *Second Certificate of Attempt to Confer*, to:

Tonia Klausner
counsel for Google
c/o Wilson, Sonsini, Goodrich & Rosati
12 East 49th St.,
30th Floor
New York, N.Y. 10017-8203

Christopher Wolf
counsel for Microsoft & AOL
c/o Prauskauer & Rose
1001 Pennsylvania Ave.
Suite 400 South
Washington, D.C. 20004-2533

Daniel Folt
counsel for AOL, Microsoft & Yahoo!
c/o Duane Morris
1100 N. Market St.
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
Counsel for Google
1116 W. Street
Wilmington, Del. 19801

In addition, a copy of my: motion for default entry and judgment against defendants Time Warner Companies (AOL) and Yahoo!; and my motion for an

extension of time, to D. Folt. I alos mailed a copy of my *Affidavit* to Greg McCurdy, 1 Microsoft Way, Redmond, Washington 98052-6399.

This the 5th day of August, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539—qiology@aol.com