UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                              case no. 06-cv-319-JJF

GOOGLE, INC. d/b/a DELAWARE GOOGLE, INC.,
YAHOO!, INC., TIME-WARNER COMPANIES, and
MICROSOFT CORPORATION,
    Defendants.

<u>AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTIONS FOR DEFAULT
ENTRY AND DEFAULT JUDGMENT; AFFIDAVIT REGARDING THE
MIS-CONDUCT OF ATTORNEYS GREG MC CURDY, CHRISTOPHER
WOLF, AND DANIEL FOLT; AND AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME</u>

    I recently left a message on the voice mail of Greg McCurdy, counsel for Microsoft in its Litigation Division, asking him if he wished to discuss a settlement. At his request, I participated in a conference call with him and Microsoft's outside counsel, Chris Wolf.

    At the beginning of our conference, I asked them if our settlement negotiations were off the record and un-recorded. They both replied yes, emphatically. I then asked them if they agreed that the original settlement offer in my Complaint was dead. They acted as if they weren't aware of it. After I outlined it, they agreed that it was dead, however, they also agreed to listen to my alternative settlement offer, that was similar to the original. During the conference I also discussed my position on the other Defendants, including, any possible settlement offers with those Defendants, evidence that I had against Google and its partner AOL, and my thoughts on my claims against Yahoo, Google and AOL.

At no time during the conference call, or since then, did McCurdy, or Wolf, inform me that Wolf was also counsel to AOL. Wolf fraudulently concealed his relationship with AOL from me, in order to gain information from me. It is also my belief that McCurdy fraudulently concealed Wolf's relationship with AOL from me. If I had been aware of Wolf's relationship with AOL, I wouldn't have agreed to the conference with Wolf and Mc Curdy.

At no time during the conference call (or since then) did Mc Curdy, or Wolf, inform me that Microsoft had hired Daniel Folt, or anyone else, as local counsel. At no time during the conference (or since then) did Mc Curdy or Wolf inform me that Microsoft had filed a motion to dismiss, or any other responsive pleading. In fact, I made it clear during the conference that the only responsive pleading that I had received was from Google. I told Wolf and McCurdy that I had no objection to an extension of time for Microsoft to respond to my Complaint, in order to give them time to consider my proposed settlement. Instead of informing me that Microsoft had filed a motion to dismiss, they led me to believe that Microsoft hadn't filed a responsive pleading. I also informed Wolf and Mc - Curdy that I was seeking an extension of time to respond to Google and to file an amended Complaint. They did not object.

At their request, I e-mailed my settlement proposal to Wolf. On July 27th, 2006, I also sent Wolf and Mc Curdy hard copies of my set-

-2-

tlement offer, via Fed-Ex next morning delivery, and a letter that stated:

> " I sent a copy of my proposed settlement agreement to Mr. Wolf via e-mail..I am not sure if it went through. Therefore, I am mailing the enclosed copy.... As far as I know, you have not filed an answer, or other responsive pleading in this matter. I have no opposition to your getting an extension of time.."

Therefore, McCurdy and Wolf were aware by July 28th that I still hadn't received any responsive pleading from Microsoft. They never responded to inform me that Microsoft had hired local counsel, Mr. Folt, or that Folt had filed a responsive pleading with the court. I Fed-Exed them another letter, an affidavit, and voluminous evidence on July 29th. I also sent Wolf several e-mails. Wolf confirmed receiving them but did not inform me of his relationship with AOL, or anything regarding Folt, or Folt's filings with the court.

On August 3rd, 2006, I received, via Fed Ex, for the first time, motions to dismiss, filed by Folt, on behalf of Yahoo, Microsoft and AOL. They were Fed-Exed to me by Folt on August 2nd 2006, along with a nasty letter. The certificates of service attached to the motions falsely state that Mr. Folt mailed copies of Yahoo's, Microsoft's and AOL's motions to dismiss to me on July 24th, 2006. As of today, I have not received Folt's purported mailing of July 24th, 2006, and I don't believe that Folt ever sent it. If he had, I would have received it by now, August 5th, twelve days later.

I left messages with Folt on August 3rd and 4th, but he has never

responded. However, on August 4th, 2006, his assistant, Ms. Brennan, informed me that the purported mailing of July, 24th has never been returned to Folt's office.

I e-mailed Wolf on August 2nd and 3rd, and asked him to confirm what he and McCurdy told me, that Microsoft had no objection to my obtaining an extension of time until September 25th, 2006. He confirmed that Microsoft has no objection to my getting an extension of time until September 5th, 2006. Folt has never responded to me, but in his letter of August 2nd, 2006, he indicated that Yahoo and AOL have no objection to my request for an extension of time. It was my understanding that Google was opposed to the extension, however, I received a letter dated August 1st, 2006, in which Google's counsel stated that it was not opposed to an extension of time to respond to Google's motion to dismiss, but they are opposed to an extension to file an amended Complaint.

McCurdy and Wolf never responded to my settlement offer, although McCurdy feigned great interest, when I outlined it during the conference. After learning of Folt's filings on August 3rd, 2006, I left a voice mail message with McCurdy. I asked McCurdy if he was aware of Wolf's relationship with AOL. I also informed him that if Microsoft had any interest in a settlement, I wanted a response, because it had been over a week. I also stated that I wouldn't negotiate if Wolf was involved. McCurdy's only response was to reject my offer. He never answered my

questions regarding Wolf.

I would have filed a Motion for Default Entry and Default Judgment against Microsoft if they hadn't deceived me, as described herein.

Christopher Langdon, having been duly sworn, deposes, states, and solemnly affirms under oath and under the penalty of perjury, that everything contained herein is true and correct, except those matters asserted under information and belief, and those matters he believes to be correct.

Christopher Langdon
1835 Edwin Blvd.
Winter Park, Fl. 32789
407-647-7539---qiology@aol.com

Suscribed to and sworn before me, this the 5th day of August, 2006

NOTARY PUBLIC-STATE OF FLORIDA
Umangi Patel
Commission #DD379719
Expires: DEC. 15, 2008
Bonded Thru Atlantic Bonding Co., Inc.

Notary Public

-5-

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

    v.                    Case no. 1:06-cv-319-JJF

GOOGLE, INC., d/b/a DELAWARE GOOGLE, INC.,
YAHOO!,INC., TIME WARNER COMPANIES, INC.,
and MICROSOFT CORPORATION,
    Defendants

## CERTIFICATE OF SERVICE

I have mailed, this the 5th day of August, 2006, my: *Motion for Default Entry and Default Judgment Against Microsoft*; *Motion to Strike Defendant Microsoft's Motion to Dismiss*; *Motion to Strike Defendant AOL's Motion to Dismiss*; *Motion to Strike Defendant Yahoo's Motion to Dismiss*; *Affidavit in Support of Plaintiff's Motions*; and *Second Certificate of Attempt to Confer*, to:

Tonia Klausner
counsel for Google
c/o Wilson, Sonsini, Goodrich & Rosati
12 East 49th St.,
30th Floor
New York, N.Y.10017-8203

Christopher Wolf
counsel for Microsoft & AOL
c/o Prauskauer & Rose
1001 Pennsylvania Ave.
Suite 400 South
Washington, D.C. 20004-2533

Daniel Folt
counsel for AOL, Microsoft & Yahoo!
c/o Duane Morris
1100 N. Market St.
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
Counsel for Google
1116 W. Street
Wilmington, Del. 19801

In addition, a copy of my: motion for default entry and judgment against defendants Time Warner Companies (AOL) and Yahoo!; and my motion for an

extension of time, to D. Folt. I alos mailed a copy of my *Affidavit* to Greg McCurdy, 1 Microsoft Way, Redmond, Washington 98052-6399.

This the 5th day of August, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539—qiology@aol.com