UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

    v.                             Case no. 1:06-cv-00319

GOOGLE, INC., d/b/a/ DELAWARE GOOGLE, INC.,
YAHOO!, INC. TIME WARNER COMPANIES, INC.
and MICROSOFT CORPORATION,
    Defendants.

### MOTION TO STRIKE DEFENDANT YAHOO'S MOTION TO DISMISS

Defendant Yahoo!'s motion to dismiss fraudulently asserts that it was mailed to the Plaintiff on July 24th, 2006. I have never received that purported mailing. A copy of said motion was Fed-Exed to me on February 2nd, 2006. Nothing contained herein is a waiver of my request to respond to Yahoo!'s motion to dismiss, if the court does not strike it and/or does not enter a default entry and a default judgment against the Defendant Yahoo!.

Respectfully submitted, this the 5th day of August, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539—qiology@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                      Case no. 1:06-cv-319-JJF

GOOGLE, INC., d/b/a DELAWARE GOOGLE, INC.,
YAHOO!,INC., TIME WARNER COMPANIES, INC.,
and MICROSOFT CORPORATION,
    Defendants

CERTIFICATE OF SERVICE

I have mailed, this the 5th day of August, 2006, my: *Motion for Default Entry and Default Judgment Against Microsoft*; *Motion to Strike Defendant Microsoft's Motion to Dismiss*; *Motion to Strike Defendant AOL's Motion to Dismiss*; *Motion to Strike Defendant Yahoo's Motion to Dismiss*; *Affidavit in Support of Plaintiff's Motions*; and *Second Certificate of Attempt to Confer*, to:

Tonia Klausner
counsel for Google
c/o Wilson, Sonsini, Goodrich & Rosati
12 East 49th St.,
30th Floor
New York, N.Y. 10017-8203

Christopher Wolf
counsel for Microsoft & AOL
c/o Prauskauer & Rose
1001 Pennsylvania Ave.
Suite 400 South
Washington, D.C. 20004-2533

Daniel Folt
counsel for AOL, Microsoft & Yahoo!
c/o Duane Morris
1100 N. Market St.
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
Counsel for Google
1116 W. Street
Wilmington, Del. 19801

    In addition, a copy of my: motion for default entry and judgment against defendants Time Warner Companies (AOL) and Yahoo!; and my motion for an

extension of time, to D. Folt. I alos mailed a copy of my *Affidavit* to Greg McCurdy, 1 Microsoft Way, Redmond, Washington 98052-6399.

This the 5th day of August, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539—qiology@aol.com