UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                             case no. 1:06-cv-319-J.J.F.

GGOGLE, INC., d.b.a. DELAWARE GOOGLE, INC.,
YAHOO!, INC, TIME WARNER COMPANIES AND
MICROSOFT CORPORATION,
    Defendants.



CERTIFICATE OF SERVICE

My *Addendum* to my *Second Certificate of Attempt to Confer* was incorporated into and mailed with the *Second Certificate of Attempt to Confer*, on August 5th, 2006, via U.S. Mail, to:

Toni Klausner
counsel for Google
Wilson, Sonsini, Goodrich & Rosati
12 East 49th St.
30th Floor
New York, N.Y. 10017-8203

Christopher Wolf
counsel for Microsoft and AOL
Prauskauer & Rose
1001 Pennsylvania Ave.
Suite 400 South
Washington, D.C. 20004-2533

Daniel Folt
Counsel for AOL, Microsoft & Google
Duane Morris
1100 N. Market St.
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
counsel for Google
1116 West Street
Wilmington, Delaware 19801

This certificate of service was mailed to all of the above, this the 11th day of August, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd.
Winter Park, Fl. 32789
407-647-7539---qiology@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                                                case no. 1:06-cv-319-J.J.F.

GGOGLE, INC., d.b.a. DELAWARE GOOGLE, INC.,
YAHOO!, INC, TIME WARNER COMPANIES AND
MICROSOFT CORPORATION,
    Defendants.

FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

My *Addendum* to my *Second Certificate of Attempt to Confer* was incorporated into and mailed with the *Second Certificate of Attempt to Confer*, on August 5th, 2006, via U.S. Mail, to:

Toni Klausner
counsel for Google
Wilson, Sonsini, Goodrich & Rosati
12 East 49th St.
30th Floor
New York, N.Y. 10017-8203

Christopher Wolf
counsel for Microsoft and AOL
Prauskauer & Rose
1001 Pennsylvania Ave.
Suite 400 South
Washington, D.C. 20004-2533

Daniel Folt
Counsel for AOL, Microsoft & Google
Duane Morris
1100 N. Market St.
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
counsel for Google
1116 West Street
Wilmington, Delaware 19801

This certificate of service was mailed to all of the above, this the 11th day of August, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd.
Winter Park, Fl. 32789
407-647-7539---qiology@aol.com

