# CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 15th day of August, 2006, that the "Consolidated Opposition Of Defendants Yahoo! Inc., AOL LLC, And Microsoft Corporation To Plaintiff's Motion For Default Entry And Default Judgment And To Plaintiff's Motions To Strike" was served via OVERNIGHT MAIL, SIGNATURE REQUIRED on plaintiff below:

      Mr. Christopher Langdon
      1835 Edwin Blvd.
      Winter Park, FL  32789

      /s/  Matt Neiderman
      MATT NEIDERMAN