# EXHIBIT "A"

Dockets.Justia.com

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

DANIEL V. FOLT
DIRECT DIAL: 302.657.4927
E-MAIL: dfolt@duanemorris.com

www.duanemorris.com

August 2, 2006

**VIA FEDERAL EXPRESS**

Mr. Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

Re: **Langdon v. Google, Inc., et al.; C.A. No. 06-319(JJF)**

Dear Mr. Langdon:

Please be advised that we represent Yahoo! Inc. ("Yahoo!") in connection with all matters raised in your complaint, and we also serve as local counsel for co-defendants AOL LLC ("AOL") and Microsoft Corporation. It is our understanding that you are a *pro se* litigant who is unrepresented by counsel. If you have since retained counsel, please give this letter to such counsel and ask them to contact us directly. If you remain unrepresented by counsel, then please note that all future communications to Yahoo! in this case, whether oral or written, must be directed to our firm. Also, as required by our local court rules, all copies of papers filed with the Court must be served on our firm at the above-indicated address in the State of Delaware. We hope and trust that you will comply with these well-known requirements in the future.

It appears to us that you may have filed a motion for default against Yahoo! on the incorrect basis that Yahoo! *either* is a subsidiary of Time-Warner *or* because Yahoo! did not respond to your complaint. If so, you are mistaken on both counts. First, Yahoo! is not a subsidiary of or otherwise affiliated with Time-Warner. Enclosed for your review is a copy of the most recent SEC Form 10Q filed by Time-Warner. This is a public document freely available to anyone with an internet connection. The corporate structure and businesses of Time-Warner are set forth in that document, and it confirms the fact that Yahoo! is not a subsidiary of or otherwise affiliated with Time-Warner.

Second, neither Yahoo! nor AOL are in default because of any failure to answer, move or otherwise respond to your Complaint. In fact, any claim that these entities are in default is incorrect and you have a duty, *even as a pro se litigant*, to make a good faith investigation into the facts before you make representations to our courts. To correct this error, we enclose for your review a copy of the court's docket, effective through the date of this letter. Please note docket entry nos. 18-19 confirm the timely filing of a Motion to Dismiss and Opening Brief on behalf of Yahoo! Docket entry nos. 20-21 reflect the timely filed Motion to Dismiss and

DuaneMorris

Mr. Christopher Langdon
August 2, 2006
Page 2

Opening Brief by AOL (and Microsoft Corp). The first page of the Opening Brief filed by AOL LLC notes that "[t]he Complaint incorrectly identifies AOL LLC as 'Time-Warner Companies, Inc.'" The Opening Brief goes on to respond to the allegations in your Complaint on behalf of these entities. A motion filed under Fed.R.Civ.P. § 12(b)(6) may be filed in lieu of an answer, and no default may arise as a consequence of the filing of such a motion. (Copies of the two motions are enclosed for your convenience.)

Rule 11 of the Federal Rules of Civil Procedure requires a party – who is not represented by an attorney – to sign their court papers and, in doing so, certify that "to the best of the person's knowledge, information, and belief, <u>formed after an inquiry reasonable under the circumstances</u> – the allegations and other factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information or belief." Your Motion for Default against Yahoo! and AOL does not appear to have been filed with the good faith basis required, or to have been based upon any investigation.

On behalf of both Yahoo! Inc., and AOL LLC, we ask that you immediately withdraw your Motion for Default. If you fail to do so, and fail to articulate a reasonable basis by which anyone could maintain the mistaken conclusions you have asserted, we will ask the Court for relief, including an order compelling you to pay Yahoo! and AOL LLC the attorneys' fees and costs unnecessarily incurred in responding to your Motion. At the same time, please note that both Yahoo! and AOL LLC have no objection to your request for an extension of time to respond to their motions to dismiss your complaint.

Very truly yours,

Daniel V. Folt

DVF/sb
Enclosures

DM1\673762.1