# EXHIBIT

# "C"

PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00319-JJF

| | |
|---|---|
| Langdon v. Google Inc. et al | Date Filed: 05/17/2006 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: Plaintiff |
| Demand: $1,166,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Christopher Langdon**          represented by    **Christopher Langdon**
1835 Edwin Boulevard
Winter Park, FL 32789
US
(407)647-7539
PRO SE

V.

**Defendant**

**Google Inc.**          represented by    **Kurt M. Heyman**
*doing business as*                              Proctor Heyman LLP
Delaware Google Inc.                             1116 West Street
                                                 Wilmington, DE 19801
                                                 US
                                                 (302) 472-7300
                                                 Fax: (302) 472-7320
                                                 Email: kheyman@proctorheyman.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Yahoo! Inc.**          represented by    **Gary William Lipkin**
                                                 Duane Morris LLP
                                                 1100 North Market Street
                                                 Suite 1200
                                                 Wilmington, DE 19801
                                                 (302) 657-4900
                                                 Email: gwlipkin@duanemorris.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Time-Warner Companies Inc.**

**Defendant**

| | | |
|---|---|---|
| **Micro-Soft Corporation** | represented by | **Gary William Lipkin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **AOL LLC** | represented by | **Gary William Lipkin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2006 | 32 | MOTION to Strike Yahoo's 18 MOTION to Dismiss for Failure to State a Claim - filed by Christopher Langdon. (dab, ) (Entered: 08/07/2006) |
| 08/07/2006 | 31 | MOTION to Strike AOL's 20 MOTION to Dismiss for Failure to State a Claim *Under Rule 12(b)(6)* - filed by Christopher Langdon. (dab, ) (Entered: 08/07/2006) |
| 08/07/2006 | 30 | MOTION to Strike MicroSoft's 20 MOTION to Dismiss for Failure to State a Claim *Under Rule 12(b)(6)* - filed by Christopher Langdon. (dab, ) (Entered: 08/07/2006) |
| 08/07/2006 | 29 | Affidavit in Support re 28 MOTION for Default Judgment as to Micro-Soft Corporation, 24 MOTION for Extension of Time to File Response/Reply as to 10 First MOTION to Dismiss for Failure to State a Claim MOTION to Amend/Correct and Affidavit regarding the Mis-Conduct of Attorneys Greg McCurdy, Christopher Wolf and Daniel Folt filed by Christopher Langdon.Answering Brief/Response due date per Local Rules is 8/21/2006. (dab, ) (Entered: 08/07/2006) |
| 08/07/2006 | 28 | MOTION for Default Entry and Default Judgment as to Micro-Soft Corporation - filed by Christopher Langdon. (dab, ) (Entered: 08/07/2006) |
| 08/07/2006 | | DEFICIENCY NOTICE by the Court issued to Christopher Langdon re 27 Addendum to Pltf's Second Certificate of Attempt to Confer on Pltf's Motion for an Extension of Time. (no cert of service) (dab, ) (Entered: 08/07/2006) |
| 08/07/2006 | 27 | Addendum to Pltf's Second Certificate of Attempt by Christopher Langdon re 26 Second Certificate of Attempt to confer on Pltf's Motion for an Extension of Time (dab, ) (Entered: 08/07/2006) |
| 08/07/2006 | 26 | Second Certificate of Attempt to Confer on Pltf's Motion for Extension of Time by Christopher Langdon re 24 MOTION for Extension of Time to File Response/Reply as to 10 First MOTION to Dismiss for Failure to State a Claim MOTION to Amend/Correct, 25 MOTION for Default Judgment as to Time-Warner Companies Inc. (dab, ) (Entered: 08/07/2006) |

| | | |
|---|---|---|
| 08/01/2006 | | DEFICIENCY NOTICE by the Court issued to Christopher Langdon re 24 MOTION for Extension of Time to File Response/Reply as to 10 First MOTION to Dismiss for Failure to State a Claim MOTION to Amend/Correct, 25 MOTION for Default Judgment as to Time-Warner Companies Inc. (no service on local counsel for Dfts Yahoo! Inc., Micro-Soft Corp and AOL LLC) (dab, ) (Entered: 08/01/2006) |
| 08/01/2006 | 25 | MOTION for Default Entry and Default Judgment as to Time-Warner Companies Inc. - filed by Christopher Langdon. (Attachments: # 1 Certificate of Service)(dab, ) (Entered: 08/01/2006) |
| 08/01/2006 | 24 | MOTION for Extension of Time to File Response/Reply as to 10 First MOTION to Dismiss for Failure to State a Claim, and MOTION to Amend/Correct Complaint - filed by Christopher Langdon. (Attachments: # 1 Certificate of Service)(dab, ) (Entered: 08/01/2006) |
| 07/25/2006 | | SO ORDERED, re 15 MOTION for Pro Hac Vice Appearance of Attorney Bart E. Volkmer filed by Google Inc., . Signed by Judge Joseph J. Farnan, Jr. on 7/25/06. (dab, ) (Entered: 07/25/2006) |
| 07/25/2006 | | SO ORDERED, re 14 MOTION for Pro Hac Vice Appearance of Attorney David H. Kramer filed by Google Inc., . Signed by Judge Joseph J. Farnan, Jr. on 7/25/06. (dab, ) (Entered: 07/25/2006) |
| 07/25/2006 | | SO ORDERED, re 16 MOTION for Pro Hac Vice Appearance of Attorney Tonia Ouellette Klausner filed by Google Inc., . Signed by Judge Joseph J. Farnan, Jr. on 7/25/06. (dab, ) (Entered: 07/25/2006) |
| 07/25/2006 | | SO ORDERED, re 17 MOTION for Pro Hac Vice Appearance of Attorney Colleen Bal filed by Google Inc., . Signed by Judge Joseph J. Farnan, Jr. on 7/25/06. (dab, ) (Entered: 07/25/2006) |
| 07/24/2006 | 23 | Disclosure Statement pursuant to Rule 7.1 filed by Micro-Soft Corporation. (Lipkin, Gary) (Entered: 07/24/2006) |
| 07/24/2006 | 22 | Disclosure Statement pursuant to Rule 7.1 filed by AOL LLC identifying AOL Holdings LLC as Corporate Parent. (Lipkin, Gary) (Entered: 07/24/2006) |
| 07/24/2006 | 21 | OPENING BRIEF in Support re 20 MOTION to Dismiss for Failure to State a Claim *Under Rule 12(b)(6)* filed by AOL LLC, Micro-Soft Corporation.Answering Brief/Response due date per Local Rules is 8/7/2006. (Lipkin, Gary) (Entered: 07/24/2006) |
| 07/24/2006 | 20 | MOTION to Dismiss for Failure to State a Claim *Under Rule 12(b)(6)* - filed by AOL LLC, Micro-Soft Corporation. (Lipkin, Gary) (Entered: 07/24/2006) |
| 07/24/2006 | 19 | OPENING BRIEF in Support re 18 MOTION to Dismiss for Failure to State a Claim filed by Yahoo! Inc..Answering Brief/Response due date per Local Rules is 8/7/2006. (Lipkin, Gary) (Entered: 07/24/2006) |
| 07/24/2006 | 18 | MOTION to Dismiss for Failure to State a Claim - filed by Yahoo! Inc.. (Lipkin, Gary) (Entered: 07/24/2006) |

| 07/24/2006 | 17 | MOTION for Pro Hac Vice Appearance of Attorney Colleen Bal - filed by Google Inc.. (Attachments: # 1 Certification# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
|---|---|---|
| 07/24/2006 | 16 | MOTION for Pro Hac Vice Appearance of Attorney Tonia Ouellette Klausner - filed by Google Inc.. (Attachments: # 1 Certification# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 07/24/2006 | 15 | MOTION for Pro Hac Vice Appearance of Attorney Bart E. Volkmer - filed by Google Inc.. (Attachments: # 1 Certification# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 07/24/2006 | 14 | MOTION for Pro Hac Vice Appearance of Attorney David H. Kramer - filed by Google Inc.. (Attachments: # 1 Certification# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 07/24/2006 | 13 | Disclosure Statement pursuant to Rule 7.1 filed by Google Inc.. (Heyman, Kurt) (Entered: 07/24/2006) |
| 07/24/2006 | 12 | DECLARATION re 10 First MOTION to Dismiss for Failure to State a Claim *of David DiNucci* by Google Inc.. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 07/24/2006 | 11 | OPENING BRIEF in Support re 10 First MOTION to Dismiss for Failure to State a Claim filed by Google Inc..Answering Brief/Response due date per Local Rules is 8/7/2006. (Heyman, Kurt) (Entered: 07/24/2006) |
| 07/24/2006 | 10 | First MOTION to Dismiss for Failure to State a Claim - filed by Google Inc.. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 07/24/2006 | 9 | NOTICE of Appearance by Kurt Michael Heyman on behalf of Google Inc. (Heyman, Kurt) (Entered: 07/24/2006) |
| 06/05/2006 | 8 | Letter to the Clerk of the Court from Chris Langdon regarding enclosed waivers of service (D.I. 4 thru 7). (afb, ) (Entered: 06/06/2006) |
| 06/05/2006 | 7 | WAIVER OF SERVICE returned executed by Christopher Langdon: For Google Inc. waiver sent on 6/1/2006, answer due 7/31/2006. (afb, ) (Entered: 06/06/2006) |
| 06/05/2006 | 6 | WAIVER OF SERVICE returned executed by Christopher Langdon: For Yahoo! Inc. waiver sent on 6/1/2006, answer due 7/31/2006. (afb, ) (Entered: 06/06/2006) |
| 06/05/2006 | 5 | WAIVER OF SERVICE returned executed by Christopher Langdon: For Time-Warner Companies Inc. waiver sent on 6/1/2006, answer due 7/31/2006. (afb, ) (Entered: 06/06/2006) |
| 06/05/2006 | 4 | WAIVER OF SERVICE returned executed by Christopher Langdon: For Micro-Soft Corporation waiver sent on 6/1/2006, answer due 7/31/2006. (afb, ) (Entered: 06/06/2006) |
| 05/30/2006 | 3 | ACKNOWLEDGEMENT OF RECEIPT for F.R. Civ.P. 4. Acknowledgement filed by Christopher Langdon. (afb, ) (Entered: |

| | | |
|---|---|---|
| | | 05/31/2006) |
| 05/24/2006 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 05/24/2006) |
| 05/17/2006 | | Remark: Rule 4 mailed to plaintiff. (bad, ) (Entered: 05/18/2006) |
| 05/17/2006 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (bad, ) (Entered: 05/18/2006) |
| 05/17/2006 | | No Summons Issued (bad, ) (Entered: 05/18/2006) |
| 05/17/2006 | 1 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Google Inc., Yahoo! Inc., Time-Warner Companies Inc., Micro-Soft Corporation ( Filing fee $ 350, receipt number 143490.) - filed by Christopher Langdon. (Attachments: # 1 Civil Cover Sheet # 2 Appendix I# 3 Appendix II# 4 Appendix III# 5 Appendix IV)(bad, ) (Entered: 05/18/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/14/2006 15:52:56 | | | |
| PACER Login: | dm0095 | Client Code: | 02613-00007-02910 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00319-JJF Start date: 1/1/1970 End date: 8/14/2006 |
| Billable Pages: | 3 | Cost: | 0.24 |