FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

2006 AUG 17  AM 10: 08

CHRISTOPHER LANGDON,
    Plaintiff,

v.　　　　　　　　　　case no. 1:06-CV-319 JJF

GOOGLE, INC., d.b.a. DELAWARE GOOGLE, INC.,
YAHOO!, INC, TIME WARNER COMPANIES (AOL LLC),
And MCROSOFT CORPORATION,
    Defendants.

### MOTION FOR MORE TIME TO RESPOND RE DEFAULTS, ETC.

I am requesting additional time to file an additional affidavit and memorandum of law in support of my motions for default entry and default judgment. There are additional reasons to strike the motions to dismiss of Defendants Yahoo!, Microsoft and AOL, in part, or in full, and to find them in default. There are several examples of fraud on the court by their attorney, D. Folt, which is a serious charge, however, I can back it up.

I am also requesting time to respond to the *Consolidated Opposition* (dated 8-15-06) of Defendants Yahoo!, Microsoft, and AOL (Time Warner).

Therefore, I am asking that I be allowed until August 30th, 2006 to file: a memorandum of law on these issues; a second affidavit; a second motion to strike; and a response to the *Consolidated Opposition (etc.).*

Respectfully submitted, this the 16th day of August, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539----qiology@aol.com

CERTFICATE OF SERVICE

I have mailed a copy of my *Motion for More Time to Respond*, via U.S. Mail, this the 16th day of August, 2006, to:

Daniel v. Folt & Gary Lipkin
Counsel for Microsoft, Time Warner (AOL), and Yahoo!
1100 North Market St., Suite 1200
Wilmington, Delaware 19801

Kurt Heyman
1116 West Street
Wilmington, Delaware 19801

_____
CHRISTOPHER LANGDON
Plaintiff, *pro se*
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539---qiology@aol.com