## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON,            )<br>                                 )<br>    Plaintiff,                   )<br>                                 )<br>    v.                           )<br>                                 )   C.A. No. 06 - 319 (JJF)<br>GOOGLE, INC., d.b.a DELAWARE    )<br>GOOGLE INC., YAHOO! INC., AOL   )<br>LLC, and MICROSOFT CORP.,       )<br>                                 )<br>    Defendants.                  ) | |

### FRCP 7.1 STATEMENT OF YAHOO! INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Yahoo! Inc. ("Yahoo"), certifies that to the best of our knowledge and belief, Yahoo does not have any parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: August 18, 2006                    **DUANE MORRIS LLP**

                                          /s/ Gary W. Lipkin
                                          Daniel V. Folt (Del. Bar No. 3143)
                                          Gary W. Lipkin (Del. Bar No. 4044)
                                          Matt Neiderman (Del. Bar No. 4018)
                                          1100 North Market Street
                                          Suite 1200
                                          Wilmington, DE 19801-1246
                                          Tel.: (302) 657-4900
                                          Fax: (302) 657-4901

                                          Attorneys for Defendant Yahoo! Inc.

## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, do hereby certify that on August 18, 2006, copies of the foregoing "FRCP 7.1 Statement of Yahoo! Inc." were served on the following parties in the manner indicated below:

<u>Via Federal Express (signature required)</u>

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

<u>Via e-filing</u>

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300

/s/ Gary W. Lipkin (Del. Bar No. 4044)

DM1\679030.1