UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) |
| GOOGLE INC., YAHOO! INC., AOL | ) |
| LLC, and MICROSOFT CORP., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS YAHOO! INC., AOL LLC, AND MICROSOFT CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION FOR MORE TIME TO RESPOND**

Defendants Yahoo! Inc. ("Yahoo"), AOL LLC ("AOL") and Microsoft Corporation ("Microsoft") (collectively "Defendants"), by and through their undersigned counsel, hereby respond as follows to "Plaintiff's Motion for More Time to Respond re Defaults, etc."

Defendants do not oppose Plaintiff's request for an extension of time to file a reply brief in support of his motion for default judgment and his numerous motions to strike.  However, Defendants object to Plaintiff's request to file numerous other documents in support of those same motions, including: 1) an additional memorandum of law; 2) a second affidavit; and 3) yet another motion to strike -- all of which will require additional time and needless briefing for motions which are ready for adjudication.  The procedural motions have already been extensively briefed by both parties.  Mindful of Mr. Langdon's well-documented litigation history, Defendants respectfully request that the Court deny Plaintiff's motion except with respect to his request for additional time to file a reply brief.

2

                                    **DUANE MORRIS LLP**

/s/ Gary W. Lipkin
Daniel V. Folt (Del. Bar No. 3143)
Gary W. Lipkin (Del. Bar No. 4044)
Matt Neiderman (Del. Bar No. 4018)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
302.657.4900

Dated: August 21, 2006

*Attorneys for Defendants Yahoo! Inc.
AOL LLC and Microsoft Corp.*

DM1\678938.1

**CERTIFICATE OF SERVICE**

I, Gary W. Lipkin, do hereby certify that on August 21, 2006, copies of the foregoing "Defendants Yahoo! Inc., AOL LLC, and Microsoft Corporation's Response To Plaintiff's Motion For More Time To Respond" were served on the following parties in the manner indicated below:

<u>Via Federal Express (signature required)</u>

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

<u>Via e-filing</u>

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300

                                              <u>/s/ Gary W. Lipkin (Del. Bar No. 4044)</u>
                                              Gary W. Lipkin