## **CERTIFICATE OF SERVICE**

I, Gary W. Lipkin, do hereby certify that on August 21, 2006, copies of the foregoing "Defendants Yahoo! Inc., AOL LLC, and Microsoft Corporation's Response To Plaintiff's Motion For More Time To Respond" were served on the following parties in the manner indicated below:

<u>Via Federal Express (signature required)</u>

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

<u>Via e-filing</u>

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300

      /s/ Gary W. Lipkin (Del. Bar No. 4044)
      Gary W. Lipkin

DM1\677394.1