IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-319-JJF |
| GOOGLE, INC., d/b/a DELAWARE GOOGLE INC., YAHOO! INC., AOL LLC, and MICROSOFT CORP., | : |
| Defendants. | : |

## O R D E R

Currently pending before the Court is Plaintiff's Motion For An Extension Of Time (D.I. 24) and Motion For More Time To Respond RE Defaults, Etc. (D.I. 35). In his Motion For An Extension Of Time (D.I. 24), Plaintiff requests additional time to file a response to Defendant Google's Motion to Dismiss. Plaintiff also seeks additional time to file an Amended Complaint. By his Motion For More Time To Respond RE Defaults, Etc. (D.I. 35), Plaintiff seeks additional time to reply to the consolidated opposition of Defendants in response to Plaintiff's motions for default and motions to strike. Additionally, Plaintiff seeks time to file a Memorandum of Law, a second Affidavit, and a second Motion to Strike.

Defendants have not responded to the Motion For An Extension Of Time (D.I. 24), but have responded to the Motion For More Time To Respond RE Defaults, Etc. (D.I. 35). Defendants do not oppose Plaintiff's request for an extension of time to file reply briefs in support of his motions for default judgment, but do oppose Plaintiff's request for additional time to file other

documents (D.I. 37).

The Court has reviewed Plaintiff's requests for an extension of time and finds that they are not unreasonable. Accordingly, the Court will grant Plaintiff's motion to the extent that they seek extensions of time to file an answering brief to Defendants' motions to dismiss and reply briefs to his motions for default and motions to strike. The motion for extension of time will be denied to the extent that Plaintiff seeks time to file documents other than those mentioned above.

As for Plaintiff's request for additional time to file an Amended Complaint, the Court will grant Plaintiff's request.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For An Extension Of Time (D.I. 24) is **GRANTED**.

   a. Plaintiff shall file his Answering Briefs to all pending Motions to Dismiss no later than **September 18, 2006.**

   b. Plaintiff shall file any Amended Complaint no later than **September 20, 2006.**

2. Plaintiff's Motion For More Time To Respond RE Defaults, Etc. (D.I. 35) is **GRANTED** to the extent that Plaintiff wants to reply to Defendant's consolidated opposition to Plaintiff's motions for default and motions to strike and **DENIED** to the extent that Plaintiff seeks to file other documents. Plaintiff shall file his Reply Briefs to his motions for default and motions to strike no later than **September 11, 2006.**

3. All filings shall be in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice

for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).

August 24, 2006
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE