**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) | |
| GOOGLE INC., YAHOO! INC., AOL | ) | |
| LLC, and MICROSOFT CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Daniel V. Folt, Esq. of Duane Morris LLP, 1100 North Market Street, 12th Floor, Wilmington, Delaware 19801, as lead counsel for defendants Yahoo! Inc., AOL LLC and Microsoft Corp. in the captioned matter.  Gary W. Lipkin will also remain as counsel for defendants Yahoo! Inc., AOL LLC and Microsoft Corp.

**DUANE MORRIS LLP**

/s/  Daniel V. Folt
Daniel V. Folt (I.D. # 3143)
Gary W. Lipkin (I.D. # 4044)
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
302-657-4900 (phone)
302-657-4901 (fax)

*Attorneys for Yahoo! Inc.,*
*AOL LLC and Microsoft Corp.*

Dated: September 12, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel V. Folt, do hereby certify that on September 12, 2006, copies of the foregoing "Entry of Appearance" were served on the following parties in the manner indicated below:

<u>Via Federal Express (signature required)</u>

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

<u>Via e-filing</u>

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300

<u>/s/ Daniel V. Folt (Del. Bar No. 3143)</u>
Daniel V. Folt