UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

versus                                     case 1:06-CV-319-JJF

GOOGLE, INC., d.b.a. DELAWARE GOOGLE, INC.,
YAHOO, INC., TIME WARNER, INC. (AOL),
and MICROSOFT CORPORATION,
    Defendants.

## VOLUNTARY DISMISSAL IN PART, WITHOUT PREJUDICE

The Plaintiff hereby takes a voluntary dismissal in part, without prejudice, as to the following claims:

(1) All claims against Time Warner, Inc. and its subsidiary, AOL;

(2) any and all claims against the remaining defendants for violations of: the Commerce Clause; any anti-trust laws, state or federal; and any violations of the Communications Act.

Respectfully submitted, this the 18th day of September, 2006.

_____
Christopher Langdon, Plaintiff
1835 Edwin Blvd., Winter Park, Fl. 32789
qiology@aol.com, 407-647-7539