IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-319 (JJF) |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., and MICROSOFT CORPORATION, | : |
| Defendants. | : |

**STIPULATED SCHEDULE REGARDING
DEFENDANT GOOGLE INC.'S RESPONSE TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern Defendant Google Inc.'s response to Plaintiff's Amended Complaint, which was filed on September 21, 2006:

1. Defendant Google Inc. shall answer, move or otherwise respond to Plaintiff's Amended Complaint on or before October 16, 2006. Any motion to dismiss filed by Defendant Google Inc. shall be accompanied by an opening brief.

2. Plaintiff's answering brief in opposition to any motion to dismiss shall be served and filed on or before November 6, 2006; and

3. Defendant Google Inc.'s reply brief in support of any motion to dismiss shall be served and filed on or before November 20, 2006.

PROCTOR HEYMAN LLP

| | |
|---|---|
| /s/ Kurt M. Heyman | /s/ Christopher Langdon, Pro Se |
| Kurt M. Heyman (# 3054) | Christopher Langdon, *Pro Se* |
| E-mail: kheyman@proctorheyman.com | 1835 Edwin Blvd. |
| 1116 West Street | Winter Park, FL 32789 |
| Wilmington, DE 19801 | Plaintiff |
| (302) 472-7300 | |
| Attorney for Defendant Google Inc. | |

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI PC
David H. Kramer
Colleen Bal
Bart E. Volkmer
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Tonia Ouellette Klausner
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800

                              SO ORDERED this _____ day of _____, 2006.

                              _____
                              United States District Court Judge

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on September 22, 2006, copies of the foregoing Stipulated Schedule Regarding Defendant Google Inc.'s Response to Amended Complaint were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

### VIA HAND DELIVERY

Daniel V. Folt, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington DE 19801

/s/ Kurt M. Heyman
Kurt M. Heyman (# 3054)