UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) |
| | )    C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) |
| GOOGLE INC., YAHOO! INC., | ) |
| and MICROSOFT CORP., | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANTS YAHOO! INC. AND MICROSOFT CORPORATION'S
REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS**

Defendants' Motions to Dismiss, Plaintiff's Motions for Default (D.I. 25 and D.I. 28) and Plaintiff's Motion to Strike (D.I. 30, D.I. 31 and D.I. 32) are all moot now, *as a matter of law,* because Plaintiff exercised his right to file an Amended Complaint. The filing of an "amended complaint renders the original complaint a legal nullity." *Pennsylvania State Troopers Ass'n v. Commonwealth of Pennsylvania*, 2006 U.S. Dist. LEXIS 59537, at *1 (citing *Snyder v. Pasack Valley Hosp.*, 303 F.3d 271, 276 (3d Cir. 2002)). "An Amended complaint supersedes the original version in providing the blueprint for the future course of the lawsuit." Alan Wright, *et al.*, FED. PRAC. AND PROC. § 1476 (2d ed. 1990). "Since plaintiff filed an amended complaint, its original complaint and all motions related to that original complaint are moot." *Sumito Mitsubishi Silicon Corp. v. Memc Electronic Materials, Inc.*, 2005 U.S. Dist. LEXIS 5174, at *2 n.2 (D. Del. Mar. 30, 2005) (emphasis added).

Yahoo and Microsoft jointly will file a new Motion to Dismiss those claims asserted in the Amended Complaint on an approved schedule.

                    **DUANE MORRIS LLP**

                    /s/ Daniel V. Folt
                    Daniel V. Folt (Del. Bar No. 3143)
                    Gary W. Lipkin (Del. Bar No. 4044)
                    Matt Neiderman (Del. Bar No. 4018)
                    1100 North Market Street, Suite 1200
                    Wilmington, DE 19801
                    302.657.4927

Dated: September 25, 2006        Attorneys for Defendants Yahoo! Inc. and Microsoft Corporation

**CERTIFICATE OF SERVICE**

I, Gary W. Lipkin, do hereby certify that on September 25, 2006, copies of the foregoing "Defendants Yahoo! Inc. And Microsoft Corporation's Reply In Support Of Their Motions To Dismiss" were served on the following parties in the manner indicated below:

<u>Via Federal Express (signature required)</u>:

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

<u>Via e-filing</u>:

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

<u>/s/ Gary W. Lipkin</u> (Del. Bar No. 4044)

DM1\692300.1