UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) |
| GOOGLE INC., YAHOO! INC., | ) |
| and MICROSOFT CORP., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS YAHOO! INC. AND MICROSOFT
CORPORATION'S MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO AMENDED COMPLAINT**

Defendants Yahoo! Inc. ("Yahoo") and Microsoft Corporation ("Microsoft") (collectively "Defendants"), by and through their undersigned counsel, hereby move this Court for an Order extending the time to respond to Plaintiff's Amended Complaint and state as follows in support thereof:

1. On September 21, 2006, Plaintiff filed a thirty-four page Amended Complaint, apparently in response to Defendants' pending motions to dismiss. In his Amended Complaint, in addition to his continued assertion of constitutional free speech and fraud claims, Plaintiff appears to have added claims for breach of contract, deceptive trade practices and various additional constitutional claims. Defendants' response to Plaintiff's Amended Complaint is currently due on October 5, 2006.

2. On September 22, 2006, Co-Defendant Google, Inc. ("Google") and Plaintiff jointly filed a Stipulated Schedule Regarding Google's Response to Amended Complaint (D.I. 45). Under that Stipulated Schedule, Google's response to the Amended Complaint is due on

October 16, 2006, Plaintiff's response to any motion to dismiss is due on November 6, 2006 and Google's reply in support of a motion to dismiss is due on November 20, 2006.

3. Counsel for Yahoo and Microsoft sent Plaintiff a letter dated September 22, 2006 (attached as Exhibit "A" hereto) indicating their intent to file a motion to dismiss and requested that Yahoo and Microsoft be put on the same briefing schedule as was stipulated to with Google, and attached a draft briefing schedule for Plaintiff's review and approval.

4. By letter dated September 25, 2006, Plaintiff effectively refused counsel's request, indicating that he would stipulate to that briefing schedule only if we made two unusual concessions: 1) "Microsoft and Yahoo must stipulate that North Carolina Attorney General Roy Cooper and his associates made false statements to the U.S. Supreme Court as outlined on Plaintiff's website"; and 2) "Microsoft stipulates that it has never given me a reason for not running my proposed ads." A copy of Mr. Langdon's September 25, 2006 letter is attached hereto as Exhibit "B." Because Plaintiff refused to consent to enter into the same briefing schedule he entered into with Google, and has instead demanded that Yahoo and Microsoft make unreasonable and inappropriate factual concessions, Defendants Yahoo and Microsoft are forced to seek relief from the Court.

5. The modest extension of time requested by Yahoo and Microsoft is warranted under the circumstances. Plaintiff's Amended Complaint raises a host of new legal issues, including breach of contract, deceptive trade practices and various other constitutional claims, all of which will require additional time to be addressed. The form of Plaintiff's thirty-four page Amended Complaint, which contains no numbered paragraphs and reads more like one large diatribe, further complicates Defendants' ability to decipher and respond to the claims. Plaintiff cannot credibly argue that he will suffer any prejudice should the Court grant Defendants'

proposed Order, as the proposed schedule is identical to the one he recently agreed to with Google.

WHEREFORE, Defendants Yahoo! Inc. and Microsoft Corporation respectfully request that this Court grant their request for an extension of time to respond to Plaintiff's Amended Complaint and enter an Order in the form attached hereto.

                                      **DUANE MORRIS LLP**

                                      /s/ Daniel V. Folt
                                      Daniel V. Folt (Del. Bar No. 3143)
                                      Gary W. Lipkin (Del. Bar No. 4044)
                                      Matt Neiderman (Del. Bar No. 4018)
                                      1100 North Market Street, Suite 1200
                                      Wilmington, DE 19801
                                      302.657.4927

Dated: September 26, 2006                Attorneys for Defendants Yahoo! Inc. and Microsoft Corporation

## **CERTIFICATE OF SERVICE**

I, Gary W. Lipkin, do hereby certify that on September 26, 2006, copies of the foregoing "Defendants Yahoo! Inc. And Microsoft Corporation's Reply In Support Of Their Motions To Dismiss" were served on the following parties in the manner indicated below:

<u>Via Federal Express (signature required)</u>:

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

<u>Via e-filing</u>:

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

<u>/s/ Gary W. Lipkin (Del. Bar No. 4044)</u>

DM1\692813.1

# EXHIBIT A

# Duane Morris

**FIRM and AFFILIATE OFFICES**

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

GARY W. LIPKIN
DIRECT DIAL: 302.657.4903
E-MAIL: gwlipkin@duanemorris.com

www.duanemorris.com

September 22, 2006

**VIA FEDERAL EXPRESS (SATURDAY DELIVERY)**

Mr. Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

    Re:   <u>Langdon v. Google, Inc., et al.; C.A. No. 06-319(JJF)</u>

Dear Mr. Langdon:

    Defendants, Yahoo! Inc. and Microsoft Corporation intend on filing Motions to Dismiss your Amended Complaint and we propose a briefing schedule with dates matching those set forth in your stipulated schedule with Google. Attached is a copy of our proposed stipulation. Please let me know by no later than Tuesday, September 26, 2006, if you agree with the terms of this proposed stipulation, or if we should guide ourselves accordingly.

    Thank you for your consideration of this matter.

                         Sincerely,

                         Gary W. Lipkin

Enclosure

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE, INC., d.b.a DELAWARE )<br>GOOGLE INC., YAHOO! INC., AOL )<br>LLC, and MICROSOFT CORP., )<br>)<br>Defendants. ) | C.A. No. 06 - 319 (JJF) |

**STIPULATED SCHEDULE AND ORDER REGARDING DEFENDANT YAHOO! INC.'S AND MICROSOFT CORPORATION'S RESPONSE TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern Defendants, Yahoo! Inc. and Microsoft Corporation's response to Plaintiff's Amended Complaint, which was filed on September 21, 2006:

1. Defendants, Yahoo! Inc. and Microsoft Corporation shall answer, move or otherwise respond to Plaintiff's Amended Complaint on or before October 16, 2006.

2. Plaintiff's answering brief in opposition to any motions to dismiss shall be served and filed on or before November 6, 2006.

3. Defendants, Yahoo! Inc. and Microsoft Corporation's reply brief in support of their motions to dismiss shall be served and filed on or before November 20, 2006.

DUANE MORRIS LLP

_____
Daniel V. Folt (I.D. # 3143)
Gary W. Lipkin (I.D. # 4044)
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
302-657-4900 (phone)

_____
Christopher Langdon, *pro se*
1835 Edwin Blvd.
Winter Park, FL 32789

DM1\691961.1

# EXHIBIT B

G. Lipkin

September 25th, 2006
1835 Edwin Blvd.
Winter Park, Fl. 32789
407-647-7539
qiology@aol.com

To: Gary Lipkin

      I am amenable to your proposed stipulations only if the following matters are also included: nothing in the stipulation is a waiver of my assertion that a default entry and judgment should be rendered against Yahoo and Microsoft; Microsoft and Yahoo agree to stipulate that they believe that NCAG Roy Cooper and his associates made false statements to the U.S. Supreme Court, as outlined on my website; and Microsoft stipulates that it has never given me a reason for not running my proposed ads.

                                     Sincerely,
                                     Christopher Langdon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) |
| GOOGLE INC., YAHOO! INC., AOL | ) |
| LLC, and MICROSOFT CORP., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

IT IS HEREBY ORDERED that the following schedule shall govern Defendants Yahoo! Inc. and Microsoft Corporation's response to Plaintiff's Amended Complaint, which was filed on September 21, 2006:

1. Defendants Yahoo! Inc. and Microsoft Corporation shall answer, move or otherwise respond to Plaintiff's Amended Complaint on or before October 16, 2006.

2. Plaintiff's answering brief in opposition to any motions to dismiss shall be served and filed on or before November 6, 2006.

3. Defendants Yahoo! Inc. and Microsoft Corporation's reply brief in support of their motions to dismiss shall be served and filed on or before November 20, 2006.

SO ORDERED this ____ day of _____, 2006.

_____
United States District Court Judge