# EXHIBIT A

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

GARY W. LIPKIN
DIRECT DIAL: 302.657.4903
E-MAIL: gwlipkin@duanemorris.com

www.duanemorris.com

September 22, 2006

**VIA FEDERAL EXPRESS (SATURDAY DELIVERY)**

Mr. Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

Re: Langdon v. Google, Inc., et al.; C.A. No. 06-319(JJF)

Dear Mr. Langdon:

Defendants, Yahoo! Inc. and Microsoft Corporation intend on filing Motions to Dismiss your Amended Complaint and we propose a briefing schedule with dates matching those set forth in your stipulated schedule with Google. Attached is a copy of our proposed stipulation. Please let me know by no later than Tuesday, September 26, 2006, if you agree with the terms of this proposed stipulation, or if we should guide ourselves accordingly.

Thank you for your consideration of this matter.

Sincerely,

Gary W. Lipkin

Enclosure

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE GOOGLE INC., YAHOO! INC., AOL LLC, and MICROSOFT CORP., | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATED SCHEDULE AND ORDER REGARDING DEFENDANT YAHOO! INC.'S AND MICROSOFT CORPORATION'S RESPONSE TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern Defendants, Yahoo! Inc. and Microsoft Corporation's response to Plaintiff's Amended Complaint, which was filed on September 21, 2006:

1. Defendants, Yahoo! Inc. and Microsoft Corporation shall answer, move or otherwise respond to Plaintiff's Amended Complaint on or before October 16, 2006.

2. Plaintiff's answering brief in opposition to any motions to dismiss shall be served and filed on or before November 6, 2006.

3. Defendants, Yahoo! Inc. and Microsoft Corporation's reply brief in support of their motions to dismiss shall be served and filed on or before November 20, 2006.

DUANE MORRIS LLP

_____  
Daniel V. Folt (I.D. # 3143)  
Gary W. Lipkin (I.D. # 4044)  
1100 North Market Street  
Suite 1200  
Wilmington, DE 19801-1246  
302-657-4900 (phone)

_____  
Christopher Langdon, *pro se*  
1835 Edwin Blvd.  
Winter Park, FL 32789

DM1\691961.1