# EXHIBIT B

G. Lipkin

September 25th, 2006
1835 Edwin Blvd.
Winter Park, Fl. 32789
407-647-7539
qiology@aol.com

To: Gary Lipkin

I am amenable to your proposed stipulations only if the following matters are also included: nothing in the stipulation is a waiver of my assertion that a default entry and judgment should be rendered against Yahoo and Microsoft; Microsoft and Yahoo agree to stipulate that they believe that NCAG Roy Cooper and his associates made false statements to the U.S. Supreme Court, as outlined on my website; and Microsoft stipulates that it has never given me a reason for not running my proposed ads.

Sincerely,
Christopher Langdon