UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

    v.                 case no. 1:06-CV-319-J.J.F.

GOOGLE, INC., d.b.a. DELAWARE GOOGLE,INC.
YAHOO!, INC. and MICROSOFT CORPORATION.

CORRECTIONS TO THE AMENDED COMPLAINT

    I had to call an ambulance to have my mother rushed to the hospital on September 17th, 2006. I spent most of that day at the hospital, and a large amount of time in the ensuing days. Three members of my immediate family suffer from life threatening illnesses. Therefore, I did not have a chance to fully proof read my *Amended Complaint* before filing it, resulting in a few minor errors and omissions. It is not my intention herein, or in my *Amended Complaint*, to waive my assertion that a default judgment and entry should be entered against Defendants Microsoft and Yahoo, who are in default

    Most of the errors in my *Amended Complaint* are syntax errors, typographical errors, *etc.* There are a few minor errors that should be corrected. On page 27 of my *Amended Complaint*, I stated:

    "It is my understanding that information on Chinese dissidents was collected by Google and given to the government, resulting in their imprisonment."

    In meant "Yahoo" instead of "Google." On page 31, I stated:

    "My allegations [against Cooper and his associates] were published in letter form, and circulated, at least since July 20th, 2006,

approximately nine months ago. [should read 15 months ago]. My allegations have been published on my website since October 27th, 2005, approximately six months ago [should read 11 months ago]."

The incorrect time frames were from my original Complaint. I apologize for the inconvenience. I want to be sure that my *Amended Complaint* is accurate.

My Amended Complaint seeks relief under Amendment XIV of the U.S. Constitution, by that I seek any and all relief available under the Amendment, including the right to indiscriminate service by those in a public calling.

Respectfully submitted, September 26th, 2006.

_____
Christopher Langdon
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539 ---- qiology@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of my *Corrections* and *Second Affidavit Re Microsoft's Fraud* to:

Daniel v. Folt
1100 North Market Street
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
1116 West Street
Wilmington, Del. 19801

This the 27th day of September, 2006.

Christopher Langdon, Plaintiff
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539---- qiology@aol.com