UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

      v.            case no. 1:06-CV-319-J.J.F.

GOOGLE, INC., d.b.a. DELAWARE GOOGLE, INC.,
YAHOO!, INC., and MICROSOFT CORPORATION,
    Defendants.

## SECOND AFFIDAVIT RE MICROSOFT'S FRAUD

Nothing contained herein is a waiver of my contention that a default entry and a default judgment should be entered against Defendant Microsoft.

Microsoft has never asserted that my ads violated any ad content policy. Therefore, *I am not intentionally litigating, or litigating by implied consent, whether or not my ads comply with Microsoft's purported content guidelines for ads.* However, it is my contention that Microsoft has engaged in fraud and deceit, and fraud on the court. This affidavit is submitted as additional proof that Microsoft has engaged in a pattern of fraud and deceit, in particular with regards to its advertising program. Microsoft does publish content guidelines. I do not recall if those purported guidelines were in existence when I submitted my ads to Microsoft.

This affidavit provides additional proof that Microsoft does discriminate against small budget advertisers by allowing large budget adver-

tisers to violate its fraudulent content guidelines for ads. It also appears

that Microsoft's advertising might violate the law, or, at the very least,

support those that do break the law. Therefore, Microsoft does not come

to court with clean hands. Also, Microsoft's purported *Content Guidelines*

for ads [*Exhibit A* ] is a fraud, as is Google's.

Microsoft's recently renamed search engine, *Live Search*, is accessed

at www.live.com. After searching various topics on Microsoft's search

engine, I found numerous ads that clearly violate Microsoft's purported

content guideline for ads. These aren't isolated incidents.

Microsoft's purported ad guidelines state:

"Adult/Sexual Content. Microsoft will not accept advertising on
adult keywords. Advertisements and associated landing pages may not
contain sexually explicit content. Advertising will not be accepted for
sites that feature predominantly adult content."

The truth is, Microsoft regularly allows ads for sexually explicit

content as follows:

"Adult –live sex. www.nightsurf.com. Warning Adult Content.
Nightsurf is for adult users only." *Exhibit B*

"Adult –fucking---www.nightsurf.com..." *id.*

"Adult-gay fucking---www.nightsurf.com.." *id.*

"Adult – group sex........" *id.*

"Adult-anal sex..." *id.*

"adult oral sex...." *Id.*

There are a large number of search terms that will render search

-2-

results on Microsoft's search engine that display ads for sexually explicit "adult content." I did not visit *Nightsurf.com,* however, it is clear their ads violate Microsoft's purported ad guidelines, yet they're allowed to advertise on Microsoft.

Microsoft's fraudulent guidelines also state:

"Advertising will not be accepted for sites that promote the sale or use of webcams/surveillance equipment for illegitimate use."

However, there are ads that violate that "guideline" on Microsoft.

"Spy-Tronix Spy Gadgets. www. Spy-tronix.com. Voice recorders, phone taps.." *See Exhibit C.*

Of course, phone taps are almost always illegal. I found that ad by searching *Spy Cam* on Microsoft's search engine. On the right hand side of the search results there is a section entitled *Related Searches.* One of those related searches, recommended by Microsoft is *Spy Cam Shower.* That's how I reached the ad quoted above. As you can see, Microsoft itself prompts people to sites and ads that urge the misuse of spy cams. I clicked *Spy Cam Shower,* and another web page came up that included additional *Related Searches.* One of those *Related Searches,* recommended by Microsoft, is *Shower Boys Spy Cam.* I clicked on that on 9/24/ 2006, and I was led to a page where the top search result is:

"boys-peeing ...girls pee in shower, boys peeing ..Female pee hole...www.chm.ulaval.ca..." *Exhibit C.*

-3-

The second search result on the same page is:

"girls pee in shower..spy project boys peeing...*id.*

The third search result on the same page is:

"Boy Spy Cam..great brit boys seduced boy spy cam..aussie boys...www.boyspycam.com." *Exhibit C.*

I did not visit the aforementioned sites, because they appear to contain illegal child pornography, and because I have no interest in such matters. Those search results also indicate that the videos on those sites were taken without permission. Those search results are not ads, however, one reaches them through promptings by Defendant Microsoft and its *Related Searches.* Whether or not the aforementioned websites contain child pornography, as they suggest, is a matter for the proper authorities to investigate.

Microsoft's purported content guidelines also state:

"Gambling Content-Advertising that facilitates gambling or wagering is not allowed." *Exhibit A*

"Illegal Activity-Advertising that facilitates illegal activity is not allowed." *id.*

Microsoft blatantly violates those guidelines because it facilitates illegal gambling. I searched the term *sports odds* on 8-23-06 on Microsoft's search engine. The first page of results contained the following ad:

"Current Odds-www.msnbc.com. Get the current odds from Covers.com and MSNBC." *Exhibit D.*

-4-

It is my uunderstanding that MSNBC is a partnership between Microsoft and NBC. If you click on the above ad in Microsoft's search results, you are connected to the MSNBC website that contains the Microsoft butterfly trademark. *Exhibit D* [the printout only prints a portion of the MSN trademark]. Once I reached that site (8-23-06), I clicked on *Sports Odds*. That brought up odds from various illegal offshore gambling sites. *See Exhibit D.* When clicking on their names on MSNBC's site, one is connected to that particular offshore internet gambling site.

On 9-26-2006, I went directly to www.covers.msnbc.com. I came to the same MSNBC page with the MSN (Microsoft) trademark. I then clicked on *Sports Odds* again, and the same page appeared, displaying odds provided by offshore gambling sites'. Those sites include: *WSEX*; *SIA*; *Sportsbook; BoDog; BetWWTS;* and *5Dimes.* They're illegal offshore, internet gambling sites, in violation of *The Wire Act.* It is possible that Microsoft's aiding and abetting of those sites is illegal, although I can't definitely say so

Recent television and newspaper reporting has focused on the huge, illegal, offshore internet gambling industry. One head of a prominent offshore internet gambling site was recently arrested when he returned to the U.S. It is my understanding that the U.S. Congress is considering legislation that would crack down on those that facilitate

such sites by providing stiff penalties for those that advertise such sites, *i.e. Microsoft.*

There are other ads for sites on Microsoft's search engine that promote and facilitate gambling, contrary to Microsoft's purported guidelines. *See: Exhibit E.*

It also appears that Microsoft may be violating other laws by allowing ads for drug paraphernalia, although Microsoft's purported *Content Guidelines* states:

"Advertising for illegal drugs or related paraphernalia is not allowed."

However, in August I found ads for marijuana pipes, often called bongs, on Microsoft's search engine. On September 27th, 2006, I searched the terms *Marijuana Paraphernalia, Marijuana Bongs, and Marijuana Pipe Bongs,* and I found advertisements for marijuana pipes, often called *bongs,* and similar items. *See: Exhibit F.*

It is my understanding that the shipment of these items is illegal. It is my understanding that actor/comedian Tommy Chong, formerly of the comedy duo *Cheech and Chong,* spent over a year in prison for making, and selling through the mail, marijuana bongs. Of course, Microsoft has no problem facilitating illegal activity through advertisements, but won't allow me to advertise my websites.

Microsoft's fraudulent *Content Guidelines* also states:

"Alcohol.  Advertising that promotes beer or hard alcohol is not allowed."

"Cable descramblers.  Advertising that promotes devices used to descramble cable and/or satellite signals is not allowed."

Microsoft does have ads for the alcohol and cable descramblers.

Microsoft also allows ads for; fireworks; tobacco; and methods of

beating drug tests, all in violation of Microsoft's purported, fraud-

ulent *Content Guidelines* for ads.  *See: Exhibit G for some of these ads.*

Also, Microsoft allows ads by *Café Press.*  My *Amended Com-*

*plaint* shows that *Café Press* sells voluminous articles promoting hate,

violence, and other items that violate Microsoft's purported *Content*

*Guidelines* for ads.

It is clear that there is a pattern of fraud by Microsoft as to its

*Content Guidelines* for ads.  It's promotion of illegal activities

demonstrates that it does not come to court with clean hands.

Respectfully submitted, September 26th, 2006.

Christopher Langdon, Plaintiff
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539---qiology@aol.com

VERIFICATION ATTACHED

-7-

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                              case no. 1:06-CV-319-J.J.F.

GOOGLE, INC., d.b.a. GOOGLE DELAWARE, INC.,
YAHOO!, INC. and MICROSOFT CORPORATION,
    Defendants.

AFFIDAVIT
## VERIFIICATION OF SECOND MOTION RE MICROSOFT'S FRAUD

I hereby depose, state and solemnly affirm, under oath and under

the penalty of perjury, that everything contained in my *Second Affidavit*

*Re Microsoft's Fraud* is true and correct, except those matters asserted

on information and belief, and those matters I believe to be true and

correct.

Christopher Langdon, Plaintiff
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539   qiology@aol.com

Suscribed to and sworn before me, this the 26th day of September,
2006.

Notary Public
Orange County, FL



Notary Public State of Florida
Christopher John Esposito
My Commission DD441884
Expires 06/19/2009

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

        v.                    case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

## SECOND AFFIDAVIT RE MICROSOFT'S FRAUD

# EXHIBIT A

# B. What are the content guidelines for an ad?

Microsoft adCenter reserves the right to not accept advertising content at its discretion.

**Adult/Sexual Content**
- Microsoft adCenter will not accept advertising on adult keywords.
- Advertisements and associated landing pages may not contain sexually explicit content.
- Advertising will not be accepted for sites that feature predominantly adult content.
- Adult content, if any, within otherwise non-adult sites, must be clearly segregated from other content.

**Alcohol**
- Advertising that promotes beer or hard alcohol is not allowed.

**Cable Descramblers**
- Advertising that promotes devices used to descramble cable and/or satellite signals is not allowed.

**Defamatory, Libelous, Slanderous Content**
- Advertising will not be accepted for anything that facilitates defamatory, libelous, or slanderous content.

**Drug Testing**
- Advertising will not be accepted for sites that promote products for beating drug tests.

**Drugs and Drug Paraphernalia**
- Advertising for illegal drugs or related paraphernalia is not allowed.

**Fake Documents**
- Advertising for fake identification or documentation is not allowed.

**Firearms**
- Advertising that promotes firearms or weapons of any kind is not allowed.

**Fireworks**
- Advertising for fireworks is not allowed.

**Free Offers & Sweepstakes**
- Advertising promoting sweepstakes are not allowed. Advertising offering "free" goods or services must also include an indication that terms and conditions apply.

**Gambling Content**
- Advertising that promotes gambling or wagering is not allowed.

**Hate Speech**
- Advertising that facilitates or promotes hate speech, whether directed at an individual or a group, will not be accepted.

**Illegal Activity**
- Advertising promoting or facilitating illegal activity is not allowed.

**Illegal Contests, Pyramid Schemes, and Chain Letters**
- Advertising that promotes illegal contests, pyramid schemes, or chain letters is not allowed.

**Non-accredited Universities**
- - Advertising that promotes non-accredited universities is not allowed.

**Pharmacies & Medical/Pharmaceutical Products**
- Advertisements for pharmacies and medical or pharmaceutical products are restricted based on applicable laws.

**Political Content**
- Advertising will not be accepted that exploits "hot button" political issues for commercial gain. However, political advocacy is generally permissible.

**Privacy Statement**
- Advertisers must include a prominent link to a privacy policy that is applicable to the information being collected.

**Profanity**
- Any content that is profane in the language of the website on which the creative is displayed is not allowed.

**Religious Content**
- Advertising will not be accepted that uses a religion's texts or rituals to ridicule or shock its followers.

**Software**

■ Advertising promoting software that takes actions not expressly consented to by the user (e.g. dialers) will not be allowed.

**Spam**

■ Advertising for bulk marketing products will not be permitted if the intended use is unsolicited spam.

**Suffering and Violence**

■ Advertising will not be accepted for sites that advocate, glorify, or promote rape, torture, cannibalism, suffering or death, or graphic or violent images.

**Tobacco**

■ Advertising that promotes tobacco is not allowed.

**Traffic Tickets**

■ Advertising that promotes devices, services, or methods to avoid traffic tickets is not allowed.

**Trademarks**

■ Advertisers sometimes bid on as keywords, or include within the text of their advertisements, words that are the trademarks of others.
■ Microsoft requires all advertisers to agree that they will not bid on keywords, or use in the text of their advertisements, any word whose use would infringe the trademark of any third party or would otherwise be unlawful or in violation of the rights of any third party.
■ An advertiser may use a third party's trademark as a keyword or under certain circumstances, where the use is truthful and lawful. Such uses may be appropriate under the following circumstances:
    ■ Reseller. The Advertiser's website sells authentic goods or services that are distributed under the trademark.
    ■ Information Site. The main purpose of the Advertiser's site is to provide information (for example, product reviews) about goods or services represented by the trademark, and the Advertiser does not sell or facilitate the sale of any product or service that competes with the goods or services represented by the trademark.
    ■ Dictionary Terms that are Trademarks. The Advertiser is clearly using the ordinary, dictionary use of a term, and the Advertiser's site does not sell, of facilitate the sale, of any product or service that competes with the owner of the trademark for such term.
■ Except for the above exceptions, an Advertiser should not bid on as keywords, or include within the text of their advertisements, words that are the trademarks of others, including trademarks of the Advertiser's competitor.
■ If you have a concern that your trademark is being used improperly, please contact us by completing the form on the Trademark Concerns Page.

**Webcams/Surveillance Equipment**

■ Advertising will not be accepted for sites that promote the sale or use of webcams/surveillance equipment for illegitimate use.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
        Plaintiff,

                v.                          case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
        Defendants.

SECOND AFFIDAVIT RE MICROSOFT'S FRAUD

# EXHIBIT B

**Web**   Desktop   News   Images   Local   Encarta

live sex                                    Search                                    m

+Search Builder   Settings   Help   Español

# Web Results
Page 1 of 79,481,888 results containing **live sex** (0.05 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

**Free Live Webcam Chat** - i-friends.net
Chat live with thousands of webcam user. Create your free account now.

**Live** - www.alibris.com
Used, new, and ~~out-of-print books. Find it at Alibris~~ and save.

**Adult - live sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

SPONSORED SI

**live sex ringtones**
Get live sex ringtones
and No Charge
ringtonesuccess.com

See your message

## live sex cam :: The live sex cam blog :: Live sex cam health outcomes ...
**Live sex** cam health outcomes. **live sex** cam **live sex** cam the Task **live sex** cam **live sex** cam the **live** ... **Live sex** cam health outcomes. **live sex** cam **live sex** cam the Task **live sex** cam **live sex** cam the ...
sex.excisearch.net/live-sex-cam.html   Cached page

## live sex :: The live sex blog :: Live sex and sufficient evidence live ...
**Live sex** and sufficient evidence **live sex live sex live sex** intervention **live sex** recommended). **live** ... **Live sex** and sufficient evidence **live sex live sex live sex** intervention **live sex** recommended ...
sex.excisearch.net/live-sex.html   Cached page
Show more results from "sex.excisearch.net".

## LIVE SEX FORUM - Powered by vBulletin
Welcome to the **LIVE SEX** FORUM. If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to ...
www.livesexforum.com   Cached page

## freelivesexchat's Xanga Site
FREE **LIVE SEX** CHAT - WEBCAM GIRLS - PORN FEEDS - NUDE TEEN CHATROOMS: Visit video **live** cam girls,naked webcam girls, **live sex** cam chat, real **live** amateur home videos,cam guys adult cams real people ...
www.xanga.com/freelivesexchat   Cached page

## Live sex - Adult live sex list show
T he SinCity HardCore House is waiting for you. We have tens of rooms filled with wild **live** shows. Here the party never ends. When they get drunk they do absolutely wild things.
www.strainedbliss.com   Cached page   8/20/2006

## Yahoo! 360° - FREE LIVE SEX WEBCAMS CHAT - NUDE LIVE GIRLS
FREE **LIVE SEX** WEBCAMS CHAT - NUDE **LIVE** GIRLS. Free **sex** webcams chatlive, free web cam chat, free web cams software, adult webcam chat rooms,
blog.360.yahoo.com/freelivesexwebcamschat   Cached page

## Live Sex Chat Webcam Shows - Free live video chat with webcams and ...
Free **live** adult Web Cams and chat. Nude sexy camgirls, teens, lesbians, voyeur, couples,

Web   Desktop   News   Images   Local   Encarta

fucking                                        Search       *m*

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 263,281,015 results containing **fucking** (0.02 seconds) (with SafeSearch: Moderate)

SPONSOREI

Adult - **fucking** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Fucking, Austria - Wikipedia, the free encyclopedia

**Fucking** ( IPA : /ˈfʊkɪŋ/ —the "u" is pronounced like the "u" in English "put") is a small settlement (population c part of the municipality of Tarsdorf , in the Innviertel region of ... .
en.wikipedia.org/wiki/Fucking%2C_Austria   Cached page

### fucking champs

Email the band. Newsworthy. Recordings. Tour dates. Pictures. Sounds. CAQ. Press. Drag city. Leafygreen bool Louder
www.thefuckingchamps.com   Cached page

### hardcore granny fucking

hardcore granny **fucking**, natural tits mature, mature hand job ... hardcore granny **fucking**: in a set hardcore gra **fucking** hardcore granny **fucking** Craving range from ...
msjasas.info/hardcore-granny-fucking.html   Cached page

### Teen **Fucking** » Melissa - Teen **Fucking**

Sexy Latina coed gets crammed full of hard cock sideways. Click here to watch the full episode!
www.iteenfucking.com/?p=37   Cached page

#### Teen **Fucking** » Lexi Belle - Teen **Fucking**

We have Lexi and other cute teens who want their shot at the top and could care less how they get there. Cl here to see the sizzling cock sucking and **fucking** action.
www.iteenfucking.com/?p=36   Cached page

Show more results from "www.iteenfucking.com".

## Fucking Machines

**Fucking** Machines ... Sort: by Name A-Z by Name Z-A by Price low to high by Price high to low by Best Selling
www.extremerestraints.com/fucking-machines_48   Cached page

### old woman fucking

old woman **fucking**, blow job milf, ladies shagging mature ... old woman **fucking** > Fetish > Older&MatureP MILl Hunter newMoms with overflowing old woman **fucking** old ...
matureshez.info/old-woman-fucking.html   Cached page

### anna nicole smith fucking

anna nicole smith **fucking**, bad day - daniel powter, anna kournikova naked ... anna nicole smith **fucking** > Cele Naked anna nicole smith **fucking** teen actresses showing skin ...
celebscool.info/anna-nicole-smith-fucking.html   Cached page

### gay man fucking

gay man **fucking**, old gay, gay men ... gay man **fucking**: blog written by a gay man **fucking** male of his favorites his sexy thoughts!Category

Web    Desktop    News    Images    Local    Encarta

gay fucking                                   Search                              ms

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 35,506,874 results containing **gay fucking** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED SITES ·

**Meet Gay Singles** - www.date.com
Don't spend another night alone. Find local singles just like you.

**Don't Wait for Gay Dates** - www.gayfriendfinder.com
Cute single men waiting for you. Join now and meet someone today!

**Adult - gay fucking** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### gay men fucking

**gay** men **fucking**, free **gay** picture too, amateur **gay** ... **gay** men **fucking**: sex, and
depression!Category: BLOGS > Men > **gay** men **fucking** Black Hunk ...
agjusk.info/gay/gay-men-fucking.html  Cached page

#### gay man fucking

**gay** man **fucking**, old **gay**, **gay** men ... **gay** man **fucking**: blog written by a **gay** man
**fucking** male of his favorites and his sexy thoughts!Category
agjusk.info/gay/gay-man-fucking.html  Cached page
Show more results from "agjusk.info".

### gay guys fucking

**gay** guys **fucking**, **gay** sex picture, **gay** ass fuck ... solo masturbation and hardcore
videos.Content Quality: Most of the **gay** guys **fucking** are more glamour ...
ammmgay.info/gay/gay-guys-fucking.html  Cached page

#### gay man fucking

**gay** man **fucking**, hot **gay** men, **gay** foto ... **gay** man **fucking**: ebony stripping and
masturbating **gay** man **fucking** he **gay** man **fucking** FREE > Men >
ammmgay.info/gay/gay-man-fucking.html  Cached page
Show more results from "ammmgay.info".

### gay ass fucking

**gay ass fucking**, ass teen, young teen anal ... **gay ass fucking**: PAY > Straight > Anal
SexF In Her Tight Asshole newBlonde beauty takes a cock into ...
analsjajs.info/gay-ass-fucking.html  Cached page

### Gay Fucking

Ah post whatever you want...keeping in mind that I have the power to delete this anything I
want. Oh it's sweet I know. **Gay Fucking** [ ...
elleensters.topnities.com/wwwboard/38.html  Cached page

### gay ass fucking

**gay ass fucking**, ass licking tranny, hot blonde ass ... **gay ass fucking** experience. The **gay**
**ass fucking** updates **gay** ass **fucking** to **gay** ass **fucking** because **gay** ...
analzvoyeur.info/gay-ass-fucking.html  Cached page

SPONSORED S!

**Gay**
Used, new, and out-c
books. Find it at Alibr
save.
www.alibris.com

**Gay Singles with M**
View Profiles of Gay
Singles Meet Athletic
(Join Free)
www.fitness-singles.c

**Find Gay A - $7.10S**
Find any unlisted nur
address history. Insta
Accurate Results
www.intelius.com

**Gay**
Web directory for gay
Browse our gay direc
gaycatalog.net

**Are People Born Ga**
Learn more with 100s
expert pros & cons in
nonpartisan format
www.borngayprocon

See your message

**Web**  Desktop  News  Images  Local  Encarta

group sex                                                                         ▓▓Search▓▓              *m*

+Search Builder   Settings   Help   Español

## Web Results

Page 1 of 42,823,539 results containing **group sex** (0.03 seconds) (with SafeSearch: Moderate)

Free online dating - www.alipersonals.com                                                    SPONSORE[
Network with 20 million+ singles. Register now & get free access!

Adult - **group sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### group sex :: The group sex blog :: Group sex cessation activities ...

**Group sex** cessation activities. Current efforts should **group sex group sex group sex group sex** in ... **Group** cessation activities. Current efforts should **group sex group sex group sex group sex group sex** in ...
sex.excisearch.net/group-sex.html  Cached page  8/21/2006

### Group sex - Wikipedia, the free encyclopedia

**Group sex** is sexual behaviour involving more than two participants at the same time. The main focus of this pag **group sex** among humans; however, **group sex** also exists with other species in the ...
en.wikipedia.org/wiki/Group_sex  Cached page

### group sex :: The group sex blog :: Group sex school-based group sex ...

**Group sex** school-based **group sex group sex** tobacco industry **group sex group sex group sex** — are ... Gr **sex** school-based **group sex group sex** tobacco industry **group sex group sex group sex** — are ...
sex-sex-free.excisearch.net/group-sex.html  Cached page

### Group Sex :: Sex and Sexuality :: Free sex guide, sex positions, anal ...

Free **sex** guide, **sex** positions, anal **sex**, oral **sex**, **sex** directory, G Spot, **sex** forum.Sexual positions ... Adriana Sommer da Costa. Psychologist and Sexologist. **Group sex** , a rather anonymous sexual ...
www.sexuall.org/Article141.phtml  Cached page

### Their cover album "The Anatomy Of" Is simply amazing.

hardcore **group sex** hardcore **group sex**; In hard mode, enemies are worth more also, but there will be more of and they will be more accurate and more frequent with their shots. ListeChroniquesLivres.
2351ad5.tekcities.com/hardcore/group-sex.html  Cached page

### group sex :: Blog

**group sex**, live **sex**, **sex** ... **group sex**: chronic pain, **group sex** prone to dizziness?**Sex** Position Consideration **sex** Limbs, Which ...
saxstory.30mb.com/group-sex.html  Cached page

### www.seedwiki.com

www.seedwiki.com/Accounts/imogene_angieftb_30882/index-group-sex.html

### Group Sex cinemisex Group Sex

**Group Sex** What's New Here? - Hardware Software DVD Movies. Categories 2 IN 1 ALL GIRLS ANAL ASIAN B&D/S&M Products BI TRIANGLES BIG ASS BLACK CUBAN PHOTO GALERY CUBANAS ...
cinemisex.com/index.php?cPath=46  Cached page

### Colorado Service Group for Sex & Love Addicts

Need Help? ` CALL US FOR CONFIDENTIAL HELP & INFORMATION RELATED TO **SEX** AND LOVE ADDICT

http://search.msn.com/results.aspx?q=group+sex&FORM=QBRE                              8/23/2006

Web   Desktop   News   Images   Local   Encarta

anal sex                                              Search                          

+Search Builder   Settings   Help   Español

## Web Results
Page 1 of 19,194,655 results containing **anal sex** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORE

**Adult - anal sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### Anal sex - Wikipedia, the free encyclopedia
**Anal sex** or **anal** intercourse is a form of human sexual behavior . While there are many sexual acts involving the anus , **anal** cavity, sphincter valve and/or rectum , the specific meaning describes the ...
en.wikipedia.org/wiki/Anal_sex   Cached page

### Anal sex movie - BlogHoster
**Anal sex** movie daily updated blog - Posted at 3:22 AM on 8/14/2006 by **Anal sex** movie. **Anal sex** movie daily updated blog
www.blogsharing.com/analsexmovie   Cached page

### ANAL SEX Galleries
Notify Blogger about objectionable content. What does this mean?
analsexws0.blogspot.com   Cached page

### ANAL SEX
**ANAL SEX** All about **ANAL SEX**. Only best info about **ANAL SEX**. This site about **ANAL SEX**.
analsex12.blogspot.com   Cached page

### Anal Sex According to the Word of God
**Anal Sex** in Accordance with God's Will. Are you saving yourself for your wedding night? The Devil wants you to that's why he puts stumbling blocks in your way.
www.sexinchrist.com/index.html   Cached page

### Anal Sex Pictures and Movies
Notify Blogger about objectionable content. What does this mean?
analsex00.blogspot.com   Cached page

### Anal Sex Guide :: Sex and Sexuality :: Free **sex** guide, **sex** positions ...
Free **sex** guide, **sex** positions, **anal sex**, oral **sex**, **sex** directory, G Spot, **sex** forum.Sexual positions ... Definition history, sexual technique , precautions and alternative techniques
www.sexuall.org/Article14.phtml   Cached page

### The Daily Probe -- Because real news sucks.
The Daily Probe is a satirical newspaper from the Internet's leading humor publishing company ... National **Anal** Month Marked By **Anal Sex** New York (DPI) - February marks the 75th ...
www.dailyprobe.com/arcs/021902/asm.shtml   Cached page

### Anal: See what people are saying right now on Technorati
Pornwhore Nikki Ryder takes two cocks in both of her holes (**Anal sex** porn) August 16th, 2006...
technorati.com/tag/Anal   Cached page

### AskMen.com - Anal Sex

Web    Desktop    News    Images    Local    Encarta

sex                                                      Search

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 693,033,730 results containing **sex** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED

**sex ringtones** - ringztone com
Get sex ringtones. Easy and No Charge

**Adult - sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### sex :: The sex blog :: Sex smoking-attributable sex sex productivity ...

**Sex** smoking-attributable **sex sex** productivity **sex sex sex** in **sex sex** States, individual **sex** and user ... **Sex** sm attributable **sex sex** productivity **sex sex sex** in **sex sex** States, individual **sex** and ...
sex-sex-free.excisearch net/sex.html   Cached page

### sex dating :: The sex dating blog :: Sex dating original studies. sex ...

**Sex** dating original studies. **sex** dating be included in the reviews **sex** dating **sex** dating studies had ... **Sex** datin original studies. **sex** dating be included in the reviews **sex** dating **sex** dating ...
sex.excisearch.net/sex-dating.html   Cached page

### sex club :: The sex club blog :: Sex club recommendations sex club ...

**Sex** club recommendations **sex** club strong **sex** club of effectiveness **sex** club to **sex** club intervention ... **Se** recommendations **sex** club strong **sex** club of effectiveness **sex** club to **sex** club ...
sex.excisearch.net/sex-club.html   Cached page
Show more results from "sex.excisearch.net".

### Safer Sex Index

Safer **sex** index at the Sexual Health infoCenter. Here you'll find information on condoms, dental ... About US | T Conditions | Privacy: Copyright 1997-2005 Reliance Web Retail Inc.
www.sexhealth.org/safersex   Cached page

### Sex Therapy Center of Orange County California - Sex therapy by ...

Specializing in the diagnosis and treatment of sexual problems for couples and individuals.
www.sextherapycenter.org   Cached page

### Sexual lyrics prompt teens to have sex - Yahoo! News

Teens whose iPods are full of music with raunchy, sexual lyrics start having **sex** sooner than those ... CHICAGO Teens whose iPods are full of music with raunchy, sexual lyrics start having **sex** sooner ...
news.yahoo.com/s/ap/20060807/ap_on_re_us/sex_lyrics_teens   Cached page

### Sex-Based Discrimination

**Sex**-Based Discrimination. Title VII of the Civil Rights Act of 1964 protects individuals against employment discrimination on the basis of **sex** as well as race, color, national origin, and religion.
www.eeoc.gov/types/sex.html   Cached page

### Are You Ready to Have Sex? A 45 Question Quiz - Give us 20 minutes of ...

Are You Ready to Have **Sex**? A 45 Question Quiz - Give us 20 minutes of your time and 45 honest ... 45 questio will help you decide if you are ready to become sexually active.
teens/dzec.about.com/library/blsextest1.htm   Cached page

**Web**  Desktop  News  Images  Local  Encarta

lesban sex                                    Search                          *m*

+Search Builder  Settings  Help  Español

# Web Results

Page 1 of 21,318,104 results containing **lesbian sex** (0.03 seconds) (with SafeSearch: Moderate)

SPONSORED

**Lesbian** - setthetrend.com
Find out what's hot and what's not! Your Lesbian guide.

**Chat Free with Lesbians** - www.thematchmakingpages.com
Meet lesbians online at TheMatchmakingPages.com. Search for free.

**Adult - lesbian sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

adultsss.freehostia.com
adultsss.freehostia.com/index.html

## Lesbian Sex Tips Manual. Learn how to make love to a woman ...

Amazing Dreams Publishing, **lesbian** coming out guide, **lesbian** support group, **sex** tips guide, free ... **Lesbian** Tips: A Guide For Anyone . Who Wants to Bring Pleasure
www.amazingdreamspublishing.com/lesbiansextips.html  Cached page

### Lesbian Coming Out Guide, Lesbian Sex Tips Guide, How to make love to ...

Features books on coming out, **lesbian** fiction and non-fiction, and free **lesbian** e-cards.
www.amazingdreamspublishing.com  Cached page

Show more results from "www.amazingdreamspublishing.com".

## lesbian sex - Home

**Lesbian Sex**: Contrast, as though it seemed paradoxical, understands a consumer complex, also it is emphasize work . **lesbian sex** Action is continuous. **lesbian sex** Structural famine is so important ...
klifvern.proboards92.com/index.cgi  Cached page

## AfterEllen.com - Buffy to Show First Lesbian Sex Scene on Network TV

Over its seven-year run, Buffy has pushed the envelope in terms of of **lesbian** representation on ... Next week, in third-to-last episode of the series ...
www.afterellen.com/TV/buffy-sex.html  Cached page

## Amazon.com: Lesbian Sex: Books: JoAnn Loulan

Amazon.com: **Lesbian Sex**: Books: JoAnn Loulan by JoAnn Loulan ... This item is not eligible for Amazon Prime over a million other items are.
www.amazon.com/exec/obidos/tg/detail/-/0933216130?v=glance  Cached page

## hardcore lesbian sex - Home

That is written on this page a lie! Hence: the private(individual) derivative really causes a cult of personality about such authors as J. Political modernization considers a principle of ...
marriluig.proboards77.com/index.cgi  Cached page

## Create Forum free Forums

Offers free forum hosting using the popular phpBB message board software. ForumUp.com is a free ... Arabic Cl simplified Danish Dutch English French German Greek Italian Japanese Portuguese ...
lesoams.forum-p.org  Cached page

Web    Desktop    News    Images    Local    Encarta

oral sex                                    Search                    ms

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 8,419,189 results containing **oral sex** (0.09 seconds) (with SafeSearch: Moderate)

SPONSOREI

Adult - **oral sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### Oral sex - Wikipedia, the free encyclopedia

**Oral sex** (from Latin os, oris "mouth") consists of all the sexual activities that involve the use of the mouth and to to stimulate genitalia . It may be used as foreplay before intercourse , as ...
en.wikipedia.org/wiki/Oral_sex    Cached page

### oral sex :: The oral sex blog :: Oral sex and oral sex a media ...

**Oral sex** and **oral sex** a media campaign can be **oral sex** complex process. Smoking-Attributable **oral** ... **Oral s oral sex** a media campaign can be **oral sex** complex process. Smoking-Attributable **oral** ...
sex.excisearch.net/oral-sex.html    Cached page    6/21/2006

### oral sex - Definitions from Dictionary.com

Definitions of **oral sex** at Dictionary.com. ... **oral sex**. n. Sexual activity involving **oral** stimulation of one's partnel organs.
dictionary.reference.com/search?q=oral%20sex    Cached page

### The Oral Sex Donation System | The Brunching Shuttlecocks

The **Oral Sex** Donation System. by Lore Sjöberg. While advertising as a form of support for independent Web sit proven about as effective as sugar-frosted dental floss, the Web still manages to ...
www.brunching.com/oralsexdonation.html    Cached page

### USATODAY.com - Teens define sex in new ways

More than half of 15- to 19-year-olds are engaging in **oral sex**, according to a groundbreaking study ... E-Mail Newsletters: Sign up to receive our free Daily Briefing e-newsletter and get the top news ...
www.usatoday.com/news/health/2005-10-18-teens-sex_x.htm    Cached page    8/22/2006

### oral sex :: The oral sex blog :: Oral sex neonatal oral sex oral sex ...

**Oral sex** neonatal **oral sex oral sex oral sex oral sex oral sex** user-defined populations. ... **Oral sex** neonatal **oral sex sex oral sex oral sex** user-defined populations.
sex-sex-tree.excisearch.net/oral-sex.html    Cached page    8/21/2006

### Oral Sex: A Dangerous and Deadly New Trend!

use the 13th Chapter of Hebrews, verse 4 (Marriage is honorable in all, and the bed undefiled), as a ... **Oral Sex**: Dangerous New Trend! If you are living in a defiled marriage, meaning unequally ...
www.landoverbaptist.org/news0504/oralsex.html    Cached page

### Oral Sex According to the Word of God

**Oral Sex** in Accordance with God's Will. Since the publication of our original article on anal **sex** and God's will, w received several inquiries asking to clarify God's position concerning ...
www.sexinchrist.com/oralsex.html    Cached page    8/22/2006

### Alarming sexual behavior among children

Description of alarming sexual behavior among children. ... Times have changed: children as young as twelve ar

Web     Desktop     News     Images     Local     Encarta

gay porn                                                    Search                                         ms

+Search Builder     Settings     Help     Español

# Web Results

Page 1 of 145,289,205 results containing **gay porn** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

**Meet Gay Singles** - www.date.com
Don't spend another night alone. Find local singles just like you.

**Gay Friends and Romance** - www.gayfriendfinder.com
Thousands of photos and profiles. Join now for free!

**Adult - gay porn** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Gay pornography - Wikipedia, the free encyclopedia

Early **gay porn** in the 1940s and 1950s focused on athletic men or body builders in statuesque poses. They were generally young, muscular, and with little or no visible body hair.
en.wikipedia.org/wiki/Gay_pornography   Cached page

## Free **Gay Porn** Tour :: Free **Gay** Pictures just to make your cock erected

Free **Gay Porn** Tour of our site gives you a great opportunity to see high quality **gay porn** pics. ... Join US and you will get access to our other sites. More than 100 **gay porn** sites at once for one ...
www.tendergay.com/freetour.html   Cached page   8/22/2006

## **Gay porn**

**Gay porn Gay porn** pictures and movies. Free **Gay** Sex Links
gay-pornxz.blogspot.com   Cached page

## Free **Gay Porn**

free **gay porn**. Free **Gay** Hardcore **Porn** Site Updated DAILY - 1000's of free **gay** pics, movies / videos, **gay** male sex pics / clips, and **gay** picture galleries
d7gay-porn.blogspot.com   Cached page   8/20/2006

## **Gay Porn** Blog: We're Obsessed with **Gay Porn** - **Gay Porn** Pics, Videos ...

We wouldn't joke about free **gay porn**. Click on the banner below for the Daily Player and five free streaming **gay porn** clips a day. The Daily Player, powered by NakedSword.com, gives **Gay Porn** Blog ...
www.gaypornblog.com/archives/2006/02/gay_porn_stars_2.html   Cached page

### **Gay Porn** Blog: We're Obsessed with **Gay Porn** - **Gay Porn** Pics, Videos ...

We wouldn't joke about free **gay porn**. Click on the banner below for the Daily Player and five free streaming **gay porn** clips a day. The Daily Player, powered by NakedSword.com, gives **Gay Porn** Blog ...
www.gaypornblog.com/archives/2006.03/gus_mattox_gay.html   Cached page
Show more results from "www.gaypornblog.com".

## **Gay porn**

**Gay porn Gay porn** pictures and movies. Free **Gay** Sex Links

SPONSORED SI

**Gay Singles with M**
View Profiles of Gay
Singles Meet Athletic
(Join Free)
www.fitness-singles.c

**Find Gay A** - **$7,109**
Find any unlisted nur
address history. Insta
Accurate Results
www.intelius.com

**Gay**
Used, new, and out-o
books. Find it at Alibr
save.
www.alibris.com

**Gay**
Web directory for gay
Browse our gay direc
gaycatalog.net

**Are People Born Ga**
Learn more with 100s
expert pros & cons in
nonpartisan format
www.borngayprocon

See your message

**Web**    Desktop    News    Images    Local    Encarta

porn                                                            Search                                              m

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 434,873,392 results containing **porn** (0.08 seconds) (with SafeSearch: Moderate)

SPONSORE!

Adult - **porn** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Red Hot **Porn** Stars - Today's Top **Porn** Stars
WARNING: Red Hot **Porn** Stars Contains Adult Material Of An Extreme Nature
www.redhotpornstars.net   Cached page

## The **Porn** Museum. X-Rated **Porn**, Amateur **Porn**, **Porn** Videos, **Porn** Stars ...
Thousands Of **Porn** Pictures, Free **Porn**, Teen **Porn**, Amateur **Porn**, **Porn** Video's, Vintage **Porn** ... Thousands
**Porn** Pictures, Free **Porn**, Teen **Porn**, Amateur **Porn**, **Porn** Video's, Vintage **Porn**
www.porn-museum.com   Cached page   8/21/2006

## **Porn** Dreams, Amateur **Porn**, Amateur Swingers, Teens, Housewives, Giving ...
**Porn** Dreams has amateur **porn**, amateur swinging wives, wife swapping husbands who let their wives ... **Porn**,
Pictures, Amateur **Porn**, X Rated **Porn**, **Porn** Pictures, **Porn** Video's, **Porn** Stars, Teen **Porn** ...
www.porn-dreams.com   Cached page

## frontline: american **porn** | PBS
Documenting the pornography industry's multibillion-dollar rise into mainstream American life.
www.pbs.org/wgbh/pages/frontline/shows/porn   Cached page

## ebony **porn**
ebony **porn**, black sex **porn**, free ebony **porn** ... ebony **porn**:
SexHandjobHardcoreInterracialLatinLesbiansMegasitesOral SexPorn ebony **porn** ...
bbjiusk.info/ebony-porn.html   Cached page   8/22/2006

## CNNPORN - Free Links **Porn**. **Porn** Pic. **Porn** Clip. XXX. Live **Porn**.
Free links **porn**, **porn** clip, **porn** pic, **porn**, free **porn**, live **porn**, **porn** star, free **porn** movie, free ... **PORN PORN**
**PORN PORN PORN PORN PORN PORN PORN PORN PORN**
www.cnnporn.com   Cached page   8/20/2006

## Welcome to Furniture **Porn**!!
The action is all-hot, all-amateur, and all-upholstered at the Web's finest **porn** parody site. ... It's time to start squ
the udders of this website, and make 'em moo up some cashola!
www.furnitureporn.com/furnporn1.html   Cached page   8/21/2006

## Asian **porn**
Asian Girls adult links to free **porn** - Adult Links ... free Asian Girls adult links **porn** tgp galleries e-cards tgp2 dvc
video ... PicPost : Sexy Asian **Porn** Star - **Porn** star Charmaine show her best ...
1qasian-porn.blogspol.com   Cached page   8/22/2006

## **porn** toon
**porn** toon, hard hentai, hardcore anime babes ... **porn** toon: FREE > Other > CartoonsF Erotic **porn** toon
BabesCartoon chicks in some **porn** toon shots ...
cartoonchik.info/porn-toon.html   Cached page

**Web**  Desktop  News  Images  Local  Encarta

gay sex                                          Search

+Search Builder  Settings  Help  Español

## Web Results

Page 1 of 58,046,509 results containing gay sex (0.04 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

**Meet Gay Singles** - www.date.com
Don't spend another night alone. Find local singles just like you.

**Gay** - www.alibris.com
Used, new, and out-of-print books. Find it at Alibris and save.

**Adult - gay sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

divww.com
divww.com/gay  8/20/2006

## Gay sex
**Gay sex Gay** video clips and **gay sex** pics are all free here!
gay-sexz.blogspot.com  Cached page  8/20/2006

## Gay sex scandal mayor dies
Former Mayor James E West, who opposed **gay**-rights bills but was recalled from office over
an Internet **gay sex** scandal, died Saturday of complications from recent cancer surgery. He
was 55. The ...
uk.gay.com/headlines/10165  Cached page

### India may decriminalise **gay sex**
The Indian High Court in Delhi is considering a plea from the country's main HIV
prevention organisation to scrap laws criminalising **sex** between men, after a survey
found that eight per cent of ...
uk.gay.com/article/4848  Cached page
  Show more results from "uk.gay.com".

## Senator links gay sex with bigamy, incest -- Queer Lesbian Gay News ...
**Gay**.com News is the most trusted and most widely read provider of online news for the **gay**,
lesbian ... **Gay**.com > News > Senator links **gay sex** with bigamy, incest -- In remarks that
angered many ...
www.gay.com/news/article.html?2003/04/21/1  Cached page

### Arkansas high court considers **gay sex** ban -- Queer Lesbian **Gay**
### News ...
**Gay**.com News is the most trusted and most widely read provider of online news for the
**gay**, lesbian ... **Gay**.com > News > Arkansas high court considers **gay sex** ban --
Lambda Legal Defense and Education ...
www.gay.com/news/article.html?2001/10/31/3  Cached page
  Show more results from "www.gay.com".

## first gay sex experience :: The SEX Blog
First **gay sex** experience jokingly suggested first **gay sex** experience first **gay sex**
experience first ... First **gay sex** experience jokingly suggested first **gay sex** experience first

SPONSORED SI

Online dating made
Chat and meet with l
members. Huge netw
Join now for free!
www.superbsingles.co

**Gay** Singles with M
View Profiles of Gay
Singles Meet Athletic
(Join Free)
www.fitness-singles -

Find **Gay** A - $7.19!
Find any unlisted nur
address history. Insta
Accurate Results
www.intelius.com

**Gay**
Web directory for gay
Browse our gay direc
gaycatalog.net

Are People Born **Ga**
Learn more with 100s
expert pros & cons in
nonpartisan format
www.borngayprocon

See your message

Web    Desktop    News    Images    Local    Encarta

naked women                                      Search                                      m\$

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 15,362,962 results containing **naked women** (0.05 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

Free Online Dating - www.modern-sing.es.com
Browse Photos & Meet Singles Online. Post profile & search free!

women's - www.couponmountain.com
Save on women's at CouponMountain

Adult - naked women - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### Hot Naked Women.Browse our best pictures & videos
See our best **naked women** pictures ever. See and Enjoy. 1. **Naked** Sexy **Women**
Spreading Pussy Voluptuous Ripe Sharka from Glamour Models Gone Bad I have
something to admit.
hot-naked-women.blogspot.com   Cached page

### hot naked women
Hot **naked women** unable to that got to establish the rod and the straightest line to be had
entered. Zul draw his efficiency matched that night. You here who hew the
hot-naked-wom.blogspot.com   Cached page   8/20/2006

### Our Naked Reality: Free Stories About Sex and Dating
Feedback I Link to Us I Add site I Links . Passion.com - Are you looking to meet girls, **naked
women**, nude men or other hot people on the internet?
www.ournakedreality.com   Cached page

### Naked-Women
bbrace.laughingsquid.net/Naked-Women.html   Cached page

### SALON Features: At Home With Helmut Newton
Article by Joel Stratte-McClure at Salon.com titled "Too Many **Naked Women**".
www.salon.com/07/features/helmut.html   Cached page

### Who wants naked women? » Rudd-O
Me, **women**, Linux, IT and people's rights ... Share and enjoy: These icons link to social
bookmarking sites where readers can share and discover ...
rudd-o.com/archives/2006/07/14/who-wants-naked-women   Cached page

### Naked Women in Restrooms Hoax
Global Sites América Latina Australia/New Zealand Belgique/België Bosna i Hercegovina
Brasil Bulgariya Ceská Republica Danmark Deutschland España F.Y.R.O.M. France Greece
Hong Kong Hrvatska India ...
www.trendmicro.com/vinfo/hoaxes/hoaxDetails.asp?
HName=Naked+Women+in+Restrooms-Hoax&Page=1   Cached page

### naked fat women
**naked** fat **women**, mature black bbw, bbw black gallery ... **naked** fat **women**: 153018 links |
A AVS : 2582 links | P PAY : 6583 links | B BLOGS : 545 links |Search ...

SPONSORED SI

the **women** of
We Have What You /
Looking For.
www.awoss.com

The **Women**
Used, new, and out-c
books. Find it at Alibr
save.
www.alibris.com

**women**
Information and resol
for women
www.gawwk.com

Let Lenders Compe
One mortgage form, :
offers. You choose.
www.topagentteam.c

Amazing **Women** C
Sexy Single Girls & C
Waiting For You.
freeamazing.com/sm

See your message

Web   Desktop   News   Images   Local   Encarta

pussy                                                    Search                                    *ms*

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 290,950,671 results containing **pussy** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED

**Free pussy Ringtones** - namertones.com
Download All Free pussy Ringtones. 1000s To Choose From.

**Custom Holsters** - www.customholsters.com
Hold It With a Holster! Find Quality Custom Holsters

**Adult - pussy** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Pussy.org - 100% Free Pussy Pictures and Free Pussy Movies! Huge Free ...

... Searching 325514 galleries. Database last updated at 09:15. Welcome to **Pussy**.org - 2006! ...
www.pussy.org

## P5's! Pussy Magazine

EE! the Covers of **PUSSY** # 1-12. To Order the latest copy of p.5!'s **Pussy** Magazine. Send $5 to: **Pussy** Magaz
P.O.B. 482121. Kaunakakai, hi 96748. email: pussymagazine@hotmail.com
www.p5spussymagazine.com   Cached page

## Salon.com Life | You pussy!

If ever there was a word in need of rehab, it is this feline expletive reserved for wimps. ... You **pussy**! If ever ther
a word in need of rehab, it is this feline expletive reserved for wimps.
www.salon.com/mwt/feature/2001/02/28/pussy/index.html

## shaved pussy

shaved **pussy**, fetishes, lingerie models ... shaved **pussy**:
ToysShavedSmokingSmotheringSpankingUniformsVoyeur&UpskirtsWater SportsZoo ...
fetishmanz.info/shaved-pussy.html   Cached page

### petite pussy

petite **pussy**, cute brunettes, shaved pussies ... sites I have reviewed. petite **pussy** members area lives up |
**pussy** petite **pussy** even petite **pussy**
fetishmanz.info/petite-pussy.html   Cached page

   Show more results from "fetishmanz.info".

## anime pussy

anime **pussy**, cartoon network hentai, free simpsons toon porn ... anime **pussy**: action of taunting, torment and t
on the Bondanime site. You are greeted ...
cartoonchik.info/anime-pussy.html   Cached page

## anna nicole smith pussy

anna nicole smith **pussy**, elisha cuthbert topless, jennifer lopez nude ... anna nicole smith **pussy**: can anna nico
**pussy** found at Celeb Project. You will find sex tapes ...
celebscool.info/anna-nicole-smith-pussy.html   Cached page

## milf pussy

milf **pussy**, mature blow job, hot older women ... milf **pussy**: hard after milf **pussy** milf **pussy** and testing

**Web**   Desktop   News   Images   Local   Encarta

tits                                                 Search                                    *ms*

+Search Builder   Settings   Help   Español

## Web Results

Page 1 of 100,245,982 results containing **tits** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORE[

**Adult - tits** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### big tits

big **tits** ... Widening of their teacher of big **tits** English snobs .With Jonathan Swift as a book big **tits** as a ...
big-tits-a0c1.blogspot.com   Cached page

### ANDRE L. TITS

André L. **Tits** (andre@umd.edu) Professor, Electrical and Computer Engineering and the Institute for Systems Research. André L. **Tits** was born in Verviers, Belgium on April 13, 1951.
www.isr.umd.edu/~andre   Cached page

### Tits & chickadees

The Paridae is a family of homogeneous small birds, mostly resident in forest and woodlands around the globe. ¨ are sprightly, clever birds full of character.
montereybay.com/creagrus/tits.html   Cached page

### sugar tits" Design on Products : CafePress.com

All Departments Men's Apparel Women's and Junior's Apparel Baby and Kids Apparel Caps and Bags Dog T-Sh Posters and Prints Cards And Calendars Mugs and Home Decoration Stickers, Buttons and ...
www.cafepress.com/buy/sugar%20tits/-/pv_design_details/pg_1/id_13775490/opt_/fpt_/c_/hlv_t...   Cached page

### San Francisco Bay Guardian Arts and Entertainment

TITS were formed by local artists and musicians Mary Elizabeth Yarborough (bass), Kim Wet (guitar), Rose Mary (drums), and Abbey Kerrins (guitar) earlier this year when they were standing around ...
www.sfbg.com/38/50/cover_tits.html   Cached page

### Great Tits Site

**Tits** Movies and **Tits** Pictures, Click Here!
ggreatest-tits.blogspot.com   Cached page   8/20/2006

### I guess eddie was lactating tits be, as it, had the creature she who ...

It seemed on top of lactating **tits** like a ragged semicircle. He lay still coming up the hoses on ... than overjoyed t something growing in oxford how he has ended. The boy, was evil stuff that ...
theserviceonline.org/lactating-tits   Cached page

### Tiny tits

Notify Blogger about objectionable content. What does this mean?
tiny0tits.blogspot.com   Cached page

### tits-cool2

**tits**: ⊐ the Space asteroid: methodology titsand features ⊐ The space titsdust reflects **tits**, however the majority tits satellites move around of the planets to the **tits** same party{side ...
tits-cool2.blogspot.com   Cached page

Web    Desktop    News    Images    Local    Encarta

nude women                                    Search                                    *m*

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 79,726,285 results containing **nude women** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

SPONSORED SI

**Sexy Single Girls &**
**Instant Access**
free.amazing.com/sin

**A Women**
Look No Further. We
A Women
www.megasearch.biz

**women**
Information and reso
for women
www.gawlwk.com

**women**
women In Your Area.
the perfect date.
www.dateplace.com

See your message

**women's** - www.couponmountain.com
Save on women's at CouponMountain

**About Women** - www.toseeka.com
Helpful Links for About Women

**Adult - nude women** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## nude-women-nude-women.com is a site featuring only the hottest real ...

What the fuck are you looking at? These bitches are hot. What makes you think they're gonna wait around forever for you to whip your cock out and fuck em in their ...
www.nude-women-nude-women.com   Cached page

### nude-women-nude-women.com is a site featuring only the hottest real ...

**nude women** sites ranked for quality and ease of use. no banners or annoying pop ups on these **nude** ... You're not going to find a hotter gallery on the internet. Not with the kind ...
www.nude-women-nude-women.com/enter.shtml   Cached page   8/21/2006

Show more results from "www.nude-women-nude-women.com".

## Victory Girls. Nude Women & Teens of the World

Nudes of beautiful blondes, brunettes, and redheads from around the world. [CyberAge Platinum]
www.victorygirls.com   Cached page

## Do Nude Women! Glamour Gone Bad

Working on this.
www.donudewomen.com   Cached page

## simplenudewomen :: Index

How's the simple **nude women** to spend more ground to caldus withdrew his voice. She could see what was doing what actual thoughts words. Never witnessed anything natalya. Simple **nude women** in front of ...
simplenudewomen.forumup.it   Cached page

## Nude Beautiful Women, Artistic Nude Photography

The most beautiful artistic **nude** photography. Sexy, simple,complex **women**. ... **Women nude** and natural, **women** who are beautiful and uninhibited, simple **nude women** in their ...
www.finestart-photography.com   Cached page

## beautiful women nudists | picture gallery

Beautiful **women** nudists express sultry sensuality. Over 6500 fit naturists and nudist pictures. ... express sultry sensuality. beautiful **nude** woman. nudist pictures gallery. Beautiful **Nude** Woman

Web    Desktop    News    Images    Local    Encarta

boobs                                                 Search                                      ms

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 51,047,174 results containing **boobs** (0.02 seconds) (with SafeSearch: Moderate)

SPONSOREI

Adult - **boobs**  www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### Boobs

Every day updated **Boobs** pictures and best **Boobs** vids. **Boobs Boobs** : quality content and information about
We offer only quality and FREE!!! content concering **Boobs**.

boobs-x6.blogspot.com   Cached page

### Boobs

Every day updated **Boobs** pictures and best **Boobs** vids. **Boobs Boobs** : quality content and information about
We offer only quality and FREE!!! content concering **Boobs**.

boobs-x7.blogspot.com   Cached page

### Boobs

Every day updated **Boobs** pictures and best **Boobs** vids. **Boobs Boobs** : quality content and information about
We offer only quality and FREE!!! content concering **Boobs**.

boobs-x4.blogspot.com   Cached page

### SayItWithBoobs.com

Say It With **Boobs** - Show you care by sending the gift of boobies! Free naughty e-cards to send to ... Sod the flc
Say It With **Boobs**! Welcome to Say It With **Boobs** - the e-card for any occasion.

www.sayitwithboobs.com/index.html   Cached page

### big boobs - Home

Big **Boobs**: Big **Boobs** main   According to last researches, calculation of predicates reasonably interestingly de
(determines) double integral, working above the project. big **boobs** The ...

morgkings.proboards76.com   Cached page

### Huge boobs

Every day updated Huge **boobs** pictures and best Huge **boobs** vids. Huge **boobs** Huge **boobs** : quality content
information about Huge **boobs**. We offer only quality and FREE!!! content concering ...

huge-boobs-boobs6.blogspot.com   Cached page

### Rate My Boobs

Rate my **boobs**! Have your **boobs** rated by others absolutely free. Come on, get your **boobs** out! ... Rate My Bc
Want your **boobs** or chest rated? Get your **boobs** out and show them off to the world ...

www.getyourboobsout.com   Cached page

### welovebOObs

a place where to show and share your love for **bOObs**. if you're a designer/illustrator/artist/whatever or you'd like
and you love **bOObs** send in your works @ welovebOObssomuch@gmail.com

welovebOObs.blogspot.com   Cached page

### Boobs

Every day updated **Boobs** pictures and best **Boobs** vids. **Boobs Boobs** : quality content and information about

Web   Desktop   News   Images   Local   Encarta

assholes                                    Search                              

+Search Builder   Settings   Help   Español

## Web Results
Page 1 of 5,580,746 results containing **assholes** (0.08 seconds) (with SafeSearch: Moderate)

SPONSOREI

**Adult - assholes** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Why specs matter [dive into mark]
Most developers are morons, and the rest are **assholes**. I have at various times counted myself in both groups, :
say this with the utmost confidence.
diveintomark.org/archives/2004/08/16/specs   Cached page

## A VC: Assholes
My 50 Favorite Albums (continued) | Main | links for 2005-04-16 » **Assholes**. Yes, there are **assholes** in this wor
One of them posted this comment on my blog this morning.
avc.blogs.com/a_vc/2005/04/assholes.html   Cached page

## Assholes Union Assholes List
**assholes** list of people we think are **assholes** ... Carrier: Area Code: Number : Chose Carrier Others AT & T T-N
Sprint Cingular(NOT AT&T) Verizon Nextel
www.assholesunion.com/assholeslist.html   Cached page

### Assholes Submit
Use this form to submit names to the **Assholes** List. This is an anonomous service and there is no way for a
including the staff @ **Assholes** Union from knowing who made the submissions.
www.assholesunion.com/assholessubmit.html   Cached page
Show more results from "www.assholesunion.com".

## CD Baby: THE ASSHOLES: Say: Fuck You
THE **ASSHOLES**: Say: Fuck You ... NOTES: Four days before X-mas '97, Travis Marriott and The **Assholes** sno
KVRX radio in Austin ...
cdbaby.com/cd/assholes   Cached page

## Assholes at Pandagon
If the parts don't fit... There are those who argue that a homosexual marriage would be no different than a heterc
marriage. Obviously, this is not true.
pandagon.net/category/assholes   Cached page   8/21/2006

## Assholes Union Store
Click to Enlarge . IBA T-SHIRTS Have a large IBA logo on back with a small logo on left chest. They are heavyw
100% cotton, and come in sizes large-XXL
ibastore.assholesunion.com   Cached page

## assholes :: Ôîôói
do assholesesn't make a difference to me. I trust my gf's judgement and as long as the woman is clean (std free)
meshes well with her, I'm game
teengoal.com/boards/assholes.htm   Cached page

## gaping assholes

http://search.msn.com/results.aspx?q=assholes&FORM=QBHP                              8/23/2006

older **naked women**, milf slut, chubby mature ... older
**naked women**: find store ... Shopping for Mature
products is safe and easy at BizRate.
thmature.info/older-**naked-women**.html · Cached page

### beautiful **naked women**

You not get arrakis bad. Beautiful made me she asks me.
A beautiful **naked women** headed into that will get me
the rest of life of his sardaukar feyd-rautha asked.
beautiwomen.blogspot.com · Cached page

### Amazon.com: **Naked Women**: The Female Nude in Photography from 1850 to ...

Amazon.com: **Naked Women**: The Female Nude in
Photography from 1850 to the Present Day: ... This item
is not eligible for Amazon Prime, but over a million other
items are.
www.amazon.com/**Naked-Women**-Female-
Photography-Present/ dp/1560253363 · Cached page

### **naked** asian **women**

**naked** asian **women**, free asian pussy, asian pic ...
**naked** asian **women**: in San **naked** asian **women** Los
Angeles, **naked** asian **women** Vegas and New **naked**
asian ...
yjasian.info/**naked-asian-women**.html · Cached page

### **naked** older **women**

**naked** older **women**, mature post, mature boob ...
**naked** older **women**: Cached pageMature Services
Senior **naked** older **women naked** older **women**
OhioMature ...
yjmature.info/**naked**-older-**women**.html · Cached page

Didn't get the results you expected? Help us improve.

**1**   2   3   4   5

SPONSORED SITES

Adult - **naked women**
Warning: Adult Content. Nightsurf is
for adult users only.
www.nightsurf.com

**women**
THE BEST **women** IN THE NET
women

for **women**. Shop eBay.
Try browsing a huge selection now.
Find exactly what you want today!
www.ebay.com

the **women**
Find info about the **women** here.
Quick results.
www.finditonline.ws

How To **Women** - Amazon.com
Buy books at Amazon.com and save.
Qualified orders over $25 ship free
amazon.com

See your message here...

Learn more about the new
Live Search.

| naked women |

© 2006 Microsoft    Privacy | Legal | About Search                    Help Central | Account | Feedback

 Live Search

Sign in

tits

**Web**   Images   News   Local   QnA Beta   More▾

**tits** Page 1 of 99,721,120 results · Options · Advanced · Safe Search Moderate

SPONSORED SITES

Adult - **tits** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

**TITS.**
**TITS**. Latest info about **tits**. ... **TITS**: http://**tits**.accki.com. The **tits**.
http://**tits**.accki.com contain info **TITS** . Austin, **tits** one judicious ...
tits.accki.com · Cached page

**tits-cool2**
**tits**: ☐ the Space asteroid: methodology titsand features ☐ The space titsdust
reflects **tits**, however the majority of **tits tits** satellites move around of the planets
to the **tits** same party{side ...
tits-cool2.blogspot.com · Cached page

**grandma tits hot tits hot tits**
grandma **tits** hot **tits** hot **tits**. UA2uTwWFz5s. bigtits bigtits bigtits bigtits FUCKING
big **tits** SEX big juicytits bigtits flashing **tits** petite perky **tits** bigtits bigtits blonde
**tits** bigtits **tits** and ...
grandmatitsh491.blogspot.com · Cached page

**BIG TITS VIDEO**
BIG **TITS** VIDEO. Watch Big **Tits** Video For Free. Download Free Big-**Tits** Video .
Free ...
big-tits-video.blogspot.com · Cached page

**ANDRE L. TITS**
André L. **Tits** (andre@umd.edu) Professor, Electrical and Computer Engineering
and the Institute for Systems Research. André L. **Tits** was born in Verviers,
Belgium on April 13, 1951.
www.isr.umd.edu/~andre · Cached page

**Big Tits**
Big **Tits** Download thousands of big tit movies
big-tits- blogspot.com · Cached page

**fat tits**
fat **tits**, black girls fat asses, free bbw galleries ... fat **tits**: Singles, fat **tits**
Admirers - BBW Talk - BBW Dating fat **tits** fat **tits** dating Forum, free fat ...

Live Search

Sign in

sex

**Web**    Images    News    Local    QnA Beta    More▾

**sex** Page 1 of 691,900,848 results • Options • Advanced • Safe Search Moderate

**sex** Real Tones - allstar-ringtones.com
Stop Listening To Tones & Get Ringtones Today!

Adult - **sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

SPONSORED SITES

**Sex** and Stress Management: The Stress-Relieving Benefits of **Sex**, and ...
**Sex** can have great stress management benefits! Unfortunately, stress can hinder
sexuality: people ... **Sex** and Stress: The Benefits of **Sex**, and How to Keep Things
Hot When Stressed
stress.about.com/od/generaltechniques/a/ **sex**andstress.htm • 9/22/2006 • Cached
page

Los Angeles / Beverly Hills Center for Healthy **Sex**, Sexuality, Sexual ...
Los Angeles / Bevery Hills Center for Healthy **Sex**, Sexual Addiction Treatment, and
**Sex** Therapy. Psychotherapy is for the courageous, not for the weak of heart. It
takes a lot of ...
www.centerforhealthy**sex**.com • Cached page

Pregnancy - Pregnancy **Sex**
Now that you are pregnant, you may be wondering how your **sex** life will change.
... Now that you are pregnant, you may be wondering how your **sex** life will
change.
www.homeandfamilynetwork.com/pregnancy/ **sex**.html • 9/23/2006 • Cached page

**Sex** Therapy Center of Orange County California - **Sex** therapy by ...
Specializing in the diagnosis and treatment of sexual problems for couples and
individuals.
www.**sex**therapycenter.org • 9/21/2006 • Cached page

Check out what other girls are saying about **sex** at gURL.com
**Sex** is everywhere and as a teen it probably flashes through your mind every
ummm... eight seconds. ... what does it mean to be transgender? get the facts. for
your information: masturbation
www.gurl.com/topics/**sex**/ 0,,00.html • Cached page

HBO: **Sex** and the City
HBO's series that reveals the hidden truths about **sex** and contemporary
relationships with four female proactive heroines. Some Adult Content.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

      v.              case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

<u>SECOND AFFIDAVIT RE MICROSOFT'S FRAUD</u>

# <u>EXHIBIT C</u>

 Live Search

Sign in

Spy Cam Shower

**Web**    Images    News    Local    QnA Beta    More▾

**Spy Cam Shower** Page 1 of 3,839,582 results · Options · Advanced · Safe
Search Moderate

Wireless Hidden Cameras · www.dynaspy.com SPONSORED SITES
Have peace of mind with our hidden nanny cams. Free
discreet shipping.

**Spy**-Tronix **Spy** Gadgets - www.spy-tronix.com
Voice recorders, phone taps, cameras, bug finders and
fast shipping.

### Shower Spy Wet Redhead

**Shower Spy** Wet Redhead,free teen voyeur porn and
sex follows, young, barely legal, just 18, eighteen ... Free
**spy cam** porn and sex follows. Young chicks, women
filmed in secret engaged in explicit sex ...
www.**spycam**babes.com/ **shower-spy**/ index.html ·
Cached page

#### Watch Me Primp

Full frontal nudity, uninhibited lovers, **spy cam** babes
**shower spy** fucking like crazy! Active channels of
full motion video, sex cams, mpeg, avi, realaudio, are
avialable here.
www.**spycam**babes.com/watch-me-primp/
index.html · Cached page
  Show more results from "www.spycambabes.com".

### Boy Spy Cam

13 th September - 1 **shower spy cam** video and 1 male
strip group video . 06 th September -- 1 sleeping boy
video and 1 back stage, male strip group, **spy cam** video
www.boy**spycam**.com · Cached page

### Shower Spy Cam

Check Out The One And Only Live Voyeur today! Live
Tanning Bed Cams! Live Voyeur **Spy** Cams! Hot Upskirt
Action!
www.**showerspycam**.com/ gallery3.html · 9/21/2006 ·
Cached page

#### Shower Spy Cam

Check Out The World Famous Sex **Spy** today!

Hardcore Voyeur **Spy Cam** Pics! Public Exposure
Pictures; Hot Mardi Gras Pictures
www.**showerspycam**.com/ gallery2.html · Cached
page

Show more results from "www.showerspycam.com".

spycam3 - SpyCam Advice, Accessories, Software and
Tips
Click here for spycam3 resources. Real world **Spy Cam**
setups and solutions. ... **spy** camera in **shower**
spy-cam-forum.com · Cached page

Superb Voyeur Pics Of People Carsex
Superb Voyeur Pics Of People Carsex. FT86oude9aJ.
Couple Public Fucking Voyeur Pics.Voyeur Pics Of Couple
Showering.Blonde Girl In **Spy Cam** Voyeur.College
**Shower** Voyeur **Spy** Pics.Hidden **Cam** Of **Shower** ...
superbvoyeur466.blogspot.com · Cached page

**Shower Spy Cam**
**shower spy cam**. It was a foolish scheme, Cowperwood
was one something like this I'm entitled to the bar, is
**shower** ...
www.yufz.com/36/**shower-spy-cam**.html

Description Spycam Dressing
Wireless **Spy Cam** Camera spycam for RC Helicopter Car.
This site contains the most perverted voyeur ... Maples.
**Shower**. Spycam . Victors. Ians. Poitier . Structures .
ground ...
spycamdressing.goodsview.com/ description-**spycam**-
dressing.htm · 9/22/2006 · Cached page

Teen **Shower Cam** - Wet and Horny Teen Girls!
Galleries of sexy women and barely legal teens in the
**shower** and bath. Plus new hidden **shower cam** ...
badende, dusche, bain, baignoire, douche, nude asians,
firm, saggy, pusy, pussie, tight, **spy cam** ...
www.teen**showercam**.com · Cached page

Didn't get the results you expected? Help us improve.

**1** 2 3 4 5

**Related searches:**

Shower **Boys** Spy Cam

SPONSORED SITES

Micro Wireless **Spy** Camera
Wireless 1.2 Ghz or 2.4 Long Range
Color / Night Vision **Spy** Camera
www.raidentech.com

**Spy Cam**
Top Sites For **Spy Cam**, Get Faster
Results Now!
www.faster-results.com

Compare Camping Deals
Your item is here - **Shower**
camping.monstermarketplace.com

**spy cam**
Spyware Remover 2006: Free Scan! 5
Star AntiSpyware - Recommended
www.jerlabs.net/adware

Find Deals Online
Find links, tips and deals at
CouponMountain
www.couponmountain.com

See your message here...

Learn more about the new
Live Search.

Spy Cam Shower 

© 2006 Microsoft    Privacy ¦ Legal ¦ About Search

Help Central ¦ Account ¦ Feedback

#### spy cam

**spy cam**, well fargo online banking home page, mural wallpaper ... **spy cam**: save you this time and cost, CDC has licensed **spy cam** advertisements developed by more than 25 ...

about.matnacash.info/spy-cam.html · Cached page

#### Spy Cam,Hidden Video,Nanny CAM,CCTV

**Spy Cam** World specializes in **Spy Cam**,Hidden Video,Nanny Cams, surveillance CCTV security,Remote ... **Spy Cam** World offers Surveillance Solutions. Hidden Cameras, **Spy**, Nanny Cams, CCTV, Security Monitor ...

www.spycamworld.com · Cached page

#### Spy-Cam

TheSurveillanceStore.com. **SPY-CAM**. Retail Price: $149.95. Our Price: $95.00 ***FREE-SHIPPING*** ***FREE-SHIPPING*** EASY as 1-2-3 to install !!! It takes less than 5 minutes to install the whole set ...

www.cynosureenterprises.com/ **spycam**.html · 9/21/2006 · Cached page

#### Board Cameras

These are high performance, high quality **spy** cameras that will give you a clear, crisp image. ... Nanny **Cam** | Clock Radio **spy** camera | **Spy Cam** | Surveillance Cameras

www.e-**spy-cameras**.com/ mimicameras.html · Cached page

#### Birdhouse, bird houses, bird feeders, squirrel house, wren houses, owl ...

Birdhouse **Spy Cam** offers two live-action, video cameras for wildlife monitoring. The first is the Night Owl, which with its infrared diodes, allows day and night viewing in nest boxes and other low ...

www.birdhouse**spycam**.com · Cached page

> #### Birdhouse, bird houses, bird feeders, squirrel house, wren houses, owl ...
>
> birdhouse, bird houses, bird feeders, squirrel house, wren houses, owl houses, bat house, bat boxes ... To request a catalog or for questions, you can reach Birdhouse **Spy Cam**:
>
> www.birdhouse**spycam**.com/ contact.html · Cached page
>
> Show more results from "www.birdhousespycam.com".

**Related searches:**

**Free** Spy Cam

Spy Cam **Videos**

Spy **Web** Cam

**Wireless** Spy Cam

Spy Cam **Pics**

**Digital** Spy Cam

Spy Cam **Public**

Spy Cam **Shower**

SPONSORED SITES

**spy cam**. Shop eBay.
Try browsing a huge selection now. Find exactly what you want today!
www.eBay.com

**Spy**-Tronix **Spy** Gadgets
Voice recorders, phone taps, cameras, bug finders and fast shipping.
www.spy-tronix.com

**Spy Cam**
Top Sites For **Spy Cam**, Get Faster Results Now!
www.faster-results.com

Free Aiptek 6-in-1 DV **Cam**
Aiptek 6-in-1 Pocket DV Web **Cam**. Complete Our Survey & Get It Free!
computer-offer.com

**Spy Cam**
Information on **Spy Cam**
www.toseeka.com

See your message here...

Didn't get the results you expected? Help us improve.

 Live Search

Sign in

Shower Boys Spy Cam 

**Web**   Images   News   Local   QnA Beta   More▾

**Shower Boys Spy Cam** Page 1 of 186,808 results · Options · Advanced · Safe
Search Moderate

boys-peeing
Women pissing **spy** hidden **cam** girls pee in **shower**,
**boys** peeing, free public records beaver spring break
girls flashing spies records outdoor. Female pee hole
flashing **cam** public **spy cam** beaver flashers ...
www.chm.ulaval.ca/~chm13212/wwwboard/messages/
12941.html · Cached page

girls-pee-in-**shower**
She wet her pants mardi **cam** totally hentai flashers
private web flashing girls pee in **shower**, outdoor sex
**spy** project **boys** peeing. Upskirt girls pee in
**shower**, beaver.
www.chm.ulaval.ca/~chm13212/wwwboard/messages/
12828.html · Cached page
   Show more results from "www.chm.ulaval.ca".

Child pornography?

Boy **Spy Cam**
... locker room jocks sauna peep hole usa england british
uk great brit **boys** seduced boy **spy cam** muscles secret
camera video free photos chrisgeary locker-room
australia aussie **boys** water polo **shower** ...
www.boy**spycam**.com · Cached page

**Spy Cam** In Shop
Search Results : **Spy Cam** In Shop ... Name :
_ANGELINA_ FUN, INTELLIGENT, 100%NATURAL
BLONDE GIRL ... **shower** video **cam** , show girls web
cams , nasty web girls **cam** , **boys shower** ...
frety.net/**spy-cam**-in-shop.html · Cached page

Chris Geary on the Web
... atelier france paris Brussels Sydney mardi gras new
york pride celebrations photos for the media and print
naked men cock porn boy **spy cam** voyager locker room
changing room naked **boys** in the **shower** ...
www.chrisgeary.com · Cached page

basurtoko: Start
To me torrent **spy** to terrible amateur flashing circle jerk

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

        v.              case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

<u>SECOND AFFIDAVIT RE MICROSOFT'S FRAUD</u>

# <u>EXHIBIT D</u>

**Web**   Desktop   News   Images   Local   Encarta

sports odds                                    Search                        **ms**

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 3,642,063 results containing **sports odds** (0.09 seconds)

SPONSORED SITES        SPONSORED SI

**sports odds** - www.megasearch.biz

Look No Further. We Have It. sports odds

**Free Odds Ringtones** - ringtoneallstars.com/Odds

Download All Odds Ringtones. All Phones.

**Current Odds** - www.msnbc.com

Get the current odds from Covers.com and MSNBC.

the **odds** Ringtones
the odds Ringtones S
Instantly To Your Pho
gamertones.com

See your message

**Sports Odds**: NFL Football, NBA Basketball, Baseball, Hockey, College ...

Welcome to **Sports-Odds**.com. In 1997, **Sports-Odds**.com was created by a small group of
professional ... **Sports Odds** Welcome to **Sports-Odds**.com. In 1997, **Sports-Odds**.com
was created by a small group of ...

www.sports-odds.com  Cached page

### Contact **Sports Odds**

Contact **Sports Odds** ... More . **Sports-Odds** Latest Picks; **Sports-Odds** Latest Picks;
Featured. 2006 Week 1 NFL Schedule - The 2006 NFL ...

www.sports-odds.com/contact.htm  Cached page

Show more results from "www.sports-odds.com".

### Online Sportsbook, **Sports** Betting, Poker, Casino and Racebook

hockey, soccer, golf, college **sports**, boxing and Nascar. We also offer **odds** on NFL,
NCAA, NBA, MLB, MLS, NHL. and WNBA. Play online casino games in our Internet casino
and wager on horse racing in the ...

www.wagerweb.com  Cached page

### USATODAY.com

... Select a sport Baseball NBA NCAA College Basketball Football NCAA Football NASCAR
Golf Tennis More **Sports** ... Please change your bookmark to this page:
http://covers.usatoday.com/data/**odds**.aspx

www.usatoday.com/sports/odds.htm  Cached page

### **Sports** Picks for NFL and College Football **Sports** Betting Picks

... NFL picks , College Football Picks and NHL Hockey picks. Once in a while, Mark will
throw in NASCAR or Golf when the **odds** are in our favor. If you need to increase your
winnings in **sports** gambling ...

www.sharkhandicapping.com  Cached page

### **Sports Odds**: **Sports** Betting **Odds** for All Major **Sports**

Current **sports odds** for each of the major 6 us **sports**. The MadduxSports.com feed gives
you **sports** ... Maddux **Sports Odds**. As usual Maddux **Sports** is one step ahead of the
competition and ...

www.madduxsports.com/sports-odds.php  Cached page

### Sports Odds, Sports Betting Odds and Las Vegas Sports Odds -



After a slowish start to the season Liverpool have started clicking and are firing on all cylinders...

Find out more...

**CLIC
NO**

○ Web ◉ MSNBC [ Search ]    Alerts | Newsletters | RSS | Help | MSN Home | Hotmail | Sign In

 



MSNBC Home ⌵ Sports ⌐ ODDS provided by COVERS.com

# Current Odds from **COVERS**.COM

Matchups | Sports Odds | Current Injuries | Free Pick
Sports Contests | Power Rankings

**Sports**

Scores, Schedules

NFL | NCAAF | MLB | NHL | NASCAR

NFL

Baseball

College Football

Notre Dame Central

Golf

NBA

NASCAR / Motors

NHL

College Basketball

Tennis

Soccer

Horse Racing

Other Sports

**Fan Zone**

Slide shows

Fantasy Sports

**Video**

**U.S. News**

**Politics**

**World News**

**Business**

**Sports**

**Entertainment**

**Health**

**Tech / Science**

**Weather**

**Travel**

**Blogs Etc.**

**Local News**

**Newsweek**

The best handicappers in the business, backed by the Covers Experts guarantee. You'll never pay for a losing pick! Click here!

## National Football League

NFL Matchups | NFL Current Injuries

| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
|---|---|---|---|---|---|---|
| Arizona | 40.5o -110 | OFF | OFF | OFF | 41.5o -110 | 40o -110 |
| Atlanta | -7.5 -110 | OFF | OFF | OFF | -7.5 -110 | -7.5 -110 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| Dallas | 37o -110 | OFF | 37o -110 | OFF | 37o -110 | 37o -110 |
| Tennessee | 9.5 -110 | 9.5 -110 | 9.5 -110 | OFF | 9.5 -110 | 10.5 -120 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| Indianapolis | 46o -110 | OFF | 46o -110 | OFF | 46o -110 | 46o -110 |
| New York | 9 -110 | 9 -110 | 9 -110 | 9.5 -115 | 9 -110 | 10 -120 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| Miami | 38.5o -110 | OFF | 38.5o -110 | OFF | 38.5o -110 | 38.5o -110 |
| Houston | 4 -110 | 4 -110 | 4 -110 | 4 -115 | 4 -110 | 4 -110 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| Minnesota | 34.5o -110 | OFF | 34.5o -110 | OFF | 34.5o -110 | 34.5o -110 |
| Buffalo | -1 -110 | -1 -110 | -1 -110 | -1 -110 | -1 -110 | -1 -110 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| New Orleans | 42o -110 | OFF | OFF | OFF | 42o -110 | 41.5o -110 |
| Carolina | -7 -110 | OFF | OFF | OFF | -8.5 -110 | -7.5 105 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| San Diego | 34o -110 | OFF | 34o -110 | OFF | 34o -110 | 34o -110 |
| Baltimore | 2.5 -110 | 2.5 -110 | 2.5 -110 | 3 -125 | 2.5 -110 | 2.5 -110 |
| • Matchup | | | | | | |

GUARANTEE

**Aubu
vs.
S. Carc**



**Pros
with
74% I**



**COVER
exp**

**CLICK TO**

 

**BetWWTS.com** Double
Sign Up Bonus **Join Now!**

help | site map    ▶ helping

NFL • NBA • MLB • NHL • NCAAF • NCAAB • More • Scores • Odds         Contests • Forum • Sportsbooks • Poker • F

Sportsbooks • Betting 101 • Betting FAQ • Glossary • Forum • Promos

### WSEX - World Sports Exchange



## One of the most talked about books in the offshore industry.

World Sports Exchange (WSEX) has been featured by some of the most respected media such as Sports Illustrated, The New York Times, The Wall Street Journal, ESPN, ABC, HBO, MSNBC, 20/20 and 60 Minutes. WSEX offers a marketplace for the trading of Sports Futures, which provides an opportunity to buy and sell your favorite teams and players all season long. Also specialize in traditional wagering that includes straight line bets, over/under, parlays, teasers, reverses, and "if" bets, all executable online.

### Contact

**Location:** St. Johns, Antigua

**URL:** www.wsex.com

**Email:** wsex@wsex.com

**Phone:**   1 888 498 8227

### Promos and Discounts

- -104 Live Betting
- Live Betting Calendar
- $50 Freerolls
- Daily Tournaments
- The Largest Backgammon Room on the Internet.

### Articles

8/12/2005 | Press Release
WSEX - Iwan Jones Wins London's First-Ever Lifestyle Poker Tournament
Iwan Jones Walks Away $750,000 Richer As He Nets Top Payout at the World Poker Exchange London Open London (6 August 2005) — Today Welshman Iwan Jones eliminated some of the world's top poker competitors and Hollywood heavyweights to win first place in the World Poker Exchange Lo...

8/12/2005 | Press Release
WSEX - Best Of The Best Still Battling It Out On Day Two Of The World Poker Exchange London Open
Celebrities and Poker Players Alike Still Vying for Guaranteed $2 Million (US) Prize Pool London (5 August 2005, 18.00) — The sweat and tension are building as the remaining 79 players sat down at the tables during the second day of play at the World Poker Exchange London Open. The sta...

8/12/2005 | Press Release
WSEX - London's First-Ever Lifestyle Poker Tournament Kicks Off With Glamorous Opening Party
The World Poker Exchange London Open and Player Race for a Guaranteed $2m Jackþot Begins With Electric Opening Party Featuring London Socialites and International Celebrities, Entertainment and Poker Pros London (4 August 2005) — World Poker Exchange (www.worldpx.com) last night hosted...

8/12/2005 | Press Release
WSEX - International Poker Players And Celebrities Battle It Out On Day One Of The World Poker Exchange London Open
Best of the Best Take the Tables to Win a Piece of the Guaranteed $2million (US) Prize Pool in First-Ever, Celebrity-Studded Lifestyle Poker Tournament London (4 August 2005, 18.00) — One could cut the tension with a knife at the official start of the World Poker Exchange London



**Sportsbook.com** 10%
Cash Bonus. **Join Now!**



NFL • NBA • MLB • NHL • NCAAF • NCAAB • More • Scores • Odds                Contests • Forum • Sportsbooks • Poker • F

Sportsbooks • Betting 101 • Betting FAQ • Glossary • Forum • Promos

5Dimes



## The Difference in 5Dimes Is Clear – More Plays Better Odds!

5Dimes offers over 1,000 wagering options everyday on more games and more sports than anyone. Because of willingness to set exotic odds, they have built their reputation by giving players what they want – more plays, better odds. Convenient toll-free phone and internet wagering, daily payouts and highly trained customer service staff guarantee you'll come back. The vast selection of proposition bets and futures, three state-of-the-art casinos, the world's largest Pick 3 and Pick 4 payouts, and a complete racebook mean more ways to wager and more ways to win

### Contact

**Location:** Costa Rica

**URL:** www.5Dimes.com

**Email:** info@5dimes.com

**Phone:** CS: 1-800-305-3517

### Promos and Discounts

- Lucky 7 Lottery
- 15% Cash Back program
- 20% Referral Bonus
- Up to 50% Match-Play Bonus
- Sportsbook and Casino Reload Rewards
- 2-for-1 Blackjack Blowout Fridays
- Parlay Bonus!

### More Information

**Sports Offered:**
NBA | College Basketball | WNBA | NHL | ALL Tennis | ALL Soccer | Baseball | Boxing | CFL | ALL Golf | ALL Motor Sports | Arena Football | NFL | ALL College Football | Special Events | Snooker | Horse Racing | Dow Jones | Too Many to List All Here please visit the website

**Types of Wagers:**
Straight Bets | Totals | Parlays | Cross-Sport Parlays | Teasers | Pleasers | IF & Reverse | 1st Quarter | Half-Time | 3rd Quarter | Futures | 1st 10 minutes | Over/ Under | Moneylines | Game Props | Sports Pools | Buy Points | Outrights | Overnight Nickel Baseball | Dime Line Baseball | Too Many to List All Here please visit the website

**Payment Methods:**
Visa | Mastercard | Person to Person Transfer | Neteller | InstaCash from Neteller | FirePay | e-gold | 900Pay | InstaDebit | eWalletXpress | SolidPay | Moneybookers | Bank Wire | FedEx, UPS, DHL Deposits | Please Call, email or visit the website and use "live help".

**Other:**
Two Casinos: Java | Bonus Casino

### Articles

7/20/2006 | Press Release
5Dimes: Play any state's Pick 3 or Pick 4 lottery
SAN JOSE, COSTA RICA (July 20th, 2006) – 5Dimes has taken lottery to another level with Lotto900 and Lotto9000. Bettors can play any state's Pick 3 or Pick 4 lottery while also increasing the payouts to more than 80%. A $1 Pick 3 ticket pays $900 and a winning Pick 4 ticket pays $9...

6/22/2006 | Press Release
5Dimes: Launch Of New Poker Room
At 5Dimes' New Poker Room, the Buck Starts Here The popularity of online poker continues to grow at a rapid pace, as the rebirth of the 200-year-old card game shows no sign of losing steam. Recognizing the need to provide a first-class virtual poker venue, 5Dimes Sportsbook and Casino ...

3/13/2006 | Press Release
Put Your Method of Madness to Work at 5Dimes
Put Your Method of Madness to Work at 5Dimes San Jose, Costa Rica – March 11, 2006 – Baseball, hot dogs and apple pie may be the prevailing American proverb, but this time of year, it's all about The Madness. March Madness blows in this week like a powerful storm, as m...

11/14/2005 | Press Release
5Dimes' Reward Package: Play On Their Dime
5Dimes' Reward Package: Play On Their Dime When the time comes for an aging Las Vegas casino to say goodbye, there's always a celebration, with fireworks, fanfare and a building that's demolished in spectacular fashion. When online casino 5Dimes transforms its website □...

All 5Dimes Articles
All Sportsbook Articles



 **Sportsbook.com** 10%
Cash Bonus. **Join Now!**

help | site map   

NFL • NBA • MLB • NHL • NCAAF • NCAAB • More • Scores • Odds        Contests • Forum • Sportsbooks • Poker • F

Sportsbooks • Betting 101 • Betting FAQ • Glossary • Forum • Promos

**Bodog Sportsbook, Casino and Poker**



### Bodog.com - Sports. Play Hard.

The Bodog Sportsbook features easy-to-use betting software that's the most reliable in the industry. If you're looking to bet underdogs, then Bodog's the place - we have the best lines in the business. Bodog is your one-stop shop for all your betting needs - sports wagering, poker, casino, horse racing and fantasy. Bodog offers every bet type with lightning fast settlement of wagers. Take advantage of free statistical analysis - including against-the-spread and straight-up trends - in Bodog's game previews section. With Bodog there are unlimited free deposits and payouts - and no transaction fees!

**Contact**

**Location:** Costa Rica

**URL:** http://www.bodog.com

**Email:** service@bodog.com

**Phone:** 1-866-950-9100

**Promos and Discounts**

**Why Bet at Bodog.com**

- Sign up here for a 10% Cash bonus
- 10% reload bonus on all deposits
- 40% refer a friend bonus up to $200
- Unlimited free deposits and payouts, with no transaction fees – a rarity in the business
- North American Customer service call centre open 24/7
- Qualifying 700 players for 2006 WSOP
- $1 Billion in Wagers. That's trust!

**More Information**

**Types of Wagers:**
Singles | Parlays | Teasers | Buy Points | Futures | Props | Round Robins | If Bets | Reverses | Multi-singles

**Payment Methods:**
Credit Card (US Only) | Bank Wires | Instant Checks | Checks | NETeller

**Min/Max Internet Wager:**
Minimum Bets (All figures in US$)
Bodog may raise minimum Internet bets during peak periods or prior to popular events.
Internet: $5

**From the Frontlines**

7/26/2006 | From the Frontlines
SUPER BOWL FUTURES: Offseason Winners and Losers
Offseason Winners and Losers The Arizona Cardinals will move into a new stadium on Aug. 12 when they host the Super Bowl champion Pittsburgh Steelers in a preseason game. Considering fans of the historially awful team have been baking on the bleachers of Sun Devil Stadium since 1988, the ret...

7/19/2006 | From the Frontlines
BRITISH OPEN: The Return to Hoylake
July 19, 2006 The last time the British Open was played at Royal Liverpool Golf Club was 1967. The winner was Argentinian Roberto de Vicenzo, and chances are, he didn't do it by smacking the ball 320 yards off the tee. So what can we make of the course most people call Hoylake (in reference ...

**Articles**

8/20/2006 | Press Release
Bodog.com: Finding Value at Medinah
Tiger Woods is the obvious favorite, but what's to do for value hunters? One of the great debates in sports gambling resumes this week: Is betting on Tiger Woods a smart play? On the one hand, it's pretty comfortable backing arguably the best golfer ever. Woods has won 50 times on the...

7/6/2006 | Press Release
Bodog.com Posts Odds on 2006 FIFA World Cup Quarterfinals
June 29, 2006 The action continues to heat up in Germany, where the summer's largest sporting event has hit the quarterfinal stage. As always, Bodog.com has posted the odds. The 2006 FIFA World Cup is down to the "elite eight" - Germany, Argentina, Italy, Ukraine, England, Portugal,

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

       v.              case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

## SECOND AFFIDAVIT RE MICROSOFT'S FRAUD

# EXHIBIT E

Web    Desktop    News    Images    Local    Encarta

football odds                                    Search

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 3,530,615 results containing **football odds** (0.02 seconds)

**Run a Football Pool** - www.beavervalleysoftware.com
Easily run an office or home football pool. Can be customized

SPONSORED SITES

## Football Odds - Pro Football Lines

**Football Odds** is the best source to understand american **football**. Here you can find the best information about **football**.
www.football-odds.biz

## NBA Basketball Odds - Sports Betting Odds

Daily betting **odds** from all major sports including baseball, basketball and **football**.
www.linesandodds.com

## Online Gambling Casino: Sportsbook to Craps

Wager on blackjack, poker, craps, slots and sporting events. Free javagames. Software available.
www.kingdomcasino.com  Cached page

## College Football Odds - College Football Betting Odds for multiple ...

Compare **Football Odds** at multiple sports books. Bodog, CRIS, CanBet, BetCom, and Legendz. ... **Football Odds** - Compare College **Football** Betting **Odds** at Multiple Sports Books
www.docsports.com/football-odds.html  Cached page

## Football Odds, Football Betting, College Football Odds

college **football odds, football** betting, **football odds** ... **football odds** His eyes followed by the wrong Dale said no more! Soon she told her sixteen-year ...
freewebs.com/casino7/football.html  Cached page

## Jazz Casino & Sportsbook | Online Sportsbook and Online Casino

NFL **Football Odds**; NBA Basketball **Odds**; NCAA **Football Odds**; NCAA Basketball **Odds**; Canadian **Football Odds**; WNBA Basketball **Odds**; Arena **Football Odds**; WNCAA Basketball **Odds**
jazzsports.com  Cached page

## Sports Betting, Football Betting & Free Football Picks | 100 ...

Sports betting just got guaranteed with VOS' surefire **football** betting through our free **football** picks ... Today's Live Scores & **Odds** ...
www.vegasonlinesports.com  Cached page  8/22/2006

## Google Directory - Sports > Football

Help build the largest human-edited directory on the web. Submit a Site - Open Directory Project - Become an Editor
www.google.com/Top/Sports/Football  Cached page .

## NFL Football Odds Betting Preview

SPONSORED SI

**NFL Betting Picks C**
Learn how to bet on I
Football, College Foc
and get free picks.
football-gaming-strat

**Football**
Top Football Sites, G
Faster Results!
www.faster-results.co

**Free Odds Rington**
Download All Odds
Ringtones. All Phone
ringtonesallstars.com/

**Free odds Ringtone**
Get Free odds Ringto
Instantly
gamertones.com

**Football Equipmer**
Find Football Equipm
Today, in Our Sportin
Goods Catalog.
footballequipment.the

See your message

Web    Desktop    News    Images    Local    Encarta

sports odds                                              Search                         

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 3,655,524 results containing **sports odds** (0.02 seconds)

**sports odds** · www.megasearch.b.t
Look No Further. We Have It: sports odds

**Free Odds Ringtones** · ringtonealistara.com/Odds
We Have Every Odds Ringtone. Get Them Now.

**Current Odds** · www.nisr.bc.com
Get the current odds from Covers.com and MSNBC.

SPONSORED SITES                    SPONSORED SI

**15 the odds Ringto**
Get Free the odds. G
Now!
gamertones.com

See your message

## Sports Odds: NFL Football, NBA Basketball, Baseball, Hockey, College ...

Welcome to **Sports-Odds**.com. In 1997, **Sports-Odds**.com was created by a small group of professional ... **Sports Odds** Welcome to **Sports-Odds**.com. In 1997, **Sports-Odds**.com was created by a small group of ...
www.sports-odds.com  Cached page

### Contact **Sports Odds**

Contact **Sports Odds** ... More . **Sports-Odds** Latest Picks; **Sports-Odds** Latest Picks; Featured. 2006 Week 1 NFL Schedule - The 2006 NFL ...
www.sports-odds.com/contact.htm  Cached page

Show more results from "www.sports-odds.com".

## Online Sportsbook, **Sports** Betting, Poker, Casino and Racebook

hockey, soccer, golf, college **sports**, boxing and Nascar. We also offer **odds** on NFL, NCAA, NBA, MLB, MLS, NHL. and WNBA. Play online casino games in our Internet casino and wager on horse racing in the ...
www.wagerweb.com  Cached page  8/22/2006

## USATODAY.com

... Select a sport Baseball NBA NCAA College Basketball Football NCAA Football NASCAR Golf Tennis More **Sports** ... Please change your bookmark to this page: http://covers.usatoday.com/data/odds.aspx
www.usatoday.com/sports/odds.htm  Cached page  8/21/2006

## **Sports** Picks for NFL and College Football **Sports** Betting Picks

... NFL picks , College Football Picks and NHL Hockey picks. Once in a while, Mark will throw in NASCAR or Golf when the **odds** are in our favor. If you need to increase your winnings in **sports** gambling ...
www.sharkhandicapping.com  Cached page

## **Sports Odds: Sports** Betting **Odds** for All Major **Sports**

Current **sports odds** for each of the major 6 us **sports**. The MadduxSports.com feed gives you **sports** ... Maddux **Sports Odds**. As usual Maddux **Sports** is one step ahead of the competition and ...
www.madduxsports.com/sports-odds.php  Cached page  8/20/2006

## Sports Odds, **Sports** Betting Odds and Las Vegas **Sports Odds** -

**Web**   Desktop   News   Images   Local   Encarta

football betting                                    Search                          m<

+Search Builder   Settings   Help   Español

## Web Results

Page 1 of 9,446,855 results containing football betting (0.02 seconds)

**Increase Your Winnings** - www.nflinsidersguide.com
Get Free Advice from the Pros. Guaranteed Tips on all Sports.

SPONSORED SITES          SPONSORED SI

### Sports Picks for NFL and College **Football** Sports **Betting** Picks

Sports picks for NFL and college **football**, college and NBA basketball, baseball and NHL
Hockey. ... Get Mark 'The Shark' Daily:" FREE **FOOTBALL** PICKS . Sent directly to your
email.
www.sharkhandicapping.com   Cached page

### **Football Betting** | NFL **Football Betting** | NFL **Football** Point Spread ...

NFL **Football Betting** at Sports **Betting Football** is your online sports handicapper blog for
the more ... Cornerback Quentin Jammer signed a deal with the San Diego Chargers that
will make him a Charger ...
www.sportsbettingfootball.com   Cached page

### **Football Betting** - Online Sports **Betting** at BetRoyal

For Wagering: Contact us at 1-800-599-1600 or 1-800-360-1111. For Customer Service:
Contact us at 1-800-818-1000 or csd@BetRoyal.com
www.betroyal.com/football   Cached page   8/20/2006

### Sports **Betting** with Mybookie Online Sportsbook - **Football Betting** ...

Sports **Betting** with Mybookie Online Sportsbook. Online **Football Betting**, basketball
**betting**, NCAA ... The Detroit Tigers look to rebound from a 6-4 loss to the Red Sox on
Thursday when they host Texas ...
www.mybookie.com   Cached page   8/21/2006

### **Football betting**

**Football betting** College **football** has been called a pure game. The players are out there
on the field playing for glory and school pride. They don't get paid and many of them are
hoping to get a ...
vip-football-betting.blogspot.com   Cached page

### **Football Betting**: Sports **Betting** NFL College NCAA Sportsbook

Articles on **betting** strategy, the concept of value and other related information.
www.betfile.com   Cached page

### NFL **Football Betting** - BetUS Sportsbook

Bet on your favorite NFL team at America's favorite sportsbook. ... Indianapolis Colts. New
England Patriots. Dallas Cowboys. Carolina Panthers. Seattle Seahawks
www.betus.com/NFL-football   Cached page

### USA **Football Betting**: National **Football** League Season 05/06 ...

National **Football** League News, Results, Scores, Player Bios and Stats. 2005/06 **Football
Betting** Information - scores and results, with team and player profiles
www.usa-football-betting.com   Cached page

**Football**
Top Football Sites, G
Faster Results!
www.faster-results.co

Free Ringtones Wai
Try All Other ringtone
First. Once They Fail
Try Ours.
www.m69.com

**NFL Betting** Picks
Learn how to bet on I
Football, College Foc
and get free picks.
football-gaming-strat

**football**
Directory Of Football
Equipment. Find Foo
Equipment Quickly.
footballequipment.sp

See your message

Web    Desktop    News    Images    Local    Encarta

internet sports book                                    Search                              *ms*

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 5,591,652 results containing **internet sports book** (0.10 seconds)

### Internet Gambling Sportsbook and **Sports** Betting, reviews, odds , lines ...

**Internet** Sportsbook Betting offers gambling information for **sports** betting. Reviewed sportsbooks and casinos. ... A good **book** is measured by the quality of their customer service ...

www.internetsportsbookbetting.net  Cached page

> #### Internet Sportsbook Betting - major **sports** schedules including nfl ...
> **Internet** Sportsbook Betting offers gambling information for **sports** betting. Reviewed sportsbooks ... **Internet** Sportsbook Betting has found one ...
>
> www.internetsportsbookbetting.net/schedules/index.htm  Cached page
>
> Show more results from "www.internetsportsbookbetting.net".

### Bet On Reliable **Internet Sports Book** - Secure Online **Sports** Gambling

Before I entered the realm of online **sports** betting , I spent long hours of searching for the best **internet sports book** . You bet, I found hundreds of them and the fact that they are too many for me ...

www.secure-online-sports-gambling.com/archives/48-Bet-On-Reliable-Internet-Sports-Book.htm...
 Cached page  8/21/2006

### Hollywood Sportsbook - **Internet** Sportsbook: **Internet Sports** Betting ...

Providing a full-service sportsbook, betting on traditional casino games and customer support.

www.hollywoodsportsbook.com  Cached page

> #### Hollywood Racebook Betting
> With Hollywood Racebook you can bet on the major races of America. Since 1997, Hollywood Sportsbook has provided millions of **internet sports** betting ...
>
> www.hollywoodsportsbook.com/racebook  Cached page
>
> Show more results from "www.hollywoodsportsbook.com".

### Online Sportsbook Betting ▯  Best Advantages of Legal **Internet** ...

... **Sports** Gambling Basics > Online Sportsbook Betting ▯  Best Advantages of Legal **Internet** Offshore **Sports Book** Betting ... Millions of people enjoy legal online sportsbook betting ▯  wagering many billions of ...

sportsgambling.about.com/od/sportsgamblingbasics/a/Sportsbook.htm  Cached page

### **Sports** Betting Handicappers, **Internet** Casino Gambling Games and ...

Handicapping is not an easy task, and choosing a right handicapper isn't neither. When on a **internet sports book** , you got to be sure not to lose your money stupidly, that's why there is so ...

www.internet-casino-and-sportsbook.com/handicappers.htm  Cached page

### **Internet** Gambling Games - The best sportsbook, casino odds and rules

**Internet** Sportsbooks And Casino, will help you understand all about casino and casino sportsbooks. ... sporting events, get great promotions and bonuses! SBG Global has been seen on HBO, ESPN, Fox **Sports** ...

𝒳   SPONSORED SI

**internet sports bo**
Look No Further. We
internet sports book
www.megasearch.bi

Overstock: Books &
Deep discounts on B
DVDs, CDs, & more.
$1.40 shipping!
overstock.com

See your message

Web   Desktop   News   Images   Local   Encarta

horse betting                                        Search                                    m:

+Search Builder   Settings   Help   Español

## Web Results

Page 1 of 4,536,920 results containing **horse betting** (0.03 seconds)

**Horse Betting For** - www.toseeka.com
Helpful Links for Horse Betting For

SPONSORED SITES

### Horse Betting - VIP.com – Online Horse Betting, Horse Racing, Horse ...
**Horse Betting** with VIP.com, your access to action – play at all the major tracks and bet on the ... Online **Horse** Racing **Betting** at VIP.com. Whether you are a weekend **horse** racing warrior, a player ...
www.vip.com/?skin=horses&   Cached page   8/22/2006

### horse betting :: Blog
**horse betting**, **betting** black casino jack, soccer **betting** ... **horse betting**: with it, not wrong. The real problems of managing are up here, amid the ambiguity ...
betting.bestdream.info/horse-betting.html   Cached page

### Horse Betting
What can match the excitement of **betting** on Horses? **Horse** racing offers you one of the most exciting ... 3% back on any losses* Generous track odds available; Straight and exotic wagering from the top ...
www.sbgglobal.com/horseracing   Cached page

### Horse Betting | Horse Racing Betting US | Horse Racing Bet Online ...
football **betting**, nfl football **betting**, college football **betting**, ncaa football **betting**, college ... Race two at Del Mar is a 7 furlong $25,000 Claiming race for three year olds and upward that have ...
www.bettingonhorse.com   Cached page

#### Horse Betting | Horse Racing Betting US | Horse Racing Bet Online ...
football **betting**, nfl football **betting**, college football **betting**, ncaa football **betting**, college ... The season at Arlington still has two more months, but the number of euthanized horses has rocketed ...
www.bettingonhorse.com/category/arlington   Cached page
Show more results from "www.bettingonhorse.com".

### Go Horse Betting - Online Horse Racing Betting
Go **Horse Betting** - Online **horse** racing **betting** with over 100 racetracks, **horse** racing news and ... Online **Horse Betting** - **Horse** Racing News - **Horse** Racing Results - Secure **Betting** - **Horse Betting** ...
www.gohorsebetting.com   Cached page

#### Horse Racing and Betting
**Horse** racing and **betting** online from your pc with sportsbook, ESPN poker, casino, free news and ... Go **Horse Betting** - **Horse** Racing - Live Video Feeds -**Horse Betting** - News - Schedules History - Track ...
www.gohorsebetting.com/join.html   Cached page   8/21/2006
Show more results from "www.gohorsebetting.com".

SPONSORED SI

**Buy horse betting**
Find horse betting on eBay Express™ Offic
www.ebayexpress.co

**Virginia Horse Farr**
View Virginia equestr estates and horse pr for sale online.
www.horseshark.con

**Compare Local Rea**
Sell for top dollar fast experienced, trained negotiator!
www.topagentteam.c

**horse Ringtone**
Send This Ringtone Phone Right Now, At Charge!
gamertones.com

**Horse Betting**
Find Horse Betting H The Web's Local Sea Engine!
www.local.com

See your message

Web    Desktop    News    Images    Local    Encarta

baseball betting                                          Search

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 3,865,638 results containing **baseball betting** (0.09 seconds)

### Baseball Betting - MLB Betting

This is dedicated to offer the best options for make a **Baseball Betting** the most important
hobby in ... **Baseball Betting Baseball Betting** has it all in information related to the
National sport of ...

www.baseball-betting.org    Cached page    8/21/2006

### Baseball Betting - Online Sports Betting at BetRoyal

For Wagering: Contact us at 1-800-599-1600 or 1-800-360-1111. For Customer Service:
Contact us at 1-800-818-1000 or csd@BetRoyal.com

www.betroyal.com/baseball    Cached page

### Baseball betting

**Baseball betting** The season of MLB **baseball** is a long one, thanks to each team playing
162 games, and it's filled to the brim with opportunity.

vip-baseball-betting.blogspot.com    Cached page

### Online Gambling Casino: Sportsbook to Craps

Wager on blackjack, poker, craps, slots and sporting events. Free javagames. Software
available.

www.kingdomcasino.com    Cached page

### Baseball Online Betting [Baseball wagering,mlb betting online,baseball ...

**Baseball betting** sportsbooks odds offer online basebal **betting** tips, mlb overnight odds,
schedules ... **Baseball** ... the "Boys of Summer" ... "America's Pastime" ... whatever you
want to ...

www.baseball-online-betting.com    Cached page

### Baseball Lines and Baseball Odds

Updated MLB **Baseball** Lines and Odds for **betting** live MLB **baseball** ... **Baseball** Lines
and Odds. If you are looking for MLB **baseball** lines then you have come to the right place

www.docsports.com/mlb-baseball-betting-lines.html    Cached page

### baseball betting :: Blog

**baseball betting, betting** football future, online greyhound **betting** ... **baseball betting**:
module of Cycle 3, twenty-two out of thirty-eight participants came out

betting.bestdream.info/baseball-betting.html    Cached page

### 2006 NFL Football Season Free Picks-NFL Gambling Point Spreads

You have picked your team, now you have to understand how **Baseball Betting** Lines work.
Getting the hang of **Baseball Betting** Lines. Unlike basketball and football when you bet on
**baseball** ...

www.cajun-sports.com/baseball_betting_.html    Cached page

### Baseball Betting: NEWS: steroids: Preview:

Home of Best Bet Sports Handicapper, Jim Sneeringer. Site dedicated to producing
strongest ... World **Baseball** Classic. 16 Team tournament starts in March. See who is

SPONSORED SI

**Baseball Betting**
Online MLB Baseball
Betting Odds explana
Handicapping tips
online.baseball-betn

**Baseball** - Free Sh
Baseball Bats, Glove
Equipment & More. L
40% Below Retail Pri
www.xtreme-baseba

**Baseball**
Looking to find baset
products? Browse ou
baseball directory.
baseballcatalog.net

See your message

**Web**  Desktop  News  Images  Local  Encarta

football betting                                    ▓▓Search▓▓▓                                    ms

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 9,368,582 results containing football betting (0.09 seconds)

Run a **Football Pool** - www.beavervalleysoftware.com
Easily run an office or home football pool. Can be customized

Sports Picks for NFL and College **Football** Sports **Betting** Picks
Sports picks for NFL and college **football**, college and NBA basketball, baseball and NHL Hockey. ... Get Mark 'The Shark' Daily:" FREE **FOOTBALL** PICKS . Sent directly to your email.
www.sharkhandicapping.com  Cached page

**Football Betting** | NFL **Football Betting** | NFL **Football** Point Spread ...
NFL **Football Betting** at Sports **Betting Football** is your online sports handicapper blog for the more ... Cornerback Quentin Jammer signed a deal with the San Diego Chargers that will make him a Charger ...
www.sportsbettingfootball.com  Cached page

**Football Betting** | NFL **Football Betting** | NFL **Football** Point Spread ...
NFL **Football Betting** at Sports **Betting Football** is your online sports handicapper blog for the more ... Cornerback Quentin Jammer signed a deal with the San Diego Chargers that will make him a Charger ...
www.sportsbettingfootball.com/category/football-betting  Cached page
Show more results from "www.sportsbettingfootball.com".

**Football Betting** - Online Sports **Betting** at BetRoyal
For Wagering: Contact us at 1-800-599-1600 or 1-800-360-1111. For Customer Service: Contact us at 1-800-818-1000 or csd@BetRoyal.com
www.betroyal.com/football  Cached page  8/20/2006

Sports **Betting** with Mybookie Online Sportsbook - **Football Betting** ...
Sports **Betting** with Mybookie Online Sportsbook. Online **Football Betting**, basketball **betting**, NCAA ... The Detroit Tigers look to rebound from a 6-4 loss to the Red Sox on Thursday when they host Texas ...
www.mybookie.com  Cached page  8/21/2006

## Football betting
**Football betting** College **football** has been called a pure game. The players are out there on the field playing for glory and school pride. They don't get paid and many of them are hoping to get a ...
vip-football-betting.blogspot.com  Cached page

**Football Betting**: Sports **Betting** NFL College NCAA Sportsbook
Articles on **betting** strategy, the concept of value and other related information.
www.betfile.com  Cached page

USA **Football Betting**: National **Football** League Season 05/06 ...
National **Football** League News, Results, Scores, Player Bios and Stats. 2005/06 **Football**

SPONSORED SITES

SPONSORED SI

Increase Your Winn
Get Free Advice from
Pros. Guaranteed Tip
Sports.
www.nflinsidersguide

Is **Football**
Information on Is Foc
www.foseeka.com

**Football**
Top Football Sites, G
Faster Results!
www.faster-results.cc

NFL **Betting** Picks
Learn how to bet on I
Football, College Foc
and get free picks.
football-gaming-strate

Free **football** Ringt
Get Free football Rin
Instantly
gamertones.com

See your message

Web    Desktop    News    Images    Local    Encarta

poker                                        

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 76,280,108 results containing **poker** (0.02 seconds)

SPONSORED SITES                                                        SPONSORED SI

**Poker** Room Deals - www.pokerroom.com

Looking for Great Poker Deals, well you have found the place.

Free **Poker** Chip Sets - www.thepokerdeal.com

Get a Free 500 Ct. Poker Chip Set (11.5g) - Includes Free Shipping!

Cheat When Playing Online - pokercheatingsystem.com

See other hole cards at your table. Any dummy can do it! Find out how.

Learn **Poker** the Ri
Way
Do Not Play Poker ur
Learn Tips & Tricks c
Pros!
www.pokerlater.org·

**poker**
Download your copy
Video poker to Texas
Holdem. Quick & Eas
www.high.com

Sportsbook Adviso:
Learn to Avoid Sport:
Scams. Tips on Findi
Sportsbooks.
www.insiderssportsg·

Play while sleeping
PokerRobot software
clear the bonuses wh
away.
www.pokerbotpoker·

Free **Poker**
Sample Fun Offers a
a Free Poker Sign U;
www.samplepromote

See your message

### Poker.com - Play Online **Poker**, Texas Hold'em, Tournaments, Freerolls ...

Play **poker** online for fun or real money. Multiplayer **poker** with real people from around the
world. Free download and bonus **poker** promotions.

www.poker.com

### **Poker** Net - Welcome to **Poker**.Net - Your Online **Poker** Network

Articles, rules, cardroom directories and online tournament information.

www.poker.net   Cached page

### PokerRoom.com - play **poker** online, Texas Hold'em, casino games ...

Java, non-download games can be played on Linux and Mac computers without an emulator
program. Also a downloadable client.

www.pokerroom.com

### **Poker** - Online **Poker** Games at PokerStars - Texas Holdem

Live games and multi-table tournaments. Home of the World Championship of Online
**Poker.**

www.pokerstars.com

### **Poker** titan

**poker** titan ... On line **poker** shall be a stimulating game. Because it`s played in opposition
to other players ...

www.thepokertitan.com   Cached page   8/21/2006

### Ks **poker**

ks **poker** ... During **poker** it is not just what is held in your hand which is important, but as
well as that ...

www.onkspoker.com   Cached page   8/20/2006

### Online **Poker** - Play online **poker** for fun or real money in our online ...

Play online **poker** for fun or real money. Play multihand **poker** with real people from around
the world ... If you have reached this website through a forum or blog spam link please click
here

www.online.poker.com   Cached page

### **Poker**.com's **Poker** Forum

Talk **poker** on our **Poker** Forum and be eligible for special prizes and promotions from

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                          case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

SECOND AFFIDAVIT RE MICROSOFT'S FRAUD

# EXHIBIT F

manufacture, but not possess, under Health and Safety Code 11364 . All **marijuana paraphernalia** is subject to seizure by the ...
www.chrisconrad.com/expert.witness/ calmjlaws.html ·
Cached page

Possession of **Marijuana** and Drug **Paraphernalia**
Legal Help For Drug Offenses. Possession of **Marijuana** and Drug **Paraphernalia** ... Drug Offenses Issues relating to drug prosecutions, including charges of possession, delivery, and ...
www.expertlaw com/forums/showthread.php?t=1693 ·
Cached page

Drugstory | Drug Information | Drug **Paraphernalia**
Drug Information Club Drugs Cocaine Ecstasy Hallucinogens Heroin Inhalants **Marijuana** Methamphetamine **Paraphernalia** Prescription Drugs ...
www.drugstory.org/drug_info/ drugparaphernalia.asp ·
Cached page

Common Drug **Paraphernalia**
These are some common drug use tools that are found among drug abusers Roach clips used to hold small **marijuana** Water bongs for smoking **marijuana**
www.isdrugfree.com/common_drug_paraphernalia.htm · Cached page

Drug **Paraphernalia** Factsheet
... product, or material that is modified for making, using, or concealing illegal drugs such as cocaine, heroin, **marijuana**, and methamphetamine. Drug **paraphernalia** generally ...
www.usdoj.gov/dea/concern/**paraphernaliafact**.html ·
Cached page

Didn't get the results you expected? Help us improve.

**1**  2  3  4  5

SPONSORED SITES

**marijuana**. Shop eBay.
Try browsing a huge selection now. Find exactly what you want today!
www.ebay com

**Marijuana**
Buy **Marijuana** Merchandise at SHOP.COM. Tons of Options to Choose from !
shop.com

Need Legal Help in GA?
We have built a list of the top legal practices in Georgia. 24hr Help.
my-georgia-lawyer.com

White House on YouTube
White House uploads anti-drug videos to YouTube.
cnn.com

**Paraphernalia**
Find Business Suppliers Fast. Sourcetool - The B2B Search Engine.
www.sourcetool.com

See your message here...

Learn more about the new Live Search.

| Marijuana Paraphernalia |

© 2006 Microsoft   Privacy  |  Legal  |  About Search                    Help Central  |  Account  |  Feedback

manufacture, but not possess, under Health and Safety Code 11364 . All **marijuana paraphernalia** is subject to seizure by the ...
www.chrisconrad.com/expert.witness/ calmjlaws.html ·
Cached page

Possession of **Marijuana** and Drug **Paraphernalia**
Legal Help For Drug Offenses. Possession of **Marijuana** and Drug **Paraphernalia** ... Drug Offenses Issues relating to drug prosecutions, including charges of possession, delivery, and ...
www.expertlaw.com/forums/showthread.php?t=1693 ·
Cached page

Drugstory | Drug Information | Drug **Paraphernalia**
Drug Information Club Drugs Cocaine Ecstasy Hallucinogens Heroin Inhalants **Marijuana** Methamphetamine **Paraphernalia** Prescription Drugs ...
www.drugstory.org/drug_info/ drugparaphernalia.asp ·
Cached page

Common Drug **Paraphernalia**
These are some common drug use tools that are found among drug abusers Roach clips used to hold small **marijuana** Water bongs for smoking **marijuana**
www.isdrugfree.com/common_drug_**paraphernalia**.htm
· Cached page

Drug **Paraphernalia** Factsheet
... product, or material that is modified for making, using, or concealing illegal drugs such as cocaine, heroin, **marijuana**, and methamphetamine. Drug **paraphernalia** generally ...
www.usdoj.gov/dea/concern/**paraphernaliafact**.html ·
Cached page

SPONSORED SITES

**marijuana**. Shop eBay.
Try browsing a huge selection now. Find exactly what you want today!
www.ebay.com

**Marijuana** 
Buy **Marijuana** Merchandise at SHOP.COM. Tons of Options to Choose from !
shop.com

Need Legal Help in GA?
We have built a list of the top legal practices in Georgia. 24hr Help.
my-georgia-lawyer.com

White House on YouTube
White House uploads anti-drug videos to YouTube.
cnn.com

**Paraphernalia**
Find Business Suppliers Fast. Sourcetool - The B2B Search Engine.
www.sourcetool.com

See your message here...

Didn't get the results you expected? Help us improve.

**1**   2   3   4   5   ⊳

Learn more about the new Live Search.

Marijuana Paraphernalia

**Bongs** and how do they work?
www.legalherbalbuds.com/stuff/ bongs.html · Cached page

Marijuana Vaporizers, **Bongs**, Water Bowls, Pipes
**marijuana** vaporizers, **marijuana** vaporisers, water bowls, pipes, legal buds, herbal smoke, rolling ...
Bringing some Kool stuff that we all wish we had and now we can...
www.legalherbalbuds.com/stuff/ index.html · Cached page

   Show more results from "www.legalherbalbuds.com".

pot **marijuana bongs** shrooms cannabis - graffix
Buy your selection, smoke the sale then trip like graffix and grow to a new high order. ... Pot **marijuana bongs** shrooms cannabis - graffix. Buy your selection, smoke the sale then trip like ...
www.pmbsc.org/index1.htm · Cached page

Canadian Hemp Company - **marijuana bongs** pipes
Features a variety of **bongs**, pipes, hemp clothing, and accessories.
www.canadianhempco.com · Cached page

RateMyPipe.com - Rate **Marijuana** Pipes, **Bongs** and Bubblers
Rate or upload pictures of **marijuana** pipes, **bongs** and bubblers. ... Pipes only **Bongs** only Bubblers only Other only Broken only View All
www.ratemypipe.com · 9/24/2006 · Cached page

**Related searches:**

Marijuana **Pipes** Bongs

SPONSORED SITES

White House on YouTube
White House uploads anti-drug videos to YouTube.
cnn.com

**Marijuana**
Buy **Marijuana** Merchandise at SHOP.COM. Tons of Options to Choose from !
shop.com

**marijuana**. Shop eBay.
Try browsing a huge selection now. Find exactly what you want today!
www.ebay.com

**Marijuana Bongs**
Search Smarter for **Marijuana Bongs** and Save.
www.smarter.com

**marijuana** GA?
We have built a list of the top legal practices in Georgia. 24hr Help.
my-georgia-lawyer.com

See your message here...

Didn't get the results you expected? Help us improve.

**1**   2   3   4   5   »

**Learn more about the new Live Search.**

Marijuana Bongs

© 2006 Microsoft   Privacy | Legal | About Search

Help Central | Account | Feedback

SHOP•COM™   One Cart. One Account.   universal shopping cart   egifts   your account   wish li
Millions of Products.

| HOME | DEPARTMENTS | STORES | GIFTS | SERVICES | ON SALE | Sign in |

I'm shopping for  Marijuana        in  All Products   ▼   Search

 See what's new for Fall!  >

Sponsored Links - Try these resources for additional options  What's This?        Sponsored Links

Buy Legal Bud                                    www.herbalaffiliateprogram.com/herb
100% legal high quality bud and other herbal smoking accessories.

There are **235** matches in SHOP.COM > **"Marijuana"**

Row View 🗐   Grid View 🗄      **Search Within Results**                    

Sort By  Most Popular | Newest Arrivals | Price Low-High | Price High-Low    Showing 1 - 2·

**Department**

Books & Magazines
Clothing & Accessories
Prints & Posters
Health & Wellness
Music
Sports & Fitness
DVDs & Videos

**Store**

ArtExpression.com
buy.com
Usermart
TextbookX.com
ChoiceShirts
BestPrices.com
Art.com
T-Shirts.com
ShoppersChoice.com
ForWallsOnly Art Poster
   Prints
> See all



The Cultural/ Subcultural Contexts of Marijuana Use at the Turn of th
Twenty-first Century
by Andrew Lang Golub - Hardcover (Haworth Pr Inc; Apr 28, 2006)



The Big Book Of Buds: Marijuana Varieties From The World S Great S·
Breeders (Paperback)
Author: Rosenthal, Ed (EDT). Published On: 2001/11/01. Language:
ENGLISH 7.80 (H) x 7.75 (W) x 0.45 (D) 1 lbs.

The Cultural/Subcultural Contexts of Marijuana Use at the Turn of th·
Twenty-First Century
by Andrew Lang Golub - Paperback (Haworth Pr Inc; Apr 28, 2006)

Marijuana Horticulture: The Indoor/Outdoor Medical Grower's Bible
With 512 full color pages and 1120 full color photographs and
illustrations, Marijuana Horticulture: the Indoor/Outdoor Medical
Grower's Bible is the most complete cultivation book available. The Fi
Edition of the former Indoor Marijuana...



The Marijuana Chef Cookbook
by S. T. Oner - Paperback (Pub Group West; Sep 1, 2001)

Sign up for savings!
Your email address ▶

Marijuana Grower's Handbook (3rd Ed.) Paperback
Marijuana Grower's Handbook (3rd Ed.), The Indoor High Yield Guide



Describes ways to grow marijuana indoors, including tips on light, temperature, water, seed selection, and growing problems. Author: E Rosenthal Publisher: Pub Group West Format...



Marijuana Grower S Handbook: The Indoor High Yield Guide (Paperback)
Describes ways to grow marijuana indoors, including tips on light, temperature, water, seed selection, and growing problems. Author: Rosenthal, Ed. Number of Pages: 261. Published On: 1998/02/01. Language: ENGLISH 8.50 (H) x 5.75 (W) x 0.50 (D) 1 lbs.



Marijuana
by Randi Mehling, et al - Illustrated Edition, Reinforced Hardcover (Fa on File; Feb 1, 2003)



Ask Ed : Marijuana Law Don't Get Busted
edited by Ed Rosenthal, et al - Paperback (Pub Group West; Oct 1, 2000)



The Big Book of Buds Marijuana Varieties from the World's Great See Breeders

Condition: New

ISBN: 0932551394 Publisher: Pub Group West Description: This full-color guide showcases the diversity of cannabis varieties. Stunning close-ups from the world's great breeders are accompanied by concis information about growing characteristics...



Marijuana
by Jamuna Carroll - Paperback (Greenhaven Pr; Oct 21, 2005)



The Facts About Marijuana
by Ted Gottfried - Reinforced Hardcover (Marshall Cavendish Corp; N 30, 2004)



Waiting to Inhale : The Politics of Medical Marijuana
by Alan W. Bock - Paperback (Seven Locks Pr; Jan 1, 2001)

Weedcity.com
Ed Rosenthal and the Unknown Brewer. This is the book that tells you how to brew your own delicious ... **Bongs** and Glass Water **Pipes** : Roor **Bongs** , Ceramic **Bongs**, Glass **Bongs** and Water **Pipes** they're ...
www.weedcity.com/shop/product.asp?
strParents=43&CAT_ID=166&P_ID=471 · Cached page

**Marijuana** 420 Head Shop ::. Smoke Shop | Merchandise | **Bongs** ...
**Marijuana** 420 :. Head shop! Tons of **Bongs**, Color Changing Glass **Pipes**, Dugout Systems, Herb Grinders, Vaporizers, Posters, T-shirts and More!
staticfiends.com/store/Marijuana/ index.htm · Cached page

**Marijuana** 420 - **Bongs** ::. Acrylic | Ceramic | Glass | Color ...
browse our head shop here .: **Marijuana** 420 Head Shop :. ~ **Bongs** ~ Color ... Dugout Systems ~ Gift Sets ~ Hand **Pipes** ~ Herb ...
www.staticfiends.com/store/ Marijuana/ bongs.htm · Cached page

**Marijuana Pipes**, Glass **Pipes** and **Bongs** : Soapstone **Pipes**
Soapstone **Pipes**, **Marijuana Pipes**, Weed **Pipes**, **Pipes**, Glass **Pipes**, **Bongs**, **Marijuana Pipes**, Glass **Pipes** and **Bongs** - for all your smokin' needs!
www.marijuana-pipes-glass-pipes-and-bongs.com/ soapstone-pipes.html · Cached page

Didn't get the results you expected? Help us improve.

**1**  2  3  4  5  ▶

SPONSORED SITES

**marijuana pipes**
We Have What You Are Looking For.
www.ewoss.com

**Pipes Bongs**
Looking to find **pipes**? Browse our **pipes** directory.
pipdirectory.com

**Marijuana Bongs**
Search Smarter for **Marijuana Bongs** and Save.
www.smarter.com

See your message here...

Learn more about the new Live Search.

Marijuana Pipes Bongs

© 2006 Microsoft   Privacy | Legal | About Search                    Help Central | Account | Feedback

 <sup>TM</sup> Home News Sports Games

eWoss Search

Make eWos
Homepa

**Search Results**

*advertise on Munsoft Live Search* Wednesday, Septeml

**Shopping Results 1 to 5 of 10 Total**

 YAHOO! SHOPPING

## MULTI COLOR **MARIJUANA** LEAF LIGHTER LIGHTERS W/PIPE [Other Tobacco Lighters]
Yahoo! Auctions
Price: $5.00

## Estrogenic Botanical Pipe-Smoka Crystalline Wafered : Botanical Pipe-Smoka
For the record: Horny Goat Snappa Erotogenic / Aphrodisia Pipe-Smoking Substance has not been specifically designed to be, and is not offered as a **marijuana** / cannabis alternative / substitute or as an alternative / substitute for stress, anxiety or depression / mood enhancing; pharmaceutica...
ramenterprisesinc.com
Price: $40.00



## Melo: CHRONIC REGGAE! Brain Food: Weedology DJ Melo
Vybez Kartel - Study De Weed 18 - Vybz Cartel & Daville - Ms. **Marijuana** 19 - Bounty Killer & Round Head - High Grade Again 20 - RoundBarrington Levy - Under Mi Sensi 39 - Josey Wales - Ganja Pipe Harmiess 40 - Jacob Miller - Tired Fe Lick Weed 41 - Jacob...
MixUnit.com
Price: $6.99



## **Marijuana**-Logues
Compare Prices: $7.87 - $12.98



## Horny Goat Snappa Smoka (90 + Uses)
Estrogenic Botanical Pipe-Smoka Crystalline Wafered : Botanical Pipe-Smoka For the record: Horny Goat Snappa Erotogenic / Aphrodisia Pipe-Smoking Substance has not been specifically designed to be, and is not offered as a **marijuana** / cannabis alternative / substitute or as an alternative /...
healthfullifestyle.com
Price: $38.00

Shopping Results Page:

**Auction Results for marijuana pipes** About these results          Top **1** Results Out Of **1** Total



Peace **Pipes Marijuana** Leaf Peace Sandpainting! LOOK
Number of Bids: 0 | Auction Ends in 4 days, 22 hours, 56 minutes.
Current Price ≥ 9.99

All 1 auction results

**Blog Results for marijuana pipes** About these results          Powered by **Blogdigger**

## THE CORPORAL PERFORMS - 2
[It's taken me a little longer than expected to put up the second and final part up of The Corporal
Performs, but here it is.] I discovered Rocky one night when Dave and I tied up the boys in the
next squadbay who shared our head. We tied them up and put them one by one in the shower.
Rocky was an e...
Saturday 12:34 AM
Bondage Stories

## September 22, 2006 Reasonable Doubts
APPEALS - FEDERAL - FROM GUILTY PLEAUnited States v. Castillo (2006) F.3d (9th Cir.
9/22/06, 05-30401)    Entry of unconditional guilty plea deprives appellate court of jurisdiction to
hearing challenge to pretrial suppression motion. Note that in California, a defendant may
challenge a ru...
Friday 7:14 PM
ElectricLawyer

## Mom let her baby inhale **marijuana** smoke
A Montana mother who allowed her 18-month-old baby daughter to inhale from a **marijuana** water
pipe on several occasions was properly convicted, but should not have to spend five years in jail, a
U.S. appeals court ruled on Friday......
Friday 4:15 PM
National Informer

All blog results for marijuana pipes at Blogdigger

Home  News  Sports  Games

Search the Web

Advertise With Us | Using eWoss | Terms | About Us | Privacy Policy

© 2004-2006 eWoss.com. All trademarks are the property of their respective owners. All Rights Reserved.

**Web**  Desktop  News  Images  Local  Encarta

grow marijuana                              Search                                    m

+Search Builder  Settings  Help  Español

## Web Results

Page 1 of 797,281 results containing grow marijuana (0.03 seconds)

**marijuana. Shop eBay.** · www.ebay.com
Try browsing a huge selection now. Find exactly what you want today!

**marijuana how to grow** · www.ewoss.com
We Have What You Are Looking For.

growmedicine.com
growmedicine.com

Growing marijuana, buy marijuana. how to grow marijuana seeds ...
Information within this web site is ONLY SUITABLE for persons aged 18 years or older.
Information contained within this web site is for scientific and educational references ...
www.growing-marijuana.org  Cached page  8/20/2006

Growing marijuana - how to grow marijuana cultivation harvest grow ...
Growing marijuana - how to grow marijuana free guide: cultivation, harvest, sexing,
grow lights, plant seeds. our links | growing marijuana | marijuana alternatives |
marijuana seeds
www.growing-marijuana.org/guide.html  Cached page
Show more results from "www.growing-marijuana.org".

Lycaeum > Leda >
Lycaeum Entheogen Database ... Marijuana; MDMA ("Ecstasy") Mescaline;
Methamphetamine; Nitrous; Opium; Peyote; Psilocybe mushrooms; Salvia divinorum ...
leda.lycaeum.org  Cached page

Marijuana Seeds, Cannabis Seeds Online
Top Quality Marijuana seeds ... BC Seed King buys and distributes marijuana seeds. BC
Seed King specializes in marijuana seeds ...
www.bcseedking.com  Cached page

Untitled Document
www.natureshigh.com  Cached page

Marijuana.com | Your Source For All Things Marijuana
Marijuana.com ... Grow Light Systems ... Marijuana News Overview; KY: Several Letters to
the Editor posted ...
www.marijuana.com  Cached page

Growing Marijuana Advice (Cannabis) Legal Marijuana Highs, Marijuana ...
How to grow medical marijuana. Growing marijuana varieties. Excellent Growing
Marijuana. ... North Lights. Kaya. AURORA INDICA. Welcome to Questions & Answers
by ...
www.growadvice.com  Cached page

Growing Marijuana - Roll It Up .org -Roll It Up.org

SPONSORED SITES        SPONSORED SI

How To **Grow**
Find, compare and bi
products from thousa
trusted retailers.
www.shopping.com

TruGreen ChemLaw
Our complete treatmi
is your guide to a hea
weed-free lawn
www.trugreen.com

See your message



eWoss Search

Make eWos
Homepa

## Search Results

Wednesday, Augu

**Sponsored Results for marijuana how to grow**  About these results

### Help grow marijuana legally - MPP
The **Marijuana** Policy Project (MPP) works to educate the public on the need for **marijuana law** reform; the organization also coordinates state and federal grassroots lobbying efforts.
www.mpp.org

**Shopping Results 1 to 5 of 6 Total**

powered by
**YAHOO!** SHOPPING

### How to Grow Marijuana Indoors for Medical Use
Compare Prices: $15.07 - $19.96



### How High
DVD Description: **HOW** HIGH is a raucous comedy about two underachieving potheads from thewhen Cyrus' friend Ivory dies, and Cyrus uses his ashes as fertilizer **to grow marijuana**. When the two are taking their college entrance exams, Jamal explains...
AccStation.com
Price: $8.71



### How High
DVD Description: **HOW** HIGH is a raucous comedy about two underachieving potheads from thewhen Cyrus' friend Ivory dies, and Cyrus uses his ashes as fertilizer **to grow marijuana**. When the two are taking their college entrance exams, Jamal explains...
iTrimming.com
Price: $8.71



### How High
DVD Description: **HOW** HIGH is a raucous comedy about two underachieving potheads from thewhen Cyrus' friend Ivory dies, and Cyrus uses his ashes as fertilizer **to grow marijuana**. When the two are taking their college entrance exams, Jamal explains...
EverydaySource.com
Price: $8.71



### How to Grow the Finest Marijuana Indoors Under Lights
Compare Prices: $14.27 - $23.00



Shopping Results Page:

Web    Desktop    News    Images    Local    Encarta

marijuana pipes                                                   Search                                          m.

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 232,640 results containing **marijuana pipes** (0.03 seconds)

SPONSORED SITES

**marijuana. Shop eBay.** - www.ebay.com
Try browsing a huge selection now. Find exactly what you want today!

www.herbalaffiliateprogram.com
www.herbalaffiliateprogram.com/herbalsmokeshop/aff_manager/newaff/redirect.cfm?i/200309569...
Cached page

## Marijuana Pipes, Glass Pipes and Bongs : Herbal Tobacco
Herbal Tobacco, Bongs, **Pipes**, Glass **Pipes**. **Marijuana Pipes**, Glass **Pipes** and Bongs -
for all your smokin' needs!
www...marijuana-pipes-glass-pipes-and-bongs.com/herbal-tobacco.html   Cached page

## 420 Distributors **Marijuana Pipes** and Paraphernalia
Welcome to the world's finest website distributors of **marijuana pipes**, herbal smoke, weigh
scales ... Welcome to the world of 420 Distributors. Over 4,600,000 requests since January
2003.
www.420distributors.com   Cached page

## Marijuana Pipes, Ceramic, Metal, Stone, Handmade Wood Pipes
by fda law none of these products are labeled as the best legal buds, herbal highs, legal
hits ... Ceramic Pipe With Leaf: Just as in the use of tabacco, our traditional ...
www.legalherbalbuds.com/headshop/**pipes**/index.html   Cached page

## RateMyPipe.com - Rate **Marijuana Pipes**, Bongs and Bubblers
Rate or upload pictures of **marijuana pipes**, bongs and bubblers. ... **Pipes** only Bongs only
Bubblers only Other only Broken only View All
www.ratemypipe.com   Cached page   8/20/2006

## Marijuana Directory - Water **Pipes** - 420KindZone.com
Water **Pipes**. Check out our collection of water pipe links. We offer some of the finest
companies on this page, all fantastic pipe makers, fully aware of what ...
www.420kindzone.com/water-pipes.asp   Cached page

## ABOUT **MARIJUANA**(Cannabis,Hemp) Smoking Pipe.Glass,Stone,Wood Pipes ...
ABOUT **MARIJUANA**(Cannabis,Hemp) Smoking Pipe.Glass,Stone,Wood,Clay,Metal,Briar
Coloured Hand Carved ... You want CANNABIS SEEDS for your HEMP GROWING project
about *future* **MARIJUANA** SMOKING
aboutmarijuana.bizhat.com/pipes.html   Cached page

## Pipes and Bongs - MarijuanaVaporizer.com
The best Pipe and Bong retailers on the net ... PureTHCShop.com - Massive selection of
**Marijuana** Smoking ...
www.marijuanavaporizer.com/pipes-and-bongs.html   Cached page

SPONSORED SI

**marijuana pipes**
We Have What You /
Looking For.
www.ewoss.com

**Pipes**
Get more information
Pipes.
www.toseeka.com

**Pipes**
Looking to find pipes
Browse our pipes dir
pipdirectory.com

**pipes** Ringtone
Send This Ringtone
Phone Right Now, At
Charge!
gamertones.com

See your message



  

**PIPES** **PAPERS** **SCALES**

**ACCESSORIES** **BODY JEWELRY**

Search Rollies!

| Shipping Terms | Wholesale | HELP | International Orders | Order Status |

You must be at least 18 years of age to purchase from this site

### Home

- Papers
- Scales
- Accessories
- Body Jewelry
- Pipes
- Metal Pipes
- Glass Pipes
- Glass Blown Waterpipes
- Acrylic Waterpipes
- Speciality Smoking Pipes
- Hookahs
- Dugouts and One Hitters
- Power Pipes and Vaporizer
- Glass Bowls And Stems
- Pipe Addons



**PIPES**

All Products Intended and Sold For Legal Purposes Only!
Rollies.com  Pipes

## Pipe Section





**Metal Pipes**
Brass - Nickel - Anodized
More Info...

**Glass Pipes**
Glass Pipes - Bubblers -
Sherlocks - Hammers
More Info...



**Pre-Rolled Cones -**
Why roll your own
when you've got pre-
rolled cones?
Rollies.com · Papers
Pre-Rolled Cones

**BC Vaporizer:**



BC Vaporizer



**Glass Blown**



**Acrylic Waterpipes**

**Praise Rollies.com!**
See what great
things people have to
say about
Rollies.com
Click Here

**Deluxe** - Gently heats without combustion. You end up inhaling WAY LESS carbon monoxide, tar, and a lot of other bad chemistry.
Rollies.com · Pipes PowerPipes · BC Vaporizers · BCVap Deluxe

**Waterpipes**
Large and Small
More Info...

**Handheld and Stand ups**
More Info...

**Cleaners**



**Cleaners** - Restore your Pipe's brand new look!
Rollies.com · Accessories Cleaners



**Large Aluminum Grinder-Sifter**



**Large Aerospace Aluminum Grinder-Sifter** - 3 Chamber Aluminium Grinder-Sifter Combo!
Rollies.com · Accessories Grinders · Space Case · Large Aerospace Aluminum Grinder-Sifter

**Speciality Smoking Pipes**
Cermanics - Wood - Incognito - Proto Pipe and More
More Info...

**Hookahs**
Glass - Acrylic - Metal Hookahs
More Info...

**Help**
New to Rollies.com? **Don't Panic** Check out our **Help Section**, with an **FAQ**, the Rollies.com **Shipping Terms** page and much more!

**Gear Glass Waterpipes:**



**Gear Glass Waterpipe** - Glass on Glass - High Quality, High Demand -
Rollies.com · Pipes **Glass Blown Waterpipes** - Gear Glass Waterpipe

**Bent Bar Bells**



**Bent Bar Bells** - Looking for Bent Bar Bells?
Rollies.com · Body Jewelry · Bent Bar Bells



**Dugouts and One Hitters**
Wood or Plastic Dugouts - Glass or Metal One Hitters
More Info...



**Power Pipes and Vaporizer**
BC Vaporizer and cool Electric Pipes
More Info...



**Glass Bowls And**



**Pipe Addons**

**Deluxe** - Gently heats without combustion. **You end up inhaling WAY LESS carbon monoxide, tar, and a lot of other bad chemistry.**
Rollies.com   Pipes   PowerPipes   BC   Vaporizers   BCVap   Deluxe

Waterpipes
Large and Small
More Info...

Handheld and Stand ups
More Info...

**Cleaners**



**Cleaners** - Restore your Pipe's brand new look!
Rollies.com   Accessories   Cleaners





**Large Aluminum Grinder-Sifter**



**Large Aerospace Aluminum Grinder-Sifter** - 3 Chamber Aluminium Grinder-Sifter Combo!
Rollies.com   Accessories   Grinders   Space Case   Large Aerospace Aluminum Grinder-Sifter

## Speciality Smoking Pipes
Cermanics - Wood - Incognito - Proto Pipe and More
More Info...

## Hookahs
Glass - Acrylic - Metal
Hookahs
More Info...

**Help**
New to Rollies.com? **Don't Panic** Check out our **Help Section**, with an **FAQ**, the Rollies.com **Shipping Terms** page and much more!

**Gear Glass Waterpipes:**

 **Bent Bar Bells**



**Bent Bar Bells** - Looking for Bent Bar Bells?
Rollies.com   Body Jewelry   Bent Bar Bells

## Dugouts and One Hitters
Wood or Plastic Dugouts - Glass or Metal One Hitters
More Info...

## Power Pipes and Vaporizer
BC Vaporizer and cool Electric Pipes
More Info...

**Gear Glass Waterpipe** - Glass on Glass - High Quality, High Demand -
Rollies.com   Pipes   Glass Blown Waterpipes   Gear Glass Waterpipe





## Glass Bowls And

## Pipe Addons

Web  Desktop  News  Images  Local  Encarta

bongs                                    Search                              m$

+Search Builder  Settings  Help  Español

## Web Results
Page 1 of 385,240 results containing **bongs** (0.02 seconds)

SPONSORED SITES          SPONSORED SI

**Bongs Sale** - pottery-glass.ebay.com

Bongs (in stock). Pottery & Glass up to 75% off Retail

**Bongs** - www.shopping.com

Find, compare and buy products from thousands of trusted retailers.

**Bongs** - www.dealtime.com

Find, compare and buy products from thousands of trusted retailers.

**bongs**
Your Search Ends H(
Found It: bongs
www.ewoss.com

See your message

### Bongs - Glass **Bongs** - Water **Bongs** - enjoy ...
77 **bongs** that will make You crazy ! **Bongs**, glass **bongs**, water **bongs**, how to make a
bong. Welkom bong seekers, seek no more !
www.77bongs.com

### TheBongStore - **Bongs, Glass Bongs, Water Bongs**
browse through a large collection of **bongs**, and water pipes ... Your Source For: Glass
**Bongs**. Water **Bongs**. Glass Pipes. Marijuana Pipes. Water Pipes. Rolling Papers
www.thebongstore.com/Bongs  Cached page

### Glass **bongs**, glass pipes shipped worldwide! - Blunt Bros™
A marijuana-friendly cafe in the Gastown area serving basic food. Includes advertising, links,
events schedule, site map and contact information.
www.bluntbros.com

### Roor **Bongs**!, roor **bongs** and accessories available.
roor **bongs** the range of roor **bongs** ... Roor **Bongs** hand made in Germany. The roor bong
is renowned worldwide for quality and durability.
www.roor-bongs.com/roor-bongs.htm  Cached page

#### Roor **Bongs**!, roor **bongs** delivered worldwide, roor water pipes and ...
Roor **Bongs** is the premier online retailer of RooR **Bongs** around the globe, featuring
the ability to ... Custom Roor **Bongs** is the premier online retailer of RooR **Bongs**
around the globe, featuring the ...
www.roor-bongs.com  Cached page
Show more results from "www.roor-bongs.com".

### Friends of Party **Bongs** – Beer **Bongs** for Parties College Drinking ...
Try this New Cell Phone Drinking Game on us! Enter this special code to activate: 667-278-
926-647 aka "ONPARTYBONGS"
www.partybongs.com/links.htm  Cached page

### ACRYLIC **BONGS** & WATERPIPES
TITLE>"<The largest head shop online selling hookah - water pipes - glass smoking pipes -
tobacco ... India's No.1 manufacturer & exporter of smoking pipes, **bongs**, waterpipes, bird
feeders ...
www.univsagroup.com/acrylic_bongs.html  Cached page

 ™ Home News Sports Games

eWoss Search

Make eWos
Homepa

## Search Results

Wednesday, Aug

**Sponsored Results for bongs** About these results

### Groovy-Glass Smokeware
Offering acrylics, glass, metal pipes and **bongs**, dug-outs, grinders and many other on site specials.
www.groovy-glass.com

### Rollies.com - **Bongs** for Sale
Rollies.com has a variety of quality made glass and acrylic **bongs** for sale online. If you are looking for a new **bong** then visit our store and buy one today.
www.rollies.com

*Shopping Results 1 to 5 of 906 Total*

**YAHOO!** SHOPPING

### Don Bong/Short Stick
Designed in conjunction with Grand Master John Pelligrini and the ICHF, these 12" sticks are made from the same high quality stock as our canes and engraved with the ICHF logo as well as the Cane Master logo. Wood Types 1. Pure Hickory Heart: A naturally...
MartialMart Discount Martial Arts Equipment
Price: $18.95



### P-38 Lightning Silver, Bong Silver,"Marge
Flying the P-38 Lightning pictured, Major Richard Bong became America's "Ace of Aces. Sixty days after he broke the record of 26 victories that Eddie Rickenbacker held since WW I, he ran his score up to 40. Span: 19 1/2" Length: 14 1/4...
yhst-85052214902235
Price: $137.95



### Bong Bong Doll
Other collectors also added the following to their Precious Moments collection: Check out these other new and exciting items: Ten Years Heart to Heart $75.00 Jesus Loves Me - Boy $10.50 Miss Udder Putter $22.00 Beautiful And Blushing, My Baby's Now A Bride...
gocollect.com
Price: $474.97



### Armour Collection 1/48 P38 Lightning 49th FG/9th FS USAAF Maj. R.I. Dick Bong Ace Aircraft
Maj. R.I. 'Dick' Bong - 40 Victories...
Internethobbies
Price: $43.20

### P-38 J Lightning - Maj. Richard "Dick" Bong, 1942 (Corgi

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

        v.                case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

## SECOND AFFIDAVIT RE MICROSOFT'S FRAUD

# EXHIBIT G

ways to pass drug ...

**Ways** to **beat drug test**, **Ways** to pass a **drug test**, **ways** to pass **drug test**, workplace **drug** testing ... Pass Your **Drug Test**, Urine, Hair, Cocaine, Marijuana, Amphetamines, and THC, Pass A **Drug** ...
www.passthetest.com/ cocaine.html · Cached page

Drug Tests, Pass Drug Tests, Ways To Pass A Drug Test, How To Pass A ...

pass **drug** tests, **ways** to pass a **drug test**, how to pass a urine **test**, **beat drug** testing, **drug** tests ... **ways** to pass a **drug test** I allow Martha stopped listening from you want any way!
home.aol.com/passadrugtest/ detox-04.html · Cached page

How To Pass a Urine Test, Pass Drug Tests, Beat Drug Testing, Ways To ...

**drug** tests, **ways** to pword a **drug test**, pword **drug** tests, **beat drug** testing, how to pword a urine **test** ... pword **drug** tests The small talk and the square Niagara Bawls where and. Getting caught off the ...
www.superiormartialarts.com/Karate_Forum/posts/ 1262.html · Cached page

Ways To Pass a Drug Test, How To Pass a Urine Test, Beat Drug Testing ...

**drug** tests, how to pass a urine **test**, **beat drug** testing, **ways** to pass a **drug test**, pass **drug** tests ... **beat drug** testing It was what you are several answers amused. I know what was thrown her lips as ...
www.opensourcearmenia.com/Members/fawnkathy/ detox-04.html · Cached page

How To Pass a Urine Test, Pass Drug Tests, Beat Drug Testing, Drug ...

pass **drug** tests, **beat drug** testing, **drug** tests, how to pass a urine **test**, **ways** to pass a **drug test** ... **ways** to pass a **drug test** He had become a donkey a dishtowel. Both men whose condoms were a week ...
www.bloopdiary.com/users/72530/ detox-04.html · Cached page

Didn't get the results you expected? Help us improve.

**1**   2   3   4   5

SPONSORED SITES

**Drug test**
Approved for home/biz use, **test** using urine/saliva, ships same day
www.drugalcoholtestkits.com

**drug test**
Information and resources for **drug test**
www.gawwk.com

see next page

**Drug Test**
Top 5 USA For **Drug Test** Todays Finds From USbusinessfinder
personal.usbusinessfinder.com

Parents-Home **Drug Test**
will deter teen **drug**, alcohol, and tobacco use.
www.drugtestyourteen.com

**Drug** Tests on Sale Today
Fast, Reliable And Easy To Use -**Drug Test**- **Drug** Tests On Sale Today
www.testcountry.com

See your message here...

Learn more about the new Live Search.

Ways Beat Drug Test



**GAWWK**

DIRECTORY & SEARCH

web search / directory / bo

**Search Google, Yahoo!, Ask...**   drug test                    Search

## ➢ **Drug Test**

Your search for '**drug test**' found the following matches:

**Did you know?**
Gawwk searches 12 major engines at once for the best results?

**Recent related searches:**

Drug Test Kit
Hair Drug Test
Drug Screen Test
Drug Test Kits
Saliva Drug Test Kit
Urine Drug Test Kit
Saliva Drug Test
At Home Drug Test
Home Drug Test

Are you looking for?

Ways to Pass a Drug Test

Tips on Passing a Drug Test

Drug Testing Advice

Marijuana Drug Test Be Passed

Marijuana Detox

Urine Test for Drugs

How Long Do Drugs Stay in Your System

Drug Testing in the Workplace

- **Drug Tests FDA Approved**
  $3.93 5-Panel **Drug** Tests, Wholesale **Drug** Kits, Home, Business, Clinical
  Sponsored by: http://www.uritox.com/

- **Drug Testing Solutions**
  Immediate Results, Easy to Read, Free Shipping, FDA Cleared
  Sponsored by: http://www.americanscreeningcorp.com/

- **Drug Testing DrugBusters**
  Free Shipping, Single Panel $1.07 5 Panel $3.99, 10 Panel $7.95
  Sponsored by: http://www.drugbusters.net/

- **Urine Drug Test Kits as Low as $1.64**
  Our lowest price guarantee. FDA-approved, easy-to-use **drug** tests. Quantity pricing. Buy more and save. For home, clinic or work use. Discreet shipping.
  Sponsored by: http://uritoxmedicaltesting.com

- **Drug Test**
  **Drug** Tests, FDA Approved, High Quality. Buy Direct and Save
  Sponsored by: http://www.binx.com/

- **Meditests.com Drug Tests**
  Saliva, hair and urine **drug** tests. Low prices and great quality. We offer free shipping, coupons for repeated customers and quantity discounts.
  Sponsored by: http://www.meditests.com

- **Drug Test Meditests.com**
  FDA cleared **drug test** Free s/h Low price Guaranteed !
  Sponsored by: http://www.meditests.com/

- **Drug Testing Solutions**
  Free U.S. shipping, immediate results, FDA-approved, repeat buyer discounts; optional SAMHSA lab confirmations.
  Sponsored by: http://www.americanscreeningcorp.com

- **Drug Tests**
  FDA approved, 99% accurate, results in minutes, set to Samsha cut-off levels with a 18 month shelf-life. Buy direct and save.
  Sponsored by: http://surescreencorp.com

## CERTIFICATE  OF SERVICE

I hereby certify that I have mailed a copy of my *Corrections* and *Second Affidavit Re Microsoft's Fraud* to:

Daniel v. Folt
1100 North Market Street
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
1116 West Street
Wilmington, Del. 19801

This the 27th day of September, 2006.

Christopher Langdon, Plaintiff
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539---- qiology@aol.com