UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

       v.                  case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

## SECOND AFFIDAVIT RE MICROSOFT'S FRAUD

# EXHIBIT A

## B. What are the content guidelines for an ad?

Microsoft adCenter reserves the right to not accept advertising content at its discretion.

**Adult/Sexual Content**
- Microsoft adCenter will not accept advertising on adult keywords.
- Advertisements and associated landing pages may not contain sexually explicit content.
- Advertising will not be accepted for sites that feature predominantly adult content.
- Adult content, if any, within otherwise non-adult sites, must be clearly segregated from other content.

**Alcohol**
- Advertising that promotes beer or hard alcohol is not allowed.

**Cable Descramblers**
- Advertising that promotes devices used to descramble cable and/or satellite signals is not allowed.

**Defamatory, Libelous, Slanderous Content**
- Advertising will not be accepted for anything that facilitates defamatory, libelous, or slanderous content.

**Drug Testing**
- Advertising will not be accepted for sites that promote products for beating drug tests.

**Drugs and Drug Paraphernalia**
- Advertising for illegal drugs or related paraphernalia is not allowed.

**Fake Documents**
- Advertising for fake identification or documentation is not allowed.

**Firearms**
- Advertising that promotes firearms or weapons of any kind is not allowed.

**Fireworks**
- Advertising for fireworks is not allowed.

**Free Offers & Sweepstakes**
- Advertising promoting sweepstakes are not allowed. Advertising offering "free" goods or services must also include an indication that terms and conditions apply.

**Gambling Content**
- Advertising that promotes gambling or wagering is not allowed.

**Hate Speech**
- Advertising that facilitates or promotes hate speech, whether directed at an individual or a group, will not be accepted.

**Illegal Activity**
- Advertising promoting or facilitating illegal activity is not allowed.

**Illegal Contests, Pyramid Schemes, and Chain Letters**
- Advertising that promotes illegal contests, pyramid schemes, or chain letters is not allowed.

**Non-accredited Universities**
- Advertising that promotes non-accredited universities is not allowed.

**Pharmacies & Medical/Pharmaceutical Products**
- Advertisements for pharmacies and medical or pharmaceutical products are restricted based on applicable laws.

**Political Content**
- Advertising will not be accepted that exploits "hot button" political issues for commercial gain. However, political advocacy is generally permissible.

**Privacy Statement**
- Advertisers must include a prominent link to a privacy policy that is applicable to the information being collected.

**Profanity**
- Any content that is profane in the language of the website on which the creative is displayed is not allowed.

**Religious Content**
- Advertising will not be accepted that uses a religion's texts or rituals to ridicule or shock its followers.

**Software**
- Advertising promoting software that takes actions not expressly consented to by the user (e.g. dialers) will not be allowed.

**Spam**
- Advertising for bulk marketing products will not be permitted if the intended use is unsolicited spam.

**Suffering and Violence**
- Advertising will not be accepted for sites that advocate, glorify, or promote rape, torture, cannibalism, suffering or death, or graphic or violent images.

**Tobacco**
- Advertising that promotes tobacco is not allowed.

**Traffic Tickets**
- Advertising that promotes devices, services, or methods to avoid traffic tickets is not allowed.

**Trademarks**
- Advertisers sometimes bid on as keywords, or include within the text of their advertisements, words that are the trademarks of others.
- Microsoft requires all advertisers to agree that they will not bid on keywords, or use in the text of their advertisements, any word whose use would infringe the trademark of any third party or would otherwise be unlawful or in violation of the rights of any third party.
- An advertiser may use a third party's trademark as a keyword or under certain circumstances, where the use is truthful and lawful. Such uses may be appropriate under the following circumstances:
    - Reseller. The Advertiser's website sells authentic goods or services that are distributed under the trademark.
    - Information Site. The main purpose of the Advertiser's site is to provide information (for example, product reviews) about goods or services represented by the trademark, and the Advertiser does not sell or facilitate the sale of any product or service that competes with the goods or services represented by the trademark.
    - Dictionary Terms that are Trademarks. The Advertiser is clearly using the ordinary, dictionary use of a term, and the Advertiser's site does not sell, of facilitate the sale, of any product or service that competes with the owner of the trademark for such term.
- Except for the above exceptions, an Advertiser should not bid on as keywords, or include within the text of their advertisements, words that are the trademarks of others, including trademarks of the Advertiser's competitor.
- If you have a concern that your trademark is being used improperly, please contact us by completing the form on the Trademark Concerns Page.

**Webcams/Surveillance Equipment**
- Advertising will not be accepted for sites that promote the sale or use of webcams/surveillance equipment for illegitimate use.