UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
     Plaintiff,

v.                    case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
     Defendants.

<u>SECOND AFFIDAVIT RE MICROSOFT'S FRAUD</u>

# <u>EXHIBIT B</u>

Web    Desktop    News    Images    Local    Encarta

live sex                                          Search                              mน

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 79,481,888 results containing **live sex** (0.05 seconds) (with SafeSearch: Moderate)

SPONSORED SITES                    SPONSORED SI

**Free Live Webcam Chat** - i-friends.net

Chat live with thousands of webcam user. Create your free account now.

**Live** - www.alibris.com

Used, new, and out-of-print books. Find it at Alibris and save.

**Adult - live sex** - www.nightsurf.com

Warning: Adult Content. Nightsurf is for adult users only.

**live sex ringtones**

Get live sex ringtones
and No Charge

ringtonesuccess.com

See your message

## live sex cam :: The live sex cam blog :: Live sex cam health outcomes ...

**Live sex** cam health outcomes. **live sex** cam **live sex** cam the Task **live sex** cam **live sex** cam the **live** ... **Live sex** cam health outcomes. **live sex** cam **live sex** cam the Task **live sex** cam **live sex** cam the ...

sex.excisearch.net/live-sex-cam.html   Cached page

### live sex :: The live sex blog :: Live sex and sufficient evidence live ...

**Live sex** and sufficient evidence **live sex** **live sex** **live sex** **live sex** intervention **live sex** recommended). **live** ... **Live sex** and sufficient evidence **live sex** **live sex** **live sex** intervention **live sex** recommended ...

sex.excisearch.net/live-sex.html   Cached page

Show more results from "sex.excisearch.net".

## LIVE SEX FORUM - Powered by vBulletin

Welcome to the **LIVE SEX** FORUM. If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to ...

www.livesexforum.com   Cached page

## freelivesexchat's Xanga Site

FREE **LIVE SEX** CHAT - WEBCAM GIRLS - PORN FEEDS - NUDE TEEN CHATROOMS: Visit video **live** cam girls,naked webcam girls, **live sex** cam chat, real **live** amateur home videos,cam guys adult cams real people ...

www.xanga.com/freelivesexchat   Cached page

## Live sex - Adult live sex list show

T he SinCity HardCore House is waiting for you. We have tens of rooms filled with wild **live** shows. Here the party never ends. When they get drunk they do absolutely wild things.

www.strainedbliss.com   Cached page   8/20/2006

## Yahoo! 360° - FREE LIVE SEX WEBCAMS CHAT - NUDE LIVE GIRLS

FREE **LIVE SEX** WEBCAMS CHAT - NUDE **LIVE** GIRLS. Free **sex** webcams chatlive, free web cam chat, free web cams software, adult webcam chat rooms,

blog.360.yahoo.com/freelivesexwebcamschat   Cached page

## Live Sex Chat Webcam Shows - Free live video chat with webcams and ...

Free **live** adult Web Cams and chat. Nude sexy camgirls, teens, lesbians, voyeur, couples,

Web    Desktop    News    Images    Local    Encarta

fucking                                                    Search                                    

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 263,281,015 results containing **fucking** (0.02 seconds) (with SafeSearch: Moderate)

SPONSOREI

Adult - **fucking** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Fucking, Austria - Wikipedia, the free encyclopedia

**Fucking** ( IPA : /ˈfʊkɪŋ/ —the "u" is pronounced like the "u" in English "put") is a small settlement (population c part of the municipality of Tarsdorf , in the Innviertel region of ... .
en.wikipedia.org/wiki/Fucking%2C_Austria   Cached page

### fucking champs

Email the band. Newsworthy. Recordings. Tour dates. Pictures. Sounds. CAQ. Press. Drag city. Leafygreen bool Louder
www.thefuckingchamps.com   Cached page

### hardcore granny fucking

hardcore granny **fucking**, natural tits mature, mature hand job ... hardcore granny **fucking**: in a set hardcore gra **fucking** hardcore granny **fucking** Craving range from ...
msjasas.info/hardcore-granny-fucking.html   Cached page

## Teen Fucking » Melissa - Teen Fucking

Sexy Latina coed gets crammed full of hard cock sideways. Click here to watch the full episode!
www.iteenfucking.com/?p=37   Cached page

### Teen Fucking » Lexi Belle - Teen Fucking

We have Lexi and other cute teens who want their shot at the top and could care less how they get there. Cl here to see the sizzling cock sucking and **fucking** action.
www.iteenfucking.com/?p=36   Cached page

Show more results from "www.iteenfucking.com".

## Fucking Machines

**Fucking** Machines ... Sort: by Name A-Z by Name Z-A by Price low to high by Price high to low by Best Selling
www.extremerestraints.com/fucking-machines_48   Cached page

### old woman fucking

old woman **fucking**, blow job milf, ladies shagging mature ... old woman **fucking** > Fetish > Older&MatureP MILI Hunter newMoms with overflowing old woman **fucking** old ...
matureshez.info/old-woman-fucking.html   Cached page

### anna nicole smith fucking

anna nicole smith **fucking**, bad day - daniel powter, anna kournikova naked ... anna nicole smith **fucking** > Cele Naked anna nicole smith **fucking** teen actresses showing skin ...
celebscool.info/anna-nicole-smith-fucking.html   Cached page

### gay man fucking

gay man **fucking**, old gay, gay men ... gay man **fucking**: blog written by a gay man **fucking** male of his favorites his sexy thoughts!Category

http://search.msn.com/results.aspx?q=fucking&FORM=QBRE                                    8/23/2006

Web    Desktop    News    Images    Local    Encarta

gay fucking                                        Search                              msn

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 35,506,874 results containing **gay fucking** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

**Meet Gay Singles** - www.date.com
Don't spend another night alone. Find local singles just like you.

**Don't Wait for Gay Dates** - www.gayfriendfinder.com
Cute single men waiting for you. Join now and meet someone today!

**Adult - gay fucking** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## gay men fucking

**gay** men **fucking**, free **gay** picture too, amateur **gay** ... **gay** men **fucking**: sex, and depression!Category: BLOGS > Men > **gay** men **fucking** Black Hunk ...
agjusk.info/gay/gay-men-fucking.html  Cached page

### gay man fucking

**gay** man **fucking**, old **gay**, **gay** men ... **gay** man **fucking**: blog written by a **gay** man **fucking** male of his favorites and his sexy thoughts!Category
agjusk.info/gay/gay-man-fucking.html  Cached page
Show more results from "agjusk.info".

## gay guys fucking

**gay** guys **fucking**, **gay** sex picture, **gay** ass fuck ... solo masturbation and hardcore videos.Content Quality: Most of the **gay** guys **fucking** are more glamour ...
ammmgay.info/gay/gay-guys-fucking.html  Cached page

### gay man fucking

**gay** man **fucking**, hot **gay** men, **gay** foto ... **gay** man **fucking**: ebony stripping and masturbating **gay** man **fucking** he **gay** man **fucking** FREE > Men >
ammmgay.info/gay/gay-man-fucking.html  Cached page
Show more results from "ammmgay.info".

## gay ass fucking

**gay** ass **fucking**, ass teen, young teen anal ... **gay** ass **fucking**: PAY > Straight > Anal SexF In Her Tight Asshole newBlonde beauty takes a cock into ...
analsjajs.info/gay-ass-fucking.html  Cached page

## Gay Fucking

Ah post whatever you want...keeping in mind that I have the power to delete this anything I want. Oh it's sweet I know. **Gay Fucking** [ ...
elteensters.topcities.com/wwwboard/38.html  Cached page

## gay ass fucking

**gay** ass **fucking**, ass licking tranny, hot blonde ass ... **gay** ass **fucking** experience. The **gay** ass **fucking** updates **gay** ass **fucking** to **gay** ass **fucking** because **gay** ...
analzvoyeur.info/gay-ass-fucking.html  Cached page

SPONSORED S!

**Gay**
Used, new, and out-c
books. Find it at Alibr
save.
www.alibris.com

**Gay Singles with M**
View Profiles of Gay
Singles Meet Athletic
(Join Free)
www.fitness-singles.c

**Find Gay A - $7.10**
Find any unlisted nur
address history. Insta
Accurate Results
www.intelius.com

**Gay**
Web directory for gay
Browse our gay direc
gaycatalog.net

**Are People Born Ga**
Learn more with 100s
expert pros & cons in
nonpartisan format
www.borngayprocon

See your message

**Web**  Desktop  News  Images  Local  Encarta

group sex

Search

*m*

+Search Builder  Settings  Help  Español

## Web Results

Page 1 of 42,823,539 results containing **group sex** (0.03 seconds) (with SafeSearch: Moderate)

SPONSORE[

**Free online dating** - www.siipersonals.com
Network with 20 million+ singles. Register now & get free access!

**Adult - group sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### group sex :: The group sex blog :: Group sex cessation activities ...

**Group sex** cessation activities. Current efforts should **group sex group sex group sex group sex** in ... **Group** cessation activities. Current efforts should **group sex group sex group sex group sex** in ...
sex.excisearch.net/group-sex.html  Cached page  8/21/2006

### Group sex - Wikipedia, the free encyclopedia

**Group sex** is sexual behaviour involving more than two participants at the same time. The main focus of this pag **group sex** among humans; however, **group sex** also exists with other species in the ...
en.wikipedia.org/wiki/Group_sex  Cached page

### group sex :: The group sex blog :: Group sex school-based group sex ...

**Group sex** school-based **group sex group sex** tobacco industry **group sex group sex group sex** –- are ... **Gr sex** school-based **group sex group sex** tobacco industry **group sex group sex group sex** –- are ...
sex-sex-free.excisearch.net/group-sex.html  Cached page

### Group Sex :: Sex and Sexuality :: Free sex guide, sex positions, anal ...

Free **sex** guide, **sex** positions, anal **sex**, oral **sex**, **sex** directory, G Spot, **sex** forum.Sexual positions ... Adriana Sommer da Costa. Psychologist and Sexologist. **Group sex** , a rather anonymous sexual ...
www.sexuall.org/Article141.phtml  Cached page

### Their cover album "The Anatomy Of" Is simply amazing.

hardcore **group sex** hardcore **group sex**; In hard mode, enemies are worth more also, but there will be more of and they will be more accurate and more frequent with their shots. ListeChroniquesLivres.
2351ad5.tekcities.com/hardcore/group-sex.html  Cached page

### group sex :: Blog

**group sex**, live **sex**, **sex** ... **group sex**: chronic pain, **group sex** prone to dizziness?**Sex** Position Consideration **sex** Limbs, Which ...
sexstory.30mb.com/group-sex.html  Cached page

### www.seedwiki.com

www.seedwiki.com/Accounts/imogene_angieftb_30882/index-group-sex.html

### Group Sex cinemisex Group Sex

**Group Sex** What's New Here? - Hardware Software DVD Movies. Categories 2 IN 1 ALL GIRLS ANAL ASIAN B&D/S&M Products BI TRIANGLES BIG ASS BLACK CUBAN PHOTO GALERY CUBANAS ...
cinemisex.com-index.php?cPath=46  Cached page

### Colorado Service Group for Sex & Love Addicts

Need Help? ` CALL US FOR CONFIDENTIAL HELP & INFORMATION RELATED TO **SEX** AND LOVE ADDICT

Web    Desktop    News    Images    Local    Encarta

anal sex                                    Search                          

+Search Builder    Settings    Help    Español

# Web Results
Page 1 of 19,194,655 results containing **anal sex** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORE!

**Adult - anal sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Anal sex - Wikipedia, the free encyclopedia
**Anal sex** or **anal** intercourse is a form of human sexual behavior . While there are many sexual acts involving the anus , **anal** cavity, sphincter valve and/or rectum , the specific meaning describes the ...
en.wikipedia.org/wiki/Anal_sex  Cached page

## Anal sex movie - BlogHoster
**Anal sex** movie daily updated blog - Posted at 3:22 AM on 8/14/2006 by **Anal sex** movie. **Anal sex** movie daily updated blog
www.blogsharing.com/analsexmovie  Cached page

## ANAL SEX Galleries
Notify Blogger about objectionable content. What does this mean?
analsexws0.blogspot.com  Cached page

## ANAL SEX
**ANAL SEX** All about **ANAL SEX**. Only best info about **ANAL SEX**. This site about **ANAL SEX**.
analsex12.blogspot.com  Cached page

## Anal Sex According to the Word of God
**Anal Sex** in Accordance with God's Will. Are you saving yourself for your wedding night? The Devil wants you to that's why he puts stumbling blocks in your way.
www.sexinchrist.com/index.html  Cached page

## Anal Sex Pictures and Movies
Notify Blogger about objectionable content. What does this mean?
analsex00.blogspot.com  Cached page

## Anal Sex Guide :: Sex and Sexuality :: Free sex guide, sex positions ...
Free **sex** guide, **sex** positions, **anal sex**, oral **sex**, **sex** directory, G Spot, **sex** forum.Sexual positions ... Definition history, sexual technique , precautions and alternative techniques
www.sexuall.org/Article14.phtml  Cached page

## The Daily Probe -- Because real news sucks.
The Daily Probe is a satirical newspaper from the Internet's leading humor publishing company ... National **Anal** Month Marked By **Anal Sex** New York (DPI) - February marks the 75th ...
www.dailyprobe.com/arcs/021902/asm.shtml  Cached page

## Anal: See what people are saying right now on Technorati
Pornwhore Nikki Ryder takes two cocks in both of her holes (**Anal sex** porn) August 16th, 2006...
technorati.com/tag/Anal  Cached page

## AskMen.com - Anal Sex

Web    Desktop    News    Images    Local    Encarta

sex                                              Search                          ms

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 693,033,730 results containing **sex** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED

**sex ringtones** - ringztone.com
Get sex ringtones. Easy and No Charge

**Adult - sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

**sex** :: The **sex** blog :: **Sex** smoking-attributable **sex sex** productivity ...
**Sex** smoking-attributable **sex sex** productivity **sex sex sex** in **sex sex** States, individual **sex** and user ... **Sex** sm
attributable **sex sex** productivity **sex sex sex** in **sex sex** States, individual **sex** and ...
sex-sex-free.excisearch.net/sex.html   Cached page

**sex** dating :: The **sex** dating blog :: **Sex** dating original studies. **sex** ...
**Sex** dating original studies. **sex** dating be included in the reviews **sex** dating **sex** dating studies had ... **Sex** datin
original studies. **sex** dating be included in the reviews **sex** dating **sex** dating ...
sex.excisearch.net/sex-dating.html   Cached page

**sex** club :: The **sex** club blog :: **Sex** club recommendations **sex** club ...
**Sex** club recommendations **sex** club strong **sex** club of effectiveness **sex** club to **sex** club intervention ... Se
recommendations **sex** club strong **sex** club of effectiveness **sex** club to **sex** club ...
sex.excisearch.net/sex-club.html   Cached page
Show more results from "sex.excisearch.net".

## Safer **Sex** Index

Safer **sex** index at the Sexual Health infoCenter. Here you'll find information on condoms, dental ... About US | T
Conditions | Privacy: Copyright 1997-2005 Reliance Web Retail Inc.
www.sexhealth.org/safersex   Cached page

## **Sex** Therapy Center of Orange County California - **Sex** therapy by ...

Specializing in the diagnosis and treatment of sexual problems for couples and individuals.
www.sextherapycenter.org   Cached page

## Sexual lyrics prompt teens to have **sex** - Yahoo! News

Teens whose iPods are full of music with raunchy, sexual lyrics start having **sex** sooner than those ... CHICAGO
Teens whose iPods are full of music with raunchy, sexual lyrics start having **sex** sooner ...
news.yahoo.com/s/ap/20060807/ap_on_re_us/sex_lyrics_teens   Cached page

## **Sex**-Based Discrimination

**Sex**-Based Discrimination. Title VII of the Civil Rights Act of 1964 protects individuals against employment
discrimination on the basis of **sex** as well as race, color, national origin, and religion.
www.eeoc.gov/types/sex.html   Cached page

## Are You Ready to Have **Sex**? A 45 Question Quiz - Give us 20 minutes of ...

Are You Ready to Have **Sex**? A 45 Question Quiz - Give us 20 minutes of your time and 45 honest ... 45 questio
will help you decide if you are ready to become sexually active.
teensadvice.about.com/library/blsextest1.htm   Cached page

**Web**   Desktop   News   Images   Local   Encarta

lesbian sex                                          Search                                          *m§*

+Search Builder   Settings   Help   Español

## Web Results

Page 1 of 21,318,104 results containing **lesbian sex** (0.03 seconds) (with SafeSearch: Moderate)

SPONSOREI

**Lesbian** - setthetrend.com
Find out what's hot and what's not! Your Lesbian guide.

**Chat Free with Lesbians** - www.thematchmakingpages.com
Meet lesbians online at TheMatchmakingPages.com. Search for free.

Adult - **lesbian sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

adultsss.freehostia.com
adultsss.freehostia.com/index.html

## Lesbian Sex Tips Manual. Learn how to make love to a woman ...

Amazing Dreams Publishing, **lesbian** coming out guide, **lesbian** support group, **sex** tips guide, free ... **Lesbian** ‹ Tips: A Guide For Anyone . Who Wants to Bring Pleasure

www.amazingdreamspublishing.com/lesbiansextips.html   Cached page

### Lesbian Coming Out Guide, Lesbian Sex Tips Guide, How to make love to ...

Features books on coming out, **lesbian** fiction and non-fiction, and free **lesbian** e-cards.

www.amazingdreamspublishing.com   Cached page

Show more results from "www.amazingdreamspublishing.com".

## lesbian sex - Home

**Lesbian Sex:** Contrast, as though it seemed paradoxical, understands a consumer complex, also it is emphasize work . **lesbian sex** Action is continuous. **lesbian sex** Structural famine is so important ...

klifvem.proboards92.com/index.cgi   Cached page

## AfterEllen.com - Buffy to Show First Lesbian Sex Scene on Network TV

Over its seven-year run, Buffy has pushed the envelope in terms of of **lesbian** representation on ... Next week, ir third-to-last episode of the series ...

www.afterellen.com/TV/buffy-sex.html   Cached page

## Amazon.com: Lesbian Sex: Books: JoAnn Loulan

Amazon.com: **Lesbian Sex:** Books: JoAnn Loulan by JoAnn Loulan ... This item is not eligible for Amazon Prime over a million other items are.

www.amazon.com/exec/obidos/tg/detail/-/0933216130?v=glance   Cached page

## hardcore lesbian sex - Home

That is written on this page a lie! Hence: the private(individual) derivative really causes a cult of personality abou such authors as J. Political modernization considers a principle of ...

marriluig.proboards77.com/index.cgi   Cached page

## Create Forum free Forums

Offers free forum hosting using the popular phpBB message board software. ForumUp.com is a free ... Arabic Cl simplified Danish Dutch English French German Greek Italian Japanese Portuguese ...

lescams.forumup.org   Cached page

**Web**   Desktop   News   Images   Local   Encarta

oral sex                                        Search                               **ms**

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 8,419,189 results containing **oral sex** (0.09 seconds) (with SafeSearch: Moderate)

SPONSOREI

Adult - **oral sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### Oral sex - Wikipedia, the free encyclopedia

**Oral sex** (from Latin os, oris "mouth") consists of all the sexual activities that involve the use of the mouth and to to stimulate genitalia . It may be used as foreplay before intercourse , as ...

en.wikipedia.org/wiki/Oral_sex   Cached page

### oral sex :: The oral sex blog :: Oral sex and oral sex a media ...

**Oral sex** and **oral sex** a media campaign can be **oral sex** complex process. Smoking-Attributable **oral** ... **Oral s oral sex** a media campaign can be **oral sex** complex process. Smoking-Attributable **oral** ...

sex.excisearch.net/oral-sex.html   Cached page   6/21/2006

### oral sex - Definitions from Dictionary.com

Definitions of **oral sex** at Dictionary.com. ... **oral sex**. n. Sexual activity involving **oral** stimulation of one's partner organs.

dictionary.reference.com/search?q=oral%20sex   Cached page

### The Oral Sex Donation System | The Brunching Shuttlecocks

The **Oral Sex** Donation System. by Lore Sjöberg. While advertising as a form of support for independent Web sit proven about as effective as sugar-frosted dental floss, the Web still manages to ...

www.brunching.com/oralsexdonation.html   Cached page

### USATODAY.com - Teens define sex in new ways

More than half of 15- to 19-year-olds are engaging in **oral sex**, according to a groundbreaking study ... E-Mail Newsletters: Sign up to receive our free Daily Briefing e-newsletter and get the top news ...

www.usatoday.com/news/health/2005-10-18-teens-sex_x.htm   Cached page   8/22/2006

### oral sex :: The oral sex blog :: Oral sex neonatal oral sex oral sex ...

**Oral sex** neonatal **oral sex oral sex oral sex oral sex oral sex** user-defined populations. ... **Oral sex** neonatal **oral sex sex oral sex oral sex** user-defined populations.

sex-sex-tree.excisearch.net/oral-sex.html   Cached page   8/21/2006

### Oral Sex: A Dangerous and Deadly New Trend!

use the 13th Chapter of Hebrews, verse 4 (Marriage is honorable in all, and the bed undefiled), as a ... **Oral Sex**: Dangerous New Trend! If you are living in a defiled marriage, meaning unequally ...

www.landoverbaptist.org/news0504/oralsex.html   Cached page

### Oral Sex According to the Word of God

**Oral Sex** in Accordance with God's Will. Since the publication of our original article on anal **sex** and God's will, w received several inquiries asking to clarify God's position concerning ...

www.sexinchrist.com/oralsex.html   Cached page   8/22/2006

### Alarming sexual behavior among children

Description of alarming sexual behavior among children. ... Times have changed: children as young as twelve ar

**Web**   Desktop   News   Images   Local   Encarta

gay porn                                   Search       

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 145,289,205 results containing **gay porn** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

**Meet Gay Singles** - www.date.com
Don't spend another night alone. Find local singles just like you.

**Gay Friends and Romance** - www.gayfriendfinder.com
Thousands of photos and profiles. Join now for free!

**Adult - gay porn** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Gay pornography - Wikipedia, the free encyclopedia

Early **gay porn** in the 1940s and 1950s focused on athletic men or body builders in statuesque poses. They were generally young, muscular, and with little or no visible body hair.
en.wikipedia.org/wiki/Gay_pornography   Cached page

## Free **Gay Porn** Tour :: Free **Gay** Pictures just to make your cock erected

Free **Gay Porn** Tour of our site gives you a great opportunity to see high quality **gay porn** pics. ... Join US and you will get access to our other sites. More than 100 **gay porn** sites at once for one ...
www.tendergay.com/freetour.html   Cached page   8/22/2006

## Gay porn

**Gay porn Gay porn** pictures and movies. Free **Gay** Sex Links
gay-pornxz.blogspot.com   Cached page

## Free **Gay Porn**

free **gay porn**. Free **Gay** Hardcore **Porn** Site Updated DAILY - 1000's of free **gay** pics, movies / videos, **gay** male sex pics / clips, and **gay** picture galleries
d7gay-porn.blogspot.com   Cached page   8/20/2006

## **Gay Porn** Blog: We're Obsessed with **Gay Porn** - **Gay Porn** Pics, Videos ...

We wouldn't joke about free **gay porn**. Click on the banner below for the Daily Player and five free streaming **gay porn** clips a day. The Daily Player, powered by NakedSword.com, gives **Gay Porn** Blog ...
www.gaypornblog.com/archives/2006/02/gay_porn_stars_2.html   Cached page

### **Gay Porn** Blog: We're Obsessed with **Gay Porn** - **Gay Porn** Pics, Videos ...

We wouldn't joke about free **gay porn**. Click on the banner below for the Daily Player and five free streaming **gay porn** clips a day. The Daily Player, powered by NakedSword.com, gives **Gay Porn** Blog ...
www.gaypornblog.com/archives/2006/03/gus_mattox_gay.html   Cached page
Show more results from "www.gaypornblog.com".

## Gay porn

**Gay porn Gay porn** pictures and movies. Free **Gay** Sex Links

SPONSORED SI

**Gay Singles with M**
View Profiles of Gay
Singles Meet Athletic
(Join Free)
www.fitness-singles.s

**Find Gay A - $7.10S**
Find any unlisted nur
address history. Insta
Accurate Results
www.intelius.com

**Gay**
Used, new, and out-c
books. Find it at Alibr
save.
www.alibris.com

**Gay**
Web directory for gay
Browse our gay direc
gaycatalog.net

**Are People Born Ga**
Learn more with 100s
expert pros & cons in
nonpartisan format
www.borngayprocon

See your message

Web   Desktop   News   Images   Local   Encarta

porn                                                        Search                                              m

+Search Builder   Settings   Help   Español

## Web Results

Page 1 of 434,873,392 results containing **porn** (0.08 seconds) (with SafeSearch: Moderate)

SPONSORE[

Adult - **porn** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### Red Hot **Porn** Stars - Today's Top **Porn** Stars
WARNING: Red Hot **Porn** Stars Contains Adult Material Of An Extreme Nature
www.redhotpornstars.net   Cached page

### The **Porn** Museum. X-Rated **Porn**, Amateur **Porn**, **Porn** Videos, **Porn** Stars ...
Thousands Of **Porn** Pictures, Free **Porn**, Teen **Porn**, Amateur **Porn**, **Porn** Video's, Vintage **Porn** ... Thousands
**Porn** Pictures, Free **Porn**, Teen **Porn**, Amateur **Porn**, **Porn** Video's, Vintage **Porn**
www.porn-museum.com   Cached page   8/21/2006

### **Porn** Dreams, Amateur **Porn**, Amateur Swingers, Teens, Housewives, Giving ...
**Porn** Dreams has amateur **porn**, amateur swinging wives, wife swapping husbands who let their wives ... **Porn**,
Pictures, Amateur **Porn**, X Rated **Porn**, **Porn** Pictures, **Porn** Video's, **Porn** Stars, Teen **Porn** ...
www.porn-dreams.com   Cached page

### frontline: american **porn** | PBS
Documenting the pornography industry's multibillion-dollar rise into mainstream American life.
www.pbs.org/wgbh/pages/frontline/shows/porn   Cached page

### ebony **porn**
ebony **porn**, black sex **porn**, free ebony **porn** ... ebony **porn**:
SexHandjobHardcoreInterracialLatinLesbiansMegasitesOral SexPorn ebony **porn** ...
bbjiusk.info/ebony-porn.html   Cached page   8/22/2006

### CNNPORN - Free Links **Porn**. **Porn** Pic. **Porn** Clip. XXX. Live **Porn**.
Free links **porn**, **porn** clip, **porn** pic, **porn**, free **porn**, live **porn**, **porn** star, free **porn** movie, free ... **PORN PORN**
**PORN PORN PORN PORN PORN PORN PORN PORN PORN**
www.cnnporn.com   Cached page   8/20/2006

### Welcome to Furniture **Porn**!!
The action is all-hot, all-amateur, and all-upholstered at the Web's finest **porn** parody site. ... It's time to start squ
the udders of this website, and make 'em moo up some cashola!
www.furnitureporn.com/furnporn1.html   Cached page   8/21/2006

### Asian **porn**
Asian Girls adult links to free **porn** - Adult Links :.. free Asian Girls adult links **porn** tgp galleries e-cards tgp2 dvd
video ... PicPost : Sexy Asian **Porn** Star - **Porn** star Charmaine show her best ...
1qasian-porn.blogspot.com   Cached page   8/22/2006

### **porn** toon
**porn** toon, hard hentai, hardcore anime babes ... **porn** toon: FREE > Other > CartoonsF Erotic **porn** toon
BabesCartoon chicks in some **porn** toon shots ...
cartoonchik.info/porn-toon.html   Cached page

**Web**  Desktop  News  Images  Local  Encarta

gay sex                                    Search

+Search Builder  Settings  Help  Español

## Web Results

Page 1 of 58,046,509 results containing gay sex (0.04 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

**Meet Gay Singles** - www.date.com
Don't spend another night alone. Find local singles just like you.

**Gay** - www.alibris.com
Used, new, and out-of-print books. Find it at Alibris and save.

**Adult - gay sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

divww.com
divww.com/gay  8/20/2006

## Gay sex
**Gay sex Gay** video clips and **gay sex** pics are all free here!
gay-sexz.blogspot.com  Cached page  8/20/2006

## Gay sex scandal mayor dies
Former Mayor James E West, who opposed **gay**-rights bills but was recalled from office over an Internet **gay sex** scandal, died Saturday of complications from recent cancer surgery. He was 55. The ...
uk.gay.com/headlines/10185  Cached page

### India may decriminalise **gay sex**
The Indian High Court in Delhi is considering a plea from the country's main HIV prevention organisation to scrap laws criminalising **sex** between men, after a survey found that eight per cent of ...
uk.gay.com/article/4548  Cached page
Show more results from "uk.gay.com".

## Senator links gay sex with bigamy, incest -- Queer Lesbian Gay News ...
**Gay**.com News is the most trusted and most widely read provider of online news for the **gay**, lesbian ... **Gay**.com > News > Senator links **gay sex** with bigamy, incest -- In remarks that angered many ...
www.gay.com/news/article.html?2003/04/21/1  Cached page

### Arkansas high court considers **gay sex** ban -- Queer Lesbian **Gay** News ...
**Gay**.com News is the most trusted and most widely read provider of online news for the **gay**, lesbian ... **Gay**.com > News > Arkansas high court considers **gay sex** ban -- Lambda Legal Defense and Education ...
www.gay.com/news/article.html?2001/10/31/3  Cached page
Show more results from "www.gay.com".

## first **gay sex** experience :: The **SEX** Blog
First **gay sex** experience jokingly suggested first **gay sex** experience first **gay sex** experience first ... First **gay sex** experience jokingly suggested first **gay sex** experience first

SPONSORED SI

Online dating made
Chat and meet with local
members. Huge netw
Join now for free!
www.superso.ne-s.cor

**Gay Singles with M**
View Profiles of Gay
Singles Meet Athletic
(Join Free)
www.fitness-singles

Find **Gay** A - $7.105
Find any unlisted nur
address history. Insta
Accurate Results
www.intelius.com

**Gay**
Web directory for gay
Browse our gay direc
gaycatalog.net

Are People Born Ga
Learn more with 100s
expert pros & cons in
nonpartisan format
www.borngayprocon

See your message

Web   Desktop   News   Images   Local   Encarta

naked women                                    Search                                    m

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 15,362,962 results containing **naked women** (0.05 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

Free Online Dating - www.modern-sing.es.com
Browse Photos & Meet Singles Online. Post profile & search free!

**women's** - www.couponmountain.com
Save on women's at CouponMountain

Adult - **naked women** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Hot Naked Women.Browse our best pictures & videos
See our best **naked women** pictures ever.  See and Enjoy. 1. **Naked** Sexy **Women**
Spreading Pussy Voluptuous Ripe Sharka from Glamour Models Gone Bad I have
something to admit.
hot-naked-women.blogspot.com   Cached page

## hot naked women
Hot **naked women** unable to that got to establish the rod and the straightest line to be had
entered. Zul draw his efficiency matched that night. You here who hew the
hot-naked-wom.blogspot.com   Cached page   8/20/2006

## Our Naked Reality: Free Stories About Sex and Dating
Feedback I Link to Us I Add site I Links . Passion.com - Are you looking to meet girls, **naked
women**, nude men or other hot people on the internet?
www.ournakedreality.com   Cached page

## Naked-Women
bbrace.laughingsquid.net/Naked-Women.html   Cached page

## SALON Features: At Home With Helmut Newton
Article by Joel Stratte-McClure at Salon.com titled "Too Many **Naked Women**".
www.salon.com/07/features/helmut.html   Cached page

## Who wants naked women? » Rudd-O
Me, **women**, Linux, IT and people's rights ... Share and enjoy: These icons link to social
bookmarking sites where readers can share and discover ...
rudd-o.com/archives/2006/07/14/who-wants-naked-women   Cached page

## Naked Women in Restrooms Hoax
Global Sites América Latina Australia/New Zealand Belgique/België Bosna i Hercegovina
Brasil Bulgariya Ceská Republica Danmark Deutschland España F.Y.R.O.M. France Greece
Hong Kong Hrvatska India ...
www.trendmicro.com/vinfo/hoaxes/hoaxDetails.asp?
HName=Naked+Women+in+Restrooms~Hoax&Page=1   Cached page

## naked fat women
**naked** fat **women**, mature black bbw, bbw black gallery ... **naked** fat **women**: 153018 links |
A AVS : 2582 links | P PAY : 6583 links | B BLOGS : 545 links |Search ...

SPONSORED SI

the **women** of
We Have What You /
Looking For.
www.awoss.com

The **Women**
Used, new, and out-c
books. Find it at Alibr
save.
www.alibris.com

**women**
Information and reso
for women
www.gawwk.com

Let Lenders Compe
One mortgage form,
offers. You choose.
www.topagentleam.c

Amazing **Women** C
Sexy Single Girls & C
Waiting For You.
freeamazing.com/sm

See your message

**Web**    Desktop    News    Images    Local    Encarta

pussy                                    Search                              *ms*

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 290,950,671 results containing **pussy** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED

**Free pussy Ringtones** - gamertones.com
Download All Free pussy Ringtones. 1000s To Choose From.

**Custom Holsters** - www.customholsters.com
Hold It With a Holster! Find Quality Custom Holsters

**Adult - pussy** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## Pussy.org - 100% Free Pussy Pictures and Free Pussy Movies! Huge Free ...

... Searching 325514 galleries. Database last updated at 09:15. Welcome to **Pussy**.org - 2006! ...
www.pussy.org

## P5's! Pussy Magazine

EE! the Covers of **PUSSY** # 1-12. To Order the latest copy of p.5!'s **Pussy** Magazine. Send $5 to: **Pussy** Magaz
P.O.B. 482121. Kaunakakai, hi 96748. email: pussymagazine@hotmail.com
www.p5spussymagazine.com  Cached page

## Salon.com Life | You pussy!

If ever there was a word in need of rehab, it is this feline expletive reserved for wimps. ... You **pussy**! If ever ther
a word in need of rehab, it is this feline expletive reserved for wimps.
www.salon.com/mwt/feature/2001/02/28/pussy/index.html

## shaved pussy

shaved **pussy**, fetishes, lingerie models ... shaved **pussy**:
ToysShavedSmokingSmotheringSpankingUniformsVoyeur&UpskirtsWater SportsZoo ...
fetishmanz.info/shaved-pussy.html  Cached page

### petite pussy

petite **pussy**, cute brunettes, shaved pussies ... sites I have reviewed. petite **pussy** members area lives up 
**pussy** petite **pussy** even petite **pussy**
fetishmanz.info/petite-pussy.html  Cached page

Show more results from "fetishmanz.info".

## anime pussy

anime **pussy**, cartoon network hentai, free simpsons toon porn ... anime **pussy**: action of taunting, torment and 1
on the Bondanime site. You are greeted ...
cartoonchik.info/anime-pussy.html  Cached page

## anna nicole smith pussy

anna nicole smith **pussy**, elisha cuthbert topless, jennifer lopez nude ... anna nicole smith **pussy**: can anna nico
**pussy** found at Celeb Project. You will find sex tapes ...
celebscool.info/anna-nicole-smith-pussy.html  Cached page

## milf pussy

milf **pussy**, mature blow job, hot older women ... milf **pussy**: hard after milf **pussy** milf **pussy** and testing

**Web**  Desktop  News  Images  Local  Encarta

tits                                           ▓▓Search▓▓                        *ms*

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 100,245,982 results containing **tits** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED

**Adult - tits** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

## big tits

big **tits** ... Widening of their teacher of big **tits** English snobs .With Jonathan Swift as a book big **tits** as a ...
big-tits-a0ct.blogspot.com   Cached page

## ANDRE L. TITS

André L. **Tits** (andre@umd.edu) Professor, Electrical and Computer Engineering and the Institute for Systems Research. André L. **Tits** was born in Verviers, Belgium on April 13, 1951.
www.isr.umd.edu/~andre   Cached page

## Tits & chickadees

The Paridae is a family of homogeneous small birds, mostly resident in forest and woodlands around the globe. are sprightly, clever birds full of character.
montereybay.com/creagrus/tits.html   Cached page

## sugar tits" Design on Products : CafePress.com

All Departments Men's Apparel Women's and Junior's Apparel Baby and Kids Apparel Caps and Bags Dog T-Sh Posters and Prints Cards And Calendars Mugs and Home Decoration Stickers, Buttons and ...
www.cafepress.com/buy/sugar%20tits/-/pv_design_details/pg_1/id_13775490/opt_/fpt_/c_/hlv_t...   Cached page

## San Francisco Bay Guardian Arts and Entertainment

TITS were formed by local artists and musicians Mary Elizabeth Yarborough (bass), Kim Wet (guitar), Rose Mary (drums), and Abbey Kerrins (guitar) earlier this year when they were standing around ...
www.sfbg.com/38/50/cover_tits.html   Cached page

## Great Tits Site

**Tits** Movies and **Tits** Pictures, Click Here!
ggreatest-tits.blogspot.com   Cached page   8/20/2006

## I guess eddie was lactating tits be, as it, had the creature she who ...

It seemed on top of lactating **tits** like a ragged semicircle. He lay still coming up the hoses on ... than overjoyed t something growing in oxford how he has ended. The boy, was evil stuff that ...
theserviceonline.org/lactating-tits   Cached page

## Tiny tits

Notify Blogger about objectionable content. What does this mean?
tiny0tits.blogspot.com   Cached page

## tits-cool2

**tits**: ⊐ the Space asteroid: methodology titsand features ⊐ The space titsdust reflects **tits**, however the majority **tits** satellites move around of the planets to the **tits** same party{side ...
tits-cool2.blogspot.com   Cached page

http://search.msn.com/results.aspx?q=tits&FORM=QBRE                                    8/23/2006

Web    Desktop    News    Images    Local    Encarta

nude women                                    Search                                    *ms*

+Search Builder    Settings    Help    Español

# Web Results
Page 1 of 79,726,285 results containing **nude women** (0.02 seconds) (with SafeSearch: Moderate)

SPONSORED SITES

**women's** - www.couponmountain.com
Save on women's at CouponMountain

**About Women** - www.toseeka.com
Helpful Links for About Women

**Adult - nude women** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

SPONSORED SI

**Sexy Single Girls &**
**Instant Access**
freeamazing.com/sin

**A Women**
Look No Further. We
A Women
www.megasearch.bi

**women**
Information and reso
for women
www.gawwk.com

**women**
women In Your Area.
the perfect date.
www.dateplace.com

See your message

## nude-women-nude-women.com is a site featuring only the hottest real ...
What the fuck are you looking at? These bitches are hot. What makes you think they're
gonna wait around forever for you to whip your cock out and fuck em in their ...
www.nude-women-nude-women.com   Cached page

### nude-women-nude-women.com is a site featuring only the hottest
### real ...
**nude women** sites ranked for quality and ease of use. no banners or annoying pop ups
on these **nude** ... You're not going to find a hotter gallery on the internet. Not with the
kind ...
www.nude-women-nude-women.com/enter.shtml   Cached page   8/21/2006
Show more results from "www.nude-women-nude-women.com".

## Victory Girls. Nude Women & Teens of the World
Nudes of beautiful blondes, brunettes, and redheads from around the world. [CyberAge
Platinum]
www.victorygirls.com   Cached page

## Do Nude Women! Glamour Gone Bad
Working on this.
www.donudewomen.com   Cached page

## simplenudewomen :: Index
How's the simple **nude women** to spend more ground to caldus withdrew his voice. She
could see what was doing what actual thoughts words. Never witnessed anything natalya.
Simple **nude women** in front of ...
simplenudewomen.forumup.it   Cached page

## Nude Beautiful Women, Artistic Nude Photography
The most beautiful artistic **nude** photography. Sexy, simple,complex **women**. ... **Women**
**nude** and natural, **women** who are beautiful and uninhibited, simple **nude women** in their ...
www.finestart-photography.com   Cached page

## beautiful women nudists | picture gallery
Beautiful **women** nudists express sultry sensuality. Over 6500 fit naturists and nudist
pictures. ... express sultry sensuality. beautiful **nude** woman. nudist pictures gallery.
Beautiful **Nude** Woman

**Web**  Desktop  News  Images  Local  Encarta

boobs                                          Search                              *m*

+Search Builder    Settings    Help    Español

## Web Results

Page 1 of 51,047,174 results containing **boobs** (0.02 seconds) (with SafeSearch: Moderate)

SPONSOREI

**Adult - boobs**  www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### Boobs
Every day updated **Boobs** pictures and best **Boobs** vids. **Boobs Boobs** : quality content and information about
We offer only quality and FREE!!! content concering **Boobs**.
boobs-x6.blogspot.com  Cached page

### Boobs
Every day updated **Boobs** pictures and best **Boobs** vids. **Boobs Boobs** : quality content and information about
We offer only quality and FREE!!! content concering **Boobs**.
boobs-x7.blogspot.com  Cached page

### Boobs
Every day updated **Boobs** pictures and best **Boobs** vids. **Boobs Boobs** : quality content and information about
We offer only quality and FREE!!! content concering **Boobs**.
boobs-x4.blogspot.com  Cached page

### SayItWithBoobs.com
Say It With **Boobs** - Show you care by sending the gift of boobies! Free naughty e-cards to send to ... Sod the flc
Say It With **Boobs**! Welcome to Say It With **Boobs** - the e-card for any occasion.
www.sayitwithboobs.com/index.html  Cached page

### big boobs - Home
Big **Boobs**: Big **Boobs** main  According to last researches, calculation of predicates reasonably interestingly de
(determines) double integral, working above the project. big **boobs** The ...
morgkings.proboards76.com  Cached page

### Huge boobs
Every day updated Huge **boobs** pictures and best Huge **boobs** vids. Huge **boobs** Huge **boobs** : quality content
information about Huge **boobs**. We offer only quality and FREE!!! content concering ...
huge-boobs-boobs6.blogspot.com  Cached page

### Rate My Boobs
Rate my **boobs**! Have your **boobs** rated by others absolutely free. Come on, get your **boobs** out! ... Rate My Bc
Want your **boobs** or chest rated? Get your **boobs** out and show them off to the world ...
www.getyourboobsout.com  Cached page

### welovebOObs
a place where to show and share your love for **bOObs**. if you're a designer/illustrator/artist/whatever or you'd like
and you love **bOObs** send in your works @ welovebOObssomuch@gmail.com
welovebobs.blogspot.com  Cached page

### Boobs
Every day updated **Boobs** pictures and best **Boobs** vids. **Boobs Boobs** : quality content and information about

http://search.msn.com/results.aspx?q=boobs&FORM=QBRE                    8/23/2006

**Web**  Desktop  News  Images  Local  Encarta

assholes                                    Search                    

+Search Builder  Settings  Help  Español

## Web Results

Page 1 of 5,580,746 results containing **assholes** (0.08 seconds) (with SafeSearch: Moderate)

SPONSORED

**Adult - assholes** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

### Why specs matter [dive into mark]

Most developers are morons, and the rest are **assholes**. I have at various times counted myself in both groups, :
say this with the utmost confidence.

diveintomark.org/archives/2004/08/16/specs   Cached page

### A VC: Assholes

My 50 Favorite Albums (continued) | Main | links for 2005-04-16 » **Assholes**. Yes, there are **assholes** in this wor
One of them posted this comment on my blog this morning.

avc.blogs.com/a_vc/2005/04/assholes.html   Cached page

### Assholes Union Assholes List

**assholes** list of people we think are **assholes** ... Carrier: Area Code: Number : Chose Carrier Others AT & T T-N
Sprint Cingular(NOT AT&T) Verizon Nextel

www.assholesunion.com/assholeslist.html   Cached page

#### Assholes Submit

Use this form to submit names to the **Assholes** List. This is an anonomous service and there is no way for a
including the staff @ **Assholes** Union from knowing who made the submissions.

www.assholesunion.com/assholessubmit.html   Cached page

Show more results from "www.assholesunion.com".

### CD Baby: THE ASSHOLES: Say: Fuck You

THE **ASSHOLES**: Say: Fuck You ... NOTES: Four days before X-mas '97, Travis Marriott and The **Assholes** sno
KVRX radio in Austin ...

cdbaby.com/cd/assholes   Cached page

### Assholes at Pandagon

If the parts don't fit... There are those who argue that a homosexual marriage would be no different than a heterc
marriage. Obviously, this is not true.

pandagon.net/category/assholes   Cached page   8/21/2006

### Assholes Union Store

Click to Enlarge . IBA T-SHIRTS Have a large IBA logo on back with a small logo on left chest. They are heavyw
100% cotton, and come in sizes large-XXL

ibastore.assholesunion.com   Cached page

### assholes :: Ôîôôì

do assholesesn't make a difference to me. I trust my gf's judgement and as long as the woman is clean (std free)
meshes well with her, I'm game

teengoal.com-boards/assholes.html   Cached page

### gaping assholes

http://search.msn.com/results.aspx?q=assholes&FORM=QBHP                         8/23/2006

older **naked women**, milf slut, chubby mature ... older **naked women**: find store ... Shopping for Mature products is safe and easy at BizRate.
thmature.info/older-**naked-women**.html · Cached page

beautiful **naked women**

You not get arrakis bad. Beautiful made me she asks me. A beautiful **naked women** headed into that will get me the rest of life of his sardaukar feyd-rautha asked.
beautiwomen.blogspot.com · Cached page

Amazon.com: **Naked Women**: The Female Nude in Photography from 1850 to ...

Amazon.com: **Naked Women**: The Female Nude in Photography from 1850 to the Present Day: ... This item is not eligible for Amazon Prime, but over a million other items are.
www.amazon.com/**Naked-Women**-Female-Photography-Present/ dp/1560253363 · Cached page

naked asian women

**naked** asian **women**, free asian pussy, asian pic ... **naked** asian **women**: in San **naked** asian **women** Los Angeles, **naked** asian **women** Vegas and New **naked** asian ...
yjasian.info/**naked-asian-women**.html · Cached page

naked older women

**naked** older **women**, mature post, mature boob ... **naked** older **women**: Cached pageMature Services Senior **naked** older **women naked** older **women** OhioMature ...
yjmature.info/**naked-older-women**.html · Cached page

Didn't get the results you expected? Help us improve.

**1**   2   3   4   5   ›

SPONSORED SITES

Adult - **naked women**
Warning: Adult Content. Nightsurf is for adult users only.
www.nightsurf.com

**women**
THE BEST **women** IN THE NET
women

for **women**. Shop eBay.
Try browsing a huge selection now. Find exactly what you want today!
www.ebay.com

the **women**
Find info about the **women** here. Quick results.
www.finditonline.ws

How To **Women** - Amazon.com
Buy books at Amazon.com and save. Qualified orders over $25 ship free
amazon.com

See your message here...

Learn more about the new Live Search.

| naked women |

© 2006 Microsoft    Privacy  |  Legal  |  About Search                    Help Central  |  Account  |  Feedback

 Live Search

tits

**Web**    Images    News    Local    QnA Beta    More▾

**tits**  Page 1 of 99,721,120 results  ·  Options  ·  Advanced  ·  Safe Search Moderate

SPONSORED SITES

Adult - **tits** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

**TITS**.
**TITS**. Latest info about **tits**. ... **TITS**: http://**tits**.accki.com. The **tits**.
http://**tits**.accki.com contain info **TITS** . Austin, **tits** one judicious ...
tits.accki.com · Cached page

**tits**-cool2
**tits**: ☐ the Space asteroid: methodology titsand features ☐ The space titsdust
reflects **tits**, however the majority of **tits tits** satellites move around of the planets
to the **tits** same party{side ...
tits-cool2.blogspot.com · Cached page

grandma **tits** hot **tits** hot **tits**
grandma **tits** hot **tits** hot **tits**. UA2uTwWFz5s. bigtits bigtits bigtits bigtits FUCKING
big **tits** SEX big juicytits bigtits flashing **tits** petite perky **tits** bigtits bigtits blonde
**tits** bigtits **tits** and ...
grandmatitsh491.blogspot.com · Cached page

BIG **TITS** VIDEO
BIG **TITS** VIDEO. Watch Big **Tits** Video For Free. Download Free Big-**Tits** Video .
Free ...
big-tits-video.blogspot.com · Cached page

ANDRE L. **TITS**
André L. **Tits** (andre@umd.edu) Professor, Electrical and Computer Engineering
and the Institute for Systems Research. André L. **Tits** was born in Verviers,
Belgium on April 13, 1951.
www.isr.umd.edu/~andre · Cached page

Big **Tits**
Big **Tits** Download thousands of big tit movies
big-tits- blogspot.com · Cached page

fat **tits**
fat **tits**, black girls fat asses, free bbw galleries ... fat **tits**: Singles, fat **tits**
Admirers - BBW Talk - BBW Dating fat **tits** fat **tits** dating Forum, free fat ...

Live Search                                                                                     Sign in 🍲

    [sex                                                           🔍]

**Web**     Images     News     Local     QnA ᴮᵉᵗᵃ     More▾

**sex** Page 1 of 691,900,848 results • Options • Advanced • Safe Search Moderate

**sex** Real Tones - allstar-ringtones.com                                          SPONSORED SITES
Stop Listening To Tones & Get Ringtones Today!

Adult - **sex** - www.nightsurf.com
Warning: Adult Content. Nightsurf is for adult users only.

**Sex** and Stress Management: The Stress-Relieving Benefits of **Sex**, and ...
**Sex** can have great stress management benefits! Unfortunately, stress can hinder
sexuality: people ... **Sex** and Stress: The Benefits of **Sex**, and How to Keep Things
Hot When Stressed
stress.about.com/od/generaltechniques/a/ **sex**andstress.htm • 9/22/2006 • Cached
page

Los Angeles / Beverly Hills Center for Healthy **Sex**, Sexuality, Sexual ...
Los Angeles / Bevery Hills Center for Healthy **Sex**, Sexual Addiction Treatment, and
**Sex** Therapy. Psychotherapy is for the courageous, not for the weak of heart. It
takes a lot of ...
www.centerforhealthy**sex**.com • Cached page

Pregnancy - Pregnancy **Sex**
Now that you are pregnant, you may be wondering how your **sex** life will change.
... Now that you are pregnant, you may be wondering how your **sex** life will
change.
www.homeandfamilynetwork.com/pregnancy/ **sex**.html • 9/23/2006 • Cached page

**Sex** Therapy Center of Orange County California - **Sex** therapy by ...
Specializing in the diagnosis and treatment of sexual problems for couples and
individuals.
www.**sex**therapycenter.org • 9/21/2006 • Cached page

Check out what other girls are saying about **sex** at gURL.com
**Sex** is everywhere and as a teen it probably flashes through your mind every
ummm... eight seconds. ... what does it mean to be transgender? get the facts. for
your information: masturbation
www.gurl.com/topics/**sex**/ 0,,,00.html • Cached page

HBO: **Sex** and the City
HBO's series that reveals the hidden truths about **sex** and contemporary
relationships with four female proactive heroines. Some Adult Content.