UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

        v.                 case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

<u>SECOND AFFIDAVIT RE MICROSOFT'S FRAUD</u>

# EXHIBIT C

 Live Search                                                                 Sign in

> Spy Cam Shower

Web    Images    News    Local    QnA Beta    More▼

**Spy Cam Shower** Page 1 of 3,839,582 results • Options • Advanced • Safe Search Moderate

Wireless Hidden Cameras - www.dynaspy.com  SPONSORED SITES
Have peace of mind with our hidden nanny cams. Free discreet shipping.

**Spy-Tronix Spy** Gadgets - www.spy-tronix.com
Voice recorders, phone taps, cameras, bug finders and fast shipping.

**Shower Spy** Wet Redhead
**Shower Spy** Wet Redhead, free teen voyeur porn and sex follows, young, barely legal, just 18, eighteen ... Free **spy cam** porn and sex follows. Young chicks, women filmed in secret engaged in explicit sex ...
www.**spycam**babes.com/ **shower-spy**/ index.html •
Cached page

  Watch Me Primp
  Full frontal nudity, uninhibited lovers, **spy cam** babes **shower spy** fucking like crazy! Active channels of full motion video, sex cams, mpeg, avi, realaudio, are avialable here.
  www.**spycam**babes.com/watch-me-primp/ index.html • Cached page
    Show more results from "www.spycambabes.com".

**Boy Spy Cam**
13 th September - 1 **shower spy cam** video and 1 male strip group video . 06 th September - 1 sleeping boy video and 1 back stage, male strip group, **spy cam** video
www.**boyspycam**.com • Cached page

**Shower Spy Cam**
Check Out The One And Only Live Voyeur today! Live Tanning Bed Cams! Live Voyeur **Spy** Cams! Hot Upskirt Action!
www.**showerspycam**.com/ gallery3.html • 9/21/2006 • Cached page

  **Shower Spy Cam**
  Check Out The World Famous Sex **Spy** today!

Hardcore Voyeur **Spy Cam** Pics! Public Exposure Pictures; Hot Mardi Gras Pictures
www.**showerspycam**.com/ gallery2.html · Cached page
   Show more results from "www.showerspycam.com".

spycam3 - SpyCam Advice, Accessories, Software and Tips
Click here for spycam3 resources. Real world **Spy Cam** setups and solutions. ... **spy** camera in **shower**
spy-cam-forum.com · Cached page

Superb Voyeur Pics Of People Carsex
Superb Voyeur Pics Of People Carsex. FT86oude9aJ. Couple Public Fucking Voyeur Pics.Voyeur Pics Of Couple Showering.Blonde Girl In **Spy Cam** Voyeur.College **Shower** Voyeur **Spy** Pics.Hidden **Cam** Of **Shower** ...
superbvoyeur466.blogspot.com · Cached page

**Shower Spy Cam**
**shower spy cam**. It was a foolish scheme, Cowperwood was one something like this I'm entitled to the bar, is **shower** ...
www.yufz.com/36/**shower-spy-cam**.html

Description Spycam Dressing
Wireless **Spy Cam** Camera spycam for RC Helicopter Car. This site contains the most perverted voyeur ... Maples. **Shower**. Spycam . Victors. Ians. Poitier . Structures . ground ...
spycamdressing.goodsview.com/ description-spycam-dressing.htm · 9/22/2006 · Cached page

Teen **Shower Cam** - Wet and Horny Teen Girls!
Galleries of sexy women and barely legal teens in the **shower** and bath. Plus new hidden **shower cam** ... badende, dusche, bain, baignoire, douche, nude asians, firm, saggy, pusy, pussie, tight, **spy cam** ...
www.teen**showercam**.com · Cached page

**Related searches:**
Shower **Boys** Spy Cam

SPONSORED SITES

Micro Wireless **Spy** Camera
Wireless 1.2 Ghz or 2.4 Long Range Color / Night Vision **Spy** Camera
www.raidentech.com

**Spy Cam**
Top Sites For **Spy Cam**, Get Faster Results Now!
www.faster-results.com

Compare Camping Deals
Your item is here - **Shower**
camping.monstermarketplace.com

**spy cam**
Spyware Remover 2006: Free Scan! 5 Star AntiSpyware - Recommended
www.jerlabs.net/adware

Find Deals Online
Find links, tips and deals at CouponMountain
www.couponmountain.com

See your message here...

Didn't get the results you expected? Help us improve.

1  2  3  4  5

Learn more about the new Live Search.  | Spy Cam Shower | 

© 2006 Microsoft   Privacy | Legal | About Search          Help Central | Account | Feedback

spy cam

**spy cam**, well fargo online banking home page, mural wallpaper ... **spy cam**: save you this time and cost, CDC has licensed **spy cam** advertisements developed by more than 25 ...
about.matnacash.info/spy-cam.html · Cached page

Spy Cam,Hidden Video,Nanny CAM,CCTV

**Spy Cam** World specializes in **Spy Cam**,Hidden Video,Nanny Cams, surveillance CCTV security,Remote ... **Spy Cam** World offers Surveillance Solutions. Hidden Cameras, **Spy**, Nanny Cams, CCTV, Security Monitor ...
www.spycamworld.com · Cached page

Spy-Cam

TheSurveillanceStore.com. **SPY-CAM**. Retail Price: $149.95. Our Price: $95.00 ***FREE-SHIPPING*** ***FREE-SHIPPING*** EASY as 1-2-3 to install !!! It takes less than 5 minutes to install the whole set ...
www.cynosureenterprises.com/ spycam.html · 9/21/2006 · Cached page

Board Cameras

These are high performance, high quality **spy** cameras that will give you a clear, crisp image. ... Nanny Cam | Clock Radio **spy** camera | **Spy Cam** | Surveillance Cameras
www.e-spy-cameras.com/ minicameras.html · Cached page

Birdhouse, bird houses, bird feeders, squirrel house, wren houses, owl ...

Birdhouse **Spy Cam** offers two live-action, video cameras for wildlife monitoring. The first is the Night Owl, which with its infrared diodes, allows day and night viewing in nest boxes and other low ...
www.birdhousespycam.com · Cached page

> Birdhouse, bird houses, bird feeders, squirrel house, wren houses, owl ...
> birdhouse, bird houses, bird feeders, squirrel house, wren houses, owl houses, bat house, bat boxes ... To request a catalog or for questions, you can reach Birdhouse **Spy Cam**:
> www.birdhousespycam.com/ contact.html · Cached page
> Show more results from "www.birdhousespycam.com".

**Related searches:**
**Free** Spy Cam
Spy Cam **Videos**
Spy **Web** Cam
**Wireless** Spy Cam
Spy Cam **Pics**
**Digital** Spy Cam
Spy Cam **Public**
Spy Cam **Shower**

SPONSORED SITES

**spy cam**. Shop eBay.
Try browsing a huge selection now. Find exactly what you want today!
www.ebay.com

**Spy**-Tronix **Spy** Gadgets
Voice recorders, phone taps, cameras, bug finders and fast shipping.
www.spy-tronix.com

Spy Cam
Top Sites For **Spy Cam**, Get Faster Results Now!
www.faster-results.com

Free Aiptek 6-in-1 DV **Cam**
Aiptek 6-in-1 Pocket DV Web **Cam**. Complete Our Survey & Get It Free!
computer-offer.com

Spy Cam
Information on **Spy Cam**
www.toseeka.com

See your message here...

Didn't get the results you expected? Help us improve.

**1**  2  3  4  5

http://search.live.com/results.aspx?q=spy+cam&mkt=en-US&form=QBRE&go.x=12&go.y=5        9/24/2006

 Live Search                                                                    Sign in

Shower Boys Spy Cam

**Web**   Images   News   Local   QnA    More▼

**Shower Boys Spy Cam** Page 1 of 186,808 results · Options · Advanced · Safe Search Moderate

**boys-peeing**
Women pissing **spy** hidden **cam** girls pee in **shower**, **boys** peeing, free public records beaver spring break girls flashing spies records outdoor. Female pee hole flashing **cam** public **spy cam** beaver flashers ...
www.chm.ulaval.ca/~chm13212/wwwboard/messages/12941.html · Cached page

**girls-pee-in-shower**
She wet her pants mardi **cam** totally hentai flashers private web flashing girls pee in **shower**, outdoor sex **spy** project **boys** peeing. Upskirt girls pee in **shower**, beaver.
www.chm.ulaval.ca/~chm13212/wwwboard/messages/12828.html · Cached page
Show more results from "www.chm.ulaval.ca".

*[handwritten annotation: "child pornography?" with arrows pointing to the three circled results]*

**Boy Spy Cam**
... locker room jocks sauna peep hole usa england british uk great brit **boys** seduced boy **spy cam** muscles secret camera video free photos chrisgeary locker-room australia aussie **boys** water polo **shower** ...
www.boyspycam.com · Cached page

**Spy Cam In Shop**
Search Results : **Spy Cam** In Shop ... Name : _ANGELINA_ FUN, INTELLIGENT, 100%NATURAL BLONDE GIRL ... **shower** video **cam** , show girls web cams , nasty web girls **cam** , **boys shower** ...
frety.net/spy-cam-in-shop.html · Cached page

**Chris Geary on the Web**
... atelier france paris Brussels Sydney mardi gras new york pride celebrations photos for the media and print naked men cock porn boy **spy cam** voyager locker room changing room naked **boys** in the **shower** ...
www.chrisgeary.com · Cached page

**basurtoko: Start**
To me torrent **spy** to terrible amateur flashing circle jerk

http://search.live.com/results.aspx?q=Shower+Boys+Spy+Cam&FORM=QTRE3&QP=0                    9/24/2006