UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
  Plaintiff,

v.                         case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
  Defendants.

SECOND AFFIDAVIT RE MICROSOFT'S FRAUD

# EXHIBIT D

Web   Desktop   News   Images   Local   Encarta

sports odds                                                                 Search                                    m

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 3,642,063 results containing **sports odds** (0.09 seconds)

**sports odds** - www.megasearch.bz                              SPONSORED SITES         SPONSORED SI
Look No Further. We Have It: sports odds
                                                                                          the **odds** Ringtones
**Free Odds Ringtones** - ringtoneallstars.com/Odds                                        the odds Ringtones S
Download All Odds Ringtones. All Phones.                                                  Instantly To Your Pho
                                                                                          gamertones.com
**Current Odds** - www.msnbc.com
Get the current odds from Covers.com and MSNBC.                                           See your message

**Sports Odds**: NFL Football, NBA Basketball, Baseball, Hockey, College ...
Welcome to **Sports-Odds**.com. In 1997, **Sports-Odds**.com was created by a small group of
professional ... **Sports Odds** Welcome to **Sports-Odds**.com. In 1997, **Sports-Odds**.com
was created by a small group of ...
www.sports-odds.com   Cached page

### Contact Sports Odds
Contact **Sports Odds** ... More . **Sports-Odds** Latest Picks; **Sports-Odds** Latest Picks;
Featured. 2006 Week 1 NFL Schedule - The 2006 NFL ...
www.sports-odds.com/contact.htm   Cached page
Show more results from "www.sports-odds.com".

Online Sportsbook, **Sports** Betting, Poker, Casino and Racebook
hockey, soccer, golf, college **sports**, boxing and Nascar. We also offer **odds** on NFL,
NCAA, NBA, MLB, MLS, NHL, and WNBA. Play online casino games in our Internet casino
and wager on horse racing in the ...
www.wagerweb.com   Cached page

USATODAY.com
... Select a sport Baseball NBA NCAA College Basketball Football NCAA Football NASCAR
Golf Tennis More **Sports** ... Please change your bookmark to this page:
http://covers.usatoday.com/data/**odds**.aspx
www.usatoday.com/sports/odds.htm   Cached page

**Sports** Picks for NFL and College Football **Sports** Betting Picks
... NFL picks , College Football Picks and NHL Hockey picks. Once in a while, Mark will
throw in NASCAR or Golf when the **odds** are in our favor. If you need to increase your
winnings in **sports** gambling ...
www.sharkhandicapping.com   Cached page

**Sports Odds: Sports Betting Odds** for All Major **Sports**
Current **sports odds** for each of the major 6 us **sports**. The MadduxSports.com feed gives
you **sports** ... Maddux **Sports Odds**. As usual Maddux **Sports** is one step ahead of the
competition and ...
www.madduxsports.com/sports-odds.php   Cached page

**Sports Odds, Sports Betting Odds** and Las Vegas **Sports Odds** -

http://search.msn.com/results.aspx?q=sports+odds&FORM=QBRE                               8/23/2006



 Web  MSNBC [Search]   Alerts | Newsletters | RSS | Help | MSN Home | Hotmail | Sign In   



MSNBC Home > Sports > ODDS provided by COVERS.com

## Current Odds from COVERS.com

Matchups | Sports Odds | Current Injuries | Free Pick
Sports Contests | Power Rankings

**Sports**
Scores, Schedules
NFL
Baseball
College Football
Notre Dame Central
Golf
NBA
NASCAR / Motors
NHL
College Basketball
Tennis
Soccer
Horse Racing
Other Sports
Fan Zone
Slide shows
Fantasy Sports
**Video**
**U.S. News**
**Politics**
**World News**
**Business**
**Sports**
**Entertainment**
**Health**
**Tech / Science**
**Weather**
**Travel**
**Blogs Etc.**
**Local News**
**Newsweek**

NFL | NCAAF | MLB | NHL | NASCAR

The best handicappers in the business, backed by the Covers Experts guarantee. You'll never pay for a losing pick! Click here!

## National Football League
NFL Matchups | NFL Current Injuries

| | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
|---|---|---|---|---|---|---|
| 10/01 1:00 PM ET | | | | | | |
| Arizona | 40.5o -110 | OFF | OFF | OFF | 41.5o -110 | 40o -110 |
| Atlanta | -7.5 -110 | OFF | OFF | OFF | -7.5 -110 | -7.5 -110 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| Dallas | 37o -110 | OFF | 37o -110 | OFF | 37o -110 | 37o -110 |
| Tennessee | 9.5 -110 | 9.5 -110 | 9.5 -110 | OFF | 9.5 -110 | 10.5 -120 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| Indianapolis | 46o -110 | OFF | 46o -110 | OFF | 46o -110 | 46o -110 |
| New York | 9 -110 | 9 -110 | 9 -110 | 9.5 -115 | 9 -110 | 10 -120 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| Miami | 38.5o -110 | OFF | 38.5o -110 | OFF | 38.5o -110 | 38.5o -110 |
| Houston | 4 -110 | 4 -110 | 4 -110 | 4 -115 | 4 -110 | 4 -110 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| Minnesota | 34.5o -110 | OFF | 34.5o -110 | OFF | 34.5o -110 | 34.5o -110 |
| Buffalo | -1 -110 | -1 -110 | -1 -110 | -1 -110 | -1 -110 | -1 -110 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| New Orleans | 42o -110 | OFF | OFF | OFF | 42o -110 | 41.5o -110 |
| Carolina | -7 -110 | OFF | OFF | OFF | -8.5 -110 | -7.5 105 |
| • Matchup | | | | | | |
| 10/01 1:00 PM ET | WSEX | SIA | Sportsbook | BoDog | BetWWTS | 5Dimes |
| San Diego | 34o -110 | OFF | 34o -110 | OFF | 34o -110 | 34o -110 |
| Baltimore | 2.5 -110 | 2.5 -110 | 2.5 -110 | 3 -125 | 2.5 -110 | 2.5 -110 |
| • Matchup | | | | | | |




 

# COVERS.COM

BetWWTS.com Double Sign Up Bonus **Join Now!**

help | site map

▶ helping

NFL • NBA • MLB • NHL • NCAAF • NCAAB • More • Scores • Odds     Contests • Forum • Sportsbooks • Poker • F

Sportsbooks • Betting 101 • Betting FAQ • Glossary • Forum • Promos

## WSEX - World Sports Exchange



### One of the most talked about books in the offshore industry.

World Sports Exchange (WSEX) has been featured by some of the most respected media such as Sports Illustrated, The New York Times, The Wall Street Journal, ESPN, ABC, HBO, MSNBC, 20/20 and 60 Minutes. WSEX offers a marketplace for the trading of Sports Futures, which provides an opportunity to buy and sell your favorite teams and players all season long. Also specialize in traditional wagering that includes straight line bets, over/under, parlays, teasers, reverses, and "if" bets, all executable online.

**Contact**
**Location:** St. Johns, Antigua
**URL:** www.wsex.com
**Email:** wsex@wsex.com
**Phone:** 1 888 498 8227

**Promos and Discounts**

- -104 Live Betting
- Live Betting Calendar
- $50 Freerolls
- Daily Tournaments
- The Largest Backgammon Room on the Internet.

**Articles**

8/12/2005 | Press Release
WSEX - Iwan Jones Wins London's First-Ever Lifestyle Poker Tournament
Iwan Jones Walks Away $750,000 Richer As He Nets Top Payout at the World Poker Exchange London Open London (6 August 2005) — Today Welshman Iwan Jones eliminated some of the world's top poker competitors and Hollywood heavyweights to win first place in the World Poker Exchange Lo...

8/12/2005 | Press Release
WSEX - Best Of The Best Still Battling It Out On Day Two Of The World Poker Exchange London Open
Celebrities and Poker Players Alike Still Vying for Guaranteed $2 Million (US) Prize Pool London (5 August 2005, 18.00) — The sweat and tension are building as the remaining 79 players sat down at the tables during the second day of play at the World Poker Exchange London Open. The sta...

8/12/2005 | Press Release
WSEX - London's First-Ever Lifestyle Poker Tournament Kicks Off With Glamorous Opening Party
The World Poker Exchange London Open and Player Race for a Guaranteed $2m Jackpot Begins With Electric Opening Party Featuring London Socialites and International Celebrities, Entertainment and Poker Pros London (4 August 2005) — World Poker Exchange (www.worldpx.com) last night hosted...

8/12/2005 | Press Release
WSEX - International Poker Players And Celebrities Battle It Out On Day One Of The World Poker Exchange London Open
Best of the Best Take the Tables to Win a Piece of the Guaranteed $2million (US) Prize Pool in First-Ever, Celebrity-Studded Lifestyle Poker Tournament London (4 August 2005, 18.00) — One could cut the tension with a knife at the official start of the World Poker Exchange London




Sportsbook.com 10% Cash Bonus. **Join Now!**

help | site map

NFL • NBA • MLB • NHL • NCAAF • NCAAB • More • Scores • Odds     Contests • Forum • Sportsbooks • Poker • F

Sportsbooks • Betting 101 • Betting FAQ • Glossary • Forum • Promos

### 5Dimes



### The Difference in 5Dimes is Clear – More Plays Better Odds!

5Dimes offers over 1,000 wagering options everyday on more games and more sports than anyone. Because of willingness to set exotic odds, they have built their reputation by giving players what they want – more plays, better odds. Convenient toll-free phone and internet wagering, daily payouts and highly trained customer service staff guarantee you'll come back. The vast selection of proposition bets and futures, three state-of-the-art casinos, the world's largest Pick 3 and Pick 4 payouts, and a complete racebook mean more ways to wager and more ways to win.

### Contact
**Location:** Costa Rica
**URL:** www.5Dimes.com
**Email:** info@5dimes.com
**Phone:** CS: 1-800-305-3517

### Promos and Discounts
- Lucky 7 Lottery
- 15% Cash Back program
- 20% Referral Bonus
- Up to 50% Match-Play Bonus
- Sportsbook and Casino Reload Rewards
- 2-for-1 Blackjack Blowout Fridays
- Parlay Bonus!

### More Information

**Sports Offered:**
NBA | College Basketball | WNBA | NHL | ALL Tennis | ALL Soccer | Baseball | Boxing | CFL | ALL Golf | ALL Motor Sports | Arena Football | NFL | ALL College Football | Special Events | Snooker | Horse Racing | Dow Jones | Too Many to List All Here please visit the website

**Types of Wagers:**
Straight Bets | Totals | Parlays | Cross-Sport Parlays | Teasers | Pleasers | IF & Reverse | 1st Quarter | Half-Time | 3rd Quarter | Futures | 1st 10 minutes | Over/ Under | Moneylines | Game Props | Sports Pools | Buy Points | Outrights | Overnight Nickel Baseball | Dime Line Baseball | Too Many to List All Here please visit the website

**Payment Methods:**
Visa | Mastercard | Person to Person Transfer | Neteller | InstaCash from Neteller | FirePay | e-gold | 900Pay | InstaDebit | eWalletXpress | SolidPay | Moneybookers | Bank Wire | FedEx, UPS, DHL Deposits | Please Call, email or visit the website and use "live help".

**Other:**
Two Casinos: Java | Bonus Casino

### Articles

7/20/2006 | Press Release
5Dimes: Play any state's Pick 3 or Pick 4 lottery
SAN JOSE, COSTA RICA (July 20th, 2006) – 5Dimes has taken lottery to another level with Lotto900 and Lotto9000. Bettors can play any state's Pick 3 or Pick 4 lottery while also increasing the payouts to more than 80%. A $1 Pick 3 ticket pays $900 and a winning Pick 4 ticket pays $9...

6/22/2006 | Press Release
5Dimes: Launch Of New Poker Room
At 5Dimes' New Poker Room, the Buck Starts Here The popularity of online poker continues to grow at a rapid pace, as the rebirth of the 200-year-old card game shows no sign of losing steam. Recognizing the need to provide a first-class virtual poker venue, 5Dimes Sportsbook and Casino ...

3/13/2006 | Press Release
Put Your Method of Madness to Work at 5Dimes
Put Your Method of Madness to Work at 5Dimes San Jose, Costa Rica – March 11, 2006 – Baseball, hot dogs and apple pie may be the prevailing American proverb, but this time of year, it's all about The Madness. March Madness blows in this week like a powerful storm, as m...

11/14/2005 | Press Release
5Dimes' Reward Package: Play On Their Dime
5Dimes' Reward Package: Play On Their Dime When the time comes for an aging Las Vegas casino to say goodbye, there's always a celebration, with fireworks, fanfare and a building that's demolished in spectacular fashion. When online casino 5Dimes transforms its website □...

All 5Dimes Articles
All Sportsbook Articles



# COVERS.com

Sportsbook.com 10% Cash Bonus. **Join Now!**

help | site map     helping

NFL • NBA • MLB • NHL • NCAAF • NCAAB • More • Scores • Odds       Contests • Forum • Sportsbooks • Poker • F

Sportsbooks • Betting 101 • Betting FAQ • Glossary • Forum • Promos

### Bodog Sportsbook, Casino and Poker



### Bodog.com - Sports. Play Hard.

The Bodog Sportsbook features easy-to-use betting software that's the most reliable in the industry. If you're looking to bet underdogs, then Bodog's the place - we have the best lines in the business. Bodog is your one-stop shop for all your betting needs - sports wagering, poker, casino, horse racing and fantasy. Bodog offers every bet type with lightning fast settlement of wagers. Take advantage of free statistical analysis - including against-the-spread and straight-up trends - in Bodog's game previews section. With Bodog there are unlimited free deposits and payouts - and no transaction fees!

### Contact

**Location:** Costa Rica
**URL:** http://www.bodog.com
**Email:** service@bodog.com
**Phone:** 1-866-950-9100

### Promos and Discounts

**Why Bet at Bodog.com**

- Sign up here for a 10% Cash bonus
- 10% reload bonus on all deposits
- 40% refer a friend bonus up to $200
- Unlimited free deposits and payouts, with no transaction fees – a rarity in the business
- North American Customer service call centre open 24/7
- Qualifying 700 players for 2006 WSOP
- $1 Billion in Wagers. That's trust!

### More Information

**Types of Wagers:**
Singles | Parlays | Teasers | Buy Points | Futures | Props | Round Robins | If Bets | Reverses | Multi-singles

**Payment Methods:**
Credit Card (US Only) | Bank Wires | Instant Checks | Checks | NETeller

**Min/Max Internet Wager:**
Minimum Bets (All figures in US$)
Bodog may raise minimum Internet bets during peak periods or prior to popular events.
Internet: $5

### From the Frontlines

7/26/2006 | From the Frontlines
SUPER BOWL FUTURES: Offseason Winners and Losers
Offseason Winners and Losers The Arizona Cardinals will move into a new stadium on Aug. 12 when they host the Super Bowl champion Pittsburgh Steelers in a preseason game. Considering fans of the historically awful team have been baking on the bleachers of Sun Devil Stadium since 1988, the ret...

7/19/2006 | From the Frontlines
BRITISH OPEN: The Return to Hoylake
July 19, 2006 The last time the British Open was played at Royal Liverpool Golf Club was 1967. The winner was Argentinian Roberto de Vicenzo, and chances are, he didn't do it by smacking the ball 320 yards off the tee. So what can we make of the course most people call Hoylake (in reference ...

### Articles

8/20/2006 | Press Release
Bodog.com: Finding Value at Medinah
Tiger Woods is the obvious favorite, but what's to do for value hunters? One of the great debates in sports gambling resumes this week: Is betting on Tiger Woods a smart play? On the one hand, it's pretty comfortable backing arguably the best golfer ever. Woods has won 50 times on the...

7/6/2006 | Press Release
Bodog.com Posts Odds on 2006 FIFA World Cup Quarterfinals
June 29, 2006 The action continues to heat up in Germany, where the summer's largest sporting event has hit the quarterfinal stage. As always, Bodog.com has posted the odds. The 2006 FIFA World Cup is down to the "elite eight" - Germany, Argentina, Italy, Ukraine, England, Portugal,