UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

       v.                  case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

<u>SECOND AFFIDAVIT RE MICROSOFT'S FRAUD</u>


# <u>EXHIBIT E</u>

Web    Desktop    News    Images    Local    Encarta

football odds                                                      Search                              m!

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 3,530,615 results containing **football odds** (0.02 seconds)

**Run a Football Pool** - www.beavervalleysoftware.com
Easily run an office or home football pool. Can be customized

SPONSORED SITES          SPONSORED S

**NFL Betting Picks C**
Learn how to bet on |
Football, College Foo
and get free picks.
football-gaming-strat

## Football Odds - Pro Football Lines
**Football Odds** is the best source to understand american **football**. Here you can find the best information about **football**.
www.football-odds.biz

**Football**
Top Football Sites, G
Faster Results!
www.faster-results.cc

## NBA Basketball Odds - Sports Betting Odds
Daily betting **odds** from all major sports including baseball, basketball and **football**.
www.linesandodds.com

**Free Odds Rington**
Download All Odds
Ringtones. All Phone
ringtonealistars.com/

## Online Gambling Casino: Sportsbook to Craps
Wager on blackjack, poker, craps, slots and sporting events. Free javagames. Software available.
www.kingdomcasino.com   Cached page

**Free odds Ringtone**
Get Free odds Ringto
Instantly
gamertones.com

## College Football Odds - College Football Betting Odds for multiple ...
Compare **Football Odds** at multiple sports books. Bodog, CRIS, CanBet, BetCom, and Legendz. ... **Football Odds** - Compare College **Football** Betting **Odds** at Multiple Sports Books
www.docsports.com/football-odds.html   Cached page

**Football Equipmer**
Find Football Equipm
Today, In Our Sportir
Goods Catalog.
footballequipment.the

See your message

## Football Odds, Football Betting, College Football Odds
college **football odds**, **football** betting, **football odds** ... **football odds** His eyes followed by the wrong Dale said no more! Soon she told her sixteen-year ...
freewebs.com/casino7/football.html   Cached page

## Jazz Casino & Sportsbook | Online Sportsbook and Online Casino
NFL **Football Odds**; NBA Basketball **Odds**; NCAA **Football Odds**; NCAA Basketball **Odds**; Canadian **Football Odds**; WNBA Basketball **Odds**; Arena **Football Odds**; WNCAA Basketball **Odds**
jazzsports.com   Cached page

## Sports Betting, Football Betting & Free Football Picks | 100 ...
Sports betting just got guaranteed with VOS' surefire **football** betting through our free **football** picks ... Today's Live Scores & **Odds** ...
www.vegasonlinesports.com   Cached page   8/22/2006

## Google Directory - Sports > Football
Help build the largest human-edited directory on the web. Submit a Site - Open Directory Project - Become an Editor
www.google.com/Top/Sports/Football   Cached page .

## NFL Football Odds Betting Preview

Web   Desktop   News   Images   Local   Encarta

sports odds                                              Search                           m!

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 3,655,524 results containing **sports odds** (0.02 seconds)

SPONSORED SITES          SPONSORED SI

**sports odds** - www.megasearch.b.r
Look No Further. We Have It: sports odds

**Free Odds Ringtones** - ringtoneallstars.com/Odds
We Have Every Odds Ringtone. Get Them Now.

**Current Odds** - www.msn.bu.com
Get the current odds from Covers.com and MSNBC.

**15 the odds Ringto**
Get Free the odds. G
Now!
gamertones.com

See your message

## Sports Odds: NFL Football, NBA Basketball, Baseball, Hockey, College ...

Welcome to **Sports-Odds**.com. In 1997, **Sports-Odds**.com was created by a small group of
professional ... **Sports Odds** Welcome to **Sports-Odds**.com. In 1997, **Sports-Odds**.com
was created by a small group of ...
www.sports-odds.com  Cached page

### Contact Sports Odds

Contact **Sports Odds** ... More . **Sports-Odds** Latest Picks; **Sports-Odds** Latest Picks;
Featured. 2006 Week 1 NFL Schedule - The 2006 NFL ...
www.sports-odds.com/contact.htm  Cached page

Show more results from "www.sports-odds.com".

## Online Sportsbook, Sports Betting, Poker, Casino and Racebook

hockey, soccer, golf, college **sports**, boxing and Nascar. We also offer **odds** on NFL,
NCAA, NBA, MLB, MLS, NHL. and WNBA. Play online casino games in our Internet casino
and wager on horse racing in the ...
www.wagerweb.com  Cached page  8/22/2006

## USATODAY.com

... Select a sport Baseball NBA NCAA College Basketball Football NCAA Football NASCAR
Golf Tennis More **Sports** ... Please change your bookmark to this page:
http://covers.usatoday.com/data/**odds**.aspx
www.usatoday.com/sports/odds.htm  Cached page  8/21/2006

## Sports Picks for NFL and College Football Sports Betting Picks

... NFL picks , College Football Picks and NHL Hockey picks. Once in a while, Mark will
throw in NASCAR or Golf when the **odds** are in our favor. If you need to increase your
winnings in **sports** gambling ...
www.sharkhandicapping.com  Cached page

## Sports Odds: Sports Betting Odds for All Major Sports

Current **sports odds** for each of the major 6 us **sports**. The MadduxSports.com feed gives
you **sports** .., Maddux **Sports Odds**. As usual Maddux **Sports** is one step ahead of the
competition and ...
www.madduxsports.com/sports-odds.php  Cached page  8/20/2006

## Sports Odds, Sports Betting Odds and Las Vegas Sports Odds -

Web   Desktop   News   Images   Local   Encarta

football betting                                          Search                          m

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 9,446,855 results containing **football betting** (0.02 seconds)

**Increase Your Winnings** - www.nflinsidersguide.com
Get Free Advice from the Pros. Guaranteed Tips on all Sports.

SPONSORED SITES          SPONSORED SI

**Football**
Top Football Sites, G
Faster Results!
www.faster-results.cc

## Sports Picks for NFL and College Football Sports Betting Picks
Sports picks for NFL and college **football**, college and NBA basketball, baseball and NHL
Hockey. ... Get Mark 'The Shark' Daily:" FREE **FOOTBALL** PICKS . Sent directly to your
email.
www.sharkhandicapping.com   Cached page

Free Ringtones Wal
Try All Other ringtone
First. Once They Fail
Try Ours.
www.mi69.com

## Football Betting | NFL Football Betting | NFL Football Point Spread ...
NFL **Football Betting** at Sports **Betting Football** is your online sports handicapper blog for
the more ... Cornerback Quentin Jammer signed a deal with the San Diego Chargers that
will make him a Charger ...
www.sportsbettingfootball.com   Cached page

**NFL Betting** Picks
Learn how to bet on I
Football, College Foc
and get free picks.
football-gaming-strat

## Football Betting - Online Sports Betting at BetRoyal
For Wagering: Contact us at 1-800-599-1600 or 1-800-360-1111. For Customer Service:
Contact us at 1-800-818-1000 or csd@BetRoyal.com
www.betroyal.com/football   Cached page   8/20/2006

**football**
Directory Of Football
Equipment. Find Foo
Equipment Quickly.
footballequipment sp

See your message

## Sports Betting with Mybookie Online Sportsbook - Football Betting ...
Sports **Betting** with Mybookie Online Sportsbook. Online **Football Betting**, basketball
**betting**, NCAA ... The Detroit Tigers look to rebound from a 6-4 loss to the Red Sox on
Thursday when they host Texas ...
www.mybookie.com   Cached page   8/21/2006

## Football betting
**Football betting** College **football** has been called a pure game. The players are out there
on the field playing for glory and school pride. They don't get paid and many of them are
hoping to get a ...
vip-football-betting.blogspot.com   Cached page

## Football Betting: Sports Betting NFL College NCAA Sportsbook
Articles on **betting** strategy, the concept of value and other related information.
www.betfile.com   Cached page

## NFL Football Betting - BetUS Sportsbook
Bet on your favorite NFL team at America's favorite sportsbook. ... Indianapolis Colts. New
England Patriots. Dallas Cowboys. Carolina Panthers. Seattle Seahawks
www.betus.com/NFL-football   Cached page

## USA Football Betting: National Football League Season 05/06 ...
National **Football** League News, Results, Scores, Player Bios and Stats. 2005/06 **Football**
**Betting** Information - scores and results, with team and player profiles
www.usa-football-betting.com   Cached page

Web   Desktop   News   Images   Local   Encarta

internet sports book                                    Search            

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 5,591,652 results containing **internet sports book** (0.10 seconds)

**Internet** Gambling Sportsbook and **Sports** Betting, reviews, odds , lines ...
**Internet** Sportsbook Betting offers gambling information for **sports** betting. Reviewed
sportsbooks and casinos. ... A good **book** is measured by the quality of their customer
service ...
www.internetsportsbookbetting.net  Cached page

> **Internet** Sportsbook Betting - major **sports** schedules including nfl ...
> **Internet** Sportsbook Betting offers gambling information for **sports** betting. Reviewed
> sportsbooks ... **Internet** Sportsbook Betting has found one ...
> www.internetsportsbookbetting.net/schedules/index.htm  Cached page
>
>   Show more results from "www.internetsportsbookbetting.net".

Bet On Reliable **Internet Sports Book** - Secure Online **Sports** Gambling
Before I entered the realm of online **sports** betting , I spent long hours of searching for the
best **internet sports book** . You bet, I found hundreds of them and the fact that they are too
many for me ...
www.secure-online-sports-gambling.com/archives/48-Bet-On-Reliable-Internet-Sports-Book.htm...
 Cached page  8/21/2006

Hollywood Sportsbook - **Internet** Sportsbook: **Internet Sports** Betting ...
Providing a full-service sportsbook, betting on traditional casino games and customer
support.
www.hollywoodsportsbook.com  Cached page

> Hollywood Racebook Betting
> With Hollywood Racebook you can bet on the major races of America. Since 1997,
> Hollywood Sportsbook has provided millions of **internet sports** betting ...
> www.hollywoodsportsbook.com/racebook  Cached page
>
>   Show more results from "www.hollywoodsportsbook.com".

Online Sportsbook Betting ▯  Best Advantages of Legal **Internet** ...
... **Sports** Gambling Basics > Online Sportsbook Betting ▯  Best Advantages of Legal
**Internet** Offshore **Sports Book** Betting ... Millions of people enjoy legal online sportsbook
betting ▯  wagering many billions of ...
sportsgambling.about.com/od/sportsgamblingbasics/a/Sportsbook.htm  Cached page

**Sports** Betting Handicappers, **Internet** Casino Gambling Games and ...
Handicapping is not an easy task, and choosing a right handicapper isn't neither. When on a
**internet sports book** , you got to be sure not to lose your money stupidly, that's why there
is so ...
www.internet-casino-and-sportsbook.com/handicappers.htm  Cached page

**Internet** Gambling Games - The best sportsbook, casino odds and rules
**Internet** Sportsbooks And Casino, will help you understand all about casino and casino
sportsbooks. ... sporting events, get great promotions and bonuses! SBG Global has been
seen on HBO, ESPN, Fox **Sports** ...

α  SPONSORED SI

**internet sports b**
Look No Further. We
internet sports book
www.megasearch.bi

Overstock: Books &
Deep discounts on B
DVDs, CDs, & more.
$1.40 shipping!
overstock.com

   See your message

Web   Desktop   News   Images   Local   Encarta

horse betting                                                                    Search                                      m$

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 4,536,920 results containing **horse betting** (0.03 seconds)

**Horse Betting For** - www.loseeka.com                                    SPONSORED SITES           SPONSORED SI

Helpful Links for Horse Betting For                                                                **Buy horse betting**

Find horse betting on

**Horse Betting** - VIP.com – Online **Horse Betting**, **Horse** Racing, **Horse** ...     eBay Express™ Offic

**Horse Betting** with VIP.com, your access to action – play at all the major tracks and bet on     www.ebayexpress.cc

the ... Online **Horse** Racing **Betting** at VIP.com. Whether you are a weekend **horse** racing

warrior, a player ...                                                                              **Virginia Horse** Farr

www.vip.com/?skin=horses&   Cached page   8/22/2006                         View Virginia equestr

estates and horse pro

**horse betting** :: Blog                                                   for sale online.

**horse betting**, **betting** black casino jack, soccer **betting** ... **horse betting**: with it, not     www.horseshark.con

wrong. The real problems of managing are up here, amid the ambiguity ...

betting.bestdream.info/horse-betting.html   Cached page                     **Compare Local Rea**

Sell for top dollar fast

**Horse Betting**                                                           experienced, trained

What can match the excitement of **betting** on Horses? **Horse** racing offers you one of the     negotiator!

most exciting ... 3% back on any losses* Generous track odds available; Straight and exotic     www.topagentteam.c

wagering from the top ...

www.sbgglobal.com/horseracing   Cached page                                 **horse** Ringtone

Send This Ringtone

**Horse Betting** | **Horse** Racing **Betting** US | **Horse** Racing Bet Online ...     Phone Right Now, At

football **betting**, nfl football **betting**, college football **betting**, ncaa football **betting**,     Charge!

college ... Race two at Del Mar is a 7 furlong $25,000 Claiming race for three year olds and     gamertones.com

upward that have ...

www.bettingonhorse.com   Cached page                                        **Horse Betting**

Find Horse Betting H

**Horse Betting** | **Horse** Racing **Betting** US | **Horse** Racing Bet Online ...     The Web's Local Sea

football **betting**, nfl football **betting**, college football **betting**, ncaa football **betting**,     Engine!

college ... The season at Arlington still has two more months, but the number of     www.local.com

euthanized horses has rocketed ...

www.bettingonhorse.com/category/arlington   Cached page                     See your message

Show more results from "www.bettingonhorse.com".

Go **Horse Betting** - Online **Horse** Racing **Betting**

Go **Horse Betting** - Online **horse** racing **betting** with over 100 racetracks, **horse** racing

news and ... Online **Horse Betting** - **Horse** Racing News - **Horse** Racing Results - Secure

**Betting** - **Horse Betting** ...

www.gohorsebetting.com   Cached page

**Horse Racing and Betting**

**Horse** racing and **betting** online from your pc with sportsbook, ESPN poker, casino,

free news and ... Go **Horse Betting** - **Horse** Racing - Live Video Feeds -**Horse Betting**

- News - Schedules History - Track ...

www.gohorsebetting.com/join.html   Cached page   8/21/2006

Show more results from "www.gohorsebetting.com".

Web   Desktop   News   Images   Local   Encarta

baseball betting                                                            ms

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 3,865,638 results containing **baseball betting** (0.09 seconds)

SPONSORED SI

**Baseball Betting**
Online MLB Baseball
Betting Odds explana
Handicapping tips
online.baseball-bet

**Baseball** - Free Sh
Baseball Bats, Glove
Equipment & More. L
40% Below Retail Pri
www.xtreme-baseba

**Baseball**
Looking to find basek
products? Browse ou
baseball directory.
baseballcatalog.net

See your message

## Baseball Betting - MLB Betting

This is dedicated to offer the best options for make a **Baseball Betting** the most important
hobby in ... **Baseball Betting Baseball Betting** has it all in information related to the
National sport of ...

www.baseball-betting.org   Cached page   8/21/2006

## Baseball Betting - Online Sports Betting at BetRoyal

For Wagering: Contact us at 1-800-599-1600 or 1-800-360-1111. For Customer Service:
Contact us at 1-800-818-1000 or csd@BetRoyal.com

www.betroyal.com/baseball   Cached page

## Baseball betting

**Baseball betting** The season of MLB **baseball** is a long one, thanks to each team playing
162 games, and it's filled to the brim with opportunity.

vip-baseball-betting.blogspot.com   Cached page

## Online Gambling Casino: Sportsbook to Craps

Wager on blackjack, poker, craps, slots and sporting events. Free javagames. Software
available.

www.kingdomcasino.com   Cached page

## Baseball Online Betting [Baseball wagering,mlb betting online,baseball ...

**Baseball betting** sportsbooks odds offer online basebal **betting** tips, mlb overnight odds,
schedules ... **Baseball** ... the "Boys of Summer" ... "America's Pastime" ... whatever you
want to ...

www.baseball-online-betting.com   Cached page

## Baseball Lines and Baseball Odds

Updated MLB **Baseball** Lines and Odds for **betting** live MLB **baseball** ... **Baseball** Lines
and Odds. If you are looking for MLB **baseball** lines then you have come to the right place

www.docsports.com/mlb-baseball-betting-lines.html   Cached page

## baseball betting :: Blog

**baseball betting**, **betting** football future, online greyhound **betting** ... **baseball betting**:
module of Cycle 3, twenty-two out of thirty-eight participants came out

betting.bestdream.info/baseball-betting.html   Cached page

## 2006 NFL Football Season Free Picks-NFL Gambling Point Spreads

You have picked your team, now you have to understand how **Baseball Betting** Lines work.
Getting the hang of **Baseball Betting** Lines. Unlike basketball and football when you bet on
**baseball** ...

www.cajun-sports.com/baseball_betting_.html   Cached page

## Baseball Betting: NEWS: steroids: Preview:

Home of Best Bet Sports Handicapper, Jim Sneeringer. Site dedicated to producing
strongest ... World **Baseball** Classic. 16 Team tournament starts in March. See who is

Web   Desktop   News   Images   Local   Encarta

football betting                                    Search                    m

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 9,368,582 results containing **football betting** (0.09 seconds)

**Run a Football Pool** - www.beaver.alleysoftware.com
Easily run an office or home football pool. Can be customized

SPONSORED SITES          SPONSORED S!

Sports Picks for NFL and College **Football** Sports **Betting** Picks
Sports picks for NFL and college **football**, college and NBA basketball, baseball and NHL
Hockey. ... Get Mark 'The Shark' Daily:" FREE **FOOTBALL** PICKS . Sent directly to your
email.
www.sharkhandicapping.com   Cached page

**Football Betting** | NFL **Football Betting** | NFL **Football** Point Spread ...
NFL **Football Betting** at Sports **Betting Football** is your online sports handicapper blog for
the more ... Cornerback Quentin Jammer signed a deal with the San Diego Chargers that
will make him a Charger ...
www.sportsbettingfootball.com   Cached page

   **Football Betting** | NFL **Football Betting** | NFL **Football** Point Spread ...
   NFL **Football Betting** at Sports **Betting Football** is your online sports handicapper
   blog for the more ... Cornerback Quentin Jammer signed a deal with the San Diego
   Chargers that will make him a Charger ...
   www.sportsbettingfootball.com/category/football-betting   Cached page
     Show more results from "www.sportsbettingfootball.com".

**Football Betting** - Online Sports **Betting** at BetRoyal
For Wagering: Contact us at 1-800-599-1600 or 1-800-360-1111. For Customer Service:
Contact us at 1-800-818-1000 or csd@BetRoyal.com
www.betroyal.com/football   Cached page   8/20/2006

Sports **Betting** with Mybookie Online Sportsbook - **Football Betting** ...
Sports **Betting** with Mybookie Online Sportsbook. Online **Football Betting**, basketball
**betting**, NCAA ... The Detroit Tigers look to rebound from a 6-4 loss to the Red Sox on
Thursday when they host Texas ...
www.mybookie.com   Cached page   8/21/2006

**Football betting**
**Football betting** College **football** has been called a pure game. The players are out there
on the field playing for glory and school pride. They don't get paid and many of them are
hoping to get a ...
vip-football-betting.blogspot.com   Cached page

**Football Betting**: Sports **Betting** NFL College NCAA Sportsbook
Articles on **betting** strategy, the concept of value and other related information.
www.betfile.com   Cached page

USA **Football Betting**: National **Football** League Season 05/06 ...
National **Football** League News, Results, Scores, Player Bios and Stats. 2005/06 **Football**

---

**Increase Your Winn**
Get Free Advice from
Pros. Guaranteed Tip
Sports.
www.nflinsidersguide

**Is Football**
Information on Is Foc
www.foseeka.com

**Football**
Top Football Sites, G
Faster Results!
www.faster-results.cc

**NFL Betting Picks**
Learn how to bet on I
Football, College Foc
and get free picks.
football-gaming-strat

**Free football Ringt**
Get Free football Rin
Instantly
gamertones.com

See your message

---

Web    Desktop    News    Images    Local    Encarta

poker

+Search Builder    Settings    Help    Español

# Web Results

Page 1 of 76,280,108 results containing **poker** (0.02 seconds)

**Poker Room Deals** - www - pokerroom.com
Looking for Great Poker Deals, well you have found the place.

**Free Poker Chip Sets** - www.thepokerdeal.com
Get a Free 500 Ct. Poker Chip Set (11.5g) - Includes Free Shipping!

**Cheat When Playing Online** - pokercheatingsystem.com
See other hole cards at your table. Any dummy can do it! Find out how.

**Poker**.com - Play Online **Poker**, Texas Hold'em, Tournaments, Freerolls ...
Play **poker** online for fun or real money. Multiplayer **poker** with real people from around the
world. Free download and bonus **poker** promotions.
www.poker.com

**Poker**.Net - Welcome to **Poker**.Net - Your Online **Poker** Network
Articles, rules, cardroom directories and online tournament information.
www.poker.net  Cached page

PokerRoom.com - play **poker** online, Texas Hold'em, casino games ...
Java, non-download games can be played on Linux and Mac computers without an emulator
program. Also a downloadable client.
www.pokerroom.com

**Poker** - Online **Poker** Games at PokerStars - Texas Holdem
Live games and multi-table tournaments. Home of the World Championship of Online
**Poker**.
www.pokerstars.com

**Poker** titan
**poker** titan ... On line **poker** shall be a stimulating game. Because it`s played in opposition
to other players ...
www.thepokertitan.com  Cached page  8/21/2006

Ks **poker**
ks **poker** ... During **poker** it is not just what is held in your hand which is important, but as
well as that ...
www.onkspoker.com  Cached page  8/20/2006

Online **Poker** - Play online **poker** for fun or real money in our online ...
Play online **poker** for fun or real money. Play multihand **poker** with real people from around
the world ... If you have reached this website through a forum or blog spam link please click
here
www.online.poker.com  Cached page

**Poker**.com's **Poker** Forum
Talk **poker** on our **Poker** Forum and be eligible for special prizes and promotions from

SPONSORED SITES          SPONSORED SI

**Learn Poker** the Ri
Way
Do Not Play Poker ur
Learn Tips & Tricks c
Pros!
www.pokerlearn.org

**poker**
Download your copy
Video poker to Texas
Holdem. Quick & Eas
www.high.com

**Sportsbook Adviso**
Learn to Avoid Sports
Scams. Tips on Findi
Sportsbooks.
www.insiderssportsg

**Play while sleeping**
PokerRobot software
clear the bonuses wh
away.
www.pokerbotpoker

**Free Poker**
Sample Fun Offers a
a Free Poker Sign U|
www.samplepromoti

See your message