UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                  case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

<u>SECOND AFFIDAVIT RE MICROSOFT'S FRAUD</u>

# EXHIBIT F

manufacture, but not possess, under Health and Safety Code 11364 . All **marijuana paraphernalia** is subject to seizure by the ...
www.chrisconrad.com/expert.witness/calmjlaws.html ·
Cached page

Possession of **Marijuana** and Drug **Paraphernalia**
Legal Help For Drug Offenses. Possession of **Marijuana** and Drug **Paraphernalia** ... Drug Offenses Issues relating to drug prosecutions, including charges of possession, delivery, and ...
www.expertlaw.com/forums/showthread.php?t=1693 ·
Cached page

Drugstory | Drug Information | Drug **Paraphernalia**
Drug Information Club Drugs Cocaine Ecstasy Hallucinogens Heroin Inhalants **Marijuana** Methamphetamine **Paraphernalia** Prescription Drugs ...
www.drugstory.org/drug_info/drugparaphernalia.asp ·
Cached page

Common Drug **Paraphernalia**
These are some common drug use tools that are found among drug abusers Roach clips used to hold small **marijuana** Water bongs for smoking **marijuana**
www.isdrugfree.com/common_drug_paraphernalia.htm
· Cached page

Drug **Paraphernalia** Factsheet
... product, or material that is modified for making, using, or concealing illegal drugs such as cocaine, heroin, **marijuana**, and methamphetamine. Drug **paraphernalia** generally ...
www.usdoj.gov/dea/concern/paraphernaliafact.html ·
Cached page

SPONSORED SITES

**marijuana**. Shop eBay.
Try browsing a huge selection now. Find exactly what you want today!
www.ebay.com

**Marijuana**
Buy **Marijuana** Merchandise at SHOP.COM. Tons of Options to Choose from !
shop.com

Need Legal Help in GA?
We have built a list of the top legal practices in Georgia. 24hr Help.
my-georgia-lawyer.com

White House on YouTube
White House uploads anti-drug videos to YouTube.
cnn.com

**Paraphernalia**
Find Business Suppliers Fast. Sourcetool - The B2B Search Engine.
www.sourcetool.com

See your message here...

Didn't get the results you expected? Help us improve.

1  2  3  4  5

Learn more about the new Live Search.   | Marijuana Paraphernalia |

© 2006 Microsoft   Privacy  |  Legal  |  About Search          Help Central  |  Account  |  Feedback

manufacture, but not possess, under Health and Safety Code 11364 . All **marijuana paraphernalia** is subject to seizure by the ...
www.chrisconrad.com/expert.witness/ calmjlaws.html ·
Cached page

Possession of **Marijuana** and Drug **Paraphernalia**
Legal Help For Drug Offenses. Possession of **Marijuana** and Drug **Paraphernalia** ... Drug Offenses Issues relating to drug prosecutions, including charges of possession, delivery, and ...
www.expertlaw.com/forums/showthread.php?t=1693 ·
Cached page

Drugstory | Drug Information | Drug **Paraphernalia**
Drug Information Club Drugs Cocaine Ecstasy Hallucinogens Heroin Inhalants **Marijuana** Methamphetamine **Paraphernalia** Prescription Drugs ...
www.drugstory.org/drug_info/ drugparaphernalia.asp ·
Cached page

Common Drug **Paraphernalia**
These are some common drug use tools that are found among drug abusers Roach clips used to hold small **marijuana** Water bongs for smoking **marijuana**
www.isdrugfree.com/common_drug_paraphernalia.htm
· Cached page

Drug **Paraphernalia** Factsheet
... product, or material that is modified for making, using, or concealing illegal drugs such as cocaine, heroin, **marijuana**, and methamphetamine. Drug **paraphernalia** generally ...
www.usdoj.gov/dea/concern/paraphernaliafact.html ·
Cached page

SPONSORED SITES 

**marijuana**. Shop eBay.
Try browsing a huge selection now.
Find exactly what you want today!
www.ebay.com

**Marijuana**
Buy **Marijuana** Merchandise at SHOP.COM. Tons of Options to Choose from !
shop.com

Need Legal Help in GA?
We have built a list of the top legal practices in Georgia. 24hr Help.
my-georgia-lawyer.com

White House on YouTube
White House uploads anti-drug videos to YouTube.
cnn.com

Paraphernalia
Find Business Suppliers Fast.
Sourcetool - The B2B Search Engine.
www.sourcetool.com

See your message here...

Didn't get the results you expected? Help us improve.

1  2  3  4  5  ›

Learn more about the new Live Search.

[Marijuana Paraphernalia]

© 2006 Microsoft   Privacy | Legal | About Search          Help Central | Account | Feedback

**Bongs** and how do they work?
www.legalherbalbuds.com/stuff/ bongs.html · Cached page

**Marijuana** Vaporizers, **Bongs**, Water Bowls, Pipes
**marijuana** vaporizers, **marijuana** vaporisers, water bowls, pipes, legal buds, herbal smoke, rolling ... Bringing some Kool stuff that we all wish we had and now we can...
www.legalherbalbuds.com/stuff/ index.html · Cached page
Show more results from "www.legalherbalbuds.com".

pot **marijuana bongs** shrooms cannabis - graffix
Buy your selection, smoke the sale then trip like graffix and grow to a new high order. ... Pot **marijuana bongs** shrooms cannabis - graffix. Buy your selection, smoke the sale then trip like ...
www.pmbsc.org/index1.htm · Cached page

Canadian Hemp Company - **marijuana bongs** pipes
Features a variety of **bongs**, pipes, hemp clothing, and accessories.
www.canadianhempco.com · Cached page

RateMyPipe.com - Rate **Marijuana** Pipes, **Bongs** and Bubblers
Rate or upload pictures of **marijuana** pipes, **bongs** and bubblers. ... Pipes only **Bongs** only Bubblers only Other only Broken only View All
www.ratemypipe.com · 9/24/2006 · Cached page

**Related searches:**
Marijuana **Pipes** Bongs

SPONSORED SITES

White House on YouTube
White House uploads anti-drug videos to YouTube.
cnn.com

**Marijuana**
Buy **Marijuana** Merchandise at SHOP.COM. Tons of Options to Choose from !
shop.com

**marijuana**. Shop eBay.
Try browsing a huge selection now. Find exactly what you want today!
www.ebay.com

**Marijuana Bongs**
Search Smarter for **Marijuana Bongs** and Save.
www.smarter.com

**marijuana** GA?
We have built a list of the top legal practices in Georgia. 24hr Help.
my-georgia-lawyer.com

See your message here...

Didn't get the results you expected? Help us improve.

1   2   3   4   5

Learn more about the new Live Search.
[Marijuana Bongs]

© 2006 Microsoft   Privacy | Legal | About Search

Help Central | Account | Feedback

# SHOP•COM

One Cart. One Account. Millions of Products.   universal shopping cart   egifts   your account   wish li

| HOME | DEPARTMENTS | STORES | GIFTS | SERVICES | ON SALE | Sign In |

I'm shopping for  Marijuana   in  All Products   Search

 See what's new for Fall!  >

Sponsored Links - Try these resources for additional options  What's This?                                  Sponsored Links

Buy Legal Bud                                                                                   www.herbalaffiliateprogram.com/herb
100% legal high quality bud and other herbal smoking accessories.

There are **235** matches in SHOP.COM > "Marijuana"

Row View    Grid View       Search Within Results    

Sort By   Most Popular  | Newest Arrivals | Price Low-High | Price High-Low    Showing 1 - 2

**Department**

Books & Magazines
Clothing & Accessories
Prints & Posters
Health & Wellness
Music
Sports & Fitness
DVDs & Videos

**Store**

ArtExpression.com
buy.com
Usermart
TextbookX.com
ChoiceShirts
BestPrices.com
Art.com
T-Shirts.com
ShoppersChoice.com
ForWallsOnly Art Poster Prints

> See all

Sign up for savings!
Your email address

 The Cultural/ Subcultural Contexts of Marijuana Use at the Turn of th Twenty-first Century
by Andrew Lang Golub - Hardcover (Haworth Pr Inc; Apr 28, 2006)

 The Big Book Of Buds: Marijuana Varieties From The World S Great S Breeders (Paperback)
Author: Rosenthal, Ed (EDT). Published On: 2001/11/01. Language: ENGLISH 7.80 (H) x 7.75 (W) x 0.45 (D) 1 lbs.

 The Cultural/Subcultural Contexts of Marijuana Use at the Turn of th Twenty-First Century
by Andrew Lang Golub - Paperback (Haworth Pr Inc; Apr 28, 2006)

 Marijuana Horticulture: The Indoor/Outdoor Medical Grower's Bible
With 512 full color pages and 1120 full color photographs and illustrations, Marijuana Horticulture: the Indoor/Outdoor Medical Grower's Bible is the most complete cultivation book available. The Fi Edition of the former Indoor Marijuana...

 The Marijuana Chef Cookbook
by S. T. Oner - Paperback (Pub Group West; Sep 1, 2001)

Marijuana Grower's Handbook (3rd Ed.) Paperback
Marijuana Grower's Handbook (3rd Ed.), The Indoor High Yield Guide


Describes ways to grow marijuana indoors, including tips on light, temperature, water, seed selection, and growing problems. Author: E Rosenthal Publisher: Pub Group West Format...


Marijuana Grower S Handbook: The Indoor High Yield Guide (Paperback)
Describes ways to grow marijuana indoors, including tips on light, temperature, water, seed selection, and growing problems. Author: Rosenthal, Ed. Number of Pages: 261. Published On: 1998/02/01. Language: ENGLISH 8.50 (H) x 5.75 (W) x 0.50 (D) 1 lbs.


Marijuana
by Randi Mehling, et al - Illustrated Edition, Reinforced Hardcover (Fa on File; Feb 1, 2003)


Ask Ed : Marijuana Law Don't Get Busted
edited by Ed Rosenthal, et al - Paperback (Pub Group West; Oct 1, 2000)


The Big Book of Buds Marijuana Varieties from the World's Great See Breeders

Condition: New

ISBN: 0932551394 Publisher: Pub Group West Description: This full-color guide showcases the diversity of cannabis varieties. Stunning close-ups from the world's great breeders are accompanied by concis information about growing characteristics...


Marijuana
by Jamuna Carroll - Paperback (Greenhaven Pr; Oct 21, 2005)


The Facts About Marijuana
by Ted Gottfried - Reinforced Hardcover (Marshall Cavendish Corp; N 30, 2004)



Waiting to Inhale : The Politics of Medical Marijuana
by Alan W. Bock - Paperback (Seven Locks Pr; Jan 1, 2001)

Weedcity.com
Ed Rosenthal and the Unknown Brewer. This is the book that tells you how to brew your own delicious ... **Bongs** and Glass Water **Pipes** : Roor **Bongs**, Ceramic **Bongs**, Glass **Bongs** and Water **Pipes** they're ...
www.weedcity.com/shop/product.asp?strParents=43&CAT_ID=166&P_ID=471 · Cached page

**Marijuana** 420 Head Shop ::. Smoke Shop | Merchandise | **Bongs** ...
**Marijuana** 420 :. Head shop! Tons of **Bongs**, Color Changing Glass **Pipes**, Dugout Systems, Herb Grinders, Vaporizers, Posters, T-shirts and More!
staticfiends.com/store/Marijuana/ index.htm · Cached page

**Marijuana** 420 - **Bongs** ::. Acrylic | Ceramic | Glass | Color ...
browse our head shop here .: **Marijuana** 420 Head Shop :. ~ **Bongs** ~ Color ... Dugout Systems ~ Gift Sets ~ Hand **Pipes** ~ Herb ...
www.staticfiends.com/store/ Marijuana/ bongs.htm · Cached page

**Marijuana Pipes**, Glass **Pipes** and **Bongs** : Soapstone **Pipes**
Soapstone **Pipes**, **Marijuana Pipes**, Weed **Pipes**, **Pipes**, Glass **Pipes**, **Bongs**. **Marijuana Pipes**, Glass **Pipes** and **Bongs** - for all your smokin' needs!
www.marijuana-pipes-glass-pipes-and-bongs.com/soapstone-pipes.html · Cached page

SPONSORED SITES

marijuana pipes
We Have What You Are Looking For.
www.ewoss.com

Pipes Bongs
Looking to find **pipes**? Browse our **pipes** directory.
pipdirectory.com

Marijuana Bongs
Search Smarter for **Marijuana Bongs** and Save.
www.smarter.com

See your message here...

Didn't get the results you expected? Help us improve.

**1**  2  3  4  5  ▶

Learn more about the new Live Search.

Marijuana Pipes Bongs

© 2006 Microsoft   Privacy | Legal | About Search          Help Central | Account | Feedback

 ™   Home  News  Sports  Games                                    Make eWos
                                                         eWoss Search                Homep

Search Results                                                         *advertises on Microsoft's Live Search*   Wednesday, Septeml

Shopping Results 1 to 5 of 10 Total                             **YAHOO! SHOPPING**

MULTI COLOR **MARIJUANA** LEAF LIGHTER LIGHTERS
W/PIPE [Other Tobacco Lighters]
Yahoo! Auctions
Price: $5.00



Estrogenic Botanical Pipe-Smoka Crystalline Wafered :
Botanical Pipe-Smoka
For the record: Horny Goat Snappa Erotogenic / Aphrodisia Pipe-
Smoking Substance has not been specifically designed to be, and is
not offered as a **marijuana** / cannabis alternative / substitute or as an
alternative / substitute for stress, anxiety or depression / mood
enhancing; pharmaceutica...
ramenterprisesinc.com
Price: $40.00

Melo: CHRONIC REGGAE! Brain Food: Weedology DJ Melo
Vybez Kartel - Study De Weed 18 - Vybz Cartel & Daville - Ms. **Marijuana** 19 -
Bounty Killer & Round Head - High Grade Again 20 - RoundBarrington Levy - Under
Mi Sensi 39 - Josey Wales - Ganja Pipe Harmless 40 - Jacob Miller - Tired Fe Lick
Weed 41 - Jacob...
MixUnit.com
Price: $6.99



**Marijuana**-Logues
Compare Prices: $7.87 - $12.98



Horny Goat Snappa Smoka (90 + Uses
Estrogenic Botanical Pipe-Smoka Crystalline Wafered : Botanical Pipe-
Smoka For the record: Horny Goat Snappa Erotogenic / Aphrodisia
Pipe-Smoking Substance has not been specifically designed to be, and
is not offered as a **marijuana** / cannabis alternative / substitute or as an
alternative /...
healthfullifestyle.com
Price: $38.00



Shopping Results Page:

**Auction Results for marijuana pipes**  About these results      Top **1** Results Out Of **1** Total



### Peace Pipes Marijuana Leaf Peace Sandpainting! LOOK
Number of Bids: 0 | Auction Ends in 4 days, 22 hours, 56 minutes.
Current Price > 9.99

All 1 auction results

**Blog Results for marijuana pipes**  About these results      Powered by **Blogdigger**™

### THE CORPORAL PERFORMS - 2
[It's taken me a little longer than expected to put up the second and final part up of The Corporal Performs, but here it is.] I discovered Rocky one night when Dave and I tied up the boys in the next squadbay who shared our head. We tied them up and put them one by one in the shower. Rocky was an e...
Saturday 12:34 AM
Bondage Stories

### September 22, 2006 Reasonable Doubts
APPEALS - FEDERAL - FROM GUILTY PLEAUnited States v. Castillo (2006) F.3d (9th Cir. 9/22/06, 05-30401)   Entry of unconditional guilty plea deprives appellate court of jurisdiction to hearing challenge to pretrial suppression motion. Note that in California, a defendant may challenge a ru...
Friday 7:14 PM
ElectricLawyer

### Mom let her baby inhale marijuana smoke
A Montana mother who allowed her 18-month-old baby daughter to inhale from a **marijuana** water pipe on several occasions was properly convicted, but should not have to spend five years in jail, a U.S. appeals court ruled on Friday......
Friday 4:15 PM
National Informer

All blog results for marijuana pipes at Blogdigger

Home  News  Sports  Games

Search the Web

Advertise With Us | Using eWoss | Terms | About Us | Privacy Policy

© 2004-2005 eWoss.com. All trademarks are the property of their respective owners. All Rights Reserved.

Web   Desktop   News   Images   Local   Encarta

grow marijuana                                    Search                                          ms

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 797,281 results containing grow marijuana (0.03 seconds)

SPONSORED SITES                SPONSORED S

**marijuana. Shop eBay.** - www.ebay.com
Try browsing a huge selection now. Find exactly what you want today!

**How To Grow**
Find, compare and b
products from thousa
trusted retailers.
www.shopping.com

**marijuana how to grow** - www.ewoss.com
We Have What You Are Looking For.

growmedicine.com
growmedicine.com

**TruGreen ChemLaw**
Our complete treatme
is your guide to a hea
weed-free lawn
www.trugreen.com

See your message

### Growing marijuana, buy marijuana, how to grow marijuana seeds ...
Information within this web site is ONLY SUITABLE for persons aged 18 years or older.
Information contained within this web site is for scientific and educational references ...
www.growing-marijuana.org   Cached page   8/20/2006

### Growing marijuana - how to grow marijuana cultivation harvest grow ...
Growing marijuana - how to grow marijuana free guide: cultivation, harvest, sexing,
grow lights, plant seeds. our links | growing marijuana | marijuana alternatives |
marijuana seeds
www.growing-marijuana.org/guide.html   Cached page
Show more results from "www.growing-marijuana.org".

### Lycaeum > Leda >
Lycaeum Entheogen Database ... Marijuana; MDMA ("Ecstasy") Mescaline;
Methamphetamine; Nitrous; Opium; Peyote; Psilocybe mushrooms; Salvia divinorum ...
leda.lycaeum.org   Cached page

### Marijuana Seeds, Cannabis Seeds Online
Top Quality Marijuana seeds ... BC Seed King buys and distributes marijuana seeds. BC
Seed King specializes in marijuana seeds ...
www.bcseedking.com   Cached page

### Untitled Document
www.natureshigh.com   Cached page

### Marijuana.com | Your Source For All Things Marijuana
Marijuana.com ... Grow Light Systems ... Marijuana News Overview; KY: Several Letters to
the Editor posted ...
www.marijuana.com   Cached page

### Growing Marijuana Advice (Cannabis) Legal Marijuana Highs, Marijuana ...
How to grow medical marijuana. Growing marijuana varieties. Excellent Growing
Marijuana. ... North Lights. Kaya. AURORA INDICA. Welcome to Questions & Answers
by ...
www.growadvice.com   Cached page

### Growing Marijuana - Roll It Up .org -Roll It Up.org

*advertise on plaintiff* (handwritten annotation)



eWoss™    Home  News  Sports  Games                                        Make eWos
                 [                              ]  eWoss Search             Homep:

## Search Results                                               Wednesday, Aug

**Sponsored Results for marijuana how to grow**  About these results

### Help **grow marijuana** legally - MPP
The **Marijuana** Policy Project (MPP) works **to** educate the public on the need for **marijuana** law reform; the organization also coordinates state and federal grassroots lobbying efforts.
www.mpp.org

**Shopping Results 1 to 5 of 6 Total**                      powered by **YAHOO!** SHOPPING

### How to Grow Marijuana Indoors for Medical Use
Compare Prices: $15.07 - $19.95



### How High
DVD Description: **HOW** HIGH is a raucous comedy about two underachieving potheads from the when Cyrus' friend Ivory dies, and Cyrus uses his ashes as fertilizer **to grow marijuana**. When the two are taking their college entrance exams, Jamal explains...
AccStation.com
Price: $8.71



### How High
DVD Description: **HOW** HIGH is a raucous comedy about two underachieving potheads from the when Cyrus' friend Ivory dies, and Cyrus uses his ashes as fertilizer **to grow marijuana**. When the two are taking their college entrance exams, Jamal explains...
iTrimming.com
Price: $8.71



### How High
DVD Description: **HOW** HIGH is a raucous comedy about two underachieving potheads from the when Cyrus' friend Ivory dies, and Cyrus uses his ashes as fertilizer **to grow marijuana**. When the two are taking their college entrance exams, Jamal explains...
EverydaySource.com
Price: $8.71



### How to Grow the Finest Marijuana Indoors Under Lights
Compare Prices: $14.27 - $23.00



Shopping Results Page:

http://www.ewoss.com/search.aspx?k=marijuana%20how%20to%20grow&s=4000                  8/23/2006

Web   Desktop   News   Images   Local   Encarta

marijuana pipes                                         Search                                    ms

+Search Builder   Settings   Help   Español

# Web Results

Page 1 of 232,640 results containing **marijuana pipes** (0.03 seconds)

**marijuana. Shop eBay.** - www.ebay.com              SPONSORED SITES    SPONSORED SI
Try browsing a huge selection now. Find exactly what you want today!
                                                                         **marijuana pipes**
                                                                         We Have What You
www.herbalaffiliateprogram.com                                           Looking For.
www.herbalaffiliateprogram.com/herbalsmokeshop/aff_manager/newaff/redirect.cfm/i/200309569...    www.ewoss.com
Cached page

### Marijuana Pipes, Glass Pipes and Bongs : Herbal Tobacco        **Pipes**
                                                                    Get more information
Herbal Tobacco, Bongs, **Pipes**, Glass **Pipes**. **Marijuana Pipes**, Glass **Pipes** and Bongs -    Pipes.
for all your smokin' needs!                                         www.roseeka.com
www.marijuana-pipes-glass-pipes-and-bongs.com/herbal-tobacco.html    Cached page
                                                                    **Pipes**
### 420 Distributors Marijuana Pipes and Paraphernalia              Looking to find pipes
                                                                    Browse our pipes dir
Welcome to the world's finest website distributors of **marijuana pipes**, herbal smoke, weigh    pipdirectory.com
scales ... Welcome to the world of 420 Distributors. Over 4,600,000 requests since January
2003.                                                               **pipes** Ringtone
www.420distributors.com   Cached page                               Send This Ringtone
                                                                    Phone Right Now, At
### Marijuana Pipes, Ceramic, Metal, Stone, Handmade Wood Pipes     Charge!
                                                                    gamertones.com
by fda law none of these products are labeled as the best legal buds, herbal highs, legal
hits ... Ceramic Pipe With Leaf: Just as in the use of tabacco, our traditional ...    See your message
www.legalherbalbuds.com/headshop/pipes/index.html   Cached page

### RateMyPipe.com - Rate Marijuana Pipes, Bongs and Bubblers

Rate or upload pictures of **marijuana pipes**, bongs and bubblers. ... **Pipes** only Bongs only
Bubblers only Other only Broken only View All
www.ratemypipe.com   Cached page   8/20/2006

### Marijuana Directory - Water Pipes - 420KindZone.com

Water **Pipes**. Check out our collection of water pipe links. We offer some of the finest
companies on this page, all fantastic pipe makers, fully aware of what ...
www.420kindzone.com/water-pipes.asp   Cached page

### ABOUT MARIJUANA(Cannabis,Hemp) Smoking Pipe.Glass,Stone,Wood Pipes ...

ABOUT **MARIJUANA**(Cannabis,Hemp) Smoking Pipe.Glass,Stone,Wood,Clay,Metal,Briar
Coloured Hand Carved ... You want CANNABIS SEEDS for your HEMP GROWING project
about future **MARIJUANA** SMOKING
aboutmarijuana.bizhat.com/pipes.html   Cached page

### Pipes and Bongs - MarijuanaVaporizer.com

The best Pipe and Bong retailers on the net ... PureTHCShop.com - Massive selection of
**Marijuana** Smoking ...
www.marijuanavaporizer.com/pipes-and-bongs.html   Cached page



  



Search Rollies!

Shipping Terms    Wholesale    HELP    International Orders    Order Status

You must be at least 18 years of age to purchase from this site

| Home |
|---|
| Papers |
| Scales |
| Accessories |
| Body Jewelry |
| Pipes |
| Metal Pipes |
| Glass Pipes |
| Glass Blown Waterpipes |
| Acrylic Waterpipes |
| Speciality Smoking Pipes |
| Hookahs |
| Dugouts and One Hitters |
| Power Pipes and Vaporizer |
| Glass Bowls And Stems |
| Pipe Addons |

# PIPES

All Products Intended and Sold For Legal Purposes Only!
Rollies.com    Pipes

## Pipe Section

 

**Metal Pipes**
Brass - Nickel - Anodized
More Info...

**Glass Pipes**
Glass Pipes - Bubblers - Sherlocks - Hammers
More Info...



Pre-Rolled Cones

Pre-Rolled Cones - Why roll your own when you've got pre-rolled cones?
Rollies.com  Papers
Pre-Rolled Cones



BC Vaporizer:



BC Vaporizer



Glass Blown        Acrylic Waterpipes

Praise Rollies.com! See what great things people have to say about Rollies.com
Click Here

| | | | |
|---|---|---|---|
| **Deluxe** - Gently heats without combustion. You end up inhaling **WAY LESS** carbon monoxide, tar, and a lot of other bad chemistry. Rollies.com · Pipes · PowerPipes · BC Vaporizers · BCVap Deluxe | Water pipes Large and Small More Info...  | Handheld and Stand ups More Info...  | **Cleaners** <br> **Cleaners** - Restore your Pipe's brand new look! Rollies.com · Accessories · Cleaners |
| **Large Aluminum Grinder-Sifter**  **Large Aerospace Aluminum Grinder-Sifter** - 3 Chamber Aluminium Grinder-Sifter Combo! Rollies.com · Accessories · Grinders · Space Case · Large Aerospace Aluminum Grinder-Sifter | **Speciality Smoking Pipes** Ceramics - Wood - Incognito - Proto Pipe and More More Info... | **Hookahs** Glass - Acrylic - Metal Hookahs More Info... | **Help** New to Rollies.com? **Don't Panic** Check out our **Help Section**, with an **FAQ**, the Rollies.com **Shipping Terms** page and much more! |
| **Bent Bar Bells**  **Bent Bar Bells** - Looking for Bent Bar Bells? Rollies.com · Body Jewelry · Bent Bar Bells |  **Dugouts and One Hitters** Wood or Plastic Dugouts - Glass or Metal One Hitters More Info... |  **Power Pipes and Vaporizer** BC Vaporizer and cool Electric Pipes More Info... | **Gear Glass Waterpipes:**  **Gear Glass Waterpipe** - Glass on Glass - High Quality, High Demand - Rollies.com · Pipes · Glass Blown Waterpipes · Gear Glass Waterpipe |
| |  **Glass Bowls And** |  **Pipe Addons** | |

| | | | |
|---|---|---|---|
| Deluxe - Gently heats without combustion. You end up inhaling WAY LESS carbon monoxide, tar, and a lot of other bad chemistry. Rollies.com  Pipes  PowerPipes  BC Vaporizers  BCVap Deluxe | Waterpipes Large and Small More Info...  | Handheld and Stand ups More Info...  | Cleaners  Cleaners - Restore your Pipe's brand new look! Rollies.com  Accessories  Cleaners |
| Large Aluminum Grinder-Sifter  Large Aerospace Aluminum Grinder-Sifter - 3 Chamber Aluminium Grinder-Sifter Combo! Rollies.com  Accessories  Grinders  Space Case  Large Aerospace Aluminum Grinder-Sifter | Speciality Smoking Pipes Cermanics - Wood - Incognito - Proto Pipe and More More Info... | Hookahs Glass - Acrylic - Metal Hookahs More Info... | Help New to Rollies.com? Don't Panic Check out our Help Section, with an FAQ, the Rollies.com Shipping Terms page and much more! |
| Bent Bar Bells  Bent Bar Bells - Looking for Bent Bar Bells? Rollies.com  Body Jewelry  Bent Bar Bells | Dugouts and One Hitters Wood or Plastic Dugouts - Glass or Metal One Hitters More Info... | Power Pipes and Vaporizer BC Vaporizer and cool Electric Pipes More Info...  | Gear Glass Waterpipes:  Gear Glass Waterpipe - Glass on Glass - High Quality, High Demand - Rollies.com  Pipes  Glass Blown Waterpipes  Gear Glass Waterpipe |
| | Glass Bowls And  | Pipe Addons  | |

Web   Desktop   News   Images   Local   Encarta

bongs

+Search Builder   Settings   Help   Español

## Web Results

Page 1 of 385,240 results containing **bongs** (0.02 seconds)

**Bongs Sale** - pottery-glass.ebay.com
Bongs (in stock). Pottery & Glass up to 75% off Retail

**Bongs** - www.shopping.com
Find, compare and buy products from thousands of trusted retailers.

**Bongs** - www.dealtime.com
Find, compare and buy products from thousands of trusted retailers.

SPONSORED SITES    SPONSORED SI

**bongs**
Your Search Ends H
Found It: bongs
www.ewoss.com

See your message

### Bongs - Glass Bongs - Water Bongs - enjoy ...
77 **bongs** that will make You crazy ! **Bongs**, glass **bongs**, water **bongs**, how to make a bong. Welkom bong seekers, seek no more !
www.77bongs.com

### TheBongStore - Bongs, Glass Bongs, Water Bongs
browse through a large collection of **bongs**, and water pipes ... Your Source For: Glass **Bongs**. Water **Bongs**. Glass Pipes. Marijuana Pipes. Water Pipes. Rolling Papers
www.thebongstore.com/Bongs   Cached page

### Glass bongs, glass pipes shipped worldwide! - Blunt Bros™
A marijuana-friendly cafe in the Gastown area serving basic food. Includes advertising, links, events schedule, site map and contact information.
www.bluntbros.com

### Roor Bongs!, roor bongs and accessories available.
roor **bongs** the range of roor **bongs** ... Roor **Bongs** hand made in Germany. The roor bong is renowned worldwide for quality and durability.
www.roor-bongs.com/roor-bongs.htm   Cached page

### Roor Bongs!, roor bongs delivered worldwide, roor water pipes and ...
Roor **Bongs** is the premier online retailer of RooR **Bongs** around the globe, featuring the ability to ... Custom Roor **Bongs** is the premier online retailer of RooR **Bongs** around the globe, featuring the ...
www.roor-bongs.com   Cached page
    Show more results from "www.roor-bongs.com".

### Friends of Party Bongs -- Beer Bongs for Parties College Drinking ...
Try this New Cell Phone Drinking Game on us! Enter this special code to activate: 667-278-926-647 aka "ONPARTYBONGS"
www.partybongs.com/links.htm   Cached page

### ACRYLIC BONGS & WATERPIPES
TITLE>"<The largest head shop online selling hookah - water pipes - glass smoking pipes - tobacco ... India's No.1 manufacturer & exporter of smoking pipes, **bongs**, waterpipes, bird feeders ...
www.unisagroup.com/acrylic_bongs.html   Cached page

http://search.msn.com/results.aspx?q=bongs&FORM=QBRE                                            8/23/2006

 ™  Home  News  Sports  Games                              Make eWos
                    _____   eWoss Search              Homepa

## Search Results

Wednesday, Augu

**Sponsored Results for bongs**  About these results

### Groovy-Glass Smokeware
Offering acrylics, glass, metal pipes and **bongs**, dug-outs, grinders and many other on site specials.
www.groovy-glass.com

### Rollies.com - **Bongs** for Sale
Rollies.com has a variety of quality made glass and acrylic **bongs** for sale online. If you are looking for a new **bong** then visit our store and buy one today.
www.rollies.com

**Shopping Results 1 to 5 of 906 Total**                    YAHOO! SHOPPING

### Don Bong/Short Stick

Designed in conjunction with Grand Master John Pelligrini and the ICHF, these 12" sticks are made from the same high quality stock as our canes and engraved with the ICHF logo as well as the Cane Master logo. Wood Types 1. Pure Hickory Heart: A naturally...
MartialMart Discount Martial Arts Equipment
Price: $18.95

### P-38 Lightning Silver, Bong Silver,"Marge

Flying the P-38 Lightning pictured, Major Richard Bong became America's "Ace of Aces. Sixty days after he broke the record of 26 victories that Eddie Rickenbacker held since WW I, he ran his score up to 40. Span: 19 1/2" Length: 14 1/4...
yhst-85052214902235
Price: $137.95

### Bong Bong Doll

Other collectors also added the following to their Precious Moments collection: Check out these other new and exciting items: Ten Years Heart to Heart $75.00 Jesus Loves Me - Boy $10.50 Miss Udder Putter $22.00 Beautiful And Blushing, My Baby's Now A Bride...
gocollect.com
Price: $474.97

### Armour Collection 1/48 P38 Lightning 49th FG/9th FS USAAF Maj. R.I. Dick Bong Ace Aircraft

Maj. R.I. 'Dick' Bong - 40 Victories...
Internethobbies
Price: $43.20

### P-38 J Lightning - Maj. Richard "Dick" Bong, 1942 (Corgi

http://www.ewoss.com/search.aspx?k=bongs&s=3037                              8/23/2006