UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

    v.                  case no. 1:06-CV-319-J.J.F.

GOOGLE, INC, d.b.a. DELAWARE GOOGLE, INC.,
YAHHO, INC. and MICROSOFT COPORATION,
    Defendants.

## SECOND AFFIDAVIT RE MICROSOFT'S FRAUD

# EXHIBIT G

ways to pass drug ...
**Ways** to beat **drug test**, **Ways** to pass a **drug test**, **ways** to pass **drug test**, workplace **drug** testing ... Pass Your **Drug Test**, Urine, Hair, Cocaine, Marijuana, Amphetamines, and THC, Pass A **Drug** ...
www.passthetest.com/ cocaine.html · Cached page

**Drug** Tests, Pass **Drug** Tests, **Ways** To Pass A **Drug** Test, How To Pass A ...
pass **drug** tests, **ways** to pass a **drug test**, how to pass a urine **test**, beat **drug** testing, **drug** tests ... **ways** to pass a **drug test** I allow Martha stopped listening from you want any way!
home.aol.com/passadrugtest/ detox-04.html · Cached page

How To Pass a Urine **Test**, Pass **Drug** Tests, Beat **Drug** Testing, **Ways** To ...
**drug** tests, **ways** to pword a **drug test**, pword **drug** tests, beat **drug** testing, how to pword a urine **test** ... pword **drug** tests The small talk and the square Niagara Bawls where and. Getting caught off the ...
www.superiormartialarts.com/Karate_Forum/posts/ 1262.html · Cached page

**Ways** To Pass a **Drug Test**, How To Pass a Urine Test, Beat **Drug** Testing ...
**drug** tests, how to pass a urine **test**, beat **drug** testing, **ways** to pass a **drug test**, pass **drug** tests ... beat **drug** testing It was what you are several answers amused. I know what was thrown her lips as ...
www.opensourcearmenia.com/Members/fawnkathy/ detox-04.html · Cached page

How To Pass a Urine **Test**, Pass **Drug** Tests, Beat **Drug** Testing, **Drug** ...
pass **drug** tests, beat **drug** testing, **drug** tests, how to pass a urine **test**, **ways** to pass a **drug test** ... **ways** to pass a **drug test** He had become a donkey a dishtowel. Both men whose condoms were a week ...
www.bloopdiary.com/users/72530/ detox-04.html · Cached page

SPONSORED SITES

**Drug test**
Approved for home/biz use, **test** using urine/saliva, ships same day
www.drugalcoholtestkits.com

**drug test**
Information and resources for **drug test**
www.gawwk.com                    *see next page*

**Drug Test**
Top 5 USA For **Drug Test** Todays Finds From USbusinessfinder
personal.usbusinessfinder.com

Parents-Home **Drug Test**
will deter teen **drug**, alcohol, and tobacco use.
www.drugtestyourteen.com

**Drug** Tests on Sale Today
Fast, Reliable And Easy To Use -**Drug Test**- **Drug** Tests On Sale Today
www.testcountry.com

See your message here...

Didn't get the results you expected? Help us improve.

**1**   2   3   4   5

Learn more about the new Live Search.    | Ways Beat Drug Test |

http://search.live.com/results.aspx?q=Ways+Beat+Drug+Test&FORM=QTRE3&QP=0          9/24/2006



## GAWWK
directory & search

web search | directory | bo

Search Google, Yahoo!, Ask...   |drug test|   Search

### Drug Test

Your search for '**drug test**' found the following matches:

**Did you know?**
Gawwk searches 12 major engines at once for the best results?

**Recent related searches:**
Drug Test Kit
Hair Drug Test
Drug Screen Test
Drug Test Kits
Saliva Drug Test Kit
Urine Drug Test Kit
Saliva Drug Test
At Home Drug Test
Home Drug Test

Are you looking for?
Ways to Pass a Drug Test
Tips on Passing a Drug Test
Drug Testing Advice
Marijuana Drug Test Be Passed
Marijuana Detox
Urine Test for Drugs
How Long Do Drugs Stay in Your System
Drug Testing in the Workplace

- **Drug Tests FDA Approved**
  $3.93 5-Panel Drug Tests, Wholesale Drug Kits, Home, Business, Clinical
  Sponsored by: http://www.uritox.com/

- **Drug Testing Solutions**
  Immediate Results, Easy to Read, Free Shipping, FDA Cleared
  Sponsored by: http://www.americanscreeningcorp.com/

- **Drug Testing DrugBusters**
  Free Shipping, Single Panel $1.07 5 Panel $3.99, 10 Panel $7.95
  Sponsored by: http://www.drugbusters.net/

- **Urine Drug Test Kits as Low as $1.64**
  Our lowest price guarantee. FDA-approved, easy-to-use drug tests. Quantity pricing. Buy more and save. For home, clinic or work use. Discreet shipping.
  Sponsored by: http://uritoxmedicaltesting.com

- **Drug Test**
  Drug Tests, FDA Approved, High Quality. Buy Direct and Save
  Sponsored by: http://www.binx.com/

- **Meditests.com Drug Tests**
  Saliva, hair and urine drug tests. Low prices and great quality. We offer free shipping, coupons for repeated customers and quantity discounts.
  Sponsored by: http://www.meditests.com

- **Drug Test Meditests.com**
  FDA cleared drug test Free s/h Low price Guaranteed !
  Sponsored by: http://www.meditests.com/

- **Drug Testing Solutions**
  Free U.S. shipping, immediate results, FDA-approved, repeat buyer discounts; optional SAMHSA lab confirmations.
  Sponsored by: http://www.americanscreeningcorp.com

- **Drug Tests**
  FDA approved, 99% accurate, results in minutes, set to Samsha cut-off levels with a 18 month shelf-life. Buy direct and save.
  Sponsored by: http://surescreencorp.com

http://www.gawwk.com/ica2/search2.php?c=120706-1&qry=drug%20test                    9/24/2006