## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of my *Corrections* and *Second Affidavit Re Microsoft's Fraud* to:

Daniel v. Folt
1100 North Market Street
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
1116 West Street
Wilmington, Del. 19801

This the 27th day of September, 2006.

_____
Christopher Langdon, Plaintiff
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539---- qiology@aol.com