UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06 - 319 (JJF) |
| GOOGLE, INC., d.b.a DELAWARE | ) |
| GOOGLE INC., YAHOO! INC., AOL | ) |
| LLC, and MICROSOFT CORP., | ) |
| | ) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED that the following schedule shall govern Defendants Yahoo! Inc. and Microsoft Corporation's response to Plaintiff's Amended Complaint, which was filed on September 21, 2006:

1.   Defendants Yahoo! Inc. and Microsoft Corporation shall answer, move or otherwise respond to Plaintiff's Amended Complaint on or before October 16, 2006.

2.   Plaintiff's answering brief in opposition to any motions to dismiss shall be served and filed on or before November 6, 2006.

3.   Defendants Yahoo! Inc. and Microsoft Corporation's reply brief in support of their motions to dismiss shall be served and filed on or before November 20, 2006.

SO ORDERED this 28 day of September, 2006.

_____
United States District Court Judge