IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, :<br><br>            Plaintiff, :<br><br>    v. :<br><br>GOOGLE INC., d/b/a DELAWARE GOOGLE, :<br>INC., YAHOO! INC., and MICROSOFT :<br>CORPORATION, :<br><br>           Defendants. : | C.A. No. 06-319 (JJF) |

## DEFENDANT GOOGLE INC.'S
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Google Inc. hereby moves for an Order in the form attached hereto, dismissing the Amended Complaint pursuant to FED. R. CIV. P. 12(b)(6), for failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth more fully in the accompanying opening brief.

                                           PROCTOR HEYMAN LLP

                                           */s/ Kurt M. Heyman*
                                           Kurt M. Heyman (# 3054)
                                           Email: kheyman@proctorheyman.com
                                           Patricia L. Enerio (# 3728)
                                           Email: penerio@proctorheyman.com
                                           1116 West Street
                                           Wilmington, DE 19801
                                           (302) 472-7300

                                           Attorneys for Defendant Google Inc.

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI PC
David H. Kramer
Colleen Bal
Bart E. Volkmer
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Tonia Ouellette Klausner
Emily Shepard Smith
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800


Dated: October 16, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-319 (JJF) |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., and MICROSOFT CORPORATION, | : |
| Defendants. | : |

**ORDER**

The Court, having considered Defendant Google Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, and having found good cause therefor,

IT IS HEREBY ORDERED this _____ day of _____, 2006, that the Motion is GRANTED, and that the Complaint is DISMISSED WITH PREJUDICE.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on October 16, 2006, copies of the foregoing Defendant Google Inc.'s Motion to Dismiss Plaintiff's Amended Complaint were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

### VIA E-FILING

Daniel V. Folt, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

_____
Kurt M. Heyman (# 3054)