IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GOOGLE INC., d/b/a DELAWARE GOOGLE, : <br> INC., YAHOO! INC., and MICROSOFT : <br> CORPORATION, : <br> : <br> Defendants. : | C.A. No. 06-319 (JJF) |

**ORDER**

The Court, having considered Defendant Google Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, and having found good cause therefor,

IT IS HEREBY ORDERED this _____ day of _____, 2006, that the Motion is GRANTED, and that the Complaint is DISMISSED WITH PREJUDICE.

_____
United States District Court Judge