## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on October 16, 2006, copies of the foregoing Defendant Google Inc.'s Motion to Dismiss Plaintiff's Amended Complaint were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

### VIA E-FILING

Daniel V. Folt, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

_____
Kurt M. Heyman (# 3054)