## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on October 16, 2006, copies of the foregoing Declaration of David Dinucci in Support of Google's Motion to Dismiss Amended Complaint were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

### VIA E-FILING

Daniel V. Folt, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

*/s/ Kurt M. Heyman*
Kurt M. Heyman (# 3054)