# EXHIBIT D

### To the Opening Brief In Support Of Google Inc.'s Motion To Dismiss The Amended Complaint

**Westlaw.**

Slip Copy

Page 1

Slip Copy, 2004 WL 602711 (C.A.4 (Va.))
**(Cite as: Slip Copy)**

**H**
Briefs and Other Related Documents
Noah v. AOL-Time Warner, Inc.C.A.4 (Va.),2004.Only the Westlaw citation is currently available.This case was not selected for publication in the Federal Reporter.UNPUBLISHEDPlease use FIND to look at the applicable circuit court rule before citing this opinion. Fourth Circuit Rule 36(c). (FIND CTA4 Rule 36(c).)
United States Court of Appeals, Fourth Circuit.
Saad S. NOAH, Plaintiff-Appellant,
v.
AOL-TIME WARNER, INCORPORATED;
America Online, Incorporated,
Defendants-Appellees.
No. 03-1770.

Submitted Nov. 14, 2003.
Decided March 24, 2004.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CA-02-1316-A).

Saad S. Noah, Appellant, pro se.
Charles Colin Rushing, Wilmer, Cutler & Pickering, Washington, D.C., for Appellees.

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

*UNPUBLISHED*
PER CURIAM.
**\*1** Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Saad S. Noah appeals the district court's order granting Defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and dismissing Noah's cause of action. Noah also appeals from the scheduling order entered by the magistrate judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Noah v. AOL Time Warner, Inc.*, No. CA-02-1316-A (E.D.Va. May 15, 2003). We deny the motion to dismiss.[FN*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

FN* Noah's notice of appeal was docketed by the district court on June 17, 2003, one day after the expiration of the thirty-day appeal period. Fed. R.App. P. 4(a). Noah, however, has submitted a delivery receipt from the United States Postal Service confirming a delivery to the district court on June 16, 2003. This document suggests that Noah filed a timely notice of appeal.

*AFFIRMED*

C.A.4 (Va.),2004.
Noah v. AOL-Time Warner, Inc.
Slip Copy, 2004 WL 602711 (C.A.4 (Va.))

Briefs and Other Related Documents (Back to top)

• 03-1770 (Docket) (Jun. 23, 2003)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.