# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 06 – 319 (JJF) |
| v. | ) |
| | ) |
| GOOGLE, INC., d.b.a DELAWARE GOOGLE INC., YAHOO! INC., and MICROSOFT CORP., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT YAHOO! INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendant Yahoo! Inc. ("Yahoo"), by and through its undersigned counsel, hereby moves to dismiss the Amended Complaint in its entirety for failure to state a claim upon which relief can be granted. The grounds in support of this Motion are set forth fully in Yahoo's Opening Brief, filed contemporaneously herewith.

**DUANE MORRIS LLP**

/s/ Daniel V. Folt
Daniel V. Folt (Del. Bar No. 3143)
Gary W. Lipkin (Del. Bar No. 4044)
Matt Neiderman (Del. Bar No. 4018)
1100 North Market Street
Suite 1200
Wilmington, DE 19801
302.657.4927

Dated: October 16, 2006                *Attorneys for Defendant Yahoo! Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel V. Folt, do hereby certify that on October 16, 2006, I caused copies of the foregoing document to be served on the following parties in the manner indicated below:

Via Federal Express (signature required):

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

Via e-filing:

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

/s/ Daniel V. Folt (Del. Bar No. 3143)

DM1\694740.1

2