# EXHIBIT 1

Subj: **Sign up for the MSN adCenter U.S. Pilot**
Date: 4/4/2006 2:08:38 P.M. Eastern Standard Time
From: msnactea@email.microsoft.com
To: qiology@aol.com

 adCenter

Dear Christopher,

We're excited to let you know that you have been chosen to participate in the U.S. pilot of MSN® adCenter. Getting started early on MSN adCenter will provide you with many opportunities. You'll learn how to use audience intelligence to connect with search users through advanced targeting options that will help increase your ROI.

You are also invited to join a complimentary initial campaign set-up service called MSN adCenter QuickLaunch.* With this service, a Media Specialist will help you migrate and optimize your current P4P campaign, get you set up in the tool, and educate you on how to best manage your campaign performance in adCenter.

We encourage you to take advantage of this offering by signing up here.

If you prefer to start your campaign immediately, go to:
https://adcenter.msn.com/AuthorizeUser.aspx.

You will need to use qiology@aol.com to sign up.

As this is a pilot program we need and want your input so that we can make adCenter even better. Please feel free to provide feedback and suggestions to our adCenter Support Team through the link below.

We look forward to working with you.

Sincerely,

The MSN adCenter Team

To learn more about QuickLaunch, go to the QuickLaunch program page.

Share the benefits of adCenter - refer your friends and colleagues to the pilot today.

Please contact the adCenter Support Team if you encounter any trouble signing up, or would like to provide feedback.

*For a limited time, this service is offered free of charge.

This invitation is nontransferable and there is only one sign-up per invitation. In addition, there will be a 5¢ minimum CPC on keywords and a one-time $5 administrative sign up fee. During the U.S. pilot, MSN adCenter will be delivering text-based advertisements on up to 25 percent of MSN Search traffic.

View the system requirements for adCenter.

© 2006 Microsoft Corporation. All rights reserved. Microsoft and MSN are registered trademarks of Microsoft Corporation in the United States and/or other countries.

Wednesday, April 05, 2006 America Online: Qiology

## Pilot Signup

Thanks for your interest in the US Pilot of MSN adCenter!

Please complete the form below to apply to participate or if you would like to stay informed about the program. We are collecting the information to help us with the selection process. You will be invited via email if you are selected to participate.

Find out more about the US adCenter pilot

### adCenter Pilot Signup Form
* = Required

**System Information**

Which Web browser do you use? *
[ Microsoft Internet Explorer ▼ ]

**Contact Information**

First Name *
Chris

Last Name *
Langdon

Your Job Title *
[ Small Business Owner ▼ ]

Phone *
407-647-7539

E-mail *
qiology@aol.com

Company Name *
Self-employed

Street Address
1835 Edwin Blvd.

City
Winter Park

State
Florida

Postal Code
32789

Country *
[ United States ▼ ]

**Company Information**

URL *
www.chinaisevil.com

Company Type *
[ Advertiser ▼ ]

Which category best describes the Web content you want your keywords to drive to? *
[ News ▼ ]

What other countries/regions would you be interested in targeting with paid search advertising? *

| | | | |
|---|---|---|---|
| ☐ Australia | ☐ France | ☐ Latin America | ☐ South Africa |
| ☐ Austria | ☐ Germany | ☐ Malaysia | ☐ Spain |
| ☐ Belgium | ☐ Hong Kong SAR | ☐ Mexico | ☐ Sweden |
| ☐ Brazil | ☐ India | ☐ Netherlands | ☐ Switzerland |
| ☑ Canada | ☐ Indonesia | ☐ New Zealand | ☐ Taiwan |
| ☐ China | ☐ Ireland | ☐ Norway | ☐ Thailand |

http://advertising.msn.com/msn-adcenter/signup          4/5/2006

☐ Denmark        ☐ Italy         ☐ Philippines        ☐ Turkey
☐ Finland        ☐ Japan         ☐ Singapore          ☐ United Kingdom

**Is your target audience limited to a specific region within your country?**
No

**How many years of P4P advertising experience do you have?** *
Less than one year

**Where are you currently buying search advertising?**
☐ Google
☐ Overture (Yahoo)
☐ FindWhat
☐ Kanoodle
☐ Other
☑ I am not currently buying search advertising.

**How much is your total search budget per month (USD)?**
$0 - $499

**How many keywords do you currently manage?** *
0 - 99

**Are you currently buying search advertising on a local commerce site (Yellow Book, Citysearch.com, local newspaper)? If so, please specify**

### Additional Information

**How did you hear about MSN adCenter?**
MSN Advertising Web site

**If a source code was included on the communication you saw, please input it here**
msnactea@email.micrisoft.com

**Are you interested in applying to participate in the U.S. Pilot of MSN adCenter?**
Yes

**Comments**

☐ I would like to receive updates on MSN adCenter information

Submit

http://advertising.msn.com/msn-adcenter/signup                    4/5/2006