IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-319 (JJF) |
| | : | |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., TIME-WARNER COMPANIES, INC., and MICRO-SOFT CORPORATION, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT GOOGLE INC.'S JOINDER IN DEFENDANTS YAHOO! INC. AND MICROSOFT CORPORATION'S MOTIONS TO DISMISS**

In addition to the arguments made in support of its own motion to dismiss the Amended Complaint (D.I. 51-53), Defendant Google Inc. hereby joins in the arguments made in support of the motions to dismiss filed by defendants Yahoo! Inc. (D.I. 54, 55) and Microsoft Corporation (D.I. 56, 57) on October 16, 2006.

PROCTOR HEYMAN LLP

*/s/ Kurt M. Heyman*

Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
Email: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Google Inc.

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI PC
David H. Kramer
Colleen Bal
Bart E. Volkmer
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Tonia Ouellette Klausner
Emily Shepard Smith
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800

Dated: October 17, 2006

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on October 17, 2006, copies of the foregoing Defendant Google Inc.'s Joinder in Defendants Yahoo! Inc. and Microsoft Corporation's Motions to Dismiss were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

### VIA E-FILING

Daniel V. Folt, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

_____
Kurt M. Heyman (# 3054)