UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
   Plaintiff,

v.                                            case no. 1:06-CV-319-J.J.F.

GOOGLE, INC., d.b.a. DELAWARE GOOGLE, INC.,
YAHOO!, INC. and MICROSOFT CORPORATION,
   Defendants.

## STIPULATION

The parties have agreed to a 15 day extension for all parties for pleading due to a death in my family and problems I am having scheduling an operation for my younger brother who is disabled.

Respectfully submitted, this the 26th day of October, 2006.

_____
Christopher Langdon, Plaintiff, pro se
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539----qiology@aol.com

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 OCT 27 AM 9: 48

CERTIFICTAE OF SERVICE
Case no. 1:06-cv-319-JJF

I have mailed a copy of my stipulation of Oct. 26th, 2006, this the 26th day of October, 2006, to:

Kurt Heyman
1116 West St.
Wilmington, Del. 19801

Daniel Folt
1100 N. Market Street
Suite 1200
Wilmington, Del. 19801

_____
Christopher Langdon
1835 Edwin Blvd.
Winter Park, Fl. 32789
407-647-7539