IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GOOGLE INC., d/b/a DELAWARE GOOGLE, : <br> INC., YAHOO! INC., and MICROSOFT : <br> CORPORATION, : <br> : <br> Defendants. : | C.A. No. 06-319 (JJF) |

**STIPULATION EXTENDING TIME FOR FILING
OF REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that:

1. Defendants' reply briefs in support of their Motions to Dismiss the Amended Complaint [D.I. 51, 54, 56] shall be served and filed on or before December 22, 2006.

2. Defendants acknowledge that Plaintiff's pleadings have been timely filed.

                                                                  PROCTOR HEYMAN LLP

| | |
|---|---|
| */s/ Christopher Langdon, Pro Se* | */s/ Kurt M. Heyman* |
| Christopher Langdon, *Pro Se* | Kurt M. Heyman (# 3054) |
| E-mail: qiology@aol.com | E-mail: kheyman@proctorheyman.com |
| 1835 Edwin Boulevard | 1116 West Street |
| Winter Park, FL 32789 | Wilmington, DE 19801 |
| (407) 647-7539 | (302) 472-7300 |
| | |
| Plaintiff | Attorney for Defendant Google Inc. |

DUANE MORRIS LLP


/s/ Daniel V. Folt
Daniel V. Folt (# 3143)
E-mail: dvfolt@duanemorris.com
Gary W. Lipkin (# 4044)
E-mail: gwlipkin@duanemorris.com
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 657-4900

Attorneys for Defendants
Yahoo! Inc. and Microsoft Corp.



                                  SO ORDERED this ____ day of _____, 2006.



                                              United States District Court Judge

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on November 28, 2006, copies of the foregoing Stipulation Extending Time for Filing of Reply Briefs in Support of Motions to Dismiss were served as follows:

### VIA FEDERAL EXPRESS

Christopher Langdon
1835 Edwin Boulevard
Winter Park, FL 32789

### VIA HAND DELIVERY

Daniel V. Folt, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington DE 19801

/s/ Kurt M. Heyman
Kurt M. Heyman (# 3054)