UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

v.                    Case no. 06-cv-319-J.J.F.

GOOGLE, INC., YAHOO, INC., and
MICROSOFT CORPORATION,
    Defendants.



FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AFFIDAVIT OF CHRISTOPHER LANGDON -2/9/06

BD Scanned

I, Christopher Langdon, solemnly affirm, under oath, and under the penalty of perjury, that:

There is additional, new information that I wish to make known to the court. On February 2nd, 2007, I searched the key words "Attorney General Roy Cooper" on the Defendants' search engines. My website, www.ncjusticefraud.com, was listed in their search results, as follows: *Yahoo* - #6; *Microsoft* (*Live.com*) - #8; and *Google* - #50. A search of the keywords "Roy Cooper," obtained the following results: *Yahoo* - #12; *Microsoft* (*Live.com* ) - #15; and *Google* – 0. That's right, my website, www.ncjusticefraud.com, does not show up anywhere in the 638 search results for "Roy Cooper" on *Google*. *Google* has once again banned my site in the results for the keywords, that I believe, most people would use to find information on Roy Cooper.

*Google* removed my website, www.ncjusticefraud.com, from its search results, after I attempted advertise it with *Google*. After I filed the present Complaint, *Google* restored my website when searching, "Roy

Cooper" and "Attorney General Roy Cooper," albeit ranking it consistently, grossly, lower than *Yahoo* and *Microsoft*.

Google has repeatedly stated publicly that its search results are objective and the result of a computer algorithm, that is not manipulated by Google employees. However, if that were true, my website, www.ncjusticefraud.com, would show up in Google's search results for the keywords "Roy Cooper," and ranked in a similar position.

It also makes no sense that *Google* ranks my website at #50, when searching "Attorney General Roy Cooper," and not at all in its 638 search results for "Roy Cooper." It is clear that *Google* does manipulate its search results and that its statements to the contrary are fraudulent.

The reasons for their negative manipulation of my website are simple. North Carolina Attorney General Roy Cooper is a very powerful person. He is a friend and political ally of North Carolina Governor Easley, a former N.C. Attorney General. *Google* recently obtained $260 million dollars worth of incentives to locate a facility in North Carolina. Obviously, *Google* has a strong desire not to offend powerful officials in North Carolina.

In addition to the incentives for *Google*, the North Carolina Department of Transportation (NCDOT) will do at least $700,000 in roadwork around the future *Google* facility. The second page on my website, *NCCourtsFraud,* details fraud by the NCDOT, and several of its

employees, with regards to my property in Polk County, N.C.

It is my understanding that I must make the court aware of any similar lawsuits. There is a lawsuit, *Kinderstart v. Google,* case no: C 06-2057-J.F., U.S. District Court, Northern District of California, San Jose Division. It is my understanding that *Kinderstart* alleges that *Google* ranked its commercial website lowly, unfairly, because others spent more money with Google for advertising. It is also my understanding that Carl Person has a First Amendment Complaint against *Google* in the same jurisdiction. I was told that he is a former New York Attorney General.

As of today, neither Roy Cooper, nor anyone else, has ever asked for a retraction, or sued me for libel, based on any of the accusations on my website, www.ncjusticefraud.com, or, because of any of my accusations against Cooper that are posted on other websites. My website, www.ncjusticefraud.com, has been in continuous existence since October 27th, 2005.

_____
Christopher Langdon, Plaintiff
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539---qiology@aol.com

Suscribed to and sworn before me, this the 9th day of February, 2007.

_____
Notary Public

Notary Public State of Florida
Dustin Lee Infinger
My Commission DD600516
Expires 10/01/2010

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of my "Affidavit of Christopher Langdon – 2/9/06," this the 10th day of February, 2007, via U.S. Mail, to:

Daniel Folt
Gary Lipkin
1100 North Market Street
Suite 1200
Wilmington, Del. 19801-1246

Kurt Heyman
1116 West Street
Wilmington, Delaware 19801

_____
Christopher Langdon, Plaintiff, *pro se*
1835 Edwin Blvd., Winter Park, Fl. 32789
407-647-7539—qiology@aol.com

1835 Edwin Blvd.
Winter Park, Fl. 32789

Clerk of Court,
U.S. District Court
844 N. King Street
Wilmington, Delaware 19801