IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-319-JJF |
| GOOGLE, INC. d/b/a Delaware Google, Inc., YAHOO! INC., and MICROSOFT CORPORATION, | : |
| Defendants. | : |

O R D E R

At Wilmington, this 20 day of February, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Google, Inc.'s First Motion To Dismiss is **DENIED** as **moot**. (D.I. 10.)

2. Yahoo! Inc.'s Motion To Dismiss is **DENIED** as **moot**. (D.I. 18.)

3. Microsoft Corporation's Motion To Dismiss is **DENIED** as **moot**. (D.I. 20.)

4. Plaintiff's Motion For Default Entry And Default Judgment against Defendants Time Warner, Inc. and AOL is **DENIED** as **moot**. (D.I. 25.)

5. Plaintiff's Motion For Default Entry And Default Judgment against Defendant Yahoo! Inc. is **DENIED**. (D.I. 25.)

  6. Plaintiff's Motion For Default Entry And Default Judgment Against Defendant Microsoft is **DENIED**.  (D.I. 28.)

  7. Plaintiff's Motion To Strike Motion To Dismiss is **DENIED** as **moot**.  (D.I. 30.)

  8. Plaintiff's Motion To Strike Motion To Dismiss is **DENIED** as **moot**.  (D.I. 31.)

  9. Plaintiff's Motion To Strike Motion To Dismiss is **DENIED** as **moot**.  (D.I. 32.)

  10. Google, Inc.'s Motion To Dismiss is **DENIED** on the issues of Fed. R. Civ. P. 8 and breach of contract and **GRANTED** it in all other respects.  (D.I. 51.)

  11. Yahoo! Inc.'s Motion To Dismiss is **GRANTED**, and it is **DISMISSED** as a Defendant.  (D.I. 54.)

  12. Microsoft Corporation's Motion To Dismiss is **GRANTED**, and it is **DISMISSED** as a Defendant.  (D.I. 56.)

            _/s/ Joseph J. Farnan_
            UNITED STATES DISTRICT JUDGE