IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 06-319 JJF
                                    :
GOOGLE INC,                         :
                                    :
        Defendant.                  :

### O R D E R

WHEREAS, by Order dated February 20, 2007, the Court resolved all pending motions (D.I. 68);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) **Discovery.** All discovery shall be commenced so as to be completed by **May 31, 2007**.

2) **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **June 18, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

3) **Pretrial Conference.** A Pretrial Conference will be held on **Thursday, September 6, 2007 at 12:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

4)   **Trial.**   Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference.  Parties should be available during the 120 day period for trial.

<div style="display:flex">
<div>_February 27, 2007_<br>         DATE</div>
<div>_____<br>UNITED STATES DISTRICT JUDGE</div>
</div>