IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-319 (JJF) |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., TIME-WARNER COMPANIES, INC., and MICRO-SOFT CORPORATION, | : | |
| Defendants. | : | |

### DEFENDANT GOOGLE INC.'S MOTION
### FOR RECONSIDERATION OF ORDER DENYING
### DISMISSAL OF PLAINTIFF'S BREACH OF CONTRACT CLAIM

Defendant Google Inc. hereby moves pursuant to Fed. R. Civ. P. 59(e) for an Order in the form attached hereto, granting reconsideration of the Court's February 20, 2007 Opinion and Order (D.I. 67 & 68) denying dismissal of Plaintiff Christopher Langdon's claim for breach of contract. The grounds for this Motion are set forth more fully in the accompanying memorandum.

PROCTOR HEYMAN LLP

Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
Email: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300
Attorneys for Defendant Google Inc.

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI PC
David H. Kramer
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

Tonia Ouellette Klausner
Emily Shepard Smith
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 999-5800


Dated: February 27, 2007

## CERTIFICATE OF SERVICE

Patricia L. Enerio, Esquire, hereby certifies that on February 27, 2007, copies of the foregoing Motion for Reconsideration were served as follows:

### VIA FEDERAL EXPRESS

Mr. Christopher Langdon
1835 Edwin Boulevard
Winter Park, FL 32789

Patricia L. Enerio (# 3728)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,                         :
                                             :
                   Plaintiff,                :
                                             :
          v.                                 :        C.A. No. 06-319 (JJF)
                                             :
GOOGLE INC., d/b/a DELAWARE GOOGLE,          :
INC., YAHOO! INC., TIME-WARNER               :
COMPANIES, INC., and MICRO-SOFT              :
CORPORATION,                                 :
                                             :
                   Defendants.               :

## ORDER

The Court, having considered Defendant Google Inc.'s Motion pursuant to Fed. R. Civ.

P. 59(e) to Reconsider the Court's February 20, 2007 Opinion and Order (D.I. 67 & 68) denying

dismissal of Plaintiff Christopher Langdon's breach of contract claim, and having found good

cause therefor,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the

Motion is GRANTED, and that the breach of contract claim is DISMISSED WITH

PREJUDICE.

_____

United States District Court Judge