UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,
    Plaintiff,

versus                          case no. 06-cv-319-J.J.F.

GOOGLE, INC., YAHOO, INC. and
MICROSOFT CORPORATION,
    Defendants

## MOTION FOR AN EXTENSION OF TIME

I hereby request that I be allowed until March 20th, 2007, to file a *Motion to Reconsider* the judge's opinion in this case. There are a large number of issues that the opinion does not address, therefore, I require time to adequately bring them to the court's attention. Also, there have been two deaths in my immediate family in the past several months, and my remaining family members are seriously ill. I did not receive the court's opinion in this case until to day, Monday, February 24th, 2007.

Submitted, this the 26th day of February, 2007.

_____
Christopher Langdon
1835 Edwin Blvd.
Winter Park, Fla. 32789
407-647-7539



## NOTICE OF ATTEMPT TO CONFER
1:06-cv-319-JJF

I conferred with Mr. Heyman, counsel for Google re my motion for an extension of time to file a *Motion to Reconsider*, this the 26th day of February. By 4:30 p.m. he hadn't heard back from the primary counsel in N.Y.

I did not attempt to confer with Daniel Folt or Gary Lipkin, counsel for Microsoft and Yahoo because they asked me not to e-mail them or call them.

_____
Christopher Langdon
1835 Edwin Blvd.
Winter Park, Fl. 32789
407-647-7539

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of my motion for an extension of time to file a motion to reconsider; notice of intent to confer regarding the same, and this certificate of service, this the 26th day of February, 2007, via U.S. Mail, to:

Danile Folt & Gary Lipkin
Counsel for Microsoft and Yahoo
1100 N. Market Street
Suite 1200
Wilmington, Delaware
    19801

Kurt Heyman
Counsel for Google
1116 West Street
Wilmington, Delaware 19801

        Chris Langdon, qiology@aol.com
        1835 Edwin Blvd.
        Winter Park, Fl. 32789
            407-647-7539
            qiology@aol.com