## AMENDED CERTIFICATE OF SERVICE

I, Gary W. Lipkin, do hereby certify that on March 1, 2007, copies of Defendants Yahoo! Inc. and Microsoft Corp.'s Response to Motion for Extension of Time to File for Reargument were served on the following parties in the manner indicated below:

<u>Via Federal Express (signature required)</u>

Christopher Langdon
1835 Edwin Blvd.
Winter Park, FL 32789

<u>Via e-filing (on February 28, 2007)</u>

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300

<u>/s/ Gary W. Lipkin (Del. Bar No. 4044)</u>