IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-319-JJF |
| | : |
| GOOGLE, INC. d/b/a Delaware | : |
| Google, Inc., YAHOO! INC., | : |
| and, MICROSOFT CORPORATION, | : |
| | : |
| Defendant. | : |

### ORDER

WHEREAS, on February 20, 2007, the Court issued a Memorandum Opinion (D.I. 67) in which the second sentence on page 9 states, "The motion is moot as to Defendants AOL and Microsoft inasmuch as Plaintiff voluntarily dismissed them from the case.";

WHEREAS, the sentence should have stated, "The motion is moot as to Defendants AOL and Time Warner inasmuch as Plaintiff voluntarily dismissed them from the case.";

NOW THEREFORE, IT IS HEREBY ORDERED that the second sentence of page 9 of the Court's Memorandum Opinion of February 20, 2007 (D.I. 67), is amended to read, "The motion is moot as to Defendants AOL and Time Warner inasmuch as Plaintiff voluntarily dismissed them from the case."

March 13, 2007

_____
UNITED STATES DISTRICT JUDGE