IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTOPHER LANGDON,            :
                                :
        Plaintiff,               :
                                :
    v.                           : Civil Action No. 06-319-JJF
                                :
GOOGLE, INC. d/b/a Delaware      :
Google, Inc.,                    :
                                :
        Defendant.               :

## ORDER

WHEREAS, on February 28, 2007, Plaintiff filed a Motion For Extension Of Time (D.I. 72) to file a motion to reconsider the Court's Order entered February 20, 2007 (D.I. 68) which <u>inter alia</u> granted Defendants Yahoo! Inc. and Microsoft Corp.'s motions to dismiss;

WHEREAS, by its response on February 28, 2007, Defendants Yahoo! Inc. and Microsoft Corp. contend that the Motion should not be granted because the time for filing a motion under Fed. R. Civ. P. 59(e) may not be altered by the district court (D.I. 73);

WHEREAS, the Court concludes that, pursuant to Fed. R. Civ. P. 6(b), the district court may not extend the ten-day time period within which a motion pursuant to Rule 59(e) must be filed;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Extension Of Time is **DENIED**.

March 21, 2007

_____
UNITED STATES DISTRICT COURT