IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER LANGDON, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-319 (JJF) |
| GOOGLE INC., d/b/a DELAWARE GOOGLE, INC., YAHOO! INC., and MICROSOFT CORPORATION, | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Defendant Google Inc. ("Google") and Plaintiff Christopher Langdon ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that Plaintiff's claims against Google are dismissed with prejudice. The parties shall bear their own attorneys' fees, costs and expenses.

_____
Christopher Langdon, *Pro Se*
E-mail: qiology@aol.com
1835 Edwin Boulevard
Winter Park, FL 32789
(407) 647-7539
Plaintiff

PROCTOR HEYMAN LLP

_____
Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300
Attorney for Defendant Google Inc.

SO ORDERED this _____ day of May, 2007.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on May 25, 2007, copies of the foregoing Stipulation of Dismissal with Prejudice were served as follows:

### VIA FEDERAL EXPRESS

Mr. Christopher Langdon
1835 Edwin Boulevard
Winter Park, FL 32789

_____
Kurt M. Heyman (# 3054)